# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff;<br><br>　v.<br><br>POLICE DEPARTMENT OF BALTIMORE CITY, et. al.,<br><br><br>　　　　　　　Defendants. | Civil Action No. 1:17-cv-00099-JKB<br><br>**JOINT NOTICE OF ERRATA** |

  Plaintiff, the United States of America and Defendants, the Police Department of Baltimore City and the Mayor and City Council of Baltimore ("the Parties"), jointly submit this Notice of Errata regarding the proposed Consent Decree filed on January 12, 2017.  ECF No. 2-2.  Paragraph 479 of the proposed Consent Decree contains an inadvertent error relating to the scope of the restriction on conflicts of interest for the Monitor that will oversee the Consent Decree's implementation.

## Corrections to Paragraph 479

  Paragraph 479 states that "The Monitor will not be permitted to represent or work for any individual or organization in any criminal, civil, or administrative matter adverse to the City or BPD or the United States, including any individual or organization designated as a witness, consultant, victim, defendant, subject, target, or person of interest, for the duration of the monitorship."

  The Parties respectfully ask the Court to correct this provision as follows:  "The Monitor will not be permitted to represent or work for any individual or organization in any criminal,

civil, or administrative matter adverse to the City or BPD or the United States **Department of Justice, Civil Rights Division**, including any individual or organization designated as a witness, consultant, victim, defendant, subject, target, or person of interest, for the duration of the monitorship." (emphasis added to indicate new language)

Respectfully Submitted,

STEVEN H. ROSENBAUM
Chief
Special Litigation Section

_s/ Seth Wayne_
TIMOTHY D. MYGATT
Deputy Chief
MICHAEL J. SONGER
PUNEET CHEEMA
MAUREEN JOHNSTON
SETH WAYNE
Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave NW
Washington, DC  20530

Attorneys for the United States

/s/*David E. Ralph*
DAVID E. RALPH (23500)
Acting City Solicitor

SUZANNE SANGREE (26130)
Chief Solicitor
BALTIMORE CITY DEPARTMENT OF LAW

100 North Holliday Street
Baltimore, Maryland 21202
Telephone: 410-396-3659

Attorneys for Defendants Mayor and City Council of Baltimore,
and the Police Department of Baltimore City

## CERTIFICATE OF SERVICE

    I certify that the foregoing Notice of Errata was served through the electronic filing service on January 18, 2017, to give notice to all registered parties.

    *s/ Seth Wayne*
SETH WAYNE
Attorney for the United States