**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>         Plaintiff; <br><br>    v. <br><br> POLICE DEPARTMENT OF BALTIMORE CITY, et. al., <br><br><br><br>         Defendants. | Civil Action No. 1:17-cv-00099-JKB <br><br> **JOINT MOTION TO SUPPLEMENT PROPOSED CONSENT DECREE** |

Plaintiff, the United States of America and Defendants, the Police Department of Baltimore City and the Mayor and City Council of Baltimore ("the Parties"), jointly move to supplement the proposed Consent Decree filed on January 12, 2017 (ECF No. 2-2).  This motion is made in accordance with the letter from the Court dated January 28, 2017 (ECF No. 7), and the Court's order at the hearing on February 1, 2017.  Specifically, this motion responds to the Court's request in Issue No. 10 of its letter, addressing Paragraph 61 of the Consent Decree, that the Decree include a definition of the term "Permanent Rank Supervisor."  The Parties move for the following definition to be incorporated into Section XVIII of the Decree, titled "Definitions."

<u>**Proposed Addition**</u>

"Permanent Rank Supervisor."  A law enforcement officer of the BPD occupying the rank of Sergeant or above.


    Respectfully Submitted,


    T.E. WHEELER, II
    Acting Assistant Attorney General

Civil Rights Division


STEVEN H. ROSENBAUM
Chief
Special Litigation Section


  *s/ Timothy D. Mygatt*
TIMOTHY D. MYGATT
Deputy Chief
MICHAEL J. SONGER
PUNEET CHEEMA
MAUREEN JOHNSTON
SETH WAYNE
Attorneys
United States Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave NW
Washington, DC  20530


/s/*David E. Ralph*
DAVID E. RALPH (23500)
Acting City Solicitor
SUZANNE SANGREE (26130)
Chief Solicitor
BALTIMORE CITY DEPARTMENT OF LAW
100 North Holliday Street
Baltimore, Maryland 21202
Telephone: 410-396-3659
Attorneys for Defendant, Mayor and City Council of Baltimore

/s/*Glenn T. Marrow*_____
Glenn T. Marrow
Chief Solicitor
Federal Bar No. 23731
Email: glenn.marrow@baltimorepolice.org
BALTIMORE CITY DEPARTMENT OF LAW
Office of Police Legal Affairs
100 North Holliday Street
Baltimore, Maryland 21202
Telephone: 410-396-2496
Facsimile:  410-396-2426
Attorney for Defendant, The Police Department of Baltimore City

**CERTIFICATE OF SERVICE**

I certify that the foregoing Joint Motion to Supplement Consent Decree was served through the electronic filing service on February 10, 2017, to give notice to all registered parties.


    *s/ Seth Wayne*_____
SETH WAYNE
Attorney for the United States