UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff | * | |
| v. | * | Civil No. JKB-17-0099 |
| **POLICE DEPARTMENT OF BALTIMORE CITY, et al.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER SOLICITING PUBLIC COMMENT, SETTING A PUBLIC FAIRNESS HEARING, AND ESTABLISHING RELATED PROCEDURES

The parties have filed a joint motion requesting the Court approve their proposed Consent Decree (ECF No. 2). These documents are available on the Court's website at the following web address: http://www.mdd.uscourts.gov/baltimore-city-consent-decree. The Court is now actively considering whether it will grant the motion and enter the proposed Consent Decree. In the motion, the parties have requested that the Court hold a hearing where the public may address the proposed Consent Decree.

In considering whether to enter the proposed Consent Decree, the Court must determine whether the Consent Decree is "fair, adequate, and reasonable and is not illegal, the product of collusion, or against the public interest." *United States v. North Carolina*, 180 F.3d 574, 581 (4th Cir. 1999). To assist the Court in making this determination, the Court now solicits input from the public through participation in a public hearing. The law does not require a hearing, but the Court agrees a hearing in this case is in the interest of justice. The Court will also consider written comments from the public. To assure an orderly process, any person wishing to provide written comments or speak at the hearing must comply with the rules set out in this order.

**Written Comments:** Any person wishing to provide written comments about the proposed Consent Decree may do so by providing a written submission of no more than 10 pages to the parties.  No telephone calls or anonymous submissions will be accepted.  Persons making written submissions must include their full names on the document they submit, but must not put their address on the letter or document itself in order to protect their privacy.  Because these written submissions will be posted on the Court's website, written comments shall not include irrelevant, threatening, inflammatory, or personally-identifiable or confidential material or information other than the author's full name.  Written submissions must be received no later than **March 7, 2017, at 5 p.m.  Written submissions may be emailed to: Baltimore.Consent.Decree@usdoj.gov; or hand delivered or mailed to:**

>  **United States Department of Justice**
>  **Civil Rights Division, Special Litigation Section**
>  **950 Pennsylvania Avenue, NW**
>  **Washington, DC 20530**
>
>  **Re: United States v. Baltimore Police Dep't et al., Civil No. JKB-17-99**

(Submissions via email are encouraged.)

The parties shall compile all written comments and jointly submit them to the Clerk of this Court on **March 14, 2017**.  The written comments will then be published on the Court's website.  When submitting the written comments to the Court, the parties shall not include irrelevant, threatening, or inflammatory material, or any submissions that reveal confidential information.

**Speaking at the Public Fairness Hearing:** Beginning at 9:00 a.m. on April 6, 2017, members of the public who wish to speak may sign up outside Courtroom 1A at the United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.  **The public hearing will be in session from 9:30 a.m. until 5:00 p.m.** on that day (with occasional breaks).  The

Court will hear public comments directed to whether the Consent Decree is "fair, adequate, and reasonable and is not illegal, the product of collusion, or against the public interest." *North Carolina*, 180 F.3d at 581.  Counsel and the parties to the case will be given the first opportunity to speak.  Members of the public will then make their statements, in the order that people signed up.  Other than counsel and the parties, speakers will be limited to three minutes each.  The hearing will be on the record and all speakers must supply their name and, if applicable, the organization with which they are affiliated.  However, each organization may be represented by only one speaker.  The Court will hear individuals in the order they signed up, until the hearing concludes at 5:00 p.m.  The Court hopes to hear from all who sign up, but the hearing will conclude at 5:00 p.m. even if all speakers on the sign-up list have not yet been heard.

**Space Limitations**: Space is limited in the courtroom.  If necessary, the Court may require persons to rotate in and out of the courtroom.  The courtroom will be open beginning at **9:00 a.m.**

**Courthouse Rules:** All courthouse visitors and their belongings are subject to search upon entering the courthouse.  Visitors must pass through metal detectors that are staffed by Court security officers, and all belongings will be screened through x-ray machines.  In accordance with Local Rule 506 and the Court's Standing Order 2016-05, Court proceedings may not be recorded, photographed, broadcast, or transmitted from inside the courtroom.  Posting to social media from inside the courtroom is not permitted.  Electronic devices may not be used inside the courtroom and must be turned off inside the courtroom (not merely placed on "silent" or "vibrate" mode).  Use of electronic devices in violation of this policy may subject the device to inspection and confiscation to determine whether Court proceedings have been

recorded, photographed, broadcast, or transmitted outside the courtroom.  Anyone who violates these procedures may be removed from the hearing.

Proper courtroom decorum is expected and required.  The Court anticipates respectful silence and attention during the presentations of all speakers.  No eating, drinking or gum chewing is allowed, and signs, poster-boards, and other demonstrative objects will not be permitted in the courtroom.  Applause and/or other outward demonstrations will not be permitted.

*     *     *

**IT IS ORDERED** that a public Fairness Hearing to consider input from the community about the proposed Consent Decree (ECF No. 2-2) will be held on **April 6, 2017 at 9:30 a.m.** in Courtroom 1A, United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.

**IT IS FURTHER ORDERED**  that written public comment will be received by the Court in the manner described above;

**IT IS FURTHER ORDERED** that the Parties, Counsel, the Clerk, and participating members of the public adhere to the procedures set out above.

Dated this 15th day of February, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge