## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff;<br><br>   v.<br><br>POLICE DEPARTMENT OF BALTIMORE CITY, et. al.,<br><br><br>           Defendants. | Case No. 17-cv-0099-JKB |

## PUBLIC COMMENT RE: PROPOSED CONSENT DECREE

Pursuant to the Court's order of February 15, 2017 (ECF No. 17), the parties hereby submit the attached written submissions received from the public on whether the proposed Consent Decree is "fair, adequate, and reasonable and is not illegal, the product of collusion, or against the public interest." *United States v. North Carolina*, 180 F.3d 574, 581 (4th Cir. 1999). The parties have included all submissions received, except for one submission that could not be opened, and email spam.

Respectfully Submitted,

T.E. WHEELER, II
Acting Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
Special Litigation Section

*s/ Maureen Johnston*
TIMOTHY D. MYGATT
Deputy Chief
MICHAEL J. SONGER
PUNEET CHEEMA
MAUREEN JOHNSTON
SETH WAYNE
Attorneys
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-1146
Email: maureen.johnston@usdoj.gov


*s/ David E. Ralph*
DAVID E. RALPH (23500)
Acting City Solicitor
SUZANNE SANGREE (26130)
Chief Solicitor
Baltimore City Department of Law
100 North Holliday Street
Baltimore, MD 21202
Telephone: (410) 396-3659

BRENT J. GURNEY
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6363
Attorneys for Defendant, Mayor and City Council of Baltimore


*s/ Glenn T. Marrow*
GLENN T. MARROW
Chief Solicitor
Federal Bar No. 23731
Baltimore City Department of Law
Office of Police Legal Affairs
100 North Holliday Street
Baltimore, MD 21202
Telephone: (410) 396-2496
Email: glenn.marrow@baltimorepolice.org
Attorney for Defendant, The Police Department of Baltimore City

**CERTIFICATE OF SERVICE**

I certify that on March 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, to give notice to all registered parties.


_s/ Maureen Johnston_
MAUREEN JOHNSTON
Attorney for the United States