# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff;<br><br> v.<br><br>BALTIMORE CITY POLICE DEPARTMENT, et. al.,<br><br><br>    Defendants. | Case No. 17-cv-0099-JKB |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Puneet Cheema as additional counsel for the United States of America in the above-captioned matter. Further notices may be sent to the following addresses:

 Puneet Cheema, Trial Attorney
 U.S. Dep't of Justice, Civil Rights Division
 Special Litigation Section
 950 Pennsylvania Ave NW
 Washington, DC 20530
 Puneet.Cheema2@usdoj.gov

        Respectfully Submitted,

         /s/ Puneet Cheema
        Puneet Cheema
        Trial Attorney
        Special Litigation Section
        U.S. Dep't of Justice, Civil Rights Division
        950 Pennsylvania Avenue NW
        Washington, DC 20530
        Telephone: (202) 353-7725
        Fax: (202) 514-4883
        Email: Puneet.Cheema2@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that on March 28, 2017, I electronically filed the foregoing using the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

                                                   /s/ Puneet Cheema
                                                   PUNEET CHEEMA