IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff;<br><br>        v.<br><br>Police Department of Baltimore City, *et. al.*,<br><br>                              Defendants. | Civil Action No. 1:17-cv-0099-JKB |

**NOTICE OF FILING UPDATED TIMELINE FOR
CONSENT DECREE REQUIREMENTS**

The United States, the Police Department of Baltimore City ("BPD"), and the Mayor and City Council of Baltimore (the "City"), (collectively "the Parties"), jointly file the attached timeline outlining the dates and deadlines contained in the Consent Decree that was entered by the Court on April 7, 2017. (ECF No. 39)

On February 10, 2017, the Parties filed a timeline outlining existing deadlines for the proposed Consent Decree's implementation. (ECF No. 14) Upon entering the Consent Decree, the Court directed the Parties to update this timeline. (ECF No. 39) In a letter order dated April 10, 2017 (ECF No. 42), the Court clarified that the Parties should submit an updated timeline reflecting deadlines impacted by setting the Consent Decree's Effective Date, April 7, 2017, and provide further updates as appropriate on a rolling basis. (ECF No. 42) This submission responds to the Court's orders.

The attached timeline reflects best efforts to capture all deadlines in the Consent Decree and otherwise ordered by the Court that are presently known to the Parties. This timeline does not include deadlines that the Consent Decree delegates to be set by a future monitoring plan.

Respectfully submitted,

T.E. WHEELER, II
Acting Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
Special Litigation Section

 s/ Puneet Cheema
TIMOTHY D. MYGATT
Deputy Chief
Special Litigation Section
MICHAEL J. SONGER
PUNEET CHEEMA
MAUREEN JOHNSTON
SETH WAYNE
Attorneys
U.S. Dep't. of Justice, Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 353-7725
Email: Puneet.Cheema2@usdoj.gov


s/ David E. Ralph
DAVID E. RALPH (23500)
Acting City Solicitor
SUZANNE SANGREE (26130)
Chief Solicitor
Baltimore City Department of Law
100 North Holliday Street
Baltimore, MD 21202
Telephone: (410) 396-3659

BRENT J. GURNEY
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6363
Attorneys for Defendant, Mayor and City Council of Baltimore

## **CERTIFICATE OF SERVICE**

    I certify that on April 21, 2017, I electronically filed the foregoing document using the CM/ECF system, which will provide notice to all registered parties.

                                         <u>s/ Puneet Cheema</u>
                                         PUNEET CHEEMA

| Consent Decree Section | Event | Responsible Party | Timeline | Paragraph/Origin |
|---|---|---|---|---|
| N/A | Deadline to submit proposed order to Court via e-mail for written submissions and public fairness hearing on proposed Consent Decree (CD) | Parties | 10-Feb-17 | February 1, 2017 Court Memorandum |
| N/A | Target publication date for order on written submissions and public fairness hearing | Court | 15-Feb-17 | February 1, 2017 Court Memorandum |
| N/A | Deadline for written submissions to the Parties | Community | 7-Mar-17 | February 1, 2017 Court Memorandum |
| N/A | Parties submit all written submissions to the Court that are not irrelevant, threatening, or inflammatory, or that reveal confidential information | Parties | 14-Mar-17 | February 1, 2017 Court Memorandum |
| N/A | Public fairness hearing | Parties, Court, and Community | 6-Apr-17 | February 1, 2017 Court Memorandum |
| N/A | Release of request for applications (RFA) for those seeking appointment as Monitor | Parties | 20-Apr-17 | February 1, 2017 Court Memorandum |
| N/A | End of submission period for Monitor applications | N/A | 8-Jun-17 | February 1, 2017 Court Memorandum |

| Consent Decree Section | Event | Responsible Party | Timeline | Paragraph/Origin |
|---|---|---|---|---|
| Transportation of Persons in Custody | Inspection of all vehicles used to transport detainees | BPD | At least monthly | 225 |
| Supervision | First line supervisors and lieutenants review EIS data for all officers under their direct command | BPD | At least monthly | 321 |
| Supervision | Ensure that all officers are provided with information about the scope and function of EIS | BPD | Within 60 days of implementing EIS | 326 |
| Agreement Implementation and Enforcement | Submission of statements to the Court with copies to the Parties | Monitor | Monthly after Monitor assumes duties | 449 |
| Community Oversight Task Force | Establish a Community Oversight Task Force (COTF) | Mayor and City Council of Baltimore (City) | 6-Jul-17 | 11 |
| Stops, Searches, Arrests, and Voluntary Police-Community Interactions | Assessment of effectiveness of stop, search, and arrest practices, per procedures | BPD | At least quarterly | 86 |
| Supervision | Command staff collect and analyze Early Intervention System (EIS) data related to supervisor, squad and officer trends | BPD | At least quarterly | 320 |

