**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff;<br><br>   v.<br><br>BALTIMORE CITY POLICE DEPARTMENT, et. al.,<br><br><br>                Defendants. | Case No. 17-cv-0099-JKB |

**NOTICE OF ENTRY OF APPEARANCE BY APARNA PATRIE ON BEHALF OF
UNITED STATES OF AMERICA**

Aparna Patrie, Trial Attorney in the United States Department of Justice, Civil Rights Division, Special Litigation Section, files this notice of appearance as counsel for Plaintiff United States of America. I am a member in good standing of the bar of the State of New York. Pursuant to Local Rule 701.1.b, I am authorized to appear in this action to represent the United States. I have registered with the Court's electronic case management system and have been granted a user identification and password for filing.

Respectfully Submitted,


_____*/s/ Aparna Patrie*_____

## CERTIFICATE OF SERVICE

      I certify that on April 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, to give notice to all registered parties.

          */s/ Aparna Patrie*

Attorney for the United States