## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. |
| BALTIMORE POLICE DEPARTMENT | * | 1:17-CV-00099-JKB |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO WITHDRAW APPEARANCE

The undersigned attorney, pursuant to Local Rule 2 of the United States District Court for the District of Maryland, hereby moves to withdraw his appearance on behalf of Defendants, the Baltimore Police Department ("BPD"), in the above captioned matter. The undersigned will be leaving the Baltimore City Department of Law, effective Friday, April 28, 2017, to accept a position in the Office of the Attorney General for District of Columbia, Civil Division, as a Section Chief. Acting Solicitor David Ralph and Senior Public Safety Counsel Suzanne Sangree are more than capable of representing the legal interest of the both Mayor & City Council of Baltimore, as well as the BPD in this matter. The Commissioner of BPD has been notified by the undersigned that he is withdrawing his appearance.

Having shown good cause, the undersigned respectfully requests that the Court grant leave for the undersigned to withdraw his appearance from the above captioned matter.

Respectfully submitted,

_____/s/_____
Glenn T. Marrow
Chief Solicitor and Chief Legal Counsel Office of Legal Affairs
Federal Bar No.: 23731
E-mail: glenn.marrow@baltimorepolice.org
Baltimore City Department of Law
City Hall, Room 101 100 N. Holliday Street
Baltimore, Maryland 21202
Telephone: (410) 396-2496
Facsimile:   (410) 396-2126

*Attorneys for Defendant*
*The Baltimore Police Department*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day April 2017, a copy of foregoing Motion to Withdraw Appearance was served, via the ECF System of the United States District Court, District of Maryland on the following people:

| | |
|---|---|
| **John M Gore**<br>US Dept. of Justice<br>Civil Rights Division<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br>Email: john.gore@usdoj.gov<br><br>**Timothy Donald Mygatt**<br>US Dept. of Justice<br>Civil Rights Division<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br>Email: timothy.mygatt@usdoj.gov<br><br>**Aparna Patrie**<br>601 D St. NW<br>Washington, DC 20579<br>Email: aparna.patrie@usdoj.gov<br><br>**Maureen Johnston**<br>US Dept. of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br>Email: maureen.johnston@usdoj.gov<br><br>**Puneet Cheema**<br>601 D St. NW #5516<br>Washington, DC 20579<br>Email: puneet.cheema2@usdoj.gov<br><br>**Seth Wayne**<br>US Dept. of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br>Email: seth.wayne@usdoj.gov | **David E Ralph**<br>Baltimore City Department of Law<br>100 N. Holliday St<br>Baltimore, MD 21202<br>Email: david.ralph@baltimorecity.gov<br><br>**Brent J Gurney**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006<br>Email: Brent.Gurney@wilmerhale.com<br><br>**Debo P Adegbile**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Email: debo.adegbile@wilmerhale.com<br><br>**Suzanne Sangree**<br>City of Baltimore Law Department<br>Senior Public Safety Counsel<br>City Hall Room 156<br>100 N Holliday St<br>Baltimore, MD 21202<br>Email: suzanne.sangree2@baltimorecity.gov |

_____/s/_____
Glenn T. Marrow
Chief Solicitor
Federal Bar No: 23731