# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

    Plaintiff     *

v.     *     Civil No. JKB-17-0099

POLICE DEPARTMENT OF     *
BALTIMORE CITY, et al.

    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The Court has reviewed the timeline submitted jointly by the parties on April 21, 2017

(ECF No. 43), and finds it consistent with the Court's earlier directive (ECF Nos. 39 and 42) to

update the timeline to incorporate the Effective Date of the Consent Decree. It is, therefore,

APPROVED.

DATED this _28_ day of April, 2017.

BY THE COURT:

James K. Bredar
United States District Judge