UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

```
*********************************     *
UNITED STATES OF AMERICA,              *
                                       *
     Plaintiff,                        *
                                       *   Civil Action No.: 1:17-CV-00099-JKB
v.                                     *
                                       *
BALTIMORE POLICE DEPARTMENT, et        *
al.,                                   *
                                       *
     Defendants                        *
*********************************
```

# ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for: Baltimore Police Department.

I certify that I am admitted to practice in this court.

| May 1, 2017 | /s/ |
|---|---|
| *Date* | *Signature of Counsel* |
| | Daniel C. Beck          29646 |
| | *Print Name*        *Bar Number* |
| | Baltimore City Law Departmet |
| | *Firm Name* |
| | 100 N. Holliday Street, Suite 101 |
| | *Address* |
| | Baltimore, MD 21202 |
| | *City/State/Zip* |
| | 410-396-2496 |
| | *Phone No.* |

 410-396-2126
*Fax No.*

 Daniel.beck@baltimorepolice.org
*Email Address*