**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| **OF AMERICA,** | | |
| | * | |
|    Plaintiff, | | |
| | * | |
| v. | | **CIVIL NO. JKB-17-0099** |
| | * | |
| **BALTIMORE POLICE** | | |
| **DEPARTMENT, et al.,** | * | |
| | | |
|    Defendants. | * | |

**REQUEST FOR MINOR MODIFICATIONS TO**
**FIRST-YEAR MONITORING PLAN**

Under the First-Year Monitoring Plan ("Monitoring Plan") adopted on February 16, *see* ECF No. 91-1, "General Notes" at Rows 2 & 3; ECF No. 92, and at the recommendation of the parties, the Monitoring Team hereby requests that the Court approve several minor modifications to the Monitoring Plan. As Paragraph 464 of the Consent Decree contemplates, these minor modifications are needed "[t]o promote flexibility in the implementation of the Agreement" and to ensure the integrity of the reform process. ECF No. 2-2 (as modified by ECF No. 39), ¶ 464. Importantly, none of the requested modifications will slow the scheduled pace of reform.

The proposed changes to the Monitoring Plan, and the reasons for those proposed changes, are as follows:

    **1.**    **Extend the deadlines for certain policies involving use of force**. The Monitoring Team and the parties—the Baltimore Police Department ("BPD"), the City of Baltimore, and the U.S. Department of Justice ("DOJ")—have worked cooperatively and diligently to craft revisions to a number of BPD policies involving the use of force. For five different use of force policies, the Monitoring Team and the parties have fully complied with all of the deadlines in the

Monitoring Plan. BPD issued for public comment the final proposed revisions to all five policies on April 18, the public comment period on the revised policies ends May 18, and the revised policies should be finalized and approved on schedule by July 3. *See* ECF No. 91-1, Rows 131-35. The five use of force policies currently within the public comment period include the central use of force policy, Policy 1115 ("Use of Force"), plus Policies 409 ("Firearms Regulations"), 719 ("Conducted Electrical Weapon"), 1111 ("Batons/Impact Weapons"), and 1118 ("Oleoresin Capsicum Spray").

There are eight additional BPD policies implicated by the use of force provisions of the Consent Decree. Given the multitude of use of force policies, and also given the wide range of policy revisions currently underway in other areas of the Consent Decree (including impartial policing, stops/searches/arrests, First Amendment-protected activities, body worn cameras, transportation of persons in custody, and misconduct investigations/discipline), the Monitoring Team and the parties have determined that the schedule for revising the eight additional use of force policies needs to be modified to avoid compromising the quality of those policies and the effectiveness of the Consent Decree's required reforms. These additional use of force policies include Policies 414 ("Less-Lethal Munitions and Chemical Agents"), 710 ("Level 3 Use of Force Investigation—Special Investigations Response Team"), 724 ("Performance Review Board"), 725 ("Use of Force Reporting, Review and Assessment"), 1005 ("Non-Uniform Policing Standards"), 1107 ("De-Escalation"), 1503 ("Emergency Vehicle Operation and Pursuit Policy"), and 1602 ("Canine Procedure").

The proposed new timeline for revisions to these additional use of force policies is as follows:

- June 15: BPD to submit initial drafts to DOJ and Monitoring Team

- June 22:            DOJ and Monitoring Team to submit initial feedback on initial drafts to BPD

- June 22-July 20:    Collaboration period

- July 27:            BPD to issue final proposed policies for public comment

- July 27-Aug. 24:    Public comment period

- Aug. 24-31:         BPD consideration/incorporation of comment period feedback

- Aug. 31:            BPD to submit final policies to DOJ and Monitoring Team

- Sept. 10:           DOJ to approve/disapprove final policies

- Sept. 17:           Monitoring Team to file memorandum with court approving/disapproving final policies

None of these new deadlines would delay the pace of reform in the use of force area. All use of force policy revisions would still be finalized and adopted by the end of the summer (mid-September), and all revised training curricula would still be finalized by the end of 2018. As a result, training on all revised use of force policies would still commence at the beginning of 2019, as the Monitoring Plan envisions.

**2.     Extend the deadlines for certain policies involving stops, searches, arrests, and voluntary police-community interactions.** As with use of force policies, the Monitoring Team and the parties have worked cooperatively and diligently to craft revisions to a number of BPD policies involving stops, searches, arrests, and voluntary police-community interactions ("S/S/A policies"). For no fewer than nine different policies in this area, the Monitoring Team and the parties have complied with all of the deadlines in the Monitoring Plan thus far: BPD submitted its initial drafts of these nine policies to DOJ and the Monitoring Team on April 7, DOJ and the Monitoring Team furnished their initial feedback on April 28, and the Monitoring Team and the parties are now collaborating on revisions. *See* ECF No. 91-1, Rows 52-53, 55. The Monitoring

Team and the parties will comply with all of the upcoming deadlines for these nine policies as well.  Specifically, the parties will finish their collaboration on revisions by July 15, BPD will issue final proposed versions for public comment on July 30 and hold the public comment period open through September 15, BPD will consider public comments and any additional feedback from DOJ and the Monitoring Team and submit final versions for approval by September 30, DOJ will approve or disapprove of the final versions by October 14, and the Monitoring Team will do so by October 31.  *Id.*, Rows 55-60.  The nine S/S/A policies currently under revision include the central S/S/A policy, Policy 1112 ("Field Interviews, Investigative Stops/Detentions, Weapons Pat-Downs, and Searches"), as well Polices 808 ("Civil and Criminal Citation Procedures"), 809 ("Marijuana – Uniform Civil Citation"), 812 ("Misdemeanor Shoplifting Arrest Procedures"), 1007 ("Search and Seizure Warrants"), 1013 ("Strip Searches and Body Cavity Searches"), 1018 ("Qualify of Life Offenses – Core Legal Elements"), 1106 ("Warrantless Arrest Procedures and Probable Cause Standard"), and 1505 ("Foot Pursuits").

