IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | *** | |

## MEMORANDUM AND ORDER

At the recommendation of the parties, the Monitoring Team has requested an extension of the deadline for revising four policies implicating the Stops, Searches and Arrests provisions of the Consent Decree entered in this case. (ECF No. 122.) The four policies address misdemeanor "quality of life" offenses. They include Policies 808 ("Civil and Criminal Citation Procedures"), 809 ("Marijuana – Uniform Civil Citation"), 812 ("Misdemeanor Shoplifting Arrest Procedures"), and 1018 ("Qualify of Life Offenses – Core Legal Elements"). The Monitoring Team and the parties request that deadlines for finalizing these policies be moved to the first quarter of the second year of Monitoring and included in the Second-Year Monitoring Plan, which is being drafted later this year and will be completed in the beginning of 2019.

The Monitoring Team reports that BPD is complying with the deadlines in the Monitoring Plan for the other twelve policies implicating the Stops, Searches and Arrests provisions of the Consent Decree, (*see* ECF No. 91-1, as modified by ECF No. 112). The Monitoring Team also assures the Court that extending the deadlines for finalizing the four policies addressing misdemeanor quality of life offenses will not slow the pace of reform under the Consent Decree and is needed to ensure consistency with the intimately related Community

Policing requirements of the Consent Decree, the first of which (the completion of a Community Policing Plan) is not due to be implemented until the beginning of the second year of monitoring.

For good cause shown, it is hereby ORDERED that the Monitoring Plan, see ECF No. 91-1, as modified by ECF No. 112, SHALL BE and IS HEREBY MODIFIED so that the deadlines for finalizing Policies 808 ("Civil and Criminal Citation Procedures"), 809 ("Marijuana – Uniform Civil Citation"), 812 ("Misdemeanor Shoplifting Arrest Procedures"), and 1018 ("Qualify of Life Offenses – Core Legal Elements") are extended into the first quarter of the second year of monitoring.

It is further ORDERED that the new deadlines for finalizing these four policies shall be included in the Second-Year Monitoring Plan.

DATED this 13th day of July, 2018.

BY THE COURT:

/s/
James K. Bredar
Chief Judge