IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| Defendants. | * | |

**NOTICE OF APPROVAL OF REVISED POLICIES ADDRESSING TRANSPORTATION OF PERSONS IN CUSTODY UNDER PARAGRAPHS 223-238 OF THE CONSENT DECREE**

As required by the First-Year Monitoring Plan, *see* ECF No. 91-1, Row 169, as modified by several subsequent orders of the Court, *see* ECF No. 112, 124 & 125, the Baltimore Police Department Monitoring Team ("Monitoring Team") hereby notifies the Court that it approves the following three revised Baltimore Police Department ("BPD") policies addressing transportation of persons in custody: Policy 825 ("Transport Vehicle Camera (TVC) System"), Policy 1114 ("Transport of Persons in Police Custody"), and Policy 1511 ("Vehicle Inspection and Maintenance"). The revisions to these policies are required by Paragraphs 223-238 of the Consent Decree. *See* ECF No. 2-2 (as modified by ECF No. 39), ¶¶ 223 – 238. The Department of Justice has indicated that it concurs in the approval of these policies.

The revised policies can be accessed at the following links:

- Policy 825 (Transport Vehicle Camera (TVC) System), https://www.baltimorepolice.org/825-draft-transport-vehicle-camera-system

- Policy 1114 (Transport of Persons in Police Custody), https://www.baltimorepolice.org/1114-draft-persons-police-custody

- Policy 1511 (Vehicle Inspection and Maintenance), https://www.baltimorepolice.org/1511-draft-vehicle-inspection-and-maintenance

These revised policies are the product of intensive collaboration among BPD, the Department of Justice ("DOJ") and the Monitoring Team, and reflect considerable input and feedback from both community stakeholders and BPD officers.

Respectfully submitted,

/s/
Kenneth Thompson, Monitor
Seth Rosenthal, Deputy Monitor
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Ken.thompson@bpdmonitor.com
Seth.Rosenthal@bpdmonitor.com
(410) 244-7400

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2018, copies of the foregoing Notice of Approval of Revised Policies Addressing Transportation of Persons in Custody under Paragraphs 223 – 238 of the Consent Decree were served via the Court's ECF system upon all counsel of record.

_____/s/_____
Seth Rosenthal