# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **CIVIL NO. JKB-17-0099** |
| | * | |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF APPROVAL OF REVISED BODY WORN CAMERA POLICY UNDER PARAGRAPH 271 OF THE CONSENT DECREE

As required by the First-Year Monitoring Plan, *see* ECF No. 91-1, Row 238, as modified by several subsequent orders of the Court, *see* ECF No. 112, 124 & 125, the Baltimore Police Department Monitoring Team ("Monitoring Team") hereby notifies the Court that it approves revised Baltimore Police Department ("BPD") Policy 824 on Body Worn Cameras. The revisions to this policy are required by Paragraph 271 of the Consent Decree. *See* ECF No. 2-2 (as modified by ECF No. 39), ¶ 271. The Department of Justice has indicated that it concurs in the approval of the policy.

Revised Policy 824 ("Body Worn Camera") can be accessed at the following link: https://www.baltimorepolice.org/824-draft-body-worn-camera.

Revised Policy 824 is the product of intensive collaboration among BPD, the Department of Justice ("DOJ") and the Monitoring Team, and reflect considerable input and feedback from both community stakeholders and BPD officers.

                Respectfully submitted,

                _____/s/_____
                Kenneth Thompson, Monitor
                Seth Rosenthal, Deputy Monitor
                VENABLE LLP
                750 E. Pratt Street
                Baltimore, MD 21202
                Ken.thompson@bpdmonitor.com
                Seth.Rosenthal@bpdmonitor.com
                (410) 244-7400

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2018, copies of the foregoing Notice of Approval of Revised Body Worn Camera Policy under Paragraph 271 of the Consent Decree were served via the Court's ECF system upon all counsel of record.

_____/s/_____
Seth Rosenthal