IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| | * | |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | * | |
| Defendants. | * | |

### NOTICE OF APPROVAL OF REVISED POLICIES ADDRESSING FIRST AMENDMENT-PROTECTED ACTIVITIES UNDER PARAGRAPH 239 - 255 OF THE CONSENT DECREE

As required by the First-Year Monitoring Plan, *see* ECF No. 91-1, Row 178, as modified by several subsequent orders of the Court, *see* ECF No. 112, 124, 125 & 139, the Baltimore Police Department Monitoring Team ("Monitoring Team") hereby notifies the Court that it approves revised Baltimore Police Department ("BPD") Policies 804 ("First Amendment Protected Activity") and 1016 ("Public Observation/Recording of Officers"), which address how BPD must handle First Amendment-protected activities.  The revisions to these policies are required by Paragraphs 239 - 255 of the Consent Decree.  *See* ECF No. 2-2 (as modified by ECF No. 39), ¶¶ 239 - 255.  The Department of Justice ("DOJ") has indicated that it concurs in the approval of these policies.

The revised policies can be accessed at the following links:

- Policy 804 (First Amendment Protected Activity): https://www.baltimorepolice.org/804-draft-first-amendment-protected-activity

- Policy 1016 (Public Observation/Recording of Officers): https://www.baltimorepolice.org/1016-draft-citizen-observation-recording-officers

Revised Policies 804 and 1016 are the product of intensive collaboration among BPD, the Department of Justice ("DOJ") and the Monitoring Team, and reflect considerable, sustained input and feedback from both community stakeholders and BPD officers.

It should be noted that, as explained in the Monitoring Team's First Semiannual Report, *see* ECF No. 126 at 80, BPD has elected to rescind Policy 413 ("Mobile Field Force"), with the approval of the Monitoring Team and DOJ. The Mobile Field Force is a specialized unit that monitors, maintains peace, and protects the right to assemble and speak at both planned and spontaneous public demonstrations, and intervenes to maintain public safety while respecting First Amendment rights when public demonstrations turn violent. With the input of the Monitoring Team and DOJ, BPD has incorporated the general provisions of the Mobile Field Force policy into Policy 804, and it will create a Standard Operating Procedure ("SOP") to provide detailed tactical guidance to Mobile Field Force officers about how to carry out their responsibilities while preserving First Amendment rights. The Monitoring Team, BPD and DOJ ultimately have determined that rescission of the standalone Mobile Field Force policy makes sense because the policy is not so much a policy as it is an outline for a tactical procedural manual. The Monitoring Team is comfortable with how the mission and general responsibilities of the Mobile Field Force are reflected in revised Policy 804 and, together with DOJ, it will review and work with BPD to develop an appropriate SOP in the near future. The existing Mobile Field Force policy will not be rescinded until the SOP is developed and implemented.

Respectfully submitted,

_____/s/_____
Kenneth Thompson, Monitor
Seth Rosenthal, Deputy Monitor
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Ken.thompson@bpdmonitor.com
Seth.Rosenthal@bpdmonitor.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2018, copies of the foregoing Notice of Approval of Revised Policies Addressing First Amendment-Protected Activities under Paragraph 239 – 255 of the Consent Decree were served via the Court's ECF system upon all counsel of record.

_____/s/_____
Seth Rosenthal