## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **CIVIL NO. JKB-17-0099** |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | * | |
| **Defendants.** | *** | |

## ORDER

The Court hereby APPROVES the Monitoring Team's July 2018 invoice and DIRECTS the Clerk to immediately disburse the invoice from the funds presently on deposit in the registry of the Court.

DATED this 2 7 day of September, 2018.

BY THE COURT:

James K. Bredar
United States District Judge