IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| Defendants. | * | |

**CORRECTED NOTICE OF APPROVAL OF REVISED EMPLOYEE ASSISTANCE PROGRAM UNDER PARAGRAPH 436 OF THE CONSENT DECREE**

As required by the Updated First-Year Monitoring Plan, *see* ECF No. 138-1, Row 128 (approved in ECF No. 139), the Baltimore Police Department Monitoring Team ("Monitoring Team") hereby notifies the Court that it approves revised Policy 1703 ("Employee Assistance Program (EAP)") prepared by the Baltimore Police Department ("BPD") under Paragraph 436 of the Consent Decree. *See* ECF No. 2-2 (as modified by ECF No. 39), ¶ 436. The revised Policy 1703, which can be accessed [here](), offers guidance on how BPD provides support and guidance to employees affected by personal and professional stressors and traumatic events. As required by Paragraph 436, the EAP includes confidential counseling services, crisis and stress management counseling, and mental health evaluations. The Department of Justice ("DOJ") has indicated that it concurs in the approval of the revised policy.

Revised Policy 1703 is the product of collaboration among BPD, DOJ and the Monitoring Team, and reflects input and feedback from both community stakeholders and BPD officers.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Kenneth Thompson, Monitor
                                        Seth Rosenthal, Deputy Monitor
                                        VENABLE LLP
                                        750 E. Pratt Street
                                        Baltimore, MD 21202
                                        Ken.thompson@bpdmonitor.com
                                        Seth.Rosenthal@bpdmonitor.com
                                        (410) 244-7400

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, copies of the foregoing Notice was served via the Court's ECF system upon all counsel of record.

_____/s/_____
Seth Rosenthal