# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff;<br><br>  v.<br><br>BALTIMORE CITY POLICE DEPARTMENT, et. al.,<br><br><br>     Defendants. | CIVIL NO. JKB-17-0099 |

## CONSENT MOTION FOR CONTINUANCE
## OF PLAINTIFF UNITED STATES OF AMERICA

Plaintiff United States of America moves for continuance of all deadlines in this matter, including the December 27, 2018, deadline for DOJ to submit its monthly meeting submission; the December 28, 2018, deadline for the parties' submission of the OPR classification protocol and Policy 306; and the Court's January 3, 2019, monthly meeting.

 1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired, and appropriations to the Department lapsed.  The Department does not know when Congress will restore funding.

 2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

 3. Counsel for the Department of Justice requests that all deadlines, monthly meetings, and public hearings be postponed until Congress has restored appropriations to the Department.

 4. If this consent motion is granted, counsel for the United States will notify the Court, the Baltimore Police Department (BPD), and the Monitor as soon as Congress has appropriated

funds for the Department of Justice.  The United States requests that, at that point, postponed deadlines and court appearances be reset at a time workable for all.

5.  Counsel for BPD has authorized the United States to state that it does not object to postponing the deadlines described in this motion.

Therefore, although the United States regrets the disruption caused to the Court and BPD, the United States moves to postpone the December 27, 2018, deadline for DOJ to submit its monthly meeting submission; the December 28, 2018, deadline for the parties' submission of the OPR classification protocol and Policy 306; and the Court's January 3, 2019, monthly meeting.

Respectfully submitted this 26th day of December, 2018.

/Respectfully Submitted,


 /s/ Cynthia Coe
Cynthia Coe
Trial Attorney
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-1121
Fax: (202) 514-4883
District of Columbia Bar No. 438792
Email: Cynthia.Coe@.usdoj.gov
Attorney for Plaintiff the United States

## CERTIFICATE OF SERVICE

      I certify that on December 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, to give notice to all registered parties.

                                                     /s/ *Cynthia Coe*
                                                     CYNTHIA COE
                                                     Attorney for Plaintiff the United States