# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| v. | * | **CIVIL NO. JKB-17-0099** |
| **BALTIMORE POLICE DEP'T** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM & ORDER

The Court has reviewed the consent motion requesting a continuance of all dates and deadlines in this matter pending resolution of a funding dispute involving the executive and legislative branches of the Federal Government (ECF No. 172). This financial matter is a dispute internal to one party, the Federal Government. In that sense it is similar to one that erupted between elements of the City Government previously. In the previous instance the Court advised the City to resolve its internal disputes and otherwise move ahead in its implementation efforts without delay. The Court has similar expectations with respect to the Federal Government's attorneys in this instance — they are required to find the means by which to continue their participation in this litigation on a timely basis regardless of their client's internal issues. Deeply serious matters involving the safety and well-being of the citizens of Baltimore are at issue in this case, and the Court is determined that implementation of the previously entered consent decree will not be impaired or delayed by this sort of collateral issue that is internal to one party.

The motion (ECF No. 172) is DENIED.

DATED this 26th day of December, 2018.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge