IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | \* | |
| **OF AMERICA,** | | |
| | \* | |
| Plaintiff, | | |
| | \* | |
| v. | | CIVIL NO. JKB-17-0099 |
| | \* | |
| **BALTIMORE POLICE** | | |
| **DEPARTMENT, et al.,** | \* | |
| | | |
| Defendants. | \* | |

**NOTICE OF APPROVAL OF REVISED POLICY ON COMPLAINT INTAKE AND CLASSIFICATION AND NEW CLASSIFICATION PROTOCOL UNDER PARAGRAPHS 334-342 AND 391-401 OF THE CONSENT DECREE**

As required by the Updated First-Year Monitoring Plan, *see* ECF No. 138-1, Row 111 (approved in ECF No. 139), as modified by ECF No. 147, the Baltimore Police Department Monitoring Team ("Monitoring Team") hereby notifies the Court that it approves revised Policy 306 (Complaint Intake and Classification Process) prepared by the Baltimore Police Department ("BPD"), as well as a Classification Protocol, under Paragraphs 334-342 and 392-401 of the Consent Decree. *See* ECF No. 2-2 (as modified by ECF No. 39), ¶¶ 334-42 & 392-401. Together, Policy 306 and the Classification Protocol govern the intake, classification and assignment of misconduct complaints received by BPD's Office of Professional Responsibility ("OPR"). The Department of Justice ("DOJ") has indicated that it concurs in the approval of both revised Policy 306 and the OPR Classification Protocol.

Revised Policy 306 and the OPR Classification Protocol can be found at the following links:

- Policy 306 (Complaint Intake and Classification Process)

- OPR Classification Protocol

Revised Policy 306 and the OPR Classification Protocol are the product of months-long, intensive collaboration among BPD, DOJ, the City of Baltimore's Civilian Review Board and the Monitoring Team, and reflect considerable input and feedback from both community stakeholders and BPD officers.

Respectfully submitted,

_____/s/_____
Kenneth Thompson, Monitor
Seth Rosenthal, Deputy Monitor
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Ken.thompson@bpdmonitor.com
Seth.Rosenthal@bpdmonitor.com
(410) 244-7400

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, copies of the foregoing Notice was served via the Court's ECF system upon all counsel of record.

                                                                                          _____/s/_____
                                                                                          Seth Rosenthal