IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| | * | |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | * | |

**MONITORING TEAM REPORT ON
COMPLIANCE REVIEWS AND OUTCOME ASSESSMENTS**

Since submitting a preliminary outcome assessment process and methodology plan in July 2018, *see* ECF No. 121, the Monitoring Team, the Baltimore Police Department ("BPD") and the Department of Justice ("DOJ") have worked diligently toward enabling the Monitoring Team to commence certain compliance reviews and outcome assessments that the Consent Decree requires.

First, the Monitoring Team has constructed proposed methodologies for performing comprehensive qualitative assessments of (1) BPD officer uses of force; (2) BPD officer stops, searches and arrests; (3) misconduct investigations conducted by BPD's Office of Professional Responsibility ("OPR"); (4) BPD responses to First Amendment-protected activities; and (5) BPD sexual assault investigations. The Monitoring Team, BPD and DOJ remain in discussions to finalize those methodologies.

Second, under the draft Second-Year Monitoring Plan, which is currently available to the public for review and comment, the Monitoring Team will begin a structured qualitative analysis of OPR misconduct investigations on February 1, 2019. The purpose of this initial analysis will be to obtain a baseline for assessing OPR investigations going forward. For the same purpose, the

Monitoring Team will begin structured qualitative analyses of uses of force and stops, searches, and arrests beginning in April and July 2019, respectively.

Third, on the required surveys of Baltimore community members, detained arrestees, and BPD officers, the Monitoring Team and its subcontractors, including Morgan State University, Rose Street Community Center, and the University of Toronto, have worked to develop the methodologies and logistics of conducting the surveys. Under the draft Second-Year Monitoring Plan, the surveys should be completed by the end of February 2019, with final reports on the results filed with the Court by June 7, 2019.

Finally, under the draft Second-Year Monitoring Plan, the Monitoring Team, BPD and DOJ will continue developing methodologies for the outcome assessments required by Paragraph 459 of the Consent Decree, and will commence several of those outcome assessments in Year Two.

Originally, the Monitoring Team had projected to the Court that, working with the parties, it would now be somewhat further along in the compliance review and outcome assessment process. However, pragmatic considerations have required timelines to be extended. Most prominently, the current state of BPD's data systems either prevent the type of quantitative analyses that the Consent Decree requires or make those analyses extremely time-consuming and complicated. Additionally, as the Court is aware, intensive work on critical deliverables under the First-Year Monitoring Plan have required substantial effort by the Monitoring and the parties. As the forthcoming Second Semi-Annual Report will explain, these deliverables include, but are not limited to, a host of new and revised BPD policies on use of force, stops, searches and arrests, body-worn cameras, impartial policing, sexual assault investigations, transportation of persons in custody, officer wellness, and First Amendment-protected activities; a comprehensive staffing

study; a thorough technology study and technology plan; new protocols and procedures for OPR; and a new set of major officer training initiatives. The Monitoring Team and the parties have had to devote extraordinary time and resources to getting these foundational Consent Decree initiatives right.

On February 5, 2019, the Monitoring Team will submit a finalized Second-Year Monitoring Plan for the Court's review and approval. The Second-Year Monitorng Plan will memorialize the above-referenced timelines for the compliance reviews and outcome assessments that will be conducted during the second monitoring year.

                                                          Respectfully submitted,

                                                          _____/s/_____
                                                          Kenneth Thompson, Monitor
                                                          Seth Rosenthal, Deputy Monitor
                                                          VENABLE LLP
                                                          750 E. Pratt Street
                                                          Baltimore, MD 21202
                                                          Ken.thompson@bpdmonitor.com
                                                          Seth.Rosenthal@bpdmonitor.com
                                                          (410) 244-7400

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2019, copies of the foregoing Report were served via the Court's ECF system upon all counsel of record.

                                                                                                                 /s/\
                                                                                                            Seth Rosenthal