# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| v. | * | **CIVIL NO. JKB-17-0099** |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | * | |
| **Defendants.** | | |
| | *** | |

## AMENDED SCHEDULING ORDER

On March 25, 2019, this Court entered an Amended Scheduling Order setting dates for public hearings and dates and topics for monthly conferences under the Second-Year Monitoring Plans. (ECF No. 195.) That Order is hereby AMENDED as follows:

- The monthly conference scheduled for December 6, 2019, on the topic of Coordination with Baltimore City School Police (BCSP) will now instead cover the topic of Technology.

- The monthly conference scheduled for February 13, 2020, on the topic of Technology will now instead cover the topic of Coordination with Baltimore City School Police (BCSP).

All other dates and topics announced in the forgoing scheduling order remain unchanged.

DATED this 26 day of September, 2019.

BY THE COURT:

_____
James K. Bredar
Chief Judge