IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | | |
| | *** | |

## ORDER

The Court hereby APPROVES the Monitoring Team's July 2019 invoice and DIRECTS the Clerk to immediately disburse the invoice from the funds presently on deposit in the registry of the Court.

DATED this 2 day of October, 2019.

BY THE COURT:

James K. Bredar
United States District Judge