**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| **BALTIMORE POLICE DEPARTMENT,** et al., | * | |
| Defendants. | * | |

o0o

**MOTION TO APPROVE INVESTIGATION OF**
**GUN TRACE TASK FORCE SCANDAL**

The Baltimore Police Department ("BPD" or "Department") hereby moves the Court to approve its proposal for a comprehensive, independent, transparent investigation into the causes, scope, and evolution of criminal behavior and other misconduct that managed to thrive in the now-disbanded Gun Trace Task Force (GTTF). The unfolding of the GTTF story through the voices of community members, press accounts, and sworn testimony has disclosed a cancer in the BPD that is disturbing and wholly contrary to the Department's values and commitment to fair, impartial and ethical law enforcement. Ensuring effective accountability structures and a Departmental culture of integrity is among Commissioner Michael Harrison's highest priorities. The Commissioner, in consultation with legal counsel, has concluded that, until an appropriate review has been performed, these important objectives cannot be effectively served and neither the BPD nor the Baltimore community can be comfortable that the full scope of the problem has been identified, rooted out, eliminated, and its resurgence prevented. Accordingly, BPD has engaged an experienced investigator and provided unfettered access for him to perform a review that will provide these answers and to report them in a public report over which BPD will have

no control.  Only through a capable, comprehensive, and independent investigation, with conclusions and recommendations reported publicly and without Departmental influence, followed by transparency in BPD's response, can the BPD move forward collaboratively with the community it serves.

BPD proposes Michael Bromwich as the lead investigator to conduct this review of the GTTF scandal.  Mr. Bromwich is a tenured attorney with over 40 years of experience as a criminal defense lawyer, a compliance monitor of major public companies and public agencies, a federal prosecutor, a special prosecutor, an inspector general at a prominent federal agency, and regulator.  He brings to this complex investigation an established track record of uncovering and understanding institutional corruption and its causes, developed after decades of providing independent monitoring and oversight services for two of the ten largest companies in the United States.  Additionally, Mr. Bromwich has served in multiple governmental roles, including as the Inspector General of the Department of Justice, the principal oversight official responsible for investigating public corruption and systemic issues relating to waste, fraud, and abuse within DOJ and its constituent law enforcement agencies.  Through this extensive career exercising high-level oversight responsibilities, Mr. Bromwich has developed relationships with former law enforcement and investigation professionals who will assist in the GTTF review along with lawyers from Mr. Bromwich's firm, Steptoe & Johnson, LLP.

The role of the BPD and the City in this review will be intentionally very limited.  *See* Engagement Letter, attached as Exhibit A.  The City will participate only by ensuring sufficient financial support for Mr. Bromwich's inquiry.  The BPD will assist by issuing a directive from the Commissioner for all BPD personnel to cooperate fully with any requests from Mr. Bromwich's team for documents, interviews, or information.  *See* Email from Commissioner

Harrison to All BPD Members, Oct. 23, 2019, attached as Exhibit B.  Beyond ensuring access and cooperation, BPD will receive, simultaneously with the Department of Justice and Monitoring Team, a draft of the report for purposes of identifying any typographical or minor factual errors.  Any proposed corrections will be supplied to Mr. Bromwich and his team, who will have sole discretion to make any modifications before publishing the report to the public.  This process will ensure the integrity and independence of the GTTF review and report.

     For the forgoing reasons, the BPD respectfully requests that the Court approve the proposed independent GTTF review.

Dated:  October 23, 2019

Respectfully submitted,

/s/
ANDRE M. DAVIS
City Solicitor

SUZANNE SANGREE
DANIEL C. BECK
ELISABETH S. WALDEN
KRISTIN E. BLUMER
KAY N. HARDING
NATALIE R. AMATO
Baltimore City Department of Law
100 N. Holliday Street, Suite 100
Baltimore, Maryland 21202
T 443.388.2190
F 410.396.2126

*Counsel for Police Department of Baltimore City and Mayor and City Council of Baltimore*