# **<u>Exhibit B</u>**

| | |
|---|---|
| From: | Commissioner Michael Harrison |
| Sent: | Wednesday, October 23, 2019 3:02 PM |
| To: | ALLBPD |
| Subject: | Cooperation with the Independent Review of the Gun Trace Task Force |

**To all members of the BPD:**

Since my very first day on the job, I have recognized how vitally important it is to the Department to fully understand the circumstances and conditions that allowed the improper and illegal activities the Gun Trace Task Force (GTTF) engaged in, and what allowed it to go on for so long. We must learn everything we can about GTTF to ensure that it never happens again, and to help rebuild trust with the residents we serve. Our Department needs answers and Baltimore residents deserve them.

In order to accomplish this monumental task, I have been working in coordination with Judge Bredar, Solicitor Davis, and the Consent Decree Monitoring Team to select an independent firm that will conduct a full and independent review of the GTTF activities. Mr. Michael Bromwich, senior counsel in the DC office of the law firm Steptoe and Johnson, has been selected for this task. He is the former Inspector General at the Department of Justice, and he and his team have conducted similar reviews for police departments across the country. In my opinion, he is uniquely qualified to lead the review of GTTF.

The scope of the review will be established by Mr. Bromwich and his team. Mr. Bromwich will have full autonomy to conduct the review as he sees fit without interference from the BPD.

The BPD's role will be to provide whatever information he asks for; therefore, it is vitally important that every member of the Department fully cooperates with Mr. Bromwich's efforts. I fully expect that all members of our Department will provide Mr. Bromwich and his team as much

detailed information as possible, including providing information he or his team requests and appearing for interviews as needed.

I believe this is an unique opportunity in the history of our Department to provide assurance to the public that the bad practices of GTTF have been fully rooted out. To accomplish this goal will require all members to be fully candid and transparent with Mr. Bromwich and his team, and provide any and all information you have about these previous bad acts.

I thank each of you in for your continued dedication to the Department and your continued hard work in serving the residents of the City of Baltimore.

**Michael S. Harrison**
Police Commissioner