IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| **BALTIMORE POLICE DEPARTMENT,** et al., | * | |
| **Defendants.** | * | |

o0o

**[PROPOSED] ORDER**

Upon consideration of the Motion to Approve Investigation of Gun Trace Task Force Scandal filed by the Baltimore Police Department (BPD) on October 23, 2019, and any response thereto, the Court finds that the proposal is consistent with the requirements and objectives of the Consent Decree. It is therefore hereby **ORDERED**

1. That the proposal to engage Mr. Michael Bromwich, with the assistance of appropriate legal and investigatory professionals of his choosing, to perform an accurate, complete and credible evaluation of the origins, causes, and evolution of criminal and other improper behavior of the Gun Trace Task Force is approved; and it is further **ORDERED**

2. Mr. Bromwich shall prepare a report including an analysis of the background of the GTTF; description of the full magnitude of the GTTF corruption; assessment of whether other, as-yet unidentified current or former BPD members participated in, or otherwise knowingly condoned or facilitated, the misconduct; analysis of the causation of that corruption and how it was permitted to continue; review of BPD's accountability systems and reasons that they did not forestall or uncover the GTTF corruption; and recommendations to strengthen

internal BPD systems to prevent the development of similar enclaves of corruption in the future; and it is further **ORDERED**

      3.      Mr. Bromwich shall exercise sole discretion over the content and conclusions of his report, and will publish it to the public.

      DATED this _____ day of _____, 2019.

BY THE COURT:

_____
James K. Bredar
United States District Judge