IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| Defendants. | * | |

o0o

**BALTIMORE POLICE DPEARTMENT'S CERTIFICATION REGARDING USE OF FORCE/FAIR AND IMPARTIAL POLICING I TRAINING DELIVERY**

The Consent Decree mandates that "BPD will provide all current officers with use of force training as determined by the Monitoring Plan and in conformance with the terms of this Agreement." ECF No. 2-2 (as modified by ECF No. 39), ¶ 166.  This training is required to include "[p]roper use of force decision-making under a critical-thinking, decision-making model … [r]ole-playing scenarios and interactive exercises that illustrate proper use of force decision-making, including training on the importance of peer intervention; [t]he Fourth Amendment and related law; [and, d]e-escalation techniques, both verbal and tactical …" CD Paragraphs 166 – 168. *Id.*

The Updated Second-Year Monitoring Plan, *see* ECF No. 243-1, (approved ECF No. 245, herein "Monitoring Plan"), requires the Baltimore Police Department ("BPD") to certify that it has delivered Use of Force/Fair and Impartial Policing I training to its membership.  Specifically, the Monitoring Plan requires

> BPD will certify to the Court that all eligible BPD officers have successfully completed the required UOF/FIP I Training. To the extent that some officers who should have completed training did not, BPD will provide the Court an explanation of the remedial efforts or disciplinary processes it utilized, or will utilize, with those officers.

Monitoring Plan, Row 88.  In compliance with Row 88 and the related Consent Decree provisions, BPD submits the certificate attached as Exhibit 1.

Dated:  November 8, 2019                    Respectfully submitted,

                                                                /s/
ANDRE M. DAVIS
City Solicitor

SUZANNE SANGREE
DANIEL C. BECK
ELISABETH S. WALDEN
KRISTIN E. BLUMER
KAY N. HARDING
NATALIE R. AMATO
Baltimore City Department of Law
100 N. Holliday Street, Suite 100
Baltimore, Maryland 21202
T 443.388.2190
F 410.396.2126

*Counsel for Police Department of Baltimore City and Mayor and City Council of Baltimore*