IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| Defendants. | * | |

### NOTICE OF APPROVAL OF PUBLIC INTEGRITY BUREAU INVESTIGATIONS MANUAL UNDER PARAGRAPH 334 & 343-371 OF THE CONSENT DECREE

Under the Updated Second-Year Monitoring Plan, *see* ECF No. 243-1, Row 166 (approved in ECF No. 245), the Baltimore Police Department Monitoring Team ("Monitoring Team") hereby notifies the Court that it approves the Investigations Manual of the Baltimore Police Department's Public Integrity Bureau ("PIB Investigations Manual"), prepared pursuant to Paragraphs 334 and 343-371 of the Consent Decree. *See* ECF No. 2-2 (as modified by ECF No. 39), ¶¶ 334 & 343-71. The Department of Justice concurs in the Monitoring Team's approval.

The completion of the PIB Investigations Manual, attached as **Exhibit 1**, signals a meaningful development in the area of accountability for BPD. The manual provides a complete guide to internal affairs investigations for PIB investigators, supervisors and commanders. There are potential points of failure at every phase of the internal investigations process. The manual takes special care to guide PIB personnel through each phase and, as a result, establishes a comprehensive investigations procedure that, if followed, will yield thorough, fair and timely investigations that produce appropriate disciplinary recommendations.

Drawing on their own extensive experiences with internal affairs investigations, the Monitoring Team and DOJ worked closely and tirelessly with BPD to draft the PIB Investigation Manual. During the drafting process, BPD also received helpful input from community members.

It is a massive responsibility for a police department to effectively investigate its own members for alleged misconduct, but one that a department must fully embrace if it is to maintain its legitimacy as a law enforcement agency. When a department fails to properly investigate and discipline its own members, as BPD has for many years, officers can feel emboldened to break departmental rules without fear of consequence, and the public can lose faith in the department's ability to hold its own officers accountable. With the completion of the PIB Investigations Manual—one of the most thorough internal affairs investigations manuals the Monitoring Team's subject matter experts have seen—BPD has taken another vital step toward reforming its Public Integrity Bureau and restoring its internal affairs function.

Respectfully submitted,

_____/s/_____
Kenneth Thompson, Monitor
Seth Rosenthal, Deputy Monitor
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Ken.thompson@bpdmonitor.com
Seth.Rosenthal@bpdmonitor.com
(410) 244-7400