IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO.: 1:17-cv-0099-JKB |
| **BALTIMORE CITY POLICE DEPARTMENT,** *et al.* | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF APPROVAL OF REVISED POLICIES
REGARDING STOPS, SEARCHES, AND ARRESTS
UNDER PARAGRAPH 27-81 OF THE CONSENT DECREE**

The Baltimore Police Department ("BPD") and the City of Baltimore hereby notify the Court that Policy 1109 ("Warrantless Searches") and Policy 1112 ("Field Interviews, Investigative Stops, Weapons Pat-Downs and Searches"), previously approved by the Monitoring Team and filed with the Court on October 31, 2018, *see* ECF No. 149, have been updated for legal accuracy, including clarifications that the exception to the warrant requirement based on probable cause applies to searches of vehicles only, not searches of persons, as discussed by an opinion from the Maryland Court of Appeals, Pacheco v. State, 465 Md. 311, 214 A.3d 505 (2019), decided August 12, 2019.

Additional revisions were made to Policy 1013 ("Strip Searches and Body Cavity Searches"), previously approved by the Monitoring Team and filed with the Court on October 31, 2018, *see* ECF No. 149, to clarify that strip searches and body cavity searches must be based on probable cause that a person is concealing contraband or a dangerous weapon in the area to

be searched, in addition to the probable cause in support of the arrest, and are permissible only when a person is already in police custody. Finally, an addition was made to Policy 1106 ("Warrantless Arrest Procedures and Probable Cause Standard"), previously approved by the Monitoring Team and filed with the Court on October 31, 2018, *see* ECF No. 149, to clarify that a search incident to arrest should not be conducted prior to an arrest, and any evidence discovered in a search incident to arrest shall not serve as part of the probable cause to support the arrest.

The Monitoring Team and Department of Justice have indicated they concur with the revisions to Policy 1013, Policy 1106, Policy 1109, and Policy 1112. A redlined version of Policy 1013, which reflects the revisions made, is attached to this Notice as Exhibit A. A redlined version of Policy 1106, which reflects the revisions made, is attached to this Notice as Exhibit B. A redlined version of Policy 1109, which reflects the revisions made, is attached to this Notice as Exhibit C. A redlined version of Policy 1112, which reflects the revisions made, is attached to this Notice as Exhibit D.

The revised policies can be accessed at the following link:

- [Policy 1013 Strip Searches and Body Cavity Searches](#)
- [Policy 1106 Warrantless Arrest Procedures and Probable Cause Standard](#)
- [Policy 1109 Warrantless Searches](#)
- [Policy 1112 Field Interviews, Investigative Stops, Weapons Pat-Downs and Searches](#)

Please be advised that the documents found at the above links may change in the event that any of the above policies are updated and approved by the parties in the future.

Respectfully submitted,

/s/
ANDRE M. DAVIS (362)

City Solicitor

SUZANNE SANGREE
DANIEL C. BECK
ELISABETH A. WALDEN
KRISTIN E. BLUMER
KAY N. HARDING
NATALIE R. AMATO

Baltimore City Law Department
100 N. Holliday Street, Suite 100
Baltimore, Maryland 21202
T 410.396.2496
F 410.396.2126
*Counsel for the Baltimore City*
*Police Department and*
*Mayor & City Council of Baltimore*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, copies of the foregoing Notice and attached Exhibits were served via the Court's CM/ECF system upon all counsel of record.

/s/
KRISTIN E. BLUMER (26712)