IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| **BALTIMORE POLICE DEPARTMENT,** et al., | * | |
| **Defendants.** | * | |
| | o0o | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 101.2.b.1, Defendant Baltimore Police Department hereby requests that the appearance of Daniel C. Beck be withdrawn as counsel in this matter. Mr. Beck is no longer an employee of the Baltimore City Department of Law. The Baltimore Police Department continues to be represented by co-counsel of record.

Dated: January 10, 2020

Respectfully submitted,

ANDRE M. DAVIS
City Solicitor

/s/
_____
SUZANNE SANGREE
ELISABETH S. WALDEN
KRISTIN E. BLUMER
KAY N. HARDING
NATALIE R. AMATO
Baltimore City Department of Law
100 N. Holliday Street, Suite 100
Baltimore, Maryland 21202
T 443.388.2190
F 410.396.2126

*Counsel for Police Department of Baltimore City and Mayor and City Council of Baltimore*