# **EXHIBIT 1**

Case 1:17-cv-00099-JKB   Document 286-1   Filed 02/06/20   Page 2 of 2



# BALTIMORE POLICE DEPARTMENT

**Bernard C. "Jack" Young**
**Mayor**

**Michael Harrison**
**Police Commissioner**

The Baltimore Police Department ("BPD") respectfully reports the following data concerning hiring and attrition activity during the month of January 2020.

January 2020 Sworn New Hires:   18

January 2020 Sworn Attrition:   27

For purposes of this report, a "Sworn New Hire" is any person who has applied to BPD to be hired as a sworn police officer and who has been approved for final hire as a sworn police officer and received an official start date. "Sworn Attrition" is any sworn separation by means of retirement, resignation, termination or death which has been reported to and processed by Human Resources.

Please note that the numbers are always subject to further modification outside of the actual month in which they occurred based on receipt and associated processing and distribution of paperwork in HR.

The foregoing is true and correct to the best of my knowledge.

Date: _5 Feb 20_

_Major Chris Jones_ (signature)

Major Christophe Jones
Commander, Recruitment Unit

c/o 242 West 29th Street   •   Baltimore, Maryland 21211-2908