IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| Defendants. | * | |

o0o

~~[PROPOSED]~~ ORDER

Upon consideration of the Consent Motion to Modify the Monitoring Plan, filed by the Baltimore Police Department and the City of Baltimore on March 13, 2020 with the agreement of the United States and the Baltimore Police Department Monitoring Team, it is hereby **ORDERED** that the proposed modifications are approved and adopted and that the Parties and the Monitoring Team shall comply with all of its terms.

DATED this __13__ day of __March__, 2020

BY THE COURT:

James K. Bredar
United States District Judge