IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-00099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| Defendants. | * | |

o0o

**BALTIMORE POLICE DPEARTMENT'S REPORT REGARDING HIRING AND ATTRITION**

Pursuant to the Court's Order, ECF No. 282, dated January 23, 2020, the Baltimore Police Department respectfully submits the attached monthly report on new hire and attrition data for the month of March 2020.

Dated: April 6, 2020

Respectfully submitted,

/s/
DANA P. MOORE
Acting City Solicitor

SUZANNE SANGREE
ELISABETH S. WALDEN
KRISTIN E. BLUMER
KAY N. HARDING
NATALIE R. AMATO
Baltimore City Department of Law
100 N. Holliday Street, Suite 100
Baltimore, Maryland 21202
T 410.396.2496
F 410.396.2126

*Counsel for Police Department of Baltimore City and Mayor and City Council of Baltimore*