IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| Defendants. | * | |
| | o0o | |

## NOTICE OF FILING OF SEMI-ANNUAL RESOURCE PLAN UPDATES

Pursuant to the Third-Year Monitoring Plan, and consistent with Paragraphs 274-275 of the Consent Decree, Baltimore Police Department hereby files its Semi-Annual Resource Plan Updates and updated Technology Resource Plan (aka IT Strategic Plan and Roadmap 2020-2025), attached hereto as Exhibits 1 and 2. *See* ECF No. 290-1, Row178.

Dated: April 28, 2020               Respectfully submitted,

/s/
DANA P. MOORE
Acting City Solicitor

SUZANNE SANGREE
ELISABETH S. WALDEN
KRISTIN E. BLUMER
KAY N. HARDING
NATALIE R. AMATO
Baltimore City Department of Law
100 N. Holliday Street, Suite 100
Baltimore, Maryland 21202
T 443.388.2190
F 410.396.2126

*Counsel for Police Department of Baltimore City and Mayor and City Council of Baltimore*