IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| v. | * | **CIVIL NO. JKB-17-0099** |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | * | |
| **Defendants.** | | |
| | *** | |

## ORDER

The Court hereby APPROVES the Monitoring Team's March 2020 invoice and DIRECTS the Clerk to immediately disburse the invoice from the funds presently on deposit in the registry of the Court.

DATED this 21st day of May, 2020.

                                                     BY THE COURT:

                                                     /s/ JAMES K. BREDAR
                                                     James K. Bredar
                                                     United States District Judge