# **EXHIBIT 1**

# BALTIMORE POLICE DEPARTMENT

Bernard C. "Jack" Young
Mayor

Michael Harrison
Police Commissioner

Pursuant to the Court's Order, ECF No. 282, dated January 23, 2020, the Baltimore Police Department ("BPD") respectfully reports the data concerning hiring and attrition activity during the month of May 2020.

Please note that the numbers are always subject to further modification outside of the actual month in which they occurred based on receipt and associated processing and distribution of paperwork in Human Resources (HR). Due to the historical evolution of hiring and attrition numbers as HR processes the information they receive, BPD will attach to this cover memorandum a sworn hiring and sworn attrition report that reflects data from January 1, 2020 through the below date.

For purposes of this report, a "Sworn New Hire" is any person who has applied to BPD to be hired as a sworn police officer and who has been approved for final hire as a sworn police officer and received an official start date. "Sworn Attrition" is any sworn separation by means of retirement, resignation, termination or death which has been reported to and processed by Human Resources.

The foregoing is true and correct to the best of my knowledge.

Date: June 4 2020

Major Christophe Jones
Commander, Recruitment Unit

| | | | | | | Attrition | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 2020 | 37 | 27 | 12 | 17 | 8 | | | | | | | |

| | | | | | | Hiring | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 2020 | 18 | 21 | 16 | 13 | 22 | | | | | | | |