| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Attrition* | | | | | | | | | | | | |
| 2020 | 37 | 27 | 12 | 17 | 11 | 12 | | | | | | |

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Hiring* | | | | | | | | | | | | |
| 2020 | 18 | 21 | 18 | 13 | 22 | 12 | | | | | | |