# EXHIBIT 1

| | Thompson | Ramsey | Rosenthal | Aden | Bowman | Barge | Bethel | Drake | Drake |
|---|---|---|---|---|---|---|---|---|---|
| | Monitor | Principal Deputy | Deputy | Deputy | Deputy | Subject Matter Expert | Subject Matter Expert | Admin Assistant | Subject Matter Expert |
| $ Rate/hour | $ 475.00 | $ 235.00 | $ 475.00 | $ 235.00 | $ 235.00 | $ 235.00 | $ 235.00 | $ 37.50 | $ 235.00 |
| Community Policing | 20 | 80 | | | | | | | |
| Community Engagement | 60 | 60 | 60 | | | | | | 70 |
| Stops, Searches, Arrests, and Voluntary Police-Community Interactions | 10 | | 60 | 20 | 125 | | | | |
| Impartial Policing | 10 | | 80 | | 60 | | | | |
| Responding To and Interacting with People with Behavioral Health Disabilities or in Crisis | 40 | | | | | | | | |
| Interactions with Youth | 20 | | | | | | | 90 | |
| Transportation of Persons in Custody | 10 | | | | | | | | |
| First Amendment Protected Activities | 20 | 20 | 80 | | | | | | |
| Handling Reports of Sexual Assault | 20 | | | | | 40 | | | |
| Technology | 10 | | | | | | | | |
| Policies (Coordination and General Oversight) | | | | | | 40 | | | |
| Training (Coordination and General Oversight) | | | | | | 180 | | | |
| Supervision (including FTO Program and Early Intervention System) | 10 | | | 40 | | | | | |
| Use of Force | 30 | 40 | 20 | 40 | 60 | 80 | | | |
| Misconduct Investigations and Discipline | 40 | | | 260 | | 20 | | | |
| Coordination with Baltimore City School Police Force | | | | | | | | | |
| Recruitment, Hiring, and Retention | 10 | | | | | | | | |
| Staffing, Performance Evaluations, and Promotions | 20 | | | | | | | | |
| Officer Assistance and Support (including officer meetings) | 10 | | | | | | | | |
| Report Writing (Monitoring Plans, Biannual Reports, Reassessments, Court Filings) | 20 | 10 | 145 | 10 | 10 | 20 | 10 | | |
| Quantitative Outcome Assessments | | | 25 | 25 | | 60 | | | |
| Court Communication and Project Management | 100 | 40 | 50 | 25 | 25 | | | | |
| TOTAL HOURS | 460 | 250 | 520 | 380 | 320 | 400 | 100 | 480 | 70 |
| TOTAL DOLLARS | $ 218,500.00 | $ 58,750.00 | $ 247,000.00 | $ 89,300.00 | $ 75,200.00 | $ 94,000.00 | $ 23,500.00 | $ 18,000.00 | $ 16,450.00 |
| EST. PRO BONO HOURS / AMOUNT | 230 / $ 109,250 | 100 / $ 23,500 | 260 / $ 123,500 | 125 / $29,375 | 180 / $42,300 | 125 / $29,375 | 40 / $9,400 | | 120 / $28,200 |

| Dupont | Goodrich | Joyce | Meares | O'Toole | Maxey | Smoot | Outcome Assessments SMEs | Villasenor | Kelly | Wharton | Community Liaisons (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject Matter Expert | Subject Matter Expert | Subject Matter Expert | Subject Matter Expert | Subject Matter Expert | Subject Matter Expert | Subject Matter Expert | Subject Matter Expert | Subject Matter Expert | Community Engagement | Community Engagement | Community Engagement |
| $ 235.00 | $ 235.00 | $ 235.00 | $ 235.00 | $ 235.00 | $ 235.00 | $ 235.00 | $ 235.00 | $ 235.00 | $ 235 | $ 75 | $ 20 |
| | | | 60 | 40 | | | | | | | |
| | | | | | | | | | 213 | 667 | 1,620 |
| | | | 50 | | 20 | | | | | | |
| | | | 50 | | | | | | | | |
| 210 | | | | | | | | | | | |
| | | | | | | | | 80 | | | |
| | | 75 | | 70 | | | | 50 | | | |
| | 20 | | | | | | | | | | |
| | 5 | 10 | | | | | | | | | |
| | | 50 | | 70 | 120 | 80 | | 180 | | | |
| | | | | 40 | 120 | | | 20 | | | |
| | | 10 | | | | 80 | | | | | |
| | | 30 | | | | 40 | | | | | |
| | | | | | | 100 | | | | | |
| 20 | | 10 | 5 | | | 15 | | 15 | | | |
| | | | | | | | | 380 | | | |
| | | | | | | | | | | | $2700 ($25/mo for gas) |
| 230 | 25 | 245 | 105 | 220 | 260 | 315 | 380 | 345 | 213 | 667 | 1620 |
| $ 54,050.00 | $ 5,875.00 | $ 57,575.00 | $ 24,675.00 | $ 51,700.00 | $ 61,100.00 | $ 74,025.00 | $ 89,300.00 | $ 81,075.00 | $ 50,055.00 | $ 50,025.00 | $ 35,100.00 |
| 100 / $23,500 | 10 / $2,350 | 75 / $17,625 | 40 / $9,400 | 90 / $21,150 | 60 / $15,000 | 150 / $35,250 | 100 / $23,500 | 130 / $30,550 | 60/$14,100 | | |

|  |  |
|---|---|
|  | $ 1,475,255.00 |
| **TOTAL COSTS** | $ 85,191.00 |
| **GRAND TOTAL** | $ 1,560,446.00 |
| **PRO BONO** | $ 587,325.00 |

| | Miscellaneous (including interpreters, printing, etc..) | Air Travel | Train Travel | Taxi | Mileage | Per Diem | Housing (including furnishings, cleaning, utilities, internet, etc.) | Web & email account maintenance | Surveys | Year Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Unit Cost** | $ 6,000.00 | $ 500.00 | $ 150.00 | $ 30.00 | $ 0.54 | $ 75.00 | $ 175.00 | $ 2,500.00 | | |

