**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **CIVIL NO. JKB-17-0099** |
| **BALTIMORE POLICE** | * | |
| **DEPARTMENT, et al.,** | * | |
| **Defendants.** | *** | |

## AMENDED SCHEDULING ORDER

On November 22, 2019, this Court entered a Scheduling Order setting dates for public hearings and dates and topics for monthly conferences under the Third-Year Monitoring Plan. (ECF No. 265.)  That Order is hereby AMENDED as follows:

- The quarterly public hearing scheduled for October 22, 2020 at 10:00 a.m. is rescheduled for October 29, 2020 at 10 a.m.

All other dates and topics announced in the forgoing scheduling order remain unchanged.

DATED this 15th day of September, 2020.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge