IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **CIVIL NO. JKB-17-0099** |
| | * | |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF APPROVAL OF COMMAND PROMOTIONS AND COMMENDATIONS/AWARDS POLICIES**

Under the Updated Third-Year Monitoring Plan, *see* ECF No. 335-1, Row 107 (approved in ECF No. 337), the Baltimore Police Department Monitoring Team ("Monitoring Team") hereby notifies the Court that it approves Baltimore Police Department Policy 1738 on Command Promotions and Promotion Committee, which BPD prepared under Paragraph 435 of the Consent Decree. *See* ECF No. 2-2 (as modified by ECF No. 39), ¶ 435. The Monitoring further notifies the Court that it approves revised BPD Policy 1712 on Departmental Awards and Commendations. The Department of Justice has indicated that it concurs in these approvals.

Policy 1738 can be found [here](). It establishes, for the first time, a transparent, uniform, objective, merit-based process for promotion to the ranks of captain and major.

Revised Policy 1712 can be found [here](). It revamps the process for recognizing meritorious performance and service by BPD officers.

Policies 1738 and 1712 are the product of intensive collaboration among BPD, the Monitoring Team and DOJ, and reflect input and feedback from BPD officers and community members.

1

        Respectfully submitted,


_____/s/_____
Kenneth Thompson, Monitor
Seth Rosenthal, Deputy Monitor
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Ken.thompson@bpdmonitor.com
Seth.Rosenthal@bpdmonitor.com
(410) 244-7400