**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | **CIVIL NO. JKB-17-0099** |
| | * | |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | | |
| Defendants. | * | |

**SUBMISSION OF MONITORING TEAM'S
FIRST COMPREHENSIVE RE-ASSESSMENT**

Under Paragraph 469 of the Consent Decree, *see* ECF No. 2-2 ¶ 469 (as modified by ECF No. 39), and the Updated Third-Year Monitoring Plan ("Monitoring Plan"), *see* ECF No. 335-1, Row 231 (approved in ECF No. 337), the Baltimore Police Department Monitoring Team ("Monitoring Team") hereby submits its First Comprehensive Re-Assessment ("Re-Assessment"). The Re-Assessment evaluates the progress the Baltimore Police Department and the City of Baltimore have made toward achieving compliance with the material requirements of the Consent Decree since implementation commenced in mid-February 2018, when the Court approved the First-Year Monitoring Plan. The Re-Assessment is attached as **Exhibit A**.

The Monitoring Team will hold a virtual quarterly community meeting to discuss the contents of the Re-Assessment on Monday, October 19, 2020 from 6:00 – 7:30 p.m. The meeting can be accessed at **https://zoom.us/j/7476253205**, **Meeting ID: 747 625 3205.** On October 29, 2020, at 10:00 a.m., the Court will hold its next quarterly hearing, which will be devoted in part to discussing the contents of the Re-Assessment.

Respectfully submitted,

_____/s/_____
Kenneth Thompson, Monitor
Seth Rosenthal, Deputy Monitor
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Ken.Thompson@bpdmonitor.com
Seth.Rosenthal@bpdmonitor.com
(410) 244-7400