

# BALTIMORE POLICE DEPARTMENT
# REPORT ON MISCONDUCT INVESTIGATIONS
# FOURTH QUARTER 2019

# TABLE OF CONTENTS

**1. INTRODUCTION AND EXECUTIVE SUMMARY** — **3**

**1.1. Understanding The Data** — **4**

**1.3. Understanding The Data** — **6**

**1.4. Relevant Policies And Protocols** — **6**

**2. COMPLAINTS RECEIVED** — **7**

**2.1. Section Introduction** — **7**

**2.2. All Complaints** — **8**

**2.3. External Complaints** — **13**

**2.4. Internal Complaints** — **18**

**3. PROCESSING TIMES** — **24**

**3.1. Section Introduction** — **24**

**3.2. Days From Notification Of The Department To Investigation Completed** — **25**

**3.3. Days From Charges Imposed To Final Disposition** — **25**

**4. OUTCOMES OF INVESTIGATIONS** — **26**

**4.1. Section Introduction** — **26**

**4.2. Investigative Findings** — **26**

**4.3. Case Dispositions** — **32**

**4.4. Sustained Allegations** — **33**

**4.5. Disciplinary Actions** — **37**

**5. RESPONDENTS WITH NUMEROUS COMPLAINTS** — **40**

**5.1. Section Introduction** — **40**

**5.2. Serious Misconduct Cases And Allegations** — **41**

**5.3. Biased Policing Allegations** — **41**

**5.4. Excessive Force And Unlawful Stops, Searches, And Arrests Allegations** — **41**

**5.5. Interference With Constitutionally Protected Expression Allegations** — **42**

**5.6. Criminal Misconduct Allegations** — **42**



# 1. INTRODUCTION AND EXECUTIVE SUMMARY

The Baltimore Police Department (BPD) is committed to improving community trust, building legitimacy, and identifying misconduct by conducting timely, thorough, and unbiased investigations of misconduct allegations.  One way to effectively accomplish these goals is to frequently collect and critically analyze complaint data to identify patterns. This review can help inform the Department on officer conduct, policies, training, and the disciplinary process.  As the trends are examined, the data will also be used to improve accountability when misconduct allegations are sustained.  Ultimately, the data in these reports will guide the development of  the Department's Early Intervention System (EIS).

This quarterly report covers the time period of October 1, 2019 to December 31, 2019 (Q4 2019). This report, and the subsequent reports, will focus on five main areas: complainant and respondent (officer) demographics; type of complaints; the investigative process; the outcome or disposition of each investigation; and a review of respondents with more than two or three allegations of certain types of allegations.  However, as this is the first report, not much can be gleaned from only one quarter worth of data as the intent is to identify trends over time.

In addition to the small time frame of available data for analysis, the Public Integrity Bureau (PIB), which is tasked with investigating allegations of misconduct, underwent important changes at the beginning of 2020 to improve the intake of complaints, including the prioritization of complaints through the creation of a minor violation squad and a serious violation squad, and a reallocation of resources to speed up investigations without sacrificing quality.  These changes, which occurred after the reporting period, did not impact the data in this report, but will documented in later reports.

The Department also identified areas that require improvement in order to gather additional valuable data.  For example, more documentation is needed on the initial nature of the officer/citizen contact that lead to the investigation.  Another area for improvement is the ability to easily capture (using a data field as opposed to a narrative) whether a complainant in a case experienced an act of misconduct themselves or was a third-party witness.  A data field should also be created to easily pull information on officers charged criminally and the nature of the charge. The Department has reached out to the software vendor that produces the case management system for internal investigations to see if creating these

customizable fields is possible.

Also, as additional reports are produced, the formatting of the report may change over time to highlight developing trends and provide clarity to patterns.  Items such as visual aids and graphics could be used in later renditions to ease with the review of the analysis as more data becomes available.

Overall, this report provides some key numbers for Q4 2019 which are described in more detail in the body of the report:

Total number of allegations: 651 total received in Q4 2019 with the most identified as Neglect of Duty (189) followed by Other Misconduct (160) which includes allegations such as failure to complete training and failure to operate the body-worn camera (BWC) as required.

Total CRB-eligible allegations: 93

Total number of respondents: 389 with the most from the Western District (42) followed by the Eastern District (41).

Rank of Respondents: A majorty of the respondents held the rank of "Officer" with 311.

## 1.1. UNDERSTANDING THE DATA

Consent Decree Paragraph 402 (¶402) calls for the BPD to "produce a quarterly public report on misconduct investigations." The reference point of this report is the fourth quarter of 2019 (Q4 2019).

The BPD's Public Integrity Bureau (PIB) uses IAPro, a software platform, to manage and track internal affairs investigations.

When this report refers to "complaints", it means any allegation of misconduct committed by any BPD member that is received from the public (external) or from another BPD employee (internal). Furthermore, complaints can include multiple allegations, which may allege different types of wrongdoing related to the same complaint or incident.

When PIB receives a complaint, a PIB detective creates a casefile in IAPro. The detective assigns that case a tracking number (a PIB number) and uploads a copy of the original complaint (often a filled-out complaint form, although complaints also come in the form of letters, emails, phone calls, and other documentary formats). The detective then analyzes the complaint, generates discrete data based on its contents, and enters that data into the IAPro casefile via defined fields. As new data is acquired through the course of the investigation, the casefile is continuously updated.

The data which is stored in fields is not the only relevant data for the management of a case, but it is the most readily analyzable data, because it can be exported for analysis. Most of the time, when BPD is not able to provide the data called for in part of ¶402, it is because of how that data is stored (i.e., not as an exportable field). In some instances, BPD does not currently collect that data. In each section of the report there is a subsection on opportunities for improvement which explains the reason why a particular kind of data is not reported here. BPD is actively improving its case data recording methods to ensure that, as soon as possible, it will be able to document and report all of the data required by the Consent Decree.

# 1.2. STAGES OF A MISCONDUCT INVESTIGATION

The misconduct cases analyzed for this report are at various stages in the investigative process. Every misconduct complaint received by the Public Integrity Bureau (PIB) will pass through the following stages:



**1.2.1 INTAKE**

1. PIB receives a complaint accusing a BPD member (the respondent) of misconduct.

2. This complaint forms the basis of a case, which is assigned a case number.

3. PIB Intake creates a digital casebook in **IAPro**.



**1.2.2 CLASSIFICATION**

1. PIB Intake examines the complaint to determine which allegations are contained within it.

2. PIB Intake classifies the allegations of the case based solely on the narrative of the complainant.

3. If, during the course of the investigation, a PIB detective uncovers additional possible misconduct, then the PIB detective adds these allegations to the case.



