IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | | |
| | *** | |

## SCHEDULING ORDER

Consistent with the Court's duty to ensure the Defendants' compliance with the Consent Decree (ECF No. 2-2, as modified by ECF No. 39, at ¶ 493), the Court issued a scheduling order on November 22, 2019, setting dates for monthly conferences and quarterly public hearings with the Parties and the Monitoring Team. (ECF No. 265, as amended by ECF Nos. 271, 339.) Implementation of the Consent Decree's requirements is now well underway. Many important topics were covered and progress was assessed in meetings and hearings held during the past year. Additional topics await the Court's attention. Accordingly, it is hereby ORDERED that, during the upcoming year, the Independent Monitor and the Parties SHALL continue to provide the Court with regular monthly and quarterly updates, and they SHALL attend and participate in monthly conferences and quarterly hearings, all regarding the status of BPD's compliance with the Consent Decree's requirements.

The Court now sets dates for further proceedings in this matter according to the schedule below.

## Calendar of Monthly Progress Reports/Conferences and Quarterly Public Hearings

| | |
|---|---|
| February 18, 2021 | Monthly Progress Report/Conference with the Court (Staffing, Recruitment, Hiring, and Retention), Chambers 3D. |
| March 4, 2021 | Monthly Progress Report/Conference with the Court (Technology), Chambers 3D. |
| April 1, 2021 | Monthly Progress Report/Conference with the Court (Community Policing), Chambers 3D. |
| **April 29, 2021, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A. |
| May 18, 2021 | Monthly Progress Report/Conference with the Court (Transportation of Persons in Custody), Chambers 3D. |
| June 17, 2021 | Monthly Progress Report/Conference with the Court (Stops, Searches, and Arrests/Impartial Policing), Chambers 3D. |
| July 8, 2021 | Monthly Progress Report/Conference with the Court (Compliance Reviews and Outcome Assessments), Chambers 3D. |
| **July 22, 2021, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A. |
| September 9, 2021 | Monthly Progress Report/Conference with the Court (Supervision/Promotions, Performance Evaluations, and Officer Wellness), Chambers 3D. |
| October 7, 2021 | Monthly Progress Report/Conference with the Court (Misconduct Investigations and Discipline), Chambers 3D. |
| **October 28, 2021, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A. |
| November 4, 2021 | Monthly Progress Report/Conference with the Court (Sexual Assault), Chambers 3D. |
| December 9, 2021 | Monthly Progress Report/Conference with the Court (Interactions with Youth and Interactions with People with Behavioral Health Disabilities or in Crisis), Chambers 3D. |
| January 13, 2022 | Monthly Progress Report/Conference with the Court (First Amendment Protected Activities), Chambers 3D. |

**January 20, 2022, 10:00 a.m.**   **Quarterly Public Hearing**, Courtroom 1A.

DATED this __/__ day of December, 2020.

BY THE COURT:

_____
James K. Bredar
Chief Judge