IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | | |
| | *** | |

## SECOND AMENDED SCHEDULING ORDER

On December 2, 2020, this Court entered a Scheduling Order (ECF No. 360) setting dates for public hearings and dates and topics for monthly conferences under the Fourth-Year Monitoring Plan. The Court entered an Amended Scheduling Order (ECF No. 378) on February 2, 2021, which is hereby AMENDED as follows:

- The monthly progress report regarding stops, searches, and arrests and impartial policing scheduled for June 17, 2021 is rescheduled for June 24, 2021.

All other dates and topics announced in the forgoing scheduling order remain unchanged.

DATED this __22__ day of February, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge