UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
Chief Judge

MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

April 16, 2021

MEMORANDUM TO COUNSEL

Re:   *United States of America v. Baltimore Police Department, et al.*
      Civ. No.: JKB-17-0099

Dear Counsel:

At the Quarterly Public Hearing scheduled for April 30, 2021 (*see* ECF No. 394), the parties are directed to address the Maryland police reform legislation (the "legislation"), at least spotting the issues that arise to the extent that the legislation covers issues within the scope of the Consent Decree.

Further, in anticipation of the June monthly progress report scheduled for June 24, 2021 (*see* ECF No. 384), the parties are directed to prepare more formal written statements, specifically laying out their views on how the legislation and the Consent Decree intersect and how those intersections should be addressed. The parties are free to make separate submissions, or to meet and confer in advance and then submit a joint written statement.

Although informal, this Memorandum is an ORDER of the Court, and it shall be docketed accordingly.

Very truly yours,

James K. Bredar
Chief Judge

CC:   All Counsel of Record
      Baltimore Police Department Monitoring Team