**Assessment of Arrests Resulting in a Release Without Charge (RWOC)**
*(Referred to as "BPD Analysis of District Court Commissioner Arrest
Data Report" in the Updated Third Year Monitoring Plan)*
*Baltimore Police Department*
*4th Quarter, 2020*

## Overview

The Baltimore Police Department (BPD) is dedicated to upholding the Constitution and enforcing laws in a fair, impartial, and ethical manner. As part of this commitment, BPD conducts a quarterly analysis of arrests that resulted in suspects being released without charge (RWOC) by the State's Attorney's Office (SAO). In this analysis, BPD assesses the quality of those arrests, takes necessary corrective actions, and identifies opportunities to improve departmental performance.

If an arrest lacks Probable Cause (PC), it will be included in the list of RWOC incidents. However, RWOC incidents also include all arrests in which the SAO has declined to prosecute. The SAO may decline to prosecute for many reasons, including prosecutorial discretion or if the SAO determined it was unable to prove the criminal charge(s) beyond a reasonable doubt, even if PC existed. In turn, this review encompasses an array of arrests declined for a variety of reasons.

This report is the third of continuous quarterly assessments on this topic. The review period is prior to the completion of agency-wide training on stops, searches and arrests (SSA)[1] and the implementation of new and improved policy mandates that directly address many of the deficiencies identified in this report. As training and policy advance, BPD will expect higher levels of performance and increase the level of corrective action as appropriate for identified deficiencies.

This report details the following elements of this review:

1. Methodology for this analysis;
2. Statistical analysis of RWOCs and any associated trends;
3. Case review findings regarding RWOCs demonstrating deficiencies; and
4. Recommendations to address the findings of this report.

## Methodology

To conduct this assessment, BPD obtains a list of arrests from the SAO that concluded with releasing the suspect without charges. Upon receipt of the list of RWOC arrests, the Inspections Unit separates RWOC arrests which the SAO categorized as "Prosecutorial Discretion," because these may represent policy decisions by the SAO rather than legal issues with the arrest.[2] To ensure that there were no legal or BPD policy issues, BPD randomly reviews 10% of these arrests per

---

[1] Much of the SSA training was conducted during Q4 2020, but not completed agency-wide until the end of the year.
[2] For example, SAO may opt not to prosecute certain crimes due to policy decisions made about misdemeanor Marijuana Possession and other crimes during the Covid-19 pandemic.

month.[3] Within the 10%, arrests for "lesser offenses"[4] are prioritized. Additionally, BPD reviews all RWOC arrests that the SAO categorized for a reason other than prosecutorial discretion. Every case review will include an analysis of reports associated with the arrest and BWC footage, if applicable, to determine if the arrest was made in accordance with appropriate legal standards. In order to assess patterns in arrest practices, demographics of the subjects and officers will be added to the SAO's RWOC list, as well as shifts, units and/or the correct districts or assignments of the arresting officer.[5]

BPD will focus its review on PC determinations and other important legal standards that may lead to developing PC for arrests. Following this review, BPD will take any appropriate action, which may include training or other corrective action for the involved officer(s) and/or referring incident(s) to the Public Integrity Bureau for administrative or criminal investigation.

## Statistical Analysis

In the fourth quarter of 2020 (Q4), the Maryland Department of Public Safety and Correctional Services (DPSCS) reported 3,181 adult arrests by the BPD.[6] The SAO determined a total of 107 arrests[7] as RWOCs during this time period, down 13% from 123 the previous quarter. 107 RWOCs represent 3.4% of the total BPD adult arrests during this time period. This is down from 3.9% in Q3. The SAO categorized the 107 RWOCs for Q4 as follows:

| SAO Reason for RWOC | Count | % of Total |
| --- | --- | --- |
| 4th Amendment Violation | 0 | 0% |
| Elements of the crime not readily provable | 12 | 11% |
| Nexus Issue | 1 | 1% |
| Prosecutorial Discretion | 94 | 88% |
| **Total** | **107** | |

*Table 1. SAO Reasons for RWOCs in 2020 Q4*

---

[3] The methodology for review of "prosecutorial discretion" arrests was updated prior to the initiation of the Q3 2020 RWOC review. The Q2 2020 report contained methodology that reviewed 50% of "prosecutorial discretion" RWOCs.
[4] "Lesser Offenses" include crimes such as disorderly conduct, trespassing, or obstructing/hindering.
[5] A redacted version of the SAO's RWOC spreadsheet will be released along with this report.
[6] Juvenile arrests in Baltimore are processed by a separate system, and the SAO does not generate a list of juveniles released without charges.
[7] There were an additional 8 RWOCs from non-BPD police agencies.

