# Baltimore Police Department Transparency Initiatives Plan

**Introduction**

The Baltimore Police Department (BPD) is dedicated to building public trust by improving transparency in its operations, accountability systems, and complaint intake processes. The Transparency Initiatives Plan builds upon recent steps taken to improve BPD's police-community relations, such as the Community Policing Plan, the 2020 Annual First Amendment Protected Activity Assessment, the 2020 Report on Misconduct Investigations, and narrated videos on BPD's YouTube page. Understanding that officer accountability is paramount in fostering sustainable trust between the Department and the community, this plan takes additional steps to increase Internal Affairs (IA) transparency by providing information and materials on complaint intake, the misconduct investigation and discipline process, and the Public Integrity Bureau's (PIB) operations.

The Transparency Initiatives Plan includes a three-fold approach that includes (1) A Community Awareness Program, (2) resource investments, and the (3) development of a transparency protocol to provide awareness about the disciplinary hearing process, discipline outcomes, and summaries of misconduct investigations, as permitted by state and local law. BPD may adjust the details of the Transparency Initiatives Plan in order to better allocate resources, meet public expectations, and/or ensure that the Program makes its intended impact.

Increased public trust in BPD's internal affairs process.

Public information sessions about misconduct and discipline topics.

**Plan Outcomes**

Transparency regarding officer misconduct investigation outcomes.

Improved informational materials on how to file misconduct complaints.

# Key Definitions

**Administrative Hearing Boards –** Sometimes referred to as Trial Boards, Administrative Hearing Boards are convened by a panel in order to determine the outcome of an administrative investigation.

**Civilian Review Board (CRB) –** The CRB is a permanent, statutory agency in Baltimore City established in 1999 by Public Local Law § 16-41 et seq.  The CRB processes, investigates, and evaluates Complaints lodged by members of the public against police officers, including sworn BPD members, alleging abusive language, false arrest, false imprisonment, harassment, or excessive force.  For every Complaint falling within its jurisdiction, CRB must review PIB's investigation into the Complaint and may investigate, simultaneously with PIB, each Complaint it deems appropriate.  The CRB also may review the policies of each law enforcement agency within its jurisdiction.

**Community Awareness Program –** A program established by BPD that engages with the community about the misconduct complaint and discipline process. The program will promote awareness throughout the Baltimore City community about the process for filing complaints about the conduct of BPD officers.

**Complaint Card –** A card containing information, in both English and Spanish, about how to file a Misconduct Complaint with either BPD or CRB in person, online, or by mail, email, or phone. See Appendix D.

**Complaint Intake –** BPD's process for accepting police complaints by phone, email, in-person, or complaints submitted through internal channels.

**Consent Decree –** A court enforceable agreement to resolve DOJ's findings that it believed the Baltimore City Police Department (BPD) had engaged in a pattern and practice of conduct that violates the First, Fourth, and Fourteenth Amendments to the United States Constitution, and certain provisions of federal statutory law. Under the consent decree the City of Baltimore and the Baltimore Police Department are working with communities to implement comprehensive reforms.

**Consent Decree Implementation Unit (CDIU) –** BPD Unit responsible for leading Consent Decree-mandated reform efforts.

**IAPro –** A case management system used by PIB to track, document and store case information for police Complaints, discipline, and statistics purposes.

**Law Enforcement Officers' Bill of Rights (LEOBR) –** Maryland law concerning police disciplinary procedures. The statute covers two major components of the disciplinary process: (1) the conduct of internal investigations of complaints that may lead to a recommendation of disciplinary action against a police officer; and (2) procedures that must be followed once an investigation results in a recommendation that an officer be disciplined. LEOBR was repealed by the Maryland Police Accountability Act of 2021. The repeal of LEOBR will go into effect July 1st, 2022.

**Misconduct –** Action, inaction, and/or failure to act committed by any member of BPD, civilian or sworn, that violates BPD policy, or the law, including but not limited to criminal acts, applicable civil laws, administrative rules, or regulations.

**Maryland Police Accountability Act of 2021 –** Legislation passed by the Maryland Legislature that includes numerous police reforms, including reforms centered on police misconduct, investigation, and disciplines. New procedures for misconduct investigations and discipline will go into effect July 1st, 2022.

**Public Integrity Bureau (PIB) –** As the investigatory body of the BPD, PIB receives and reviews Misconduct Complaints or Allegations against BPD members and investigates all alleged Misconduct, policy violations and criminal violations, except for those referred for exclusive investigation by a qualified outside law enforcement agency or qualified outside investigators. PIB coordinates with the CRB on all Complaints within CRB jurisdiction.

**Unified Complaint Form –** A form that members of the public may use to report Misconduct by BPD employees to the Public Integrity Bureau or the Civilian Review Board. BPD members will accept Complaint forms at any BPD facility, or in person at any time. See Appendix C.

