IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| v. | * | **CIVIL NO. JKB-17-0099** |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | * | |
| **Defendants.** | | |
| | *** | |

## SCHEDULING ORDER

Consistent with the Court's duty to ensure Defendants' compliance with the Consent Decree (ECF No. 2-2, as modified by ECF No. 39, at ¶ 493), the Court issued a scheduling order on December 2, 2020, setting dates for monthly conferences and quarterly public hearings with the Parties and the Monitoring Team. (ECF No. 360.)[1] Implementation of the Consent Decree's requirements is now well underway. Many important topics were covered and progress was assessed in meetings and hearings held during the past year. Additional topics await the Court's attention. Accordingly, it is hereby ORDERED that, during the upcoming year, the Independent Monitor and the Parties SHALL continue to provide the Court with regular monthly and quarterly updates, and they SHALL attend and participate in monthly conferences and quarterly hearings, all regarding the status of BPD's compliance with the Consent Decree's requirements.

The Court now sets dates for further proceedings in this matter according to the schedule below.[2]

---

[1] As amended by ECF Nos. 378, 384, 394, 397, 400, 427, 444, 449, 457, and 459.
[2] The monthly progress report/conference that took place on December 9, 2021 was scheduled to cover both interactions with youth and interactions with people with behavioral health disabilities or in crisis. Because time constraints did not allow the Parties to cover both topics in that meeting, the discussion on interactions with youth has been moved to the meeting that will take place on March 24, 2022.

1

Calendar of Monthly Progress Reports/Conferences and Quarterly Public Hearings

| | |
|---|---|
| February 24, 2022, 2:00 p.m. | Monthly Progress Report/Conference with the Court (Staffing; Performance Evaluations and Promotions; Recruitment, Hiring, and Retention), Courtroom 3C |
| March 24, 2022, 2:00 p.m. | Monthly Progress Report/Conference with the Court (Use of Force; Interactions with Youth), Courtroom 3C |
| April 8, 2022, 2:00 p.m. | Monthly Progress Report/Conference with the Court (Misconduct Investigations and Discipline; Supervision), Courtroom 3C |
| **April 21, 2022, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| May 26, 2022, 2:00 p.m. | Monthly Progress Report/Conference with the Court (Stops, Searches, and Arrests; Fair and Impartial Policing), Courtroom 3C |
| June 9, 2022, 2:00 p.m. | Monthly Progress Report/Conference with the Court (Community Policing), Courtroom 3C |
| July 14, 2022, 2:00 p.m. | Monthly Progress Report/Conference with the Court (Sexual Assault), Courtroom 3C |
| **August 18, 2022, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| September 15, 2022, 2:00 p.m. | Monthly Progress Report/Conference with the Court (Interactions with People with Behavioral Health Disabilities or in Crisis; Interactions with Youth), Courtroom 3C |
| October 13, 2022, 2:00 p.m. | Monthly Progress Report/Conference with the Court (First Amendment Protected Activities; Coordination with Baltimore City School Police), Courtroom 3C |
| **October 27, 2022, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| November 10, 2022, 2:00 p.m. | Monthly Progress Report/Conference with the Court (Stops, Searches, and Arrests; Fair and Impartial Policing), Courtroom 3C |
| December 8, 2022, 2:00 p.m. | Monthly Progress Report/Conference with the Court (Transportation of Persons in Custody; Compliance Reviews and Outcome Assessments), Courtroom 3C |
| January 12, 2023, 2:00 p.m. | Monthly Progress Report/Conference with the Court (Officer Assistance), Courtroom 3C |
| **January 26, 2023, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |

DATED this 22 day of December, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge