# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO.: 1:17-cv-0099-JKB |
| **BALTIMORE CITY POLICE DEPARTMENT,** *et al.* | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF APPROVAL OF POLICY REGARDING EXTREME RISK PROTECTIVE ORDERS – FIREARMS UNDER PARAGRAPHS 48, 96, AND 98 OF THE CONSENT DECREE

The Baltimore Police Department ("BPD") and the City of Baltimore hereby notify the Court that Policy 1122, Extreme Risk Protective Orders - Firearms ("ERPO")—which implicates the Stop, Searches, Arrests, and Voluntary Police-Community Interactions and the Responding to and Interacting with People with Behavioral Health Disabilities or in Crisis sections of the Consent Decree—has been produced to all parties and published on BPD's website on January 6, 2022, and January 20, 2022, respectively, under Paragraphs 48, 96, and 98 of the Consent Decree, and is hereby filed with the Court and attached as Exhibit 1. The Monitoring Team and Department of Justice have indicated they approve of Policy 1122.

The policy can be accessed at the following link:

- Policy 1122 (Extreme Risk Protective Orders - Firearms):

    https://public.powerdms.com/BALTIMOREMD/documents/937243

Dated:  January 20, 2022    Respectfully submitted,

                                                                                /s/

Natalie R. Amato, Federal Bar No. 20749
Baltimore City Department of Law
100 N. Holiday Street, Suite 101
Baltimore, Maryland 21202
Telephone: (410) 396-2496
Facsimile: (410) 396-2126
Email: natalie.amato@baltimorecity.gov

*Counsel for the Baltimore City*
*Police Department and*
*Mayor & City Council of Baltimore*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, copies of the foregoing Notice and attached Exhibit were served via the Court's CM/ECF system upon all counsel of record.

                                                                                 /s/

NATALIE R. AMATO (20749)