IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| | * | |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF APPROVAL OF PUBLIC ORDER FORCES
STANDARD OPERATING PROCEDURE**

As required by the Updated Fourth-Year Monitoring Plan, *see* ECF No. 429-1, Row 205 (approved in ECF No. 432), the Baltimore Police Department Monitoring Team ("Monitoring Team") hereby notifies the Court that it approves the new Standard Operating Procedure ("SOP") for the Baltimore Police Department's ("BPD") Public Order Forces, which BPD prepared under Paragraph 239 and 251 of the Consent Decree. *See* ECF No. 2-2 (as modified by ECF No. 39, 410), ¶ 239 & 251. The Department of Justice ("DOJ") has indicated that it concurs in this approval.

BPD's Public Order Forces are comprised of: (1) Rapid Field Formations ("RRFs"), which are ad hoc formations of BPD personnel that are summoned as a first-line response to a public protest or assembly; and (2) the Mobile Field Force ("MFF"), a specialized volunteer unit with extensive training in public order operations whose members typically wear hard protective gear, are deployed when a demonstration has reached the level of civil Disturbance, and act in support of any already deployed Rapid Field Formations. The new Public Order Forces SOP, available here, provides commanders, supervisors, and officers of both RFFs and the MFF with detailed,

comprehensive guidance on responding to public protests, including those that turn into violent civil disturbances, in strict compliance with the First Amendment and corresponding BPD policies, including policies on First Amendment-protected activity (Policy 804), observation and recording of police activity (Policy 1016), de-escalation (Policy 1107), use of force (Policy 1115), and duty to intervene (Policy 319), among others. Particularly with its emphasis on the preservation of First Amendment freedoms, the SOP reflects best practices in public order response.

The training curriculum for the SOP is presently in development and should be delivered later in the year. When it becomes effective following training, the SOP will replace BPD's existing Mobile Field Force policy (Policy 413).

The SOP is the product of close collaboration among BPD, the Monitoring Team and DOJ. BPD twice posted online drafts of the SOP for public comment from community members and feedback from BPD officers.

Respectfully submitted,

_____/s/_____
Kenneth Thompson, Monitor
Seth Rosenthal, Deputy Monitor
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Ken.thompson@bpdmonitor.com
Seth.Rosenthal@bpdmonitor.com
(410) 244-7400