| Consent Decree Section | Event | Responsible Party | Timeline | Paragraph/Origin |
|---|---|---|---|---|
| Supervision | Supervisors review larger, pattern-based reports from EIS | BPD | At least quarterly | 321 |
| Stops, Searches, Arrests, and Voluntary Police-Community Interactions | Data on all arrests that meet criteria in Para. 75 reviewed to assess patterns | BPD | Quarterly | 79 |
| Responding to and Interacting With People With Behavioral Health Disabilities or in Crisis | Data collected related to behavioral health disability or crisis status is reported to the Crisis Intervention Coordinator and Collaborative Planning and Implementation Committee | BPD | Quarterly | 122(b) |
| Transportation of Persons in Custody | Audit of the transportation process | BPD | Quarterly | 236 |
| Misconduct Investigations and Discipline | Separate public reports from Office of Professional Responsibility (OPR) and Civilian Review Board (CRB) on officer misconduct investigations | BPD and City | Quarterly | 402 |
| Stops, Searches, Arrests, and Voluntary Police-Community Interactions | Data on citations for quality of life offenses reported to Monitor | BPD | Quarterly, once tracking system is established | 62 |

| Consent Decree Section | Event | Responsible Party | Timeline | Paragraph/Origin |
|---|---|---|---|---|
| Responding to and Interacting With People With Behavioral Health Disabilities or in Crisis | An officer the rank of Sergeant or above is designated to act as the Crisis Intervention Coordinator | BPD | 4-Oct-17 | 115 |
| Agreement Implementation and Enforcement | Draft semi-annual reports provided to Parties | Monitor | At least 30 days prior to Court filing and public release of reports | 472 |
| Agreement Implementation and Enforcement | Monitor's written reports filed with Court and posted to Monitor's website | Monitor | Semi-annually | 472 |
| Agreement Implementation and Enforcement | Replenishment of the fund for payment of the Monitor | City | 45 days after Order from the Court directing payment | 449 |
| Community Policing and Engagement | Public meetings in each District with information about the Agreement | BPD | Biannually, with wide publication at least one week before | 21 |
| Agreement Implementation and Enforcement | Development of Monitoring Plan for first year of Agreement | Monitor in conjunction with the Parties | Within 90 days of Monitor assuming duties | 461-462 |
| Agreement Implementation and Enforcement | Either approve or propose changes to the Monitoring Plan | Parties | Within 45 days of submission of the Monitoring Plan | 462 |
| Agreement Implementation and Enforcement | Acceptance or objection to any proposed changes | Monitor | Within 15 days of submission of proposed changes to Monitoring Plan by Parties | 462 |

| Consent Decree Section | Event | Responsible Party | Timeline | Paragraph/Origin |
|---|---|---|---|---|
| Agreement Implementation and Enforcement | Time for conferral to resolve disagreements on changes to Monitoring Plan | Monitor and Parties | 20 days following written rationale for proposal or objection | 462 |
| Community Oversight Task Force | Request that COTF present a public report | City | 7-Mar-18 | 14 |
| Community Oversight Task Force | Post COTF report publicly for comment | City | For 30 days after presentation of report | 14 |
| Stops, Searches, Arrests, and Voluntary Police-Community Interactions | Training for all BPD officers on the value of community-oriented policing | BPD | 7-Apr-18 | 33 |
| Stops, Searches, Arrests, and Voluntary Police-Community Interactions | At least 16 hours of training on stops, searches, and arrests for all officers | BPD | 7-Apr-18 | 67 |
| Technology | Complete a Resource Study of necessary technology | BPD | 7-Apr-18 | 268 |
| Community Policing and Engagement | Publicly available report of community policing efforts | BPD | At least annually | 22 |