There are six additional S/S/A policies implicated by the Consent Decree.  Given the large number of S/S/A policies, and also given the myriad policy revisions currently underway in other areas of the Consent Decree (including use of force, impartial policing, First Amendment-protected activities, body worn cameras, transportation of persons in custody, and misconduct investigations/discipline), the Monitoring Team and the parties have determined that the schedule for revising the additional S/S/A policies should be extended.  These additional S/S/A policies include Policies 906 ("Traffic Citations"), 1002 ("Securing and Interviewing Witnesses"), 1104 ("Arrest Warrants"), 1105 ("Custodial Interrogations"), 1108 ("DUI/DWI Arrest Procedure"), and 1114 ("Persons in Police Custody").  Like the use of force policies, these policies implicate a central area of reform under the Consent Decree and are vital to ensuring constitutional policing.

The Monitoring Team and the parties want to make sure to give them the careful consideration they deserve.

The proposed new timeline for revisions to the additional S/S/A policies is as follows:

- Aug. 3: BPD to submit initial drafts to DOJ and Monitoring Team
- Aug. 17: DOJ and Monitoring Team to submit initial feedback on initial drafts to BPD
- Aug. 17-Sept. 28: Collaboration period
- Oct. 5: BPD to issue final proposed policies for public comment
- Oct. 5-Nov. 4: Public comment period
- Nov. 4-11: BPD consideration/incorporation of comment period feedback
- Nov. 11: BPD to submit final policies to DOJ and Monitoring Team
- Nov. 18: DOJ to approve/disapprove final policies
- Nov. 25: Monitoring Team to file memorandum with court approving/disapproving final policies

None of these new deadlines for certain S/S/A policies would delay the pace of reform in the S/S/A area, because none would extend the deadlines for development of the Training Plan required under the Monitoring Plan, *see* ECF No. 91-1, Rows 61-65, and none would delay the future development of training curricula under that Training Plan. *See id.*, Row 66 (identifying January 2019 as start date for S/S/A training curricula development).

**3.     Extend the deadline for finalizing BPD's Mission Statement and Core Values.**
Under Paragraph 15 of the Consent Decree, BPD is revising its Mission Statement to "reflect[] its commitment to community-oriented policing…" ECF No. 2-2 (as modified by ECF No. 39), ¶ 15. As required by the Monitoring Plan, BPD submitted the initial draft of a revised Mission Statement by February 14, DOJ and the Monitoring Team submitted their initial feedback by March 13, and

BPD issued for public comment a final proposed Mission Statement on March 22. *See* ECF No. 91-1, Rows 19-21. The parties and the Monitoring Team agreed, however, that the proposed Mission Statement, though suitable, does not fully capture certain principles that are both integral to BPD's mission and required by the Consent Decree's directive that the Mission Statement "reflect [BPD's] commitment to community-oriented policing." As a result, BPD has endeavored to supplement the Mission Statement with a more detailed statement of "Core Values." BPD, DOJ and the Monitoring Team have since collaborated on the language of the Core Values statement and are close to reaching final agreement on it.

The parties and the Monitoring Team believe that, although community members had a chance to comment on the proposed Mission Statement from March 22 to April 21, they should be given an additional opportunity to comment on the Mission Statement supplemented by the statement of Core Values. Accommodating that opportunity requires a modest extension of the Monitoring Plan's timeline for finalizing and adopting a new Mission Statement.

The proposed new timeline, which would replace Rows 24 – 26 of the Monitoring Plan (*see* ECF No. 91-1, Rows 24-26), is as follows:

- May 8: BPD to submit revised Mission Statement with Core Values to DOJ and Monitoring Team (*deadline met*)

- May 11: DOJ and Monitoring Team to submit feedback to BPD (*deadline met*)

- May 16: BPD to issue final proposed Mission Statement with Core Values for public comment

- May 16-June 15: Public comment period

- June 15-22: BPD consideration/incorporation of comment period feedback

- June 22: BPD to submit final Mission Statement with Core Values to DOJ and Monitoring Team

6

- June 29: DOJ to approve/disapprove final Mission Statement with Core Values

- July 6: Monitoring Team to file memorandum with court approving/disapproving final Mission Statement with Core Values

WHEREFORE, for the foregoing reasons, the Monitoring Team, at the recommendation and with the agreement of the parties, requests that the Court approve the above-identified modifications to the Monitoring Plan.

Respectfully submitted,

_____/s/_____
Kenneth Thompson, Monitor
Seth Rosenthal, Deputy Monitor
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Ken.thompson@bpdmonitor.com
Seth.Rosenthal@bpdmonitor.com
(410) 244-7400

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2018, copies of the foregoing Notice of Minor Modifications to First-Year Monitoring Plan were served via the Court's ECF system upon all counsel of record.

_____/s/_____
Seth Rosenthal