**Year 1**

| | Miscellaneous | Air Travel | Train Travel | Taxi | Mileage | Per Diem | Housing | Web & email | Surveys | Year Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ramsey (PHL)** | | | | 12.00 | 24.00 | | 24.00 | 12.00 | | |
| **Aden (DC)** | | | | | 1000.00 | | | | | |
| **Barge (LAX)** | | 8.00 | | 16.00 | | 24.00 | 8.00 | | | |
| **Bethel (PHL)** | | | 5.00 | 10.00 | | 10.00 | 5.00 | | | |
| **Bowman (DFW)** | | 6.00 | | 12.00 | | 18.00 | 12.00 | | | |
| **Dupont (MEM)** | | 6.00 | | 12.00 | | 18.00 | 12.00 | | | |
| **Goodrich (LAX)** | | 2.00 | | 4.00 | | 6.00 | 6.00 | | | |
| **Joyce (DEL)** | | | | | 2400.00 | 20.00 | 10.00 | | | |
| **Meares (NYC/New Haven)** | | 3.00 | | 6.00 | | 9.00 | 6.00 | | | |
| **O'Toole (BOS)** | | 3.00 | | 6.00 | | 9.00 | 6.00 | | | |
| **Maxey (SEA)** | | 6.00 | | 12.00 | | 18.00 | 12.00 | | | |
| **Smoot (ORD/MDW)** | | 10.00 | | 20.00 | | 30.00 | 20.00 | | | |
| **Outcome Assessments SMEs (BOS)** | | 4.00 | | 8.00 | | 12.00 | 8.00 | | | |
| **Villasenor (TUC)** | | 8.00 | | 16.00 | | 24.00 | 16.00 | | | |
| Community Engagement | | | | | | | | | | |
| TOTAL UNITS | 1.00 | 56.00 | 17.00 | 146.00 | 3400.00 | 222.00 | 133.00 | 1.00 | 1.00 | 3977.00 |
| TOTAL DOLLARS | $ 6,000.00 | $ 28,000.00 | $ 2,550.00 | $ 4,380.00 | $ 1,836.00 | $ 16,650.00 | $ 23,275.00 | $ 2,500.00 | $ - | **$ 85,191.00** |

|  | Hours | Fees |
|---|---|---|
| **$ Team Avg Rate/hour** |  | $ 268.00 |

**Year 1**

| | Hours | Fees |
|---|---|---|
| Community Policing | 200 | $ 53,599.10 |
| Community Engagement (Attorneys and SMEs) | 463 | $ 124,081.91 |
| Stops, Searches, Arrests, and Voluntary Police-Community Interactions | 285 | $ 76,378.71 |
| Impartial Policing | 200 | $ 53,599.10 |
| Responding To and Interacting with People with Behavioral Health Disabilities or in Crisis | 250 | $ 66,998.87 |
| Interactions with Youth | 110 | $ 29,479.50 |
| Transportation of Persons in Custody | 90 | $ 24,119.59 |
| First Amendment Protected Activities | 120 | $ 32,159.46 |
| Handling Reports of Sexual Assault | 255 | $ 68,338.85 |
| Technology | 30 | $ 8,039.86 |
| Policies (Coordination and General Oversight) | 40 | $ 10,719.82 |
| Training (Coordination and General Oversight) | 180 | $ 48,239.19 |
| Supervision (Including FTO Program and Early Intervention System) | 65 | $ 17,419.71 |
| Use of Force | 770 | $ 206,356.53 |
| Misconduct Investigations and Discipline | 500 | $ 133,997.74 |
| Coordination with Baltimore City School Police Force | 0 | $ - |
| Recruitment, Hiring, and Retention | 100 | $ 26,799.55 |
| Staffing, Performance Evaluations, and Promotions | 90 | $ 24,119.59 |
| Officer Assistance and Support | 110 | $ 29,479.50 |
| Report Writing (Monitoring Plans, Biannual Reports, Reassessments, Court Filings) | 290 | $ 77,718.69 |
| Quantitative Outcome Assessments | 490 | $ 131,317.79 |
| Court Communication and Project Management | 240 | $ 64,317.60 |
| **TOTAL** | **4878.00** | **$ 1,307,280.67** |

**Year 1**

| | Units | Costs |
|---|---|---|
| Miscellaneous (including printing, monitoring team apparel, computer legal research, etc.) | 1.00 | $ 6,000.00 |
| Air Travel | 56.00 | $ 28,000.00 |
| Train Travel | 17.00 | $ 2,550.00 |
| Taxi | 146.00 | $ 4,380.00 |
| Mileage | 3400.00 | $ 1,836.00 |
| Per Diem | 222.00 | $ 16,650.00 |
| Housing (including furnishings, cleaning, utilities, internet, etc.) | 133.00 | $ 23,275.00 |
| Website Development, Maintenance & Marketing | 1.00 | $ 2,500.00 |
| Survey | 1.00 | $ - |
| Buffer | | |
| **TOTAL** | **3977.00** | **$ 85,191.00** |