**1.2.3 ASSIGNMENT**

1. PIB assigns the case to an investigator, who affirms they do not have any conflicts of interest.

2. If conflicts of interest emerge during the investigation, then a PIB supervisor reassigns the case to a different investigator.



**1.2.4 INVESTIGATION**

1. The investigation is completed when the investigator has collected enough evidence to determine a finding for each allegation in the case.

2. There are four possible findings for any allegation:

**Sustained:** The conduct did occur and was a violation of BPD policy.

**Not Sustained:** BPD cannot determine whether misconduct occurred.

**Unfounded:** The conduct did not occur or was not the act of the respondent.

**Exonerated:** The conduct occurred, but it was not a violation of BPD policy.

3. A finding of "sustained" or "exonerated" require a "preponderance of the evidence" standard of proof, meaning the finding is more likely true than not true. A finding of "unfounded" requires a "clear and convincing" standard of proof, meaning the evidence is "certain, plain to the understanding, and unambiguous," and convincing.



**1.2.5 REVIEW**

1. The PIB supervisor reviews the case for thoroughness, completeness, timeliness and that the required standard of proof is met to justify each finding.

2. The PIB supervisor passes the case up the PIB chain of command, with each level of command reviewing the findings for each allegation.

3. If no allegations are sustained, the case will be given a finding of not sustained, unfounded or exonerated, and the case is closed.

4. If any allegation is sustained, a charging document is drafted by Legal Affairs and the case and charges are presented to the Disciplinary Review Committee (DRC).



**1.2.6 DISCIPLINE**

1. The DRC reviews the findings for each case that includes a sustained allegation.

2. The DRC issues a disciplinary recommendation based on the Disciplinary Matrix, the circumstances of the case, and the respondent's history.

3. Discipline is imposed when:

- Respondent accepts the recommended discipline, or
- Respondent, through counsel, negotiates agreed discipline with the Department that is less severe than the recommended discipline, or
- Respondent elects a hearing on the allegations, and the hearing board concludes that the respondent committed the alleged misconduct. The Police Commissioner reviews the decision and may increase or approve the final discipline recommended by the hearing board.

# 1.3. UNDERSTANDING THE DATA

For data which is only contained in a single section of the report, information on how this data was obtained is included in the methodology subsection for that section. The following kinds of data were used in several sections of this report:

## 1.3.1 Race and ethnicity

The racial categories "Hispanic" and "Asian American," throughout this report, are composites of a variety of racial categories for respondents and complainants, which are recorded in IAPro.

BPD does not record information in IAPro, either for BPD employees or for civilians, on Hispanic "ethnicity" as separate from "race."

## 1.3.2. Allegations and policies

Names for allegations and policies are standardized to accord with current usage under the PIB Classification Protocol.

CRB-eligible allegations (as defined in Baltimore City Public Local Laws § 16-41 to § 16-54) are (1) abusive language, (2) excessive force, (3) false arrest, (4) false imprisonment, and (5) harassment.

A serious misconduct allegation is defined (per the PIB Classification Protocol) as misconduct that, if sustained, may result in discipline of suspension without pay, demotion, or termination, which includes, but is not limited to, the following: (1) any CRB-eligible allegation, (2) discriminatory policing, (3) domestic violence, (4) failure to supervise, (5) false statement, (6) planting evidence, (7) retaliation, or (8) sexual misconduct.

## 1.3.3. Respondents and complainants

When an individual appears as a complainant or respondent in more than one case, that individual is counted separately for each incident. Any count of respondents and complainants therefore could include duplicate individuals. The section on respondents with numerous allegations is an exception; in that section, counts of respondents exclude duplicate individuals.

When data is reported as a count of cases or allegations, a case or allegation is counted once per respondent in that case (e.g., a case with two respondents is counted as two cases). Any count of cases or allegations therefore includes duplicate cases or allegations.

# 1.4. RELEVANT POLICIES AND PROTOCOLS

PIB Internal Operations & Training Manual (*Draft* September 2020)
Policy 302, *Rules and Regulations* (Aug. 26, 2017)
Policy 306, *Complaint Intake and Classification Process* (Dec. 28, 2018)
Policy 308, *General Disciplinary Process* (Sep. 13, 2017)
Policy 310, *Disciplinary/Failure to Appear and Traffic Matrix* (Oct. 25, 2017)
Policy 321, *Expedited Resolution of Minor Misconduct* (*Draft*, Sep. 11, 2019)



# 2. COMPLAINTS RECEIVED

## 2.1. SECTION INTRODUCTION

### 2.1.1. Consent Decree ¶402(a)–(b)

This section provides summary statistics on complaints received in Q4 2019, covering the elements required by ¶402(a)–(b):

   a.  Aggregate data on complaints received from the public, broken down by district; rank of principal(s); nature of contact (traffic stop, pedestrian stop, call for service, etc.); nature of allegation (rudeness, bias-based policing, etc.); complainants' demographic information (age, gender, race, ethnicity, etc.); complaints received from anonymous or third parties; and principals' demographic information;

   b.  Aggregate data on internally-generated misconduct allegations, broken down by similar categories as those for civilian complaints;

### 2.1.2. Methodology

Under nature of contact, **call for service** means the respondent was responding to a call from a member of the public when they interacted with the complainant, and **warrant service** means the respondent interacted with the complainant while serving a warrant. A call for service or warrant service contact does not mean that the complainant was the individual implicated/suspected by the call for service or that the individual had an open warrant. **On view** means the respondent was not responding to a call but rather interacted with the complainant in the regular course of their duties (e.g., while on patrol).

A case is considered to have an anonymous complainant when the complainant did not provide their last name or if their name was recorded as "unknown," "anonymous," etc.

# 2.2. ALL COMPLAINTS

This section includes data from all complaints received date in Q4 2019, which includes both external and internal complaints.

- Total number of allegations: 651 total received in Q4 2019 with the most identified as Neglect of Duty (189) followed by Other Misconduct (160) which includes allegations such as failure to complete training and failure to operate the body-worn camera (BWC) as required.
- Total CRB eligible allegations: 93
- Total number of respondents: 389 with the most from the Western District (42) followed by the Eastern District (41).
- Rank of Respondents: A majorty of the respondents held the rank of "Officer" with 311.