The primary charge for the 107 RWOCs are listed in Table 2:[8]

| Charge | Count |
|---|---|
| Narcotics Violation | 94 |
| Trespassing | 4 |
| Firearm Violation | 2 |
| Malicious Destruction | 2 |
| Assault | 1 |
| Burglary | 1 |
| Car Theft | 1 |
| Possession of Ammunition | 1 |
| Violation of Protective Order | 1 |
| **Total** | **107** |

Table 2. Primary criminal charges for each RWOC in 2020 Q4

*Distribution of RWOCs by Command*

Table 3 below shows the distribution of reviewed RWOCs by district. There is significant variance between the districts, with the Northeast having 32 and the Northwest having 2. These stats and the accompanying case review details will be provided to the relevant commands for further analysis and applicable discussion with their units regarding enforcement decisions and report writing.

| Command | # of RWOCs | % of Total |
|---|---|---|
| Northeast | 32 | 30% |
| Central | 18 | 17% |
| Southern | 14 | 13% |
| Northern | 10 | 9% |
| Southeast | 8 | 7% |
| Southwest | 8 | 7% |
| Western | 6 | 6% |
| Eastern | 4 | 4% |
| MMU | 3 | 3% |
| Northwest | 2 | 2% |
| ACS | 1 | 1% |
| SWAT | 1 | 1% |
| **Total** | **107** | |

Table 3. RWOC Distribution by Command in 2020 Q4, Sorted for Frequency

---

[8] Arrestees were often charged with multiple crimes. This chart lists the most significant charge for each RWOC.

*Distribution of RWOCs by District for Quarters 2, 3, and 4 of 2020*

Table 4, below, shows a continuation of a trend from Q2 and Q3 when the Northeast district produced a higher number of RWOCs compared to other districts. The aggregate totals for Q2, Q3, and Q4 of 2020 are shown, by district:

| Command | # of RWOCs | % of Total |
|---|---|---|
| Northeast | 114 | 29% |
| Central | 54 | 14% |
| Southern | 48 | 12% |
| Southeast | 47 | 12% |
| Southwest | 35 | 9% |
| Northern | 26 | 7% |
| Western | 26 | 7% |
| Eastern | 16 | 4% |
| Northwest | 11 | 3% |
| MFF | 6 | 2% |
| MMU | 5 | 1% |
| ACS | 1 | 0% |
| RATT | 1 | 0% |
| SWAT | 1 | 0% |
| **Total** | **391** | |

*Table 4. 2020 Q2, Q3 and Q4 RWOC Distribution by Command, Sorted for Frequency*

*Distribution of RWOCs by District and Shift*

Table 5 below depicts a breakdown of RWOCs by district and shift for the quarter. This table includes the 102 RWOCs resulting from district personnel and does not include the five RWOC arrests by specialized units that do not fall under the command of the nine patrol districts. The tour of duty for A shift is 11 p.m. to 7 a.m., B shift is 7 a.m. to 3 p.m., and C shift is 3 p.m. to 11 p.m. Districts also deploy District Action Teams (DAT) for proactive enforcement. DATs accounted for 57% of all district-related RWOCs, and DATs produced more RWOCs than other units in four districts.

| District | A | B | C | DAT | District Total |
|---|---|---|---|---|---|
| Northeast |  | 5 | 2 | 25 | 32 |
| Central | 1 | 4 | 1 | 12 | 18 |
| Southern | 3 | 2 | 5 | 4 | 14 |
| Northern |  | 6 | 2 | 2 | 10 |
| Southwest |  | 1 | 4 | 3 | 8 |
| Southeast |  |  | 1 | 7 | 8 |
| Western |  | 2 |  | 4 | 6 |
| Eastern | 1 |  | 2 | 1 | 4 |
| Northwest |  |  | 1 | 1 | 2 |
| **Shift/Unit Total** | **5** | **20** | **18** | **59** | **102** |

*Table 5. Distribution of RWOCs by District and Shift in 2020 Q4.*

The following chart visualizes this data:



*Figure 1. RWOCs by District and Shift in 2020 Q4*

Once again, there is significant variance between shifts and units, with the Northeast DAT having 25 RWOCs and several A shifts having zero. The Northeast DAT had two officers with 4 RWOCs each this quarter, as discussed later in this report. BPD's Q3 RWOC report reflected a similar trend of the Northeast District DAT team leading the BPD in RWOC arrests. Performance Standards has notified the new command of the Northeast District of this clearly-identified trend to take a closer look at the operational priorities of the unit.[9] Figure 2, below, visualizes this cumulative trend for quarters 2, 3 and 4 of 2020:



*Figure 2. 2020 Q2, Q3, and Q4 RWOCs by District and Shift*

---

[9] BPD's Q2 and Q3 RWOC reports had not been finalized and approved at the time of many of the RWOC arrests included in this report. Therefore, at the time of this report, specific corrective action measures recommended in the Q2 and Q3 RWOC reports had not yet been implemented. Such measures might have further lessened the number of RWOCs and the instances of problematic RWOCs. BPD will closely monitor the impact of such measures for subsequent reports.

RWOCs account for 3.4% of total arrests, and BPD's Operations Bureau should use this report and supporting data to determine why some commands may be producing inappropriate arrests or pursuing crimes the SAO will not prosecute. The Operations Bureau should also attempt to identify other potential areas of operational improvement and effective resource deployment. The Operations Bureau and Education and Training Section (E&T) should provide a summary of actions taken, as stated in the **Recommendations** section of this report.