# Initiative 1: Community Awareness Program

The Baltimore Police Department (BPD) will develop a Community Awareness Program about the process for filing complaints about the conduct of BPD members. Currently, the Department provides information about the complaint filing process online at BPD's website and in-person at BPD facilities. The Community Awareness Program will take a more proactive approach in disseminating information about how to file a complaint, the misconduct investigation process, and the Public Integrity Bureau's (PIB) role within the Department. The Consent Decree Implementation Unit (CDIU) and PIB will jointly manage the Program's information dissemination efforts, host public information sessions, and solicit feedback from the community.

The Program will collaborate directly with local community groups, including groups that represent members from vulnerable communities, by sharing information materials on PIB's internal affairs processes, soliciting feedback on outreach efforts concerning officer misconduct, and inviting them to attend and share information about BPD public information sessions. Wherever possible, the Program will look to form new relationships with local businesses, community organizations, other Baltimore City government agencies, and neighborhood staples such as public libraries. BPD will leverage its existing avenues of community engagement, including Consent Decree information sessions with neighborhood organizations and District command meetings with communities. The panel to the right lists groups, entities, and organizations that BPD has identified as potential community partners when rolling out BPD's transparency initiatives.[1]

**POTENTIAL COMMUNITY STAKEHOLDERS AND PARTNERS**

- ➤ Mayor's Office of Neighborhood Safety and Engagement
- ➤ Baltimore's Office of Equity and Civil Rights
- ➤ No Boundaries Coalition
- ➤ Reconcile Baltimore
- ➤ Community Law Center
- ➤ ACLU of Maryland
- ➤ Baltimore City Branch of the NAACP
- ➤ Enoch Pratt Free Library System
- ➤ Baltimore Neighborhood Associations

The Program will inform the community about the complaint investigation process, from the initial complaint made by the community member to the final disciplinary outcome, through public information sessions held two to four times a year.[2] The topics and timeline for future information sessions will be influenced by community feedback, new policy and protocol developments at BPD, and legislative changes that impact BPD's internal accountability systems. Moreover, BPD will welcome and seek the opportunity to participate in existing community-led meetings, including, but not limited to, neighborhood association meetings, local social events, and issue-oriented group meetings.

---

[1] The entities listed in this page's panel were identified by BPD as potential partners in transparency efforts. None of the entities/groups were consulted before their inclusion in this document or have agreed to collaborate with BPD in its internal affairs transparency efforts. BPD identified these groups as potential partners based on their reach, their previous collaborations with BPD, and/or their profound impact on the Baltimore community.

[2] A list of proposed public information session topics can be found at the end of this section.

The Community Awareness Program will address how the community member can contact the Public Integrity Bureau (PIB), the entity responsible for BPD's misconduct investigations, and the types of complaints PIB investigates, as well as other options available to the public such as the Civilian Review Board of Baltimore City (CRB). The Community Awareness Program will disseminate links for the CRB website, CRB contact information, and relevant information regarding BPD-CRB responsibilities.

The Maryland Police Accountability Act of 2021 repealed the Maryland Law Enforcement Officers' Bill of Rights (LEOBR) and set new statewide standards for law enforcement accountability. The Act mandates new civilian oversight bodies with the establishment of the Baltimore City Public Accountability Board and Administrative Charging Committee. These new legislatively mandated entities will directly impact existing misconduct complaint, investigation, and discipline procedures for misconduct complaints filed by members of the public. The legislation's police accountability and discipline standards do not go into effect until July 1, 2022. Understanding that police accountability, discipline, and civilian oversight mechanisms are of special interest to the Baltimore community, the Community Awareness Program will include information in its public information sessions about the legislative changes and its impact, to the extent known to the BPD at the time of the information session, on BPD's accountability system and civilian oversight of the system.

Fear of retaliation can push community members to withhold police misconduct complaints; therefore, the Community Awareness Program's informational materials and public information sessions, both in-person and virtual, will address how the Department takes cases of retaliation extremely seriously, and that retaliation is a high level misconduct offense in cases where it happens. The PIB Classification Protocol, the internal protocol governing how misconduct allegations are classified for investigations, classifies retaliation as a serious misconduct allegation. If sustained, serious misconduct cases, including retaliation, may result in discipline of suspension without pay, demotion, or termination. In addition to the PIB Classification Protocol, the newly strengthened Policy 1729, Anti-Retaliation strictly prohibits retaliation against or interference with a BPD member or any member of the public in cases where they report or seek to report violations of law or BPD policy. Moreover, the Program will describe the different avenues for submitting complaints if they fear retaliation, including submitting complaints anonymously online or completing the complaint form to the extent the community member feels comfortable.