| Consent Decree Section | Event | Responsible Party | Timeline | Paragraph/Origin |
|---|---|---|---|---|
| Stops, Searches, Arrests, and Voluntary Police-Community Interactions | Citation data analyzed using peer group analysis | BPD | At least annually | 62 |
| Stops, Searches, Arrests, and Voluntary Police-Community Interactions | Develop protocol for comprehensive analysis of Stop, Search, and Arrest data collected | BPD | At least annually, after appropriate technology in place | 84 |
| Stops, Searches, Arrests, and Voluntary Police-Community Interactions | Review stop, search, and arrest training to ensure that they are updated | BPD | At least annually | 68 |
| Misconduct Investigations and Discipline | Audit of BPD's disciplinary process | BPD | At least annually | 405 |
| Community Policing and Engagement | All officers provided with 8 hours of community and problem-oriented policing training | Police Department of Baltimore City (BPD) | Annually | 16 |
| Community Policing and Engagement | Comprehensive community survey | Monitor | Annually | 23 |
| Responding to and Interacting With People With Behavioral Health Disabilities or in Crisis | Crisis Intervention Team (CIT) officers provided 8 hours of specialized in-service training | BPD | Annually | 107 |
| Responding to and Interacting With People With Behavioral Health Disabilities or in Crisis | All officers provided at least 8 hours of in-service training on responding to individuals in crisis | BPD | Annually | 112(a) |

| Consent Decree Section | Event | Responsible Party | Timeline | Paragraph/Origin |
|---|---|---|---|---|
| Responding to and Interacting With People With Behavioral Health Disabilities or in Crisis | Analysis of crisis intervention incidents on crisis response | BPD | Annually | 120 |
| Use of Force | Analysis of the data captured in officers' use of force reports and supervisors' use of force reviews | BPD | Annually | 200 |
| Use of Force | Minimum of 8 hours of training for members of the Performance Review Board | BPD | Annually | 209 |
| Use of Force | Evaluation of forms and data collection systems to improve the accuracy and reliability of data collection concerning use of force | BPD | Annually | 215 |
| Use of Force | Analysis of prior year's force data to determine trends | BPD | Annually | 217 |
| First Amendment Protected Activities | Assessments of practices related to First Amendment activities | BPD | Annually | 255 |
| Handling of Reports of Sexual Assault | Training for all BPD detectives in the Sex Offense, Family Crimes, and Child Abuse Units about policies and practices applicable to response to sexual assault | BPD | Annually | 259 |
| Technology | Update the Resource Plan to account for material requirements of the Agreement | BPD | Annually | 275 |

| Consent Decree Section | Event | Responsible Party | Timeline | Paragraph/Origin |
|---|---|---|---|---|
| Supervision | In-service management training for all sworn supervisors | BPD | Annually | 310 |
| Misconduct Investigations and Discipline | Report on BPD's complaint testing program | BPD | Annually | 408 |
| Misconduct Investigations and Discipline | All BPD supervisors and personnel who may become responsible for investigating complaints receive 8 hours of in-service training on misconduct investigations | BPD | Annually | 414 |
| Recruitment, Hiring, and Retention | Assessments of BPD's recruitment and retention efforts | BPD | Annually | 427 |
| Agreement Implementation and Enforcement | Submission of proposed budget to the Court for approval | Monitor | Annually | 448 |
| Agreement Implementation and Enforcement | Community survey assessing satisfaction of the community with BPD | Monitor | Annually | 459(a) |
| Agreement Implementation and Enforcement | Analysis of response times for calls of service | Monitor | Annually | 459(b) |
| Agreement Implementation and Enforcement | Analysis of rate that arrests are found to lack probable cause or violate the 4th Amendment, and civilian complaints alleging unlawful arrests | Monitor | Annually | 459(c) |

| Consent Decree Section | Event | Responsible Party | Timeline | Paragraph/Origin |
|---|---|---|---|---|
| Agreement Implementation and Enforcement | Analysis of force incidents and force complaints | Monitor | Annually | 459(d) |
| Agreement Implementation and Enforcement | Review of number of sexual assault reports, victim participation, clearance rate for sexual assault cases, and declinations from cases referred to the State's Attorney's Office | Monitor | Annually | 459(k) |
| Agreement Implementation and Enforcement | Review of training and training programs | Monitor | Annually | 459(l) |
| Agreement Implementation and Enforcement | Review of the number of supervisory interventions initiated through EIS and a sample of interventions for quality | Monitor | Annually | 459(m) |
| Agreement Implementation and Enforcement | Review of separate OCR and CRB quarterly public reports and underlying data | Monitor | Annually | 459(n) |
| Agreement Implementation and Enforcement | Initiation of development of subsequent Monitoring Plans | Monitor | 90 days prior to conclusion of previous Monitoring Plan | 465 |
| Supervision | Per protocols, evaluate the effectiveness of supervision of officers | BPD | Annually, once protocols are developed | 328 |
| Officer Assistance and Support | Per protocols, annual assessments of BPD's officer assistance and support programs | BPD | Annually once protocols are developed | 441 |