## 2.2.1. District of respondent

### 2.2.1.1. Total by District/Unit

| DISTRICT | RESPONDENTS |
|---|---|
| Central District | 22 |
| Eastern District | 41 |
| Northeast District | 12 |
| Northern District | 36 |
| Northwest District | 33 |
| Southeast District | 25 |
| Southern District | 29 |
| Southwest District | 19 |
| Western District | 42 |
| Specialized units | 130 |
| Total | 389 |

### 2.2.1.2. Specialized Units by Bureau

| BUREAU | RESPONDENTS |
|---|---|
| Operations Bureau: Criminal Investigations | 85 |
| Administrative Bureau | 30 |
| Public Integrity Bureau | 8 |
| Operations Bureau: Chief of Patrol (other) | 259 |
| Compliance Bureau | 6 |
| Total | 389 |

## 2.2.2. Rank of Respondent

| RANK | RESPONDENTS |
|---|---|
| Police Cadet | 0 |
| Police Officer Trainee | 3 |
| Police Officer | 311 |
| Police Sergeant | 37 |
| Police Lieutenant | 6 |
| Civilian | 8 |
| Total | 365 |

*Some rank information is not available in the HR system, and therefore BPD cannot automatically pull the rank of every respondent.*

## 2.2.3. Nature of Contact

| NATURE OF CONTACT | CASES |
|---|---|
| Call for Service | 4 |
| Car Stop | 0 |
| On View | 8 |
| Warrant Service | 2 |
| Total | 14 |

*Others did not have nature of contact listed.*

## 2.2.4. Nature of allegations

### 2.2.4.1. Total Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Neglect of Duty | 189 |
| Conduct Unbecoming a Police Officer/Employee | 131 |
| CRB-eligible allegations | 93 |
| Criminal misconduct | 36 |
| Other serious misconduct | 42 |
| Other misconduct | 160 |
| Total | 651 |

## 2.2.4.2. CRB-eligible Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Excessive Force | 37 |
| False Arrest | 27 |
| Harassment | 16 |
| False Imprisonment | 10 |
| Abusive or Discriminatory Language | 5 |
| Total | 96 |

## 2.2.4.3. Criminal Misconduct Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Misdemeanor (other) | 23 |
| Theft Related | 4 |
| Planting Evidence | 4 |
| Sexual Misconduct | 2 |
| Domestic Violence | 1 |
| Driving Under the Influence (DUI) | 1 |
| Felony (other) | 1 |
| Total | 36 |

## 2.2.4.4. Other Serious Misconduct Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| False Statement/Untruthfulness | 22 |
| Failure to Supervise | 10 |
| Retaliation | 6 |
| Discriminatory Policing | 4 |
| Total | 42 |

## 2.2.4.5. Other Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Failure to Attend and Complete Required Training | 20 |
| Inappropriate Workplace Conduct | 18 |
| Discourtesy | 17 |
| Failure to Operate BWC as Required | 16 |
| Improper Stop | 12 |
| Inappropriate Comment and/or Gesture | 11 |
| Abuse of Discretion/Authority | 10 |
| Absent Without Leave (AWOL) | 7 |
| Failure to Appear in Court (FTA) | 7 |
| Improper Search | 8 |
| Insubordination | 7 |
| Domestic Incident | 7 |
| Unsafe Operation of Departmental Vehicle | 4 |
| Computer/Email/Internet Misuse | 3 |
| Respondent in Civil Protective Order | 4 |
| Inappropriate Association | 3 |
| Negligent Use/Handling/Storage of Firearms | 2 |
| Failure to Intervene | 1 |
| Failure to Report Use of Force | 1 |
| Interfering with a Person's Right to Observe or Record Law Enforcement Activities | 1 |
| Secondary Employment Violation | 1 |
| Total | 160 |

## 2.2.5. Demographics of Complainant

### 2.2.5.1. Age

| AGE | COMPLAINANTS |
|-----|--------------|
| <20 | 4 |
| 20-29 | 45 |
| 30-39 | 78 |
| 40-49 | 29 |
| 50-59 | 23 |
| ≥60 | 10 |
| Grand Total | 189 |

### 2.2.5.2. Gender

| GENDER | COMPLAINANTS |
|--------|--------------|
| Female | 99 |
| Male | 82 |
| Total | 181 |

### 2.2.5.3. Race

| RACE | COMPLAINANTS |
|------|--------------|
| African American | 92 |
| Hispanic | 2 |
| White | 27 |
| Total | 121 |

## 2.2.6. Demographics of Respondent

### 2.2.6.1. Age

| AGE | RESPONDENTS |
|-----|-------------|
| <20 | 1 |
| 20-29 | 76 |
| 30-39 | 134 |
| 40-49 | 108 |
| 50-59 | 68 |
| ≥60 | 5 |
| Total | 392 |

### 2.2.6.2. Gender

| GENDER | RESPONDENTS |
|--------|-------------|
| Female | 64 |
| Male | 326 |
| Total | 390 |

### 2.2.6.3. Race

| RACE | RESPONDENTS |
|------|-------------|
| African American | 199 |
| Asian American | 3 |
| Hispanic | 37 |
| White | 141 |
| Total | 380 |

# 2.3. EXTERNAL COMPLAINTS

This section details the data related to External Complaints received in Q4 2019.  In sum:

- Total number of complaints: 157 from a total of 173 Complainants.
- Total number of allegations: 369 (a complaint can have more than one allegation) with the most common allegation of Neglect of Duty (105)
- Total number of respondents: 171
- Most Complaints: Western District with 20
- Least Number of Complaints: Compliance Bureau with zero
- CRB-Eligible Allegations: 89

## 2.3.1. District of respondents

### 2.3.1.1. Total by District/Unit

| DISTRICT | RESPONDENTS |
|----------|-------------|
| Central District | 15 |
| Eastern District | 18 |
| Northeast District | 9 |
| Northern District | 19 |
| Northwest District | 19 |

| | |
|---|---|
| Southeast District | 8 |
| Southern District | 13 |
| Southwest District | 6 |
| Western District | 20 |
| Specialized units | 44 |
| **Total** | **171** |

### 2.3.1.2. Specialized Units by Bureau

| BUREAU | RESPONDENTS |
|---|---|
| Operations Bureau: Criminal Investigations | 33 |
| Administrative Bureau | 9 |
| Compliance Bureau | 0 |
| Operations Bureau: Chief of Patrol (other) | 2 |
| **Total** | **44** |

## 2.3.2. Rank of Respondents

| RANK | RESPONDENTS |
|---|---|
| Police Officer Trainee | 1 |
| Police Officer | 149 |
| Police Sergeant | 18 |
| Police Lieutenant | 3 |
| **Total** | **171** |

## 2.3.3. Nature of Contact

| NATURE OF CONTACT | CASES |
|---|---|
| Call for Service | 4 |
| Traffic Stop | 2 |
| On View | 3 |
| Warrant Service | 1 |
| **Total** | **10** |