## RWOCs Analyzed

In total, BPD reviewed 27 RWOCs for Q4, including all 13 RWOCs for reasons other than Prosecutorial Discretion as well as 14 Prosecutorial Discretion cases (~10% of the total of 94).[10] The results of the review are detailed below.

*RWOCs Indicating a Lack of PC/RAS or Poor Reporting*

In order for an arrest to be legal, there needs to be at least Reasonable Articulable Suspicion (RAS) for the stop and then Probable Cause (PC) for the arrest. BPD determined that all 27 reviewed cases had valid PC for arrest but one arrest involved a poorly written report. . Table 5 below represents the findings:

| Review Result | Count | % of Total |
|---|---|---|
| Lacked PC for Arrest | 0 | 0% |
| Valid PC but Poor Reporting | 1 | 4% |
| Valid PC and Adequate Reporting | 26 | 96% |
| **Total** | **27** | |

*Table 5. Results of RWOC Review in 2020 Q4*

*Distribution of Problematic RWOCs by Original SAO Reason for RWOC*

BPD initiates this review process with a list of RWOCs including a reason for the RWOC from the SAO. BPD then analyzes the RWOCs and provides a conclusion as to whether probable cause was established. Table 6 shows BPD's conclusions on problematic RWOCs on the left and the original reason for the RWOC from the SAO on the right.

---

[10] 14 cases is slightly more than 10% of 94 because the Inspection Unit selected cases as monthly reports arrived from the SAO throughout the quarter and rounded up each time, in addition to the "lesser offenses."

| BPD Review Result | SAO Reason | Count |
|---|---|---|
| Lacked PC / RAS for Arrest (0) | 4th Amendment Violation | 0 |
| | Elements of crime not readily provable | 0 |
| | Prosecutorial Discretion | 0 |
| Valid PC but Poor Reporting (1) | Elements of crime not readily provable | 1 |
| | Prosecutorial Discretion | 0 |
| **Total** | | **1** |

*Table 6. Distribution of Problematic RWOCs by Original SAO Reason in 2020 Q4*

Table 7 shows this breakdown in aggregate across quarters 2, 3, and 4 of 2020:

| BPD Review Result | SAO Reason | Count |
|---|---|---|
| Lacked PC / RAS for Arrest (10) | 4th Amendment Violation | 3 |
| | Elements of crime not readily provable | 5 |
| | Prosecutorial Discretion | 2 |
| Valid PC but Poor Reporting (11) | Elements of crime not readily provable | 7 |
| | Prosecutorial Discretion | 4 |
| **Total** | | **20** |

*Table 7. 2020 Q2, Q3, and Q4 Distribution of Problematic RWOCs by Original SAO Reason*

*Distribution of Problematic RWOCs by District*

Table 8 presents an overview of what units had problematic RWOCs during the review period.

| Command | Lacked PC for Arrest | PC but Poor Reporting | Total |
|---|---|---|---|
| Southern | | 1 | 1 |
| **Total** | | 1 | **1** |

*Table 8. Distribution of Problematic RWOCs by District in 2020 Q3*

Table 9 summarizes the aggregate distribution of problematic reviews across the quarters 2, 3, and 4 of 2020:

| Command | Lacked PC for Arrest | PC but Poor Reporting | Total |
|---|---|---|---|
| Southeast | 4 | 1 | 5 |
| Central | 1 | 3 | 4 |
| Northeast | 2 | 2 | 4 |
| Northern | 2 |  | 2 |
| Education and Training |  | 1 | 1 |
| Eastern | 1 |  | 1 |
| Southern |  | 2 | 2 |
| Southwest |  | 1 | 1 |
| Western |  | 1 | 1 |
| **Total** | **10** | **11** | **21** |

*Table 9. 2020 Q2, Q3 and Q4 Distribution of Problematic RWOCs by District*

*Distribution of RWOCs by Officer*

Officers from the Northeast DAT unit led officers in total RWOCs in Q2, Q3 and Q4 of 2020. Performance Standards has notified the Northeast command regarding this trend. BPD will continue to review trends for each individual quarter—as well as across quarter time periods—to identify any problematic performance trends.

While there were no patterns in the problematic RWOCs for officers, 24 officers did have multiple RWOCs during the period. Most notably, the Northeast District has ten officers who had more than one RWOC in Q4 with the highest officers both having four. Performance Standards has brought these trends to the attention of the new command in the Northeast District. Northeast District Command and other District commands should review and discuss these cases with the relevant officers regarding any improvements they can make regarding enforcement decisions.

## Case Review Findings

This section provides a summary of RWOCs deemed by BPD to have probable cause for arrest, but lacked sufficient reporting.