The Program will be amplified by new resource investments in updated materials, including brochures, complaint forms, and online resources. BPD may adjust the Program in order to better allocate resources, meet public expectations, and/or ensure that the Program makes its intended impact. In order to ensure that the Community Awareness Program makes its intended impact, BPD will continually gauge the reception of both physical materials and online resources by disseminating surveys at the conclusion of public information sessions, welcoming feedback from community members, and self-assessing whether physical and online resources up to date with BPD practices, policies, and standards.

| Projected Public Information Session Timeline | Topic(s)[3] | Expectations |
|---|---|---|
| Q4 2021 | **THEME:** General Information & Complaint Intake<br>• PIB background<br>• Methods to file a complaint<br>• Investigative process | • Participants will have a better understanding of PIB's operations<br>• Participants will have knowledge of the different ways members of the public can file police misconduct complaints.<br>• BPD will solicit feedback from participants about current information resources that relate to police misconduct complaints.<br>• BPD will solicit feedback from participants on other topics that might be worth a public information session. |
| Q1 2022 | **THEME:** Supervision & Internal Oversight<br>• BPD Policy 211, Non-Disciplinary Corrective Action Policy (NDCA)<br>• BPD Policy 321, Expedited Resolution of Minor Misconduct (ERMM)<br>• BPD Audits and Inspections | • Participants will have a better understanding of BPD's NDCA and ERMM policies, including what qualifies, what does not qualify, and how they positively impact BPD operations.<br>• Participants will learn about how BPD self-monitors through audits and inspections, including how random audits relate to police misconduct. |
| Q2-Q3 2022 | **THEME:** New Legislation and Police Accountability<br>• Maryland Police Accountability Act of 2021 background<br>• Repeal of Law Enforcement Officers' Bill of Rights (LEOBR)<br>• Impact that recent statewide legislation will have on BPD misconduct and disciplinary processes. | • Participants will have a better understanding of key details from recent legislation.<br>• Participants will have knowledge of the new entities that are mandated by recent legislation.<br>• Participants will understand how the statewide legislation will and will not impact BPD's internal affairs practices, policies, and procedures. |
| TBD | **THEME:** General CDIU Outreach<br>• Update on policies that have been or will be out for public comment.<br>• A walkthrough of the 5YMP | • Participants will learn about what policies and plans are available for public comment.<br>• Participants will have a better understanding of the major milestones in the 5YMP.<br>• BPD will solicit feedback from participants on other topics that might be worth a public information session. |

---

[3] Note: These topics are themes that BPD believes may be of interest to the Baltimore Community. If the public expresses that they would like information sessions on other topics not listed, then BPD may change the timeline of public information sessions and the corresponding thematic topics as needed.

| TBD | **THEME:** Consent Decree – Misconduct Section Status Presentation<br>• Consent Decree Basics<br>• Misconduct & Discipline section of Consent Decree<br>• Progress and Milestones<br>• What is on the horizon? | • Participants will have a better understanding of the Baltimore Consent Decree.<br>• Participants will learn specifically about the Misconduct & Discipline-related portions of the Consent Decree<br>• Participants will learn about what BPD has done to work towards compliance with the internal accountability aspects of the Consent Decree.<br>• BPD will share information about key achievements and what to expect moving forward. |
| --- | --- | --- |
| TBD | **THEME:** Community-Centered Mediation of Officer Misconduct Complaints | • Participants will learn about which allegations qualify for community mediation, how mediation starts, and the entities involved. |
| TBD | **THEME:** New online resources, including informational video, case status databases, and public investigative summaries | • Participants will learn about the new resources located on BPD's webpage. |

## Initiative 2: Resource Investments

The Department's Resource Investments can be broken down in the three following categories: (1) investments in maintaining, updating, and developing physical information resources such as posters and brochures, (2) investments in creating new online and multimedia information resources, (3) and investments in existing and future BPD personnel.

The Baltimore Police Department (BPD) will review its existing complaint, misconduct and discipline, and PIB informational resources to identify gaps, inconsistencies, and areas where the Department can innovate with new ideas, such as including QR codes on physical documents that direct individuals to relevant BPD online resources. Currently, BPD has already developed several informational resources that explain PIB practices and procedures, including but not limited to: flow charts explaining the misconduct complaint and investigation process, bilingual (Spanish/English) complaint cards and complaint forms (launching Department-wide in the Fall/Winter of 2021), and bilingual posters explaining how to make a complaint. New informational materials developed will explain the complaint process, the investigation timeline, and PIB's role. These informational materials will be able to be found in all BPD locations, appropriate City Government buildings, and with willing community partners.