| Consent Decree Section | Event | Responsible Party | Timeline | Paragraph/Origin |
|---|---|---|---|---|
| Agreement Implementation and Enforcement | Submission of proposed methodology for outcome assessment or compliance review to Parties | Monitor | 60 days prior to initiation of outcome assessment or compliance review | 467 |
| Agreement Implementation and Enforcement | Time for meeting and conferral about proposed methodology | Monitor and Parties | 30 days after submission of proposed methodology | 467 |
| Agreement Implementation and Enforcement | Deadline for submission of comments or concerns to proposed methodology to Monitor | Parties | Within 20 days after 30-day conferral period | 467 |
| Agreement Implementation and Enforcement | Deadline for modification of methodology to address Parties' concerns, or information that methodology will not be changed | Monitor | Within 10 days from submission of comments or concerns on proposed methodology | 467 |
| Agreement Implementation and Enforcement | Comprehensive Re-assessment filed with the Court | Monitor | 7-Oct-19 | 469 |
| Agreement Implementation and Enforcement | Recommendations for modifications to the Agreement filed with Court and posted on Monitor's website | Monitor | 7-Oct-19 | 469 |
| Stops, Searches, Arrests, and Voluntary Police-Community Interactions | At least 4 hours of training on stops, searches and arrests for all officers | BPD | Annually, after first year after Effective Date | 67 |
| Agreement Implementation and Enforcement | Draft Comprehensive Re-assessment submitted to Parties | Monitor | At least 60 days prior to filing Comprehensive Re-assessment | 469 |

| Consent Decree Section | Event | Responsible Party | Timeline | Paragraph/Origin |
|---|---|---|---|---|
| Agreement Implementation and Enforcement | Comprehensive Re-assessment of compliance with material requirements of Agreement and need for modifications | Monitor | 7-Apr-19 | 469 & 470 |
| Agreement Implementation and Enforcement | Time for comments and objections on draft Comprehensive Re-assessment | Parties | 30 days after receiving draft Comprehensive Re-assessment | 469 |
| Coordination with Baltimore City School Police Force | Evaluation of BPD's efforts at improving coordination with Baltimore School Police | BPD | Biennially, after initial assessment is completed | 417 |
| Agreement Implementation and Enforcement | Initial appointment period of Monitor (subject to renewal and extension by Court) | N/A | 7-Apr-20 | 446 |
| Agreement Implementation and Enforcement | BPD begins conducting outcome assessments | BPD | 7-Apr-20 | 457 |
| Agreement Implementation and Enforcement | Hearing to assess the status of City and BPD's compliance with the Agreement | Court | Not before 7-Apr-22, upon motion of any party | 505 |
| Agreement Implementation and Enforcement | Meet and conference on disagreement regarding implementation of Agreement | Parties | Within 5 days of written notification of disagreement regarding implementation of Agreement | 495 |
| Agreement Implementation and Enforcement | Information to other Parties and Monitor of disagreement regarding implementation of Agreement | Parties | Within 10 days of apparent impasse following informal consultation | 495 |

| Consent Decree Section | Event | Responsible Party | Timeline | Paragraph/Origin |
|---|---|---|---|---|
| Agreement Implementation and Enforcement | Time for response to motion to terminate the Agreement or any severable part | United States (DOJ) | 45 days after receipt of motion | 509 |
| Agreement Implementation and Enforcement | Time for reply after DOJ's response to motion to terminate | Defendants | 30 days after response | 509 |
| Community Oversight Task Force | COTF final report posted publicly | City | Duration of Agreement | 14 |
| Agreement Implementation and Enforcement | Termination of Agreement | N/A | Following full and effective compliance of 1 year for "Group A" sections and 2 years for "Group B" sections as | 504 |