*All others have no nature of contact listed.*

# 2.3.4. Nature of allegations

## 2.3.4.1. Total Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Neglect of Duty | 105 |
| Conduct Unbecoming a Police Officer/Employee | 79 |
| CRB-eligible allegations | 89 |
| Criminal misconduct | 27 |
| Other serious misconduct | 16 |
| Other misconduct | 69 |
| Total | 385 |

## 2.3.4.2. CRB-eligible Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Excessive Force | 33 |
| False Arrest | 26 |
| Harassment | 15 |
| False Imprisonment | 10 |
| Abusive or Discriminatory Language | 5 |
| Total | 89 |

## 2.3.4.3. Criminal Misconduct Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Misdemeanor (other) | 14 |
| Planting Evidence | 4 |
| Theft Related | 4 |
| Sexual Misconduct | 2 |
| Domestic Violence | 1 |
| Driving Under the Influence (DUI) | 1 |
| Felony (other) | 1 |
| Total | 27 |

## 2.3.4.4. Other Serious Misconduct Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| False Statement/Untruthfulness | 11 |
| Discriminatory Policing | 4 |
| Failure to Supervise | 0 |
| Retaliation | 1 |
| Total | 16 |

## 2.3.4.5. Other Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Discourtesy | 16 |
| Improper Stop | 12 |
| Abuse of Discretion/Authority | 7 |
| Improper Search | 8 |
| Domestic Incident | 5 |
| Failure to Operate BWC as Required | 6 |
| Unsafe Operation of Departmental Vehicle | 4 |
| Inappropriate Comment and/or Gesture | 3 |
| Respondent in Civil Protective Order | 4 |
| Computer/Email/Internet Misuse | 2 |
| Failure to Intervene | 1 |
| Failure to Report Use of Force | 1 |
| Interfering with a Person's Right to Observe or Record Law Enforcement Activities | 0 |
| Total | 69 |

# 2.3.5. Demographics of complainants

## 2.3.5.1. Age

| AGE | COMPLAINANTS |
|---|---|
| <20 | 2 |
| 20-29 | 26 |
| 30-39 | 34 |
| 40-49 | 15 |
| 50-59 | 16 |
| ≥60 | 7 |
| Total | 100 |

*Others did not have age listed.*

## 2.3.5.2. Gender

| GENDER | COMPLAINANTS |
|---|---|
| Female | 96 |
| Male | 79 |
| Total | 175 |

*Others did not have gender listed.*

## 2.3.5.3. Race

| RACE | COMPLAINANTS |
|---|---|
| African American | 89 |
| Hispanic | 2 |
| White | 25 |
| Total | 116 |

*Others did not have race listed.*

# 2.3.6. Anonymity of Complainants

| ANONYMITY | CASES |
|---|---|
| Complainant(s) filed anonymously | 4 |
| Complainant(s) did not file anonymously | 187 |
| Total | 191 |

## 2.3.7. Demographics of respondents

### 2.3.7.1. Age

| AGE | RESPONDENTS |
|---|---|
| 20-29 | 37 |
| 30-39 | 63 |
| 40-49 | 46 |
| 50-59 | 23 |
| ≥60 | 2 |
| Total | 171 |

### 2.3.7.2. Gender

| GENDER | RESPONDENTS |
|---|---|
| Female | 19 |
| Male | 152 |
| Total | 171 |

### 2.3.7.3. Race

| RACE | RESPONDENTS |
|---|---|
| African American | 80 |
| Asian American | 1 |
| Hispanic | 15 |
| White | 70 |
| Total | 166 |

*Others did not have race listed.*

# 2.4. INTERNAL COMPLAINTS

This section details the data related to Internal Complaints received in Q4 2019.  In sum:

- Total number of complaintants:153
- Total number of allegations: 245 with the most common allegation being Neglect of Duty with 86
- Total number of respondents: 129
- Most Complaints: Administrative Bureau with 23
- Least Number of Complaints: Compliance Bureau with zero
- CRB-Eligible Allegations: 4

## 2.4.1. District of respondents

### 2.4.1.1. Total by District

| DISTRICT | RESPONDENTS |
|---|---|
| Central District | 7 |
| Eastern District | 17 |
| Northeast District | 2 |
| Northern District | 5 |
| Northwest District | 6 |
| Southeast District | 11 |
| Southern District | 10 |
| Southwest District | 9 |
| Western District | 15 |
| Specialized units | 47 |
| Total | 129 |

### 2.4.1.2. Specialized Units by Bureau

| BUREAU | RESPONDENTS |
|---|---|
| Administrative Bureau | 23 |
| Operations Bureau: Criminal Investigations | 17 |
| Compliance Bureau | 0 |
| Operations Bureau: Chief of Patrol (other) | 3 |
| Public Integrity Bureau | 4 |
| Total | 47 |

## 2.4.2. Rank of Respondents

| RANK | RESPONDENTS |
|---|---|
| Police Cadet | 1 |
| Police Officer Trainee | 2 |
| Police Officer | 97 |
| Police Sergeant | 21 |
| Police Lieutenant | 3 |
| Civilian | 5 |
| Total | 129 |

## 2.4.3. Nature of Contact

| Nature of contact | Cases |
|---|---|
| On View | 1 |
| Total | 1 |

# 2.4.4. Nature of allegations

### 2.4.4.1. Total Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Neglect of Duty | 86 |
| Conduct Unbecoming a Police Officer/Employee | 38 |
| CRB-eligible allegations | 4 |
| Criminal misconduct | 3 |
| Other serious misconduct | 19 |
| Other misconduct | 95 |
| Total | 245 |

### 2.4.4.2. CRB-eligible Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Excessive Force | 3 |
| Harassment | 1 |
| Abuse of Discretion/Authority | 0 |
| Total | 4 |

### 2.4.4.3. Criminal Misconduct Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Misdemeanor (other) | 3 |
| Total | 3 |

## 2.4.4.4. Other Serious Misconduct Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Failure to Supervise | 9 |
| False Statement/Untruthfulness | 5 |
| Retaliation | 5 |
| Total | 19 |

## 2.4.4.5. Other Allegations

| NATURE OF ALLEGATION | ALLEGATIONS |
|---|---|
| Failure to Attend and Complete Required Training | 20 |
| Inappropriate Workplace Conduct | 18 |
| Failure to Operate BWC as Required | 11 |
| Absent Without Leave (AWOL) | 7 |
| Inappropriate Comment and/or Gesture | 8 |
| Failure to Appear in Court (FTA) | 7 |
| Insubordination | 7 |
| Negligent Use/Handling/Storage of Firearms | 2 |
| Computer/Email/Internet Misuse | 1 |
| Discourtesy | 1 |
| Domestic Incident | 2 |
| Secondary Employment Violation | 1 |
| Unsafe Operation of Departmental Vehicle | 1 |
| Workplace Harassment | 3 |
|  | 4 |
| Abuse, Discretion/Authority | 2 |
| Total | 95 |