Inadequately Written Report

Violation of a Protective Order
Southern District
SAO declination reason: Elements of the crime not readily provable

Officers served a protective order on the subject. A short time later, officers responded back to the home and spoke to the victim who reported that the subject had just come to her home

and threw a can of beer at the door. The subject was then seen by officers walking in the area in the direction of the victim's home. A secondary officer advised that the subject was under arrest for violating the protective order which prohibited the subject from (1) abusing or threatening to abuse the victim, and (2) contacting, attempting to contact, or harassing by any means. The subject was arrested and later processed by the primary officer. The primary officer neglected to include the report of the can throwing when completing the incident report. Even though the secondary officer told the primary officer about the can throwing, the officer simply stated the subject intended to return to the home in which he was prohibited from entering. The officer has one year experience as a police officer. Remedial report writing training is recommended for the arresting officer.

## Recommendations[11]

Operations Bureau:

1. Operations Bureau command should use this report and supporting data to determine why some commands may be focusing on crimes the SAO will not prosecute. The Operations Bureau should also attempt to identify other potential areas of operational improvement.

2. The Operations Bureau should provide a summary of actions taken, if any, within 60 days of the date of this finalized report and submit the summary to the Compliance Bureau.

Northeast District:

1. Review the operational priorities of the DAT unit to determine reasons why the DAT unit leads the BPD in total RWOCs. The Northeast District command should provide a report, through its chain of command to the Compliance Bureau which summarizes actions taken, if any, within 60 days of the date of this finalized report.

Education and Training:

1. Develop and conduct individualized remedial training on report writing and documenting proper elements of crime for the officer identified in the case review above.

2. E&T should provide a summary of actions taken, if any, within 90 days of the date of this finalized report.

---

[11] The Compliance Bureau will monitor the progress of approved recommendations through a "Recommendation Tracker" mechanism which will provide due dates to the responsible BPD entity along with mandates of written documentation certifying completion.

## Updates on Recommendations from Previous Reports

This section provides a summary of actions taken by the BPD in response to the recommendations in earlier reports. It specifically addresses the recommendations outlined in the Q2 2020 report.[12] The next published quarterly RWOC report is expected to cover Q3 2020[13] recommendations, since its recommendations have deadlines, which have not yet passed.

BPD's Operations Bureau reported that all the recommendations have been completed. The subject regarding the issuance of separate complaint numbers for civil disturbance events was discussed with the Chief of Patrol. It was agreed-upon that this will be the practice for future events. A copy of the Q2 report was distributed amongst all command members.

Specific to the Northeast District, the new command was assigned to the Northeast District on November 22, 2020. They have taken actions in response to the Q2 and Q3 reports, including consistent monitoring of CDS arrests made by members of the Northeast District command. Additionally, two members which had repeated RWOC incidents have been reassigned from DAT to patrol. A new sergeant was also assigned to fill a vacancy in DAT for the squad that was previously without a permanent rank supervisor.

The high number of RWOCs by Northeast DAT were attributed to their response to high numbers of community complaints about open air narcotic sales. This was coupled with supervision that did not prioritize well-developed narcotics investigations. This combination resulted in operational practices that led to the high number of RWOCs prior to the new Northeast District command's arrival.

The Northern District reported that guidance and counselling were provided to the referenced officer by two separate supervisors on two occasions.

The Administrative Bureau's Quartermaster Unit and a Mobile Field Force representative have examined appropriate identifying markers for helmets. A cost estimate has been obtained and forwarded to command. A decision is yet to be made regarding such purchase and implementation.

The recommended updates to Policy 1112, *Field Interviews, Investigative Stops, Weapons Pat-Downs & Searches*, have been acknowledged by the Policy Unit and will be considered when the policy comes up for annual policy review through the consent decree process. Furthermore, the Policy Unit searched other applicable policies that may cover the topic of evidence handling and the release of subjects who are arrested based on flawed PC and confirmed that the most beneficial location should be Policy 1112.

Prior to the end of December 2020, the Education and Training Section completed SSA training for sworn BPD members, in accordance with updated BPD policy. This training included a two day in-person course in addition to mandatory eLearning. Additionally, the updated policy was fully implemented on February 9, 2021. Scheduling and delivery of remedial training for the referenced officers is ongoing.

---

[12] The Q2 report was filed at the end of December 31, 2020.
[13] The Q3 report was filed March 4, 2021 with the earliest deadline being May 4th.

COMSTAT was briefed about the Q2 RWOC report on January 28, 2021. The briefing highlighted the main data-points, problematic arrests, and the resulting actions taken.