| Information Resources | Location(s) | Details |
|---|---|---|
| **Placards** | BPD Headquarters, BPD Reception Desks, BPD District Stations, CRB | • Description of the BPD and CRB civilian complaint intake process.<br>• Relevant contact information<br>• Both in English and Spanish |
| **Brochures and Posters (Appendix E and Appendix F)** | BPD Headquarters, BPD Reception Desks, BPD District Stations, CRB, City Government Buildings, Community Organizations, Community Events, Non-profit organizations, PDFs available on BPD's website | • Review existing brochures and posters in BPD facilities.<br>• Description of internal investigations and disciplinary process at BPD and CRB, including how allegations are classified, who investigates, and what are the potential outcomes.<br>• Information on the multiple places and ways individuals may file complaints.<br>• Information about how individuals may check the status of complaint investigations.<br>• Relevant contact information |
| **Unified Complaint Form (Appendix C)** | BPD Headquarters, BPD Reception Desks, BPD District Stations, CRB, Patrol Supervisors, Public Libraries, partnering community organizations, non-profit organizations, PDF available on BPD's website | • Launching Department-wide in the Fall/Winter of 2021<br>• Fields for complainant's contact and demographic information<br>• Fields describing respondent officer<br>• Fields for witnesses<br>• Page for statement in writing<br>• Relevant contact information for BPD and CRB |
| **Complaint Card (Appendix D)** | BPD Officers, BPD Patrol Supervisors, Pdf available on BPD's website | • Launching Department-wide in the Fall/Winter of 2021 |

|  |  |  |
|---|---|---|
|  |  | • Information on how individuals can file a complaint with both BPD and CRB |
|  |  | • Both in English and Spanish |

In addition to investments in updating and developing physical resources, the Department will also develop online resources that gives an easy to understand overview of Department's Internal Affairs (IA) timeline, from complaint intake to imposition of discipline. New website and multimedia improvements will augment and work in tandem with existing resources on the Department's Transparency Page.

| Online and Multimedia Resources[4] | Location(s) | Details |
|---|---|---|
| **Description of BPD Administrative Investigative Process** | BPD Transparency Page | • Review current description on the website and ensure that it covers the following topics:<br>　○ Complaint Intake<br>　○ Complaint Classification<br>　○ How to follow-up on a complaint<br>　○ Investigative Process & Investigative Findings<br>　○ Disciplinary Review Committee (DRC)<br>　○ Administrative Hearing Boards (Trial Boards)<br>　○ Relevant Policies, Protocol, and Local Law<br>　○ Relevant forms and infographics |
| **Informational video** | BPD Transparency Page, BPD Social Media Pages, Relevant City Government Websites | • New informational video that covers the following topics:<br>　○ Consent Decree Basics<br>　○ Jurisdiction and Duties of BPD Investigative Entities<br>　○ How to file a complaint<br>　○ Emphasize that there is no retaliation for submitting complaints and that complaints can be submitted anonymously |
| **User-Friendly Database** | BPD Website | • Develop a database that enables a complainant to enter the complainant's case number to follow the status of the case. |

Lastly, BPD will ensure that PIB has the proper staffing in place to provide information to complainants and to answer any questions that the complainant may ask in person, by phone, or by email. While each member of PIB is trained and required to answer questions from the complainant to the extent they are allowed by law, PIB will also look to hire or designate someone to serve as the PIB's Victims' Rights

---

[4] Relevant BPD online resources can be found in Appendix G

Advocate as is required by the Maryland Police Accountability Act of 2021. The Victims' Rights Advocate (VRA) will act as the contact for the public within BPD on matters related to police misconduct.

| Staffing Resources | Location(s) | Details |
|---|---|---|
| **PIB Staffing** | PIB | <ul><li>Continue to add new staff and support existing investigators.</li><li>Continually assess staffing needs before and after reaching optimal staffing levels.</li></ul> |
| **Victims' Rights Advocate (VRA)** | BPD, PIB | <ul><li>BPD will hire or designate someone to serve as the Department's VRA.</li><li>The VRA shall have experience in community policing, community engagement, and/or internal affairs</li><li>The VRA shall (1) explain to the complainant information regarding the disciplinary process; (2) provide a complainant with an opportunity to review a police officer's statement before completion of an investigation by the Department's investigative unit; (3) notify a complainant of the status of the case at every stage of the process; and (4) provide a case summary to a complainant within 30 days after final disposition of the case.</li></ul> |
| **Language Access Services** | BPD | <ul><li>BPD will ensure that the Department continues to provide language assistance to limited English proficient (LEP) individuals whenever such assistance is requested or required.</li><li>BPD will continue to maintain and expand a corps of Qualified Bilingual Members (QBMs) to meet the need of Baltimore's diverse communities.</li><li>BPD will continue to provide professional interpreter services in appropriate circumstances. Currently, BPD personnel have an app on their service phones called the Language Line which connects to interpreting services by telephone in over 200 languages.</li></ul> |

## Initiative 3: Disciplinary Process Transparency

BPD will develop a protocol to ensure transparency concerning the disciplinary hearing process and outcomes, as permitted by law. The protocol will include, with specific exceptions, publicly accessible Administrative Hearing Boards (sometimes referred to as Trial Boards). Currently, BPD posts the Administrative Hearing Board schedule online on the BPD Transparency page. The protocol will ensure that the schedule is adequately updated when hearing boards are rescheduled. Moreover, BPD will continue to post the cumulative data of Administrative Hearing Boards, as permitted by law.