# 2.4.5. Demographics of complainants

## 2.4.5.1. Age

| AGE | COMPLAINANTS |
|-----|--------------|
| 20-29 | 5 |
| 30-39 | 28 |
| 40-49 | 29 |
| 50-59 | 19 |
| Total | 81 |

*Others did not have age listed.*

## 2.4.5.2. Gender

| GENDER | COMPLAINANTS |
|--------|--------------|
| Female | 19 |
| Male | 134 |
| Total | 153 |

## 2.4.5.3. Race

| RACE | COMPLAINANTS |
|------|--------------|
| African American | 43 |
| Hispanic | 1 |
| White | 37 |
| Total | 81 |

*Others did not have race listed.*

## 2.4.6. Demographics of respondents

### 2.4.6.1. Age

| AGE | RESPONDENTS |
|-----|-------------|
| <20 | 1 |
| 20-29 | 20 |
| 30-39 | 42 |
| 40-49 | 38 |
| 50-59 | 26 |
| ≥60 | 2 |
| Total | 129 |

### 2.4.6.2. Gender

| GENDER | RESPONDENTS |
|--------|-------------|
| Female | 36 |
| Male | 132 |
| Total | 168 |

### 2.4.6.3. Race

| RACE | RESPONDENTS |
|------|-------------|
| African American | 98 |
| Asian American | 1 |
| Hispanic | 18 |
| White | 47 |
| Total | 164 |



# 3. PROCESSING TIMES

## 3.1. SECTION INTRODUCTION

### 3.1.1. Consent Decree ¶402(c)

This section provides summary statistics on complaints received in Q4 2019, covering the elements required by ¶402(c):

c. Aggregate data on the processing of misconduct cases; the average and median time from the initiation of an investigation to its submission by the investigator to his or her chain of command; the average and median time from the submission of the investigation by the investigator to a final decision regarding whether to impose charges; the average and median time from the decision to impose charges to a final disposition; the average and median time from the receipt of the complaint to the initial contact with the complainant; the number of investigations returned to the original investigator due to conclusions not being supported by the evidence; and the number of investigations returned to the original investigator to conduct additional investigation;

### 3.1.2. Methodology

For the date of the initiation of the investigation, BPD used the date the Department received the complaint (the date the Department was notified).

For the date when the decision was made to impose charges, the charge date was used.  As charges are only pressed in cases with sustained findings, the dataset for this subsection was limited to cases which contained at least one allegation with a sustained finding.

For the date of final disposition for a case, the date used is either the date that the respondent accepted the Disciplinary Review Committee's recommendation, the date that the Administrative Hearing Board reached its determination regarding the respondent's case, or the date that a joint legal settlement occurred between the respondent and the Department.

### 3.1.3. Opportunities for improvement

BPD does not have an IAPro field recording the date of initial contact with the complainant.

BPD does not have an IAPro field recording the date the completed casebook is first submitted for supervisory review. (The PIB Command finding date is a good proxy but a proxy, nonetheless.)

These two kinds of data are recorded in IAPro as the dates for "tasks," but would require a manual audit to extract and convert into analyzable data.

BPD does not have IAPro fields recording whether, when, why, or how often a case is returned by a supervisor to the investigator. Whenever a case is returned to the investigator by their supervisor, this is recorded as a "task" in IAPro, but this task may or may not state the reason that the case was returned.

## 3.2. DAYS FROM NOTIFICATION OF THE DEPARTMENT TO INVESTIGATION COMPLETED

Investigation completed in Q4 2019.

| Processing time | Days |
|---|---|
| Average | 330.51 |
| Median | 351 |

*Note that while LEOBR requires cases to be completed within one year of receipt, the above results include investigation lengths for criminal cases for which the one year deadline does not officially begin until after the case is completed in the judicial court system. Therefore, the amount of time between the date that the Department received the case until the date that the investigation was complete may go beyond one year in those instances.*

## 3.3. DAYS FROM CHARGES IMPOSED TO FINAL DISPOSITION

Final disposition date in Q4 2019.

| Processing time | Days |
|---|---|
| Average | 34.4 |
| Median | 0 |



# 4. OUTCOMES OF INVESTIGATIONS

## 4.1. SECTION INTRODUCTION

### 4.1.1. Text of Consent Decree ¶402(d)–(f)

d. Aggregate data on the outcomes of misconduct investigations, including the number of sustained, not sustained, exonerated, and unfounded misconduct complaints; the number of sustained allegations resulting in a non-disciplinary outcome the number resulting in disciplinary charges;

e. Aggregate data on the disposition of charges, including the number resulting in written reprimands, suspension, demotion, and termination;

f. Aggregate data on outcomes of misconduct investigations by allegation, broken down by race, ethnicity, and gender of the complainant and the officer;

### 4.1.2. Methodology

Data on allegations is reported with an asterisk (*) when, due to change in the names given to allegations through the years, several kinds of allegations must be reported at a combined rather than an individual level.

Data on disciplinary actions taken was consolidated into umbrella categories.

## 4.2. INVESTIGATIVE FINDINGS

Finding date (the date that PIB signs-off on a case) in Q4 2019.

## 4.2.1. Total Findings

| FINDING | ALLEGATIONS |
|---|---|
| Sustained | 228 |
| Not Sustained | 356 |
| Unfounded | 298 |
| Exonerated | 110 |
| Total | 992 |

## 4.2.2. Findings by nature of allegation

### 4.2.2.1. Total Allegations

| NATURE OF ALLEGATION | SUSTAINED | NOT SUSTAINED | UNFOUNDED | EXONERATED | TOTAL |
|---|---|---|---|---|---|
| Neglect of Duty | 76 | 112 | 54 | 21 | 263 |
| Conduct Unbecoming a Police Officer/Employee | 51 | 85 | 72 | 28 | 236 |
| CRB-eligible allegations | 4 | 31 | 102 | 27 | 164 |
| Criminal misconduct | 8 | 24 | 18 | 5 | 55 |
| Other serious misconduct | 5 | 8 | 10 | 7 | 30 |
| Other allegations | 85 | 93 | 42 | 24 | 244 |