**Appendix A**

*See attached spreadsheet detailing the case review findings.*

| Date | Time | Gender | Race | Primary Charge | SAO Reason for RWOC | Gender | Race | Unit # | Unit | Shift | Unit/ Shift | District of Occurrence | District/ Division | BPD Findings | Analyzed? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/2020 | 45 | M | B | PWID CDS | Prosecutorial Discretion | M | W | 7515 | SWAT | A | | Northwest | SWAT | Valid PC | Yes |
| 10/12/2020 | 1225 | M | B | Possession CDS, Possession M & Paraphernalia | Prosecutorial Discretion | M | W | 461 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |
| 12/29/2020 | 1040 | M | B | PWID CDS | Prosecutorial Discretion | M | W | 461 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |
| 11/19/2020 | 1420 | M | B | PWID Marijuana, Possession Paraphernalia | Prosecutorial Discretion | M | W | 420 | DAT | B | DAT | Northeast | Northeast | Valid PC | Yes |
| 10/10/2020 | 1950 | M | B | PWID CDS | Prosecutorial Discretion | M | B | 502 | DAT | C | DAT | Northern | Northern | | Not analyzed |
| 10/31/2020 | 940 | M | B | Possession CDS | Prosecutorial Discretion | M | B | 4812 | ACS | B | | Eastern | ACS | | Not analyzed |
| 12/2/2020 | 940 | M | B | Possession CDS | Prosecutorial Discretion | M | B | 9832x | Patrol | B | B | Southern | Southern | | Not analyzed |
| 10/19/2020 | 310 | F | H | Trespass | Prosecutorial Discretion | M | B | 9061 | CMD | A | A | Southern | Southern | Valid PC | Yes |
| 10/7/2020 | 1330 | M | W | Possession CDS | Prosecutorial Discretion | M | B | 451 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |
| 11/12/2020 | 1546 | M | B | Trespassing | Prosecutorial Discretion | M | B | 3C22 | Patrol | C | | Eastern | Eastern | Valid PC | Yes |
| 11/20/2020 | 1534 | M | B | Possession CDS | Prosecutorial Discretion | M | W | 8C24 | Patrol | C | | Southwest | Southwest | | Not analyzed |
| 10/1/2020 | 1756 | M | B | Malicious Destruction & Possession of Burglary Tools | Elements of the crime not readily provable. | M | W | 8C24 | Patrol | C | | Southwest | Southwest | Valid PC | Yes |
| 12/15/2020 | 2200 | M | B | PWID CDS | Prosecutorial Discretion | M | W | 251 | DAT | C | DAT | Southeast | Southeast | | Not analyzed |
| 10/23/2020 | 1705 | M | B | Possession CDS | Prosecutorial Discretion | M | W | 501 | Crime Suppession | C | | Southern | Southern | | Not analyzed |
| 12/11/2020 | 1639 | M | B | Possession CDS | Prosecutorial Discretion | M | W | 9C14 | Patrol | C | C | Southern | Southern | | Not analyzed |
| 12/31/2020 | 2100 | M | B | Distribution of Marijuana | Prosecutorial Discretion | M | W | 164 | DAT | B | DAT | Central | Central | Valid PC | Yes |
| 12/21/2020 | 1130 | M | B | Possession CDS | Prosecutorial Discretion | M | B | 451 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |
| 10/28/2020 | 1215 | M | W | Possession CDS | Prosecutorial Discretion | M | H | 454 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |
| 11/2/2020 | 1215 | M | B | Attempted Distribution Marijuana | Prosecutorial Discretion | M | H | 454 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |
| 12/29/2020 | 1445 | M | B | Distribution of Marijuana | Prosecutorial Discretion | M | B | 451 | DAT | B | DAT | Northeast | Northeast | Valid PC | Yes |
| 11/24/2020 | 2000 | F | B | Handgun Violation | Elements of the crime not readily provable. | M | A | 4598 | MMU | C | | Northwest | MMU | Valid PC | Yes |
| 12/9/2020 | 1722 | M | B | Possession Paraphernalia | Prosecutorial Discretion | M | W | 452 | DAT | C | DAT | Northeast | Northeast | | Not analyzed |
| 12/23/2020 | 1203 | M | B | Distribution of Marijuana | Prosecutorial Discretion | M | W | 452 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |

13

| Date | Time | Gender | Race | Primary Charge | SAO Reason for RWOC | Gender | Race | Unit # | Unit | Shift | Unit/Shift | District of Occurrence | District/Division | BPD Findings | Analyzed? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2020 | 1330 | F | B | Distribution CDS | Prosecutorial Discretion | M | W | 971 | DAT | C | DAT | Southern | Southern | | Not analyzed |
| 11/16/2020 | 1356 | M | W | PWID CDS | Prosecutorial Discretion | M | W | 971 | DAT | B | DAT | Southern | Southern | | Not analyzed |
| 11/5/2020 | 1920 | M | B | Possession CDS | Prosecutorial Discretion | M | B | 956 | DAT | C | DAT | Southern | Southern | | Not analyzed |
| 12/8/2020 | 1540 | M | B | Possession CDS | Prosecutorial Discretion | M | B | 956 | DAT | C | DAT | Southern | Southern | | Not analyzed |
| 11/7/2020 | 245 | M | W | Possession CDS | Prosecutorial Discretion | M | W | 3322 | MMU | A | | Southwest | MMU | | Not analyzed |
| 12/22/2020 | 1527 | M | B | PWID Marijuana | Prosecutorial Discretion | M | W | 162 | DAT | B | DAT | Central | Central | | Not analyzed |
| 10/6/2020 | 830 | M | B | Distribution Marijuana | Prosecutorial Discretion | M | W | 4843 | Patrol | B | B | Northeast | Northeast | | Not analyzed |
| 11/28/2020 | 1000 | M | B | Distribution Marijuana, Possession CDS | Prosecutorial Discretion | M | W | 4843 | Patrol | C | C | Northeast | Northeast | | Not analyzed |
| 10/1/2020 | 930 | M | B | Distribution Marijuana | Prosecutorial Discretion | M | W | 4845 | Patrol | B | B | Northeast | Northeast | | Not analyzed |
| 11/8/2020 | 1035 | M | B | PWID Marijuana | Prosecutorial Discretion | M | W | 4845 | Patrol | B | B | Northeast | Northeast | | Not analyzed |
| 12/25/2020 | 1618 | M | W | Burglary 4 | Elements of the crime not readily provable. | M | W | 3C33X | Patrol | C | C | Eastern | Eastern | Valid PC | Yes |
| 11/28/2020 | 2200 | M | B | PWID CDS | Prosecutorial Discretion | M | W | 153 | DAT | C | DAT | Central | Central | | Not analyzed |
| 12/14/2020 | 2255 | M | B | PWID CDS | Prosecutorial Discretion | M | W | 153 | DAT | C | DAT | Central | Central | Valid PC | Not analyzed |
| 12/14/2020 | 2255 | M | W | Possession of Ammunition | Elements of the crime not readily provable. | M | W | 153 | DAT | C | DAT | Central | Central | Valid PC | Yes |
| 10/24/2020 | 1655 | M | B | PWID Marijuana | Prosecutorial Discretion | M | W | 463 | DAT | C | DAT | Northeast | Northeast | | Not analyzed |
| 11/10/2020 | 1325 | M | B | PWID Heroin, PWID Marijuana | Prosecutorial Discretion | M | B | 463 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |
| 12/22/2020 | 1310 | M | B | Attempted Distribution M | Prosecutorial Discretion | M | W | 453 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |
| 12/15/2020 | 1446 | M | W | Attempted Distribution Marijuana | Prosecutorial Discretion | M | W | 456 | DAT | C | DAT | Northeast | Northeast | | Not analyzed |
| 10/5/2020 | 1530 | M | B | PWID Marijuana | Prosecutorial Discretion | M | W | 465 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |
| 10/14/2020 | 1900 | M | B | Distribution Marijuana | Prosecutorial Discretion | M | W | 465 | DAT | C | DAT | Northeast | Northeast | | Not analyzed |
| 11/5/2020 | 2000 | M | B | Distribution CDS | Prosecutorial Discretion | M | W | 661 | DAT | C | DAT | Northwest | Northwest | | Not analyzed |
| 11/10/2020 | 1345 | M | B | PWID CDS | Prosecutorial Discretion | M | W | 157 | DAT | B | DAT | Central | Central | | Not analyzed |
| 11/11/2020 | 1200 | M | B | PWID Marijuana | Prosecutorial Discretion | M | W | 455 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |
| 11/13/2020 | 1720 | M | B | PWID CDS | Prosecutorial Discretion | M | W | 455 | DAT | C | DAT | Northeast | Northeast | | Not analyzed |
| 12/22/2020 | 2230 | M | B | PWID CDS | Prosecutorial Discretion | F | B | 3324 | MMU | C | | Southwest | MMU | | Not analyzed |