In addition to supporting existing Disciplinary Outcome Transparency efforts, which includes the publication of data on misconduct investigations through quarterly reports, BPD shall make summaries of misconduct complaints and investigations available on BPD's website to the full extent permitted under state and federal law. The summaries will include a brief description of events, the allegations investigated, and the investigative findings. The summaries will not include any information or details that could be used to identify BPD employees, complainants, or witnesses. The designated section of the website containing these summaries will also have a link in clear and prominent language on the BPD website's homepage.

## <u>Appendices</u>

A.   Implementation Timeline
B.   Misconduct Investigation Process Flowchart
C.   Unified Complaint Form
D.   Bilingual Complaint Card
E.   Complaint Flyer
F.   Baltimore Police Department Consent Decree Overview Brochure
G.   Relevant Online Resources

**Appendix A: Proposed Implementation Timeline:**

### Q3 & Q4 2021

- Collaboration with internal stakeholders, U.S. Department of Justice, Independent Monitoring Team, and Relevant Community Groups.
- Research nationwide best practices for misconduct investigation transparency, database presentation, and public case summaries
- Review transparency recommendations in Community Oversight Task Force Report

### Q1 2022

- Initial Implementation of Transparency Initiatives Plan
- Audit existing resources available at official BPD buildings and on BPD's website.
- Update current and develop new physical informational materials and website pages

### Q2 2022

- Develop and publish informational video on BPD website and social media pages
- Continued implementation of Transparency Initiatives Plan
- Explore locations beyond official BPD buildings to showcase informational materials.
- Ensure transparency concerning disciplinary hearing process and outcomes.

### Q3 2022 and Beyond

- Gauge the reception of the new transparency initiatives through surveys.
- Update materials as processes, procedures, and protocol changes.
- Develop a database that enables a complainant to enter the complainant's case number to follow the status of their case.
- Develop a designated section of the BPD website for detailed summaries of misconduct investigations.

# Appendix B: Stages of a Misconduct Investigation

**Every misconduct complaint received by the Public Integrity Bureau (PIB) will pass through the following stages:**



**INTAKE**

1. PIB receives a complaint accusing a BPD member (the respondent) of misconduct.

2. This complaint forms the basis of a case, which is assigned a case number.

3. PIB Intake creates a digital casebook in IAPro.



**CLASSIFICATION**

1. PIB Intake examines the complaint to determine which allegations are contained within it.

2. PIB Intake classifies the allegations of the case based solely on the narrative of the complainant.

3. If, during the course of the investigation, a PIB detective uncovers additional possible misconduct, then the PIB detective adds these allegations to the case.



**ASSIGNMENT**

1. PIB assigns the case to an investigator, who affirms they do not have any conflicts of interest.

2. If conflicts of interest emerge during the investigation, then a PIB supervisor reassigns the case to a different investigator.



**INVESTIGATION**

1. The investigation is completed when the investigator has collected enough evidence to determine a finding for each allegation in the case.

2. There are four possible findings for any allegation:

**Sustained:** The conduct did occur and was a violation of BPD policy.

**Not Sustained:** BPD cannot determine whether misconduct occurred.

**Unfounded:** The conduct did not occur or was not the act of the respondent.

**Exonerated:** The conduct occurred, but it was not a violation of BPD policy.

3. A finding of "sustained" or "exonerated" require a "preponderance of the evidence" standard of proof, meaning the finding is more likely true than not true. A finding of "unfounded" requires a "clear and convincing" standard of proof, meaning the evidence is "certain, plain to the understanding, and unambiguous," and convincing.



**REVIEW**

1. The PIB supervisor reviews the case for thoroughness, completeness, timeliness and that the required standard of proof is met to justify each finding.

2. The PIB supervisor passes the case up the PIB chain of command, with each level of command reviewing the findings for each allegation.

3. If no allegations are sustained, the case will be given a finding of not sustained, unfounded or exonerated, and the case is closed.

4. If any allegation is sustained, a charging document is drafted by Legal Affairs and the case and charges are presented to the Disciplinary Review Committee (DRC).



**DISCIPLINE**

1. The DRC reviews the findings for each case that includes a sustained allegation.

2. The DRC issues a disciplinary recommendation based on the Disciplinary Matrix, the circumstances of the case, and the respondent's history.

3. Discipline is imposed when:

- Respondent accepts the recommended discipline, or
- Respondent, through counsel, negotiates agreed discipline with the Department that is less severe than the recommended discipline, or
- Respondent elects a hearing on the allegations, and the hearing board concludes that the respondent committed the alleged misconduct. The Police Commissioner reviews the decision and may increase or approve the final discipline recommended by the hearing board.