### 4.2.2.2. CRB-eligible Allegations

| NATURE OF ALLEGATION | SUSTAINED | NOT SUSTAINED | UNFOUNDED | EXONERATED | TOTAL |
|---|---|---|---|---|---|
| Harassment | 2 | 8 | 38 | 8 | 56 |
| Excessive Force | | 10 | 33 | 10 | 53 |
| False Arrest or False Imprisonment* | | 11 | 26 | 9 | 46 |
| Abusive or Discriminatory Language | 2 | 2 | 5 | | 9 |

### 4.2.2.3. Criminal Misconduct Allegations

| NATURE OF ALLEGATION | SUSTAINED | NOT SUSTAINED | UNFOUNDED | EXONERATED | TOTAL |
|---|---|---|---|---|---|
| Misdemeanor (other) | 2 | 15 | 5 | 2 | 24 |
| Theft Related | 1 | 2 | 12 | 1 | 16 |
| Driving Under the Influence (DUI) | 3 | 1 | | | 4 |
| Felony (other) | | 2 | 1 | 1 | 4 |
| Domestic Violence | 2 | 1 | | | 3 |
| Sexual Misconduct | | 2 | | 1 | 3 |
| Planting Evidence | | 1 | | | 1 |

### 4.2.2.4. Other Serious Misconduct Allegations

| NATURE OF ALLEGATION | SUSTAINED | NOT SUSTAINED | UNFOUNDED | EXONERATED | TOTAL |
|---|---|---|---|---|---|
| False Statement/ Untruthfulness | 3 | 6 | 8 | 4 | 21 |
| Failure to Supervise | 2 | 2 | | 2 | 6 |
| Discriminatory Policing | | | 2 | 1 | 3 |

### 4.2.2.5. Other Allegations

| NATURE OF ALLEGATION | SUSTAINED | NOT SUSTAINED | UNFOUNDED | EXONERATED | TOTAL |
|---|---|---|---|---|---|
| Failure to Operate BWC as Required | 35 | 30 | 2 | 7 | 74 |
| Failure to Appear in Court (FTA) | 23 | 13 | 2 | 6 | 44 |

| | | | | | |
|---|---|---|---|---|---|
| Improper Search, Improper Stop, or Improper Seizure of Personal Property* | 3 | 4 | 21 | 8 | 36 |
| Inappropriate Comment and/or Gesture | 7 | 15 | 7 | 2 | 31 |
| Domestic Incident | 2 | 7 | | | 9 |
| Insubordination | 2 | 4 | 1 | | 7 |
| Absent Without Leave (AWOL) | 1 | 1 | 1 | 1 | 4 |
| Discourtesy | | 2 | 2 | | 4 |
| Inappropriate Workplace Conduct | 2 | 3 | 1 | | 6 |
| Computer/Email/ Internet Misuse | 1 | 2 | | | 3 |
| Negligent Use/ Handling/Storage of Firearms | | 1 | | | 1 |
| Securing/Treatment of People Being Detained or Transported | | | | | 0 |
| Abuse of Discretion/ Authority | | 2 | | | 2 |
| Failure to Attend and Complete Required Training | 2 | 1 | | | 3 |

| | | | | | |
|---|---|---|---|---|---|
| **Secondary Employment Violation** | 2 | | | | **2** |
| **Unsafe Operation of Departmental Vehicle** | | 1 | 1 | | **2** |
| **Failure to Report Use of Force** | | | 1 | | **1** |
| **Interference with Civilians' Protected Free Speech/ Expression** | | 1 | | | **1** |
| **Interfering with a Person's Right to Observe or Record Law Enforcement Activities** | | 1 | | | **1** |
| **Respondent in Civil Protective Order** | | 1 | | | **1** |
| **Failure to Write Report** | 2 | 1 | 1 | | **4** |
| **Lateness for Duty** | 3 | 2 | | | **5** |
| **Unnecessary Force** | | | 1 | | **1** |
| **Workplace Harassment** | | | 1 | | **1** |
| **Criminal Association** | | 1 | | | **1** |

## 4.2.3. Demographics of Complainant

### 4.2.3.1. Gender

| FINDING | FEMALE | MALE | TOTAL |
|---|---|---|---|
| Sustained | 49 | 12 | 61 |

| | | | |
|---|---|---|---|
| Not Sustained | 82 | 77 | **159** |
| Unfounded | 115 | 154 | **269** |
| Exonerated | 20 | 47 | **67** |

*Others did not have gender listed.*

### 4.2.3.2. Race

| FINDING | AFRICAN AMERICAN | ASIAN AMERICAN | WHITE | TOTAL |
|---|---|---|---|---|
| Sustained | 32 | | 11 | **43** |
| Not Sustained | 90 | 0 | 23 | **113** |
| Unfounded | 175 | 2 | 39 | **216** |
| Exonerated | 26 | 1 | 19 | **46** |

*Others did not have race listed.*

## 4.2.4. Demographics of respondent

### 4.2.4.1. Gender

| FINDING | FEMALE | MALE | TOTAL |
|---|---|---|---|
| Sustained | 38 | 186 | **224** |
| Not Sustained | 58 | 274 | **332** |
| Unfounded | 24 | 218 | **242** |
| Exonerated | 14 | 91 | **105** |

### 4.2.4.2. Race

| FINDING | AFRICAN AMERICAN | ASIAN AMERICAN | HISPANIC | WHITE | TOTAL |
|---|---|---|---|---|---|
| Sustained | 112 | 2 | 19 | 82 | **215** |
| Not Sustained | 141 | 2 | 38 | 146 | **327** |

| | | | | | |
|---|---|---|---|---|---|
| **Unfounded** | 86 | 4 | 27 | 122 | **239** |
| **Exonerated** | 36 | 2 | 11 | 56 | **105** |

# 4.3. CASE DISPOSITIONS

## 4.3.1. Finding date (the date that PIB signs-off on a case) in Q4 2019.Total Case Dispositions

| DISPOSITION | CASES |
|---|---|
| Sustained | 144 |
| Not Sustained | 200 |
| Unfounded | 126 |
| Exonerated | 53 |
| Total | **523** |

## 4.3.2. Demographics of complainant

### 4.3.2.1. Gender

| DISPOSITION | FEMALE | MALE | TOTAL |
|---|---|---|---|
| Sustained | 25 | 13 | **38** |
| Not Sustained | 48 | 46 | **94** |
| Unfounded | 60 | 52 | **112** |
| Exonerated | 17 | 18 | **35** |

### 4.3.2.2. Race

| FINDING | AFRICAN AMERICAN | ASIAN AMERICAN | WHITE | TOTAL |
|---|---|---|---|---|
| Sustained | 16 | | 8 | **24** |
| Not Sustained | 44 | 2 | 16 | **62** |

| | | | |
|---|---|---|---|
| Unfounded | 57 | 1 | 22 | 80 |
| Exonerated | 16 | 1 | 8 | 25 |