14

| Date | Time | Gender | Race | Primary Charge | SAO Reason for RWOC | Gender | Race | Unit # | Unit | Shift | Unit/Shift | District of Occurrence | District/Division | BPD Findings | Analyzed? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/2020 | 1841 | M | B | Distribution CDS, PWID CDS | Prosecutorial Discretion | M | W | 767 | DAT | C | DAT | Western | Western | | Not analyzed |
| 12/1/2020 | 2036 | M | W | Possession CDS | Prosecutorial Discretion | M | W | 865 | DAT | C | DAT | Southwest | Southwest | | Not analyzed |
| 11/17/2020 | 1755 | F | B | PWID Marijuana | Prosecutorial Discretion | M | W | 8C33 | Patrol | C | C | Southwest | Southwest | Valid PC | Yes |
| 10/22/2020 | 2200 | M | B | PWID CDS | Prosecutorial Discretion | M | W | 264 | DAT | C | DAT | Southeast | Southeast | | Not analyzed |
| 10/2/2020 | 2145 | M | B | Distribution CDS | Prosecutorial Discretion | M | W | 264 | DAT | C | DAT | Southeast | Southeast | Valid PC | Yes |
| 10/15/2020 | 2013 | M | B | Possession CDS | Prosecutorial Discretion | M | W | 852 | DAT | C | DAT | Southwest | Southwest | | Not analyzed |
| 10/2/2020 | 1700 | M | B | Distribution CDS | Elements of the crime not readily provable. | M | W | 852 | DAT | C | DAT | Southwest | Southwest | Valid PC | Yes |
| 12/7/2020 | 1219 | M | W | Possession CDS, Possession Paraphernalia | Prosecutorial Discretion | M | B | 5831 | Patrol | B | B | Northern | Northern | | Not analyzed |
| 10/23/2020 | 1930 | M | B | PWID CDS | Prosecutorial Discretion | M | H | 555 | DAT | C | DAT | Northern | Northern | | Not analyzed |
| 12/22/2020 | 1217 | M | B | Use of a Firearm during Drug Trafficking | Elements of the crime not readily provable. | M | B | 353 | DAT | B | DAT | Eastern | Eastern | Valid PC | Yes |
| 12/28/2020 | 1900 | M | B | Distribution CDS | Nexus Issue | M | W | 252 | DAT | C | DAT | Southeast | Southeast | Valid PC | Yes |
| 12/24/2020 | 224 | M | B | Assault 2 | Elements of the crime not readily provable. | M | W | 4441 | Patrol | B | B | Northeast | Northeast | Valid PC | Yes |
| 11/18/2020 | 1610 | M | B | PWID Marijuana | Prosecutorial Discretion | M | W | 453 | DAT | C | DAT | Northeast | Northeast | | Not analyzed |
| 12/3/2020 | 1700 | M | B | Attempted Distribution Marijuana | Prosecutorial Discretion | M | W | 453 | DAT | C | DAT | Northeast | Northeast | | Not analyzed |
| 12/9/2020 | 1618 | M | B | Distribution Marijuana | Prosecutorial Discretion | M | W | 455 | DAT | C | DAT | Northeast | Northeast | | Not analyzed |
| 11/29/2020 | 1719 | M | B | PWID Marijuana, Possession CDS | Prosecutorial Discretion | M | W | 465 | DAT | C | DAT | Northeast | Northeast | | Not analyzed |
| 11/17/2020 | 1510 | F | B | Car Theft | Elements of the crime not readily provable. | M | W | 4831 | Patrol | B | B | Northeast | Northeast | Valid PC | Yes |
| 10/13/2020 | 1450 | M | B | Possession CDS | Prosecutorial Discretion | M | W | 466 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |
| 11/6/2020 | 1845 | M | B | Possession CDS | Prosecutorial Discretion | M | W | 466 | DAT | C | DAT | Northeast | Northeast | | Not analyzed |
| 12/29/2020 | 1040 | M | B | PWID CDS | Prosecutorial Discretion | M | W | 466 | DAT | B | DAT | Northeast | Northeast | | Not analyzed |
| 10/19/2020 | 1200 | M | B | Possession CDS | Prosecutorial Discretion | M | W | 165 | DAT | B | DAT | Central | Central | | Not analyzed |
| 11/23/2020 | 1420 | M | B | PWID CDS | Prosecutorial Discretion | M | W | 165 | DAT | B | DAT | Central | Central | Valid PC | Yes |
| 12/1/2020 | 1604 | M | H | Possession CDS | Prosecutorial Discretion | M | H | 8C34 | Patrol | C | C | Southwest | Southwest | | Not analyzed |
| 12/22/2020 | 1312 | M | W | Distribution of CDS | Prosecutorial Discretion | M | H | 163 | DAT | B | DAT | Central | Central | | Not analyzed |