# Appendix C: Unified Complaint Form

**Unified Complaint Form – Page 1**

## Police Complaint Form

*Please fill out this form to the best of your ability. **Print clearly.***

All complaints will be fully investigated by BPD's Internal Affairs (IA). The Civilian Review Board (CRB) will review all IA investigations of CRB eligible complaints. CRB may authorize an independent investigation. Complaints will be investigated by BPD if they are signed or unsigned by the person making the complaint. Questions? Contact either:

| **CRB:** 410-396-3151  /  civilrights@baltimorecity.gov | **IA:** 410-396-2300  /  complaints@baltimorepolice.org |
| --- | --- |

Do you need an interpreter? ☐Yes   ☐No  If yes, which language? _____ *¿Necesita usted un intérprete de español?* ☐Sí ☐No

### I.   TELL US ABOUT THE PERSON COMPLETING THIS FORM

| 1. Name (First, Middle Initial, Last) ☐ *Anonymous/I do not want to share personal info.* | | 2. Home Address | 3. Date of Birth | 4. Age | 5. Race/Ethnicity | 6. Disability? ☐ Yes ☐ No |
| --- | --- | --- | --- | --- | --- | --- |
| 7. Gender/Gender Identity | 8. Contact Number | | 9. Other Contact Number | | 10. Email Address | |
| 11. Location of Incident | | 12. Incident Date | | 13. Incident Time | 14. Was there an arrest? ☐ Yes ☐ No | |
| 15. Was a ticket or summons issued? ☐ Yes ☐ No | | 16. Ticket/Summons/Case # | 17. Was there an injury? ☐ Yes ☐ No *If yes, describe the injury and any medical care received in your statement on Page 2.* | | | |

### II.   TELL US ABOUT THE VICTIM *(If different from person completing this form)*

| 18. Victim's Name (First, MI, Last) ☐ *Person named above is the victim. Go to Section III.* | | 19. Home Address | 20. Date of Birth | 21. Age | 22. Race/Ethnicity | 23. Disability? ☐ Yes ☐ No |
| --- | --- | --- | --- | --- | --- | --- |
| 24. Gender/Gender Identity | 25. Contact Number | | 26. Other Contact Number | | 27. Email Address | |

### III.   TELL US ABOUT THE OFFICER *(To the best of your knowledge)*

| 28. Officer's Name (First, MI, Last) | 29. Assignment/Police District | 30. Badge # and/or Sequence # |
| --- | --- | --- |
| 31. Description of the Officer or additional details (For more space, continue in your statement on Page 2) | | |

*\*\* If multiple officers involved, please provide information in your statement.*

### IV.   TELL US ABOUT ANY WITNESSES *(If more than one, provide additional information in your statement)*

| 32. Witness's Name (First, MI, Last) | 33. Home Address (If known) | 34. Contact Number |
| --- | --- | --- |
| 35. Other Contact Number | | 36. Email Address |

### V.   SIGNATURE OF THE PERSON COMPLETING THIS FORM

*I understand that this statement will be submitted to the Baltimore Police Department/Civilian Review Board and will be the basis for an investigation. The facts contained in my statement are true to the best of my knowledge and belief. In addition, I declare and affirm that my statement has been made by me voluntarily and without persuasion, coercion, or promise of any kind.*

**Print Name:** _____  **Signature:** _____  **Date:** _____

| *TO BE COMPLETED BY BPD OR CRB PERSONNEL* | CAD# | A# | CRB# |
| --- | --- | --- | --- |
| 37. BPD Member Who Received This Form | 38. Seq. # | 39. Date Complaint Received | 40. Time Complaint Received |
| 41. CRB Member Who Received This Form (If applicable) | 42. Date Complaint Received | | 43. Time Complaint Received |

Ensure the next page (STATEMENT) is completed and remains with this form.

White Copy: BPD or CRB Personnel    Yellow Copy: Complainant         **Page 1 of 2 | Front**

## Appendix C: Unified Complaint Form

**Unified Complaint Form – Page 2**

### SUBMIT A POLICE COMPLAINT THROUGH <u>ANY</u> OF THESE METHODS:

o  To BPD, by giving this form directly to any BPD employee, visiting any BPD location, or
  - Call: 1-833-288-7245 (24-hour hotline) or 410-396-2300 (Internal Affairs)
  - Email: Complaints@baltimorepolice.org
  - Or visit: www.baltimorepolice.org/citizen-complaint-form
  - In person or by mail to:
    BPD IA
    2524 Kirk Ave
    Baltimore, MD 21218

o  To the Civilian Review Board, through any of the following ways:
  - Call: 410-396-3151
  - Email: crbintake@baltimorecity.gov
  - Or visit: https://civilrights.baltimorecity.gov
  - In person or by mail to:
    Civilian Review Board
    7 E. Redwood St., 9th Floor
    Baltimore, MD 21202

**Within 10 days of receiving your complaint, you will be contacted by the agency to which your complaint was submitted (either BPD or CRB). The agency will contact you through the information provided on this form.**

**If you would like to find out the status of your complaint, you may call IA at 410-396-2300 or, for CRB-eligible complaints, CRB at 410-396-3151 and provide the reference number (CAD#) on this form.**