## 4.3.3. Demographics of respondent

### Gender

| DISPOSITION | FEMALE | MALE | TOTAL |
|---|---|---|---|
| Sustained | 23 | 145 | 168 |
| Not Sustained | 30 | 185 | 215 |
| Unfounded | 12 | 110 | 122 |
| Exonerated | 10 | 59 | 69 |

### Race

| DISPOSITION | AFRICAN AMERICAN | ASIAN AMERICAN | HISPANIC | WHITE | TOTAL |
|---|---|---|---|---|---|
| Sustained | 79 | 3 | 13 | 67 | 162 |
| Not Sustained | 94 | 2 | 26 | 90 | 212 |
| Unfounded | 49 | 1 | 11 | 60 | 121 |
| Exonerated | 24 | 1 | 10 | 34 | 69 |

# 4.4. SUSTAINED ALLEGATIONS

Charge disposition date in Q4 2019.

## 4.4.1. Total Sustained Allegations

| ALLEGATIONS | SUSTAINED |
|---|---|
| Neglect of Duty | 33 |
| Conduct Unbecoming a Police Officer/Employee | 44 |
| CRB-Eligible allegations | 2 |
| Criminal misconduct | 4 |
| Other misconduct | 107 |
| Total | 190 |

### 4.4.1.1. CRB-eligible Allegations

| ALLEGATION | SUSTAINED |
|---|---|
| Abusive or Discriminatory Language | 1 |
| Excessive Force | 1 |
| Total | 2 |

### 4.4.1.2. Criminal Misconduct Allegations

| ALLEGATION | SUSTAINED |
|---|---|
| Misdemeanor (other) | 4 |
| Total | 4 |

### 4.4.1.3. Other Misconduct Allegations

| ALLEGATION | SUSTAINED |
|---|---|
| Failure to Operate BWC as Required | 24 |
| Failure to Appear in Court (FTA) | 22 |
| Discourtesy | 3 |
| Inappropriate Comment and/or Gesture | 3 |
| Insubordination | 1 |
| Absent Without Leave (AWOL) | 0 |
| Inappropriate Workplace Conduct | 1 |

| | |
|---|---|
| Interfering with a Person's Right to Observe or Record Law Enforcement Activities | 1 |
| Vehicle Pursuit Violation | 2 |
| Other | 50 |
| **Total** | **107** |

## 4.4.2. Demographics of Complainant

### 4.4.2.1. Gender

| ALLEGATION | FEMALE | MALE | TOTAL |
|---|---|---|---|
| Neglect of Duty | 10 | 3 | 13 |
| Conduct Unbecoming a Police Officer/ Employee | 21 | 2 | 23 |
| Discourtesy | 3 | 1 | 4 |
| Failure to Operate BWC as Required | 10 | 2 | 12 |
| Inappropriate Comment and/or Gesture | 1 | | 1 |
| Abusive or Discriminatory Language | | | |
| Interfering with a Person's Right to Observe or Record Law Enforcement Activities | | | |
| Criminal Misconduct: Misdemeanor (other) | | 2 | 2 |

### 4.4.2.2. Race

| ALLEGATION | AFRICAN AMERICAN | WHITE | TOTAL |
|---|---|---|---|
| Conduct Unbecoming a Police Officer/ Employee | 11 | 3 | 14 |
| Neglect of Duty | 1 | 2 | 3 |
| Failure to Operate BWC as Required | 6 | 1 | 7 |

| | | | |
|---|---|---|---|
| Inappropriate Comment and/or Gesture | 2 | | 2 |
| Abusive or Discriminatory Language | 1 | | 1 |
| Interfering with a Person's Right to Observe or Record Law Enforcement Activities | 1 | | 1 |
| Criminal Misconduct: Misdemeanor (other) | 2 | | 2 |

## 4.4.3. Demographics of respondent

### 4.4.3.1. Gender

| ALLEGATION | FEMALE | MALE | TOTAL |
|---|---|---|---|
| Neglect of Duty | 3 | 11 | 14 |
| Conduct Unbecoming a Police Officer/Employee | 6 | 28 | 34 |
| Failure to Operate BWC as Required | 1 | 18 | 19 |
| Failure to Appear in Court (FTA) | 1 | 21 | 22 |
| Discourtesy | | 2 | 2 |
| Inappropriate Comment and/or Gesture | 1 | 4 | 5 |
| Criminal Misconduct: Misdemeanor (other) | 3 | 3 | 6 |
| Insubordination | 1 | 1 | 2 |
| Absent Without Leave (AWOL) | | | |
| Abusive or Discriminatory Language | | 1 | 1 |
| Inappropriate Workplace Conduct | | 1 | 1 |
| Interfering with a Person's Right to Observe or Record Law Enforcement Activities | | 1 | 1 |
| Vehicle Pursuit Violation | | 2 | 2 |

## 4.4.3.2. Race

| ALLEGATION | AFRICAN AMERICAN | ASIAN AMERICAN | HISPANIC | WHITE | TOTAL |
|---|---|---|---|---|---|
| Neglect of Duty | 8 | | 1 | 5 | 14 |
| Conduct Unbecoming a Police Officer/Employee | 14 | | 4 | 15 | 33 |
| Failure to Operate BWC as Required | 14 | | | 8 | 22 |
| Failure to Appear in Court (FTA) | 11 | 2 | 2 | 7 | 15 |
| Discourtesy | | | | 2 | 2 |
| Inappropriate Comment and/or Gesture | 1 | | | 4 | 5 |
| Insubordination | 1 | | 0 | | 1 |
| Criminal Misconduct: Misdemeanor (other) | 4 | | | 1 | 5 |
| Absent Without Leave (AWOL) | | | | 1 | 0 |
| Abusive or Discriminatory Language | | | | 1 | 1 |
| Inappropriate Workplace Conduct | | | | 1 | 1 |
| Interfering with a Person's Right to Observe or Record Law Enforcement Activities | 1 | | | | 1 |
| Vehicle Pursuit Violation | | | 2 | | 2 |

# 4.5. DISCIPLINARY ACTIONS

Action taken date in Q4 2019.