15

| Date | Time | Gender | Race | Primary Charge | SAO Reason for RWOC | Gender | Race | Unit # | Unit | Shift | Unit/Shift | District of Occurrence | District/Division | BPD Findings | Analyzed? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/8/2020 | 2024 | M | B | Distribution of Marijuana | Prosecutorial Discretion | M | H | 165 | DAT | C | DAT | Central | Central | | Not analyzed |
| 10/11/2020 | 107 | M | B | Possession CDS & Paraphernalia | Prosecutorial Discretion | M | W | 8435 | Patrol | B | | Southwest | Southwest | | Not analyzed |
| 10/31/2020 | 1917 | M | H | Possession CDS | Prosecutorial Discretion | M | W | 9231 | Patrol | C | C | Southern | Southern | | Not analyzed |
| 11/18/2020 | 325 | M | B | Possession CDS | Prosecutorial Discretion | M | W | 1431 | Patrol | A | A | Central | Central | | Not analyzed |
| 10/26/2020 | 2157 | M | B | PWID Marijuana, Possession Paraphernalia, Possession CDS | Prosecutorial Discretion | M | W | 251 | DAT | C | DAT | Southeast | Southeast | | Not analyzed |
| 10/26/2020 | 2157 | F | B | Possession CDS | Prosecutorial Discretion | M | W | 251 | DAT | C | DAT | Southeast | Southeast | Valid PC | Yes |
| 10/16/2020 | 720 | F | B | PWID CDS | Elements of the crime not readily provable. | M | W | 252 | DAT | B | DAT | Southeast | Southeast | Valid PC | Yes |
| 11/18/2020 | 1526 | M | B | PWID CDS | Prosecutorial Discretion | M | W | 752 | DAT | C | DAT | Western | Western | | Not analyzed |
| 10/13/2020 | 1125 | M | B | Possession CDS | Elements of the crime not readily provable. | M | A | 752 | DAT | B | DAT | Western | Western | Valid PC | Yes |
| 12/8/2020 | 1820 | M | B | Distribution CDS | Prosecutorial Discretion | M | W | 762 | DAT | C | DAT | Western | Western | | Not analyzed |
| 10/8/2020 | 830 | M | B | PWID CDS | Prosecutorial Discretion | F | B | 5814 | Patrol | B | B | Northern | Northern | | Not analyzed |
| 10/20/2020 | 836 | M | B | Possession CDS | Prosecutorial Discretion | M | B | 163 | DAT | B | DAT | Central | Central | | Not analyzed |
| 10/20/2020 | 1035 | F | B | Distribution CDS | Prosecutorial Discretion | M | B | 163 | DAT | B | DAT | Central | Central | | Not analyzed |
| 10/15/2020 | 1025 | M | W | Possession CDS | Prosecutorial Discretion | M | W | 9834 | Patrol | B | | Southern | Southern | | Not analyzed |
| 11/19/2020 | 1549 | M | B | Attempted Distribution M | Prosecutorial Discretion | M | H | 9023 | Patrol | C | C | Southern | Southern | | Not analyzed |
| 10/4/2020 | 1100 | M | B | Distribution CDS | Prosecutorial Discretion | M | W | 1831 | Patrol | B | | Central | Central | | Not analyzed |
| 10/1/2020 | 1045 | M | B | PWID CDS | Prosecutorial Discretion | M | H | 7812 | Patrol | B | | Western | Western | | Not analyzed |
| 11/12/2020 | 1249 | M | B | PWID CDS | Prosecutorial Discretion | M | F | 5814 | Patrol | B | | Northern | Northern | | Not analyzed |
| 12/18/2020 | 755 | M | W | Distribution CDS | Prosecutorial Discretion | M | W | 1823 | Patrol | B | | Central | Central | Valid PC | Yes |
| 10/18/2020 | 1208 | M | B | Distribution CDS | Prosecutorial Discretion | M | W | 1831 | Patrol | B | | Central | Central | Valid PC | Yes |
| 10/7/2020 | 1715 | M | B | Possession Marijuana | Prosecutorial Discretion | M | B | 4231 | Patrol | C | C | Northeast | Northeast | | Not analyzed |
| 10/27/2020 | 1710 | M | B | Distribution CDS | Prosecutorial Discretion | M | W | ND1 | Crime Suppression | C | C | Northern | Northern | | Not analyzed |
| 10/7/2020 | 830 | M | B | Distribution CDS | Prosecutorial Discretion | M | W | 5824 | Patrol | B | B | Northern | Northern | | Not analyzed |
| 10/7/2020 | 830 | M | B | Distribution CDS | Prosecutorial Discretion | M | W | 5824 | Patrol | B | B | Northern | Northern | | Not analyzed |

16

| Date | Time | Gender | Race | Primary Charge | SAO Reason for RWOC | Gender | Race | Unit # | Unit | Shift | Unit/ Shift | District of Occurrence | District/ Division | BPD Findings | Analyzed? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/2020 | 2315 | M | B | PWID CDS | Prosecutorial Discretion | M | W | 3A24 | Patrol | A | A | Eastern | Eastern | | Not analyzed |
| 11/26/2020 | 2200 | F | B | Trespassing, Possession CDS | Prosecutorial Discretion | M | I | 9C32 | Patrol | C | C | Southern | Southern | Valid PC | Yes |
| 11/7/2020 | 958 | F | B | Possession CDS | Prosecutorial Discretion | M | W | 5B14 | Patrol | B | B | Northern | Northern | | Not analyzed |
| 10/21/2020 | 1040 | M | B | Possession CDS | Prosecutorial Discretion | M | W | 1B22 | Patrol | B | B | Central | Central | | Not analyzed |
| 10/20/2020 | 2022 | M | B | Malicious Destruction | Elements of the crime not readily provable. | M | B | 6C15 | Patrol | C | C | Northwest | Northwest | Valid PC | Yes |
| 12/9/2020 | 2007 | M | A | Trespassing | Prosecutorial Discretion | M | H | 2C11 | Patrol | C | C | Southeast | Southeast | Valid PC | Yes |
| 12/28/2020 | 1307 | M | B | PWID CDS | Prosecutorial Discretion | M | B | 7B32 | Patrol | B | B | Western | Western | | Not analyzed |
| 11/5/2020 | 1600 | M | W | Distribution of a Prescription Drug | Prosecutorial Discretion | M | W | 5C14 | Patrol | C | C | Northern | Northern | | Not analyzed |
| 12/3/2020 | 443 | M | B | Violation of a Protective Order | Elements of the crime not readily provable. | M | W | 9A32 | Patrol | A | A | Southern | Southern | Valid PC but poor reporting | Yes |
| 11/21/2020 | 0044 | M | B | Possession CDS | Prosecutorial Discretion | F | W | 9A42X | Patrol | A | A | Southern | Southern | | Not analyzed |
| 10/26/2020 | 1633 | M | B | Distribution of a Prescription | Prosecutorial Discretion | F | B | 1C13 | Patrol | C | C | Central | Central | | Not analyzed |

17