Page **1** of **2** | Back

16

# Appendix C: Unified Complaint Form

**Unified Complaint Form – Page 3**



## Police Complaint Form

### STATEMENT

To the best of your ability, please write **what** happened, **when** it happened, **where** it happened, **who** was involved and **how** it happened. What is your primary complaint and what outcome do you want? Please provide as much information as you believe is important and that you think would assist in investigating your situation.

| *TO BE COMPLETED BY BPD OR CRB PERSONNEL* | CAD# | IA# | CRB# |
|---|---|---|---|
|  |  |  |  |

White Copy: BPD or CRB Personnel    Yellow Copy: Complainant        Page **2** of **2**

**Appendix D: Complaint Card**

## MAKE A POLICE COMPLAINT IN ANY OF THESE WAYS:

### BPD | Civilian Review Board (CRB):

- **Visit:** Any BPD building or talk to any BPD employee
- **Call:** 1-833-288-7245 (24/7) or 410-396-2300 | 410-396-3151
- **Email:** Complaints@baltimorepolice.org | crbintake@baltimorecity.gov
- **Online:** tinyurl.com/bpdccf | civilrights.baltimorecity.gov
- **In person or by mail to:**
  BPD, 2524 Kirk Ave, Baltimore, MD 21218
  CRB, 7 E. Redwood St., 9th Floor, Baltimore, MD 21202

You will be contacted by BPD or CRB within 10 days of making a complaint.

## PRESENTE UNA QUEJA ANTE LA POLICÍA POR UNO DE ESTOS MODOS:

### BPD | Junta De Revision Civil (CRB):

- **Visite:** Cualquier sede del BPD o hable con cualquier empleado del BPD
- **Llamando al:** 1-833-288-7245 (24/7) or 410-396-2300 | 410-396-3151
- **Correo Electrónico:** Complaints@baltimorepolice.org | crbintake@baltimorecity.gov
- **En La Red:** tinyurl.com/bpdccf | civilrights.baltimorecity.gov
- **En persona o por correo a:**
  BPD, 2524 Kirk Ave, Baltimore, MD 21218
  CRB, 7 E. Redwood St., 9th Floor, Baltimore, MD 21202

BPD o CRB se comunicará con ud. durante los primeros 10 días de su queja.

**Appendix E: Complaint Flyer**



## PUBLIC INTEGRITY BUREAU
## DEPARTAMENTO DE INTEGRIDAD PÚBLICA

# HOW TO MAKE A POLICE COMPLAINT
## CÓMO PRESENTAR UNA QUEJA ANTE LA POLICÍA

BPD's Public Integrity Bureau (PIB) is responsible for investigating allegations of wrongdoing by police officers and civilian employees.

The mission of PIB is to provide members of the public and BPD employees with the opportunity to make confidential complaints without fear of retaliation. PIB is committed to conducting independent internal investigations fairly and consistently and will hold all employees accountable for violations of its policies and applicable laws.

El Departamento de Integridad Pública (PIB) del BPD es responsable de investigar las alegaciones de mala conducta por policías y empleados civiles.

La misión del PIB es proveer miembros del público y empleados del BPD con la oportunidad de hacer quejas confidenciales sin temor de represalias. El PIB está comprometido a llevar a cabo investigaciones internas independientes, justas y consistentes y hará responsable a todos empleados por violaciones de sus reglamentos y las leyes aplicables.

### HOW TO FILE A COMPLAINT:

- ◼ Online via the BPD website: tinyurl.com/bpdccf
- ◼ Email: Complaints@baltimorepolice.org
- ◼ 24-Hour Toll-Free Hotline: 1-833-288-7245
- ◼ Telephone: 410-396-2300
- ◼ In-Person at any district police station
- ◼ U.S. Mail

### CÓMO PRESENTAR UNA QUEJA:

- ◼ Por el sitio de web del Departamento de Policía: tinyurl.com/bpdccf
- ◼ Correo electrónico: Complaints@baltimorepolice.org
- ◼ Línea directa gratuita las 24 horas: 1-833-288-7245
- ◼ Teléfono: 410-396-2300
- ◼ En persona en cualquier estación de policía
- ◼ Servicio de Correo de Estados Unidos

**If you do not wish to file a complaint at a police district, you may file a complaint in-person or by calling any of the following locations:**

**Si no desea presentar una queja en un centro de policía, puede presentar una queja en persona o por llamar a cualquier de los siguientes lugares:**

| Public Integrity Bureau<br>Departamento de Integridad Pública<br>2524 Kirk Ave, Baltimore, MD 21218<br>410-396-2300 | Civilian Review Board<br>Junta de Revisión Civil<br>7 E. Redwood St, 9th Fl., Baltimore, MD 21202<br>410-396-3151 |
|---|---|

**Appendix F: Consent Decree Overview Brochure**



STAY UP-TO-DATE ON BPD'S
REFORM EFFORTS!