## 4.5.1. Total Disciplinary Actions

| DISCIPLINARY ACTION | ACTIONS TAKEN |
|---|---|
| Simple Letter of Reprimand | 30 |
| Middle Letter of Reprimand | 23 |
| Restitution | 14 |
| Loss of Leave | 12 |

| | |
|---|---|
| Suspension | 16 |
| Guiance and non-Punitive Counseling | 5 |
| Training | 5 |
| Severe Letter of Reprimand | 6 |
| Retired | 3 |
| Fine | 1 |
| Resigned in Lieu of Termination | 2 |
| Termination | 1 |
| Total | 118 |

## 4.5.2. Demographics of complainant

### Gender

| DISCIPLINARY ACTION | FEMALE | MALE | TOTAL |
|---|---|---|---|
| Simple Letter of Reprimand | 5 | 1 | 6 |
| Middle Letter of Reprimand | 5 | 2 | 7 |
| Suspension | 4 | 3 | 7 |
| Training | 2 | 1 | 3 |
| Severe Letter of Reprimand | 1 | 3 | 4 |
| Loss of Leave | 3 | 1 | 4 |
| Non-Punitive Counseling | 0 | 1 | 1 |
| Retired | 1 | 1 | 2 |
| Restitution | | 1 | 1 |

### Race

| DISCIPLINARY ACTION | AFRICAN AMERICAN | WHITE | TOTAL |
|---|---|---|---|
| Simple Letter of Reprimand | 5 | 1 | 6 |
| Training | 3 | | 3 |
| Middle Letter of Reprimand | 3 | 1 | 4 |
| Suspension | 4 | 2 | 6 |
| Severe Letter of Reprimand | 2 | 2 | 4 |
| Loss of Leave | 1 | 1 | 2 |
| Non-Punitive Counseling | | 2 | 0 |

## 4.5.3. Demographics of respondent

### Gender

| DISCIPLINARY ACTION | FEMALE | MALE | TOTAL |
|---|---|---|---|
| Simple Letter of Reprimand | 3 | 27 | 30 |
| Middle Letter of Reprimand | 2 | 21 | 23 |
| Restitution | | 14 | 14 |
| Loss of Leave | | 12 | 12 |
| Suspension | 3 | 13 | 16 |
| Non-Punitive Counseling | | 4 | 4 |
| Training | | 5 | 5 |
| Severe Letter of Reprimand | 2 | 4 | 6 |
| Retired | 1 | 3 | 14 |
| Fine | 1 | 2 | 3 |
| Guidance and Counseling | | 1 | 1 |
| Resigned in Lieu of Termination | | 2 | 2 |
| Termination | 1 | | 1 |

### Race

| DISCIPLINARY ACTION | AFRICAN AMERICAN | ASIAN AMERICAN | HISPANIC | WHITE | TOTAL |
|---|---|---|---|---|---|
| Simple Letter of Reprimand | 15 | 1 | 2 | 12 | 30 |
| Middle Letter of Reprimand | 15 | | 1 | 7 | 23 |
| Restitution | 8 | | 1 | 4 | 13 |
| Loss of Leave | 9 | | | 3 | 12 |
| Suspension | 7 | | 2 | 7 | 16 |
| Non-Punitive Counseling | 3 | | 2 | 1 | 6 |
| Training | 3 | | 1 | 1 | 5 |
| Severe Letter of Reprimand | 3 | | 1 | 2 | 5 |
| Retired | 1 | | | 2 | 3 |
| Fine | 1 | | | | 1 |
| Guidance and Counseling | | | | 1 | 1 |
| Resigned in Lieu of Termination | | | | | |



# 5. RESPONDENTS WITH NUMEROUS COMPLAINTS

## 5.1. SECTION INTRODUCTION

### 5.1.1. Consent Decree ¶402(g)–(h)

This section provides summary statistics on complaints received in Q4 2019, covering the elements required by ¶402(g)–(h):

g. Aggregate data on officers with persistent or serious misconduct problems, including the number of officers who have been the subject of more than two completed misconduct investigations involving serious misconduct allegations in the previous 12 months; the number of officers who have had more than one sustained allegation of serious misconduct in the previous 12 months, including the number of sustained allegations and the number of criminal prosecutions of officers, broken down by criminal charge;

h. Aggregate data on officers who have been the subject, in the previous 12 months, of more than 2 complaints of the following categories, regardless of the outcome of those complaint investigations:

i. Allegations of biased policing, including allegations that an officer conducted an investigatory stop or arrest based on an individual's Demographic Category or used a slur based on an individual's Demographic Category;

ii. Allegations of excessive force; allegations of unlawful stops, searches and arrests, including allegations of improper Strip Searches;

iii. Allegations of interference with constitutionally protected expression; and

iv. Allegations of criminal misconduct, broken down by allegation.

### 5.1.2. Methodology

For the purposes of this section, "the past 12 months" was interpreted inclusively of Q4 2019 (i.e., to include all of calendar year 2019).

A case was counted as a serious misconduct case if any of the underlying allegations of the case fell under serious misconduct.

## 5.2. SERIOUS MISCONDUCT CASES AND ALLEGATIONS

Finding date in CY 2019.

### 5.2.1. Respondents with three or more completed investigations

| COMPLETED CASES | RESPONDENTS |
|---|---|
| Total with three or more completed cases | 0 |

### 5.2.2. Respondents with two or more sustained allegations

| SUSTAINED ALLEGATIONS | RESPONDENTS |
|---|---|
| Total with two or more sustained allegations | 11 |

## 5.3. BIASED POLICING ALLEGATIONS

Received date in CY 2019.

| RECEIVED ALLEGATIONS | RESPONDENTS |
|---|---|
| Total with three or more received allegations | 0 |

## 5.4. EXCESSIVE FORCE AND UNLAWFUL STOPS, SEARCHES, AND ARRESTS ALLEGATIONS

Received date in CY 2019.

| RECEIVED ALLEGATIONS | RESPONDENTS |
|---|---|
| Total with three or more received allegations | 16 |

# 5.5. INTERFERENCE WITH CONSTITUTIONALLY PROTECTED EXPRESSION ALLEGATIONS

Received date in CY 2019.

| RECEIVED ALLEGATIONS | RESPONDENTS |
|---|---|
| Total with three or more received allegations | 0 |

# 5.6. CRIMINAL MISCONDUCT ALLEGATIONS

Received date in CY 2019.

## 5.6.1. Respondents with three or more received allegations

| RECEIVED ALLEGATIONS | RESPONDENTS |
|---|---|
| Total with three or more received allegations | 0 |

## 5.6.2. Total received allegations

| RECEIVED ALLEGATIONS | ALLEGATIONS |
|---|---|
| Misdemeanor (other) | 82 |
| Theft Related | 47 |
| Felony (other) | 26 |
| Domestic Violence | 12 |
| Sexual Misconduct | 10 |
| Driving Under the Influence (DUI) | 6 |
| Planting Evidence | 6 |
| Total | 189 |