TWITTER:
@BPD_CDIU

FACEBOOK:
@BPDCDIU

EMAIL:
cdimplementation@baltimorepolice.org

PHONE:
(443) 934-6685

WEB:
baltimorepolice.org/transparency/overview



FIND BPD ON SOCIAL MEDIA!

      

Search for "Baltimore Police Department"



CONSENT DECREE OVERVIEW



## Appendix F: Consent Decree Overview Brochure

### WHAT IS THE CONSENT DECREE?

The Consent Decree is a mandate for positive transformation to benefit the community and the Department.

In 2016, the United States Department of Justice (DOJ) investigated the Baltimore Police Department (BPD) and found that BPD engaged in a pattern and practice of unconstitutional policing.

To address the findings, the BPD, the City, and DOJ entered into an agreement called a **Consent Decree**. It is a federal court order that requires changes to the Department so it can police in a constitutional manner. This includes updating and creating policies, revamping training, building systems of accountability, investing in modern technology and much more.

A federal judge oversees the implementation of these changes with the help of a group of experts from across the country called the Monitoring Team. Each year, the Monitoring Team, DOJ, BPD, and the City agree to a monitoring plan that sets deadlines for individual steps in the reform process.



### TOPICS IN THE CONSENT DECREE:

☑ 1st Amendment Protected Activity
☑ Community Policing/Engagement
☑ Coordination with School Police
☑ Crisis Intervention/Behavioral Health
☑ Handling of Reports of Sexual Assault
☑ Impartial Policing
☑ Interactions with Youth
☑ Misconduct Investigations & Discipline

☑ Officer Wellness
☑ Recruitment/Staffing
☑ Stops, Searches & Arrests
☑ Supervision
☑ Technology
☑ Transportation of Persons in Custody
☑ Use of Force

### FREQUENTLY ASKED QUESTIONS

**Q. Does the Consent Decree prevent proactive policing?**

**A.** No. There is nothing in the Consent Decree that stops officers from engaging in proactive **constitutional** enforcement.

**Q. How does the Consent Decree benefit the community?**

**A.** It provides an avenue for meaningful community engagement through the creation of a comprehensive community policing plan. In addition, the Consent Decree gives the community a voice in policy development, training content, and accountability mechanisms.

**Q. How does the Consent Decree benefit officers?**

**A.** The Consent Decree ensures that the Department is making systematic changes that will improve efficiency and give officers the resources they need to be confident and successful on the job. Technology will be improved, training revamped, wellness programs have been put in place, recruitment and retention efforts are underway, as are additional reforms.

**Q. How long will the consent decree last?**

**A.** Consent Decrees do not have specific end dates. Before the Judge declares full-compliance and the end of federal oversight, the Department must prove that it has met the mandated reforms and that the reforms are sustainable. Other departments have taken 6 to 11 years to achieve compliance.

**Q. How can I be involved in the reform process?**

**A.** You can provide input on policies/training plans, give feedback through community briefings/focus groups or participate in various committees. Email us for more info on how to get involved at: **cdimplementation@ baltimorepolice.org**.

**SCAN THE QR CODE WITH YOUR SMARTPHONE TO LEARN MORE ABOUT THE CONSENT DECREE**

*Or visit: https://consentdecree.baltimorecity.gov*



## Appendix G: Relevant Online Resources

### Baltimore Police Department Online Website Resources

BPD Transparency Page - https://www.baltimorepolice.org/transparency

BPD Accountability Page - https://www.baltimorepolice.org/transparency/accountability

BPD Misconduct and Discipline Page - https://www.baltimorepolice.org/transparency/accountability/misconduct-discipline

BPD Report Misconduct Page - https://www.baltimorepolice.org/submit-misconduct-complaint

BPD How to Report Misconduct Page - https://www.baltimorepolice.org/transparency/accountability/misconduct-discipline/how-file-police-complaint

Consent Decree Basics - https://www.baltimorepolice.org/transparency/consent-decree-basics

BPD Consent Decree Implementation Unit (CDIU) - https://www.baltimorepolice.org/transparency/about-cdiu

BPD Reform Calendar - https://www.baltimorepolice.org/transparency/bpd-reform-calendar

BPD Community Policing & Engagement - https://www.baltimorepolice.org/transparency/community-policing-engagement

### BPD Social Media

BPD Facebook - https://www.facebook.com/BaltimoreCityPolice/

BPD Twitter - https://twitter.com/BaltimorePolice

BPD CDIU Facebook - https://www.facebook.com/BPDCDIU/

BPD CDIU Twitter - https://twitter.com/BPD_CDIU

### BPD Independent Monitoring Team

Monitoring Team Website - https://www.bpdmonitor.com/

### Civilian Review Board (CRB)

CRB Main Page - https://civilrights.baltimorecity.gov/civilian-review-board

CRB Meeting Schedule - https://civilrights.baltimorecity.gov/civilian-review-board/meetings

Filing a Complaint with CRB - https://civilrights.baltimorecity.gov/civilian-review-board/file