**Assessment of Arrests Resulting in a Release Without Charge (RWOC)**
*(Referred to as "BPD Analysis of District Court Commissioner Arrest Data Report" in the Updated Fourth Year Monitoring Plan)*
Baltimore Police Department
3rd Quarter, 2021

## Overview

The Baltimore Police Department (BPD) is dedicated to upholding the Constitution and enforcing laws in a fair, impartial, and ethical manner. As part of this commitment, BPD conducts a quarterly analysis of arrests that resulted in subjects being released without charge (RWOC) by the State's Attorney's Office (SAO) after being transported to the Central Booking Intake Facility. In this analysis, BPD assesses the quality of those arrests, takes necessary corrective actions, and identifies opportunities to improve departmental performance.

If an arrest lacks Probable Cause (PC), it will be included in the list of RWOC dispositions. However, RWOC arrests also include all arrests in which the SAO has declined to prosecute. The SAO may decline to prosecute for many reasons, including prosecutorial discretion or if the SAO determined it was unable to prove the criminal charge(s) beyond a reasonable doubt, even if PC existed. In turn, this review encompasses an array of arrests declined for a variety of reasons.

This report is the 6th of continuous quarterly assessments on this topic. The review period is after the completion of agency-wide training on stops, searches and arrests (SSA) and the implementation of new and improved policy mandates that directly address many of the deficiencies identified in previous reports.

This report details the following elements of this review:

1. Methodology for this analysis;
2. Statistical analysis of RWOCs and any associated trends;
3. Case review findings regarding RWOCs demonstrating deficiencies;
4. Recommendations to address the findings of this report; and
5. Updates on recommendations from previous RWOC Assessments.

## Key Findings

- This is the sixth quarterly RWOC report. Since the first report, which was for Q2 2020, the number of RWOCs has declined significantly both overall and as a percentage of arrests.

- Total RWOCs in Q3 2021 decreased by 50%, compared to the previous quarter, while total BPD arrests increased.

- Maryland Department of Public Safety and Correctional Services (DPSCS) reported 2847 adult arrests by BPD in Q3 2021. The SAO released a total of 11 additional arrestees without charge, which represents 0.4% of the total BPD adult arrests.

- The two reasons identified by the SAO in Q3 2021 were "Elements of the crime not readily provable (55%)" and "Prosecutorial Discretion (45%).

- BPD reviewed all 11 of the RWOCs and found "Valid PC and Adequate Reporting" for all 11. There were no patterns in RWOCs for officers, and no officer had multiple RWOCs during this assessment period.

## Methodology

To conduct this assessment, BPD obtains a list of arrests from the SAO that concluded with releasing the suspect without charges. Upon receipt of the list of RWOC arrests, the Inspections Unit separates RWOC arrests which the SAO categorized as "Prosecutorial Discretion," because these may represent policy decisions by the SAO rather than legal issues with the arrest.[1] To ensure that there were no legal or BPD policy issues, BPD randomly reviews 10% of these arrests per month. Within the 10%, arrests for "lesser offenses"[2] are prioritized. Additionally, BPD reviews all RWOC arrests that the SAO categorized for a reason other than prosecutorial discretion. Every case review will include an analysis of reports associated with the arrest and BWC footage, if applicable, to determine if the arrest was made in accordance with appropriate legal standards. In order to assess patterns in arrest practices, demographics of the subjects and officers will be added to the SAO's RWOC list, as well as shifts, units and/or the correct districts or assignments of the arresting officer.[3]

BPD will focus its review on PC determinations and other important legal standards that may lead to developing PC for arrests. Following this review, BPD will take any appropriate action, which may include training or other corrective action for the involved officer(s) and/or referring incident(s) to the Public Integrity Bureau for administrative or criminal investigation.

## Statistical Analysis

In the third quarter of 2021 (Q3), the Maryland Department of Public Safety and Correctional Services (DPSCS) reported 2847 adult arrests by the BPD.[4] The SAO determined a total of 11 arrests[5] as RWOCs during this time period, down 50% from 22 the previous quarter and down 93% from 161 in the first completed quarterly RWOC assessment from Q2 2020, which was the highest quarter in both number of RWOCs and percentage of arrests. Eleven RWOCs represent 0.4% of the total BPD adult arrests during this time period. This is down from 0.8% in Q2 2021. The SAO categorized the 11 RWOCs for Q3 as follows:

---

[1] For example, SAO may opt not to prosecute certain crimes due to policy decisions made about misdemeanor Marijuana Possession and other crimes during the Covid-19 pandemic.
[2] "Lesser Offenses" include crimes such as disorderly conduct, trespassing, or obstructing/hindering.
[3] A redacted version of the SAO's RWOC spreadsheet will be released along with this report.
[4] Juvenile arrests in Baltimore are processed by a separate system, and the SAO does not generate a list of juveniles released without charges.
[5] There were an additional RWOC from non-BPD police agencies.

| SAO Reason for RWOC | Count | % of Total |
|---|---|---|
| 4th Amendment Violation | 0 | 0% |
| Elements of the crime not readily provable | 6 | 55% |
| Nexus Issue | 0 | 0% |
| Prosecutorial Discretion | 5 | 45% |
| **Total** | **11** | |

Table 1. SAO Reasons for RWOCs in Q3 2021.

The number of RWOCs compared to total BPD arrests is visualized in Chart 1:



Chart 1. Percentage of Total Arrests RWOC by SAO.

The primary charge for the 11 RWOCs are listed in Table 2:[6]

| Charge | Count |
|---|---|
| Narcotics Violation | 6 |
| Assault | 3 |
| Trespassing | 1 |
| Rogue and Vagabond[7] | 1 |
| **Total** | **11** |

Table 2. Primary criminal charges for each RWOC in Q3 2021.

*Distribution of RWOCs by Command*

Table 3 below shows the distribution of Q3 RWOCs by command. There is variance between the commands, with the Southern, Northern and Eastern not having any, and all other districts having one to three. Specialized Units also did not have any RWOCs in Q3 2021. These statistics

---

[6] Arrestees were often charged with multiple crimes. This chart lists the most significant charge for each RWOC.
[7] "Rogue & Vagabond" is defined in Maryland Code, Criminal Law § 6-206: (a) A person may not possess a burglar's tool with the intent to use or allow the use of the burglar's tool in the commission of a crime involving the breaking and entering of a motor vehicle. (b) A person may not be in or on the motor vehicle of another with the intent to commit theft of the motor vehicle or property that is in or on the motor vehicle

and the accompanying case review details will be provided to the relevant commands for further analysis and discussion with their units regarding enforcement decisions and report writing.

| Command | # of RWOCs | % of Total |
|---|---|---|
| Central | 3 | 27% |
| Southeast | 1 | 9% |
| Eastern | 0 | 0% |
| Northeast | 3 | 27% |
| Northern | 0 | 0% |
| Northwest | 1 | 9% |
| Western | 1 | 9% |
| Southwest | 2 | 18% |
| Southern | 0 | 0% |
| **Total** | **11** | |

*Table 3. RWOC Distribution by Command in Q3 2021.*

*Distribution of RWOCs by District for Q2, Q3, Q4 of 2020, and Q1, Q2, Q3 of 2021*

Table 4, below, shows the aggregate totals for over a year's worth of RWOC data from Q2, Q3, and Q4 of 2020, along with Q1, Q2 and Q3 of 2021, by command:

| Command | # of RWOCs | % of Total |
|---|---|---|
| Northeast | 131 | 27% |
| Central | 71 | 15% |
| Southern | 61 | 13% |
| Southwest | 55 | 11% |
| Southeast | 51 | 10% |
| Western | 35 | 7% |
| Northern | 32 | 7% |
| Eastern | 17 | 3% |
| Northwest | 15 | 3% |
| MMU | 9 | 2% |
| MFF | 6 | 1% |
| ACS | 2 | 0% |
| RATT | 2 | 0% |
| SWAT | 1 | 0% |
| **Grand Total** | **488** | |

*Table 4. Q2, Q3, Q4 of 2020, and Q1, Q2, Q3 of 2021 RWOC Distribution by Command, Sorted for Frequency*

*Trends over the six quarters.*

The following graphs represent the trends over the past 18 months of total RWOCs (Graph 1), RWOC percentage of total arrests (Graph 2), and Total BPD arrests (Graph 3).



*Graph 1. Total RWOCs over past 18 months*



*Graph 2. RWOC percentage of total arrests over past 18 months*



*Graph 3. Total BPD arrests over past 18 months*

*Distribution of RWOCs by District and Shift in Q3 2021*

Table 5 below depicts a breakdown of RWOCs by district and shift for the quarter. This table includes all 11 RWOCs. There were no RWOC arrests by specialized units in Q3. The tour of duty for A shift is 11 p.m. to 7 a.m., B shift is 7 a.m. to 3 p.m., and C shift is 3 p.m. to 11 p.m. Districts also deploy District Action Teams (DAT) for proactive enforcement. Day shift (B-shift) accounted for 45% of the total, followed by the DATs, which accounted for 36%. No shift/unit had more than one RWOC in Q3.

| District | A | B | C | DAT | District Total |
|---|---|---|---|---|---|
| Central | 1 | 1 | | 1 | 3 |
| Southeast | | | | 1 | 1 |
| Eastern | | | | | |
| Northeast | 1 | 1 | | 1 | 3 |
| Northern | | | | | |
| Northwest | | 1 | | | 1 |
| Western | | 1 | | | 1 |
| Southwest | | 1 | | 1 | 2 |
| Southern | | | | | |
| **Shift/Unit Total** | 2 | 5 | | 4 | 11 |

*Table 5. Distribution of RWOCs by District and Shift in Q3 2021.*

The variance between shifts and units continued to decrease in Q3. Most shifts had no RWOCs in Q3. The highest amount of RWOCs on any shift or unit was one. Past variances have been in double digits.

Figure 1, below, visualizes this cumulative RWOC trends for the past six quarters:



*Figure 1. 2020 Q2, Q3, Q4, and 2021 Q1, Q2, Q3 RWOCs by District and Shift*

RWOCs account for 0.4% of total arrests, and BPD's Operations Bureau should continue to use this report and supporting data to determine if there is a need to alter enforcement strategies.

## RWOCs Analyzed

In order for an arrest to be legal, there needs to be at least Reasonable Articulable Suspicion (RAS) for the stop and Probable Cause (PC) for the arrest. BPD initiates its review process with a list of RWOCs, including a reason for the RWOC from the SAO. BPD then analyzes the RWOCs and provides a conclusion as to whether probable cause was established. BPD also reviews the reports from all RWOC arrests to determine whether they comply with BPD policy by accurately articulating the facts that support probable cause.

BPD reviewed all 11 RWOCs for Q3 2021, including 6 RWOCs for reasons other than Prosecutorial Discretion, as well as 5 Prosecutorial Discretion cases (45% of the total of 11).[8] The results of the review are detailed below.

*RWOCs Indicating a Lack of PC/RAS or Poor Reporting*

BPD determined that all 11 reviewed cases had valid PC for arrest and satisfactorily written reports. Table 6 below represents the findings:

| Review Result | Count | % of Total |
|---|---|---|
| Lacked PC for Arrest | 0 | 0% |
| Valid PC but Poor Reporting | 0 | 0% |
| Valid PC and Adequate Reporting | 11 | 100% |
| **Total** | **11** | |

*Table 6. Results of RWOC Review in Q3 2021.*

*Distribution of Problematic RWOCs by Original SAO Reason for RWOC*

Table 7 shows BPD's conclusions on problematic RWOCs on the left and the original reason for the RWOCs from the SAO on the right in the aggregate across Q2, Q3, Q4 of 2020 and Q1, Q2 and Q3 2021:

---

[8] 5 cases is more than 10% of 11 because the Inspection Unit selected cases as monthly reports arrived from the SAO throughout the quarter and rounded up each time, in addition to the "lesser offenses."

| BPD Review Result | SAO Reason | Count |
|---|---|---|
| Lacked PC / RAS for Arrest (10) | 4th Amendment Violation | 3[9] |
| | Elements of crime not readily provable | 5 |
| | Prosecutorial Discretion | 2 |
| Valid PC but Poor Reporting (11) | Elements of crime not readily provable | 7 |
| | Prosecutorial Discretion | 4 |
| **Total** | | **21** |

*Table 7. 2020 Q2, Q3, Q4, and 2021 Q1, Q2, Q3 Distribution of Problematic RWOCs by Original SAO Reason.*

Table 8 summarizes the aggregate distribution of problematic RWOCs across Q2, Q3, Q4 2020 and Q1, Q2 and Q3 2021:

| Command | Lacked PC for Arrest | PC but Poor Reporting | Total |
|---|---|---|---|
| Southeast | 4 | 1 | 5 |
| Central | 1 | 3 | 4 |
| Northeast | 2 | 2 | 4 |
| Northern | 2 | | 2 |
| Education and Training | | 1 | 1 |
| Eastern | 1 | | 1 |
| Southern | | 2 | 2 |
| Southwest | | 1 | 1 |
| Western | | 1 | 1 |
| **Total** | **10** | **11** | **21** |

*Table 8. 2020 Q2, Q3, Q4 and 2021 Q1, Q2, Q3 Distribution of Problematic RWOCs by District.*

*Distribution of RWOCs by Officer*

There were no patterns in the problematic RWOCs for officers and no officer had multiple RWOCs during the Q3 assessment period. This is a continued decrease from Q2 2021, which reflected a decrease from Q1 2021 in which 15 officers had multiple RWOCs, and Q4 2020, in which 24 officers had multiple. It is the second time since the quarterly assessments began in Q2 2020 that no officers had multiple RWOCs.

---

[9] BPD has never found a RWOC arrest that the SAO has determined to be a "4th Amendment Violation" to have had probable cause. In other words, BPD has never found a "4th Amendment Violation" RWOC arrest not to be a 4th Amendment violation. Conversely, BPD has found certain "Elements of crime not readily provable" and "Prosecutorial Discretion" RWOC arrests to have lacked probable cause and thus to have been 4th Amendment violations.

## Recommendations[10]

Compliance Bureau:

1. Distribute copies of this report and supporting data to BPD commanders.

2. Present key findings in Comstat for discussion, address any questions.

## Updates on Recommendations from Previous Reports

This section provides a summary of actions taken by the BPD in response to the recommendations in earlier reports. It specifically addresses the recommendations outlined in the Q1 2021 report.[11] The next published quarterly RWOC report is expected to cover Q2 2021[12] recommendations, since its recommendations have deadlines which have not yet passed.

A copy of the Q1 2021 RWOC report was distributed to command members. BPD's Operations Bureau took steps to ensure that officers have appropriate guidance concerning cases that the SAO will decline to prosecute. Specifically, in April 2020, soon after the COVID-19 pandemic began, the Operations Bureau distributed a memo establishing modified enforcement procedures for certain crimes. This memorandum was updated after Q1, in April of 2021, outlining the protocol when affecting arrests for certain crimes and refining the enforcement procedures to reflect changes in SAO enforcement policies. The Operations Bureau recognized that the arrests made in Q1, including 57 "Prosecutorial Discretion" RWOC arrests, occurred prior to issuance of the updated memorandum.

The Community Policing Plan was distributed to all BPD members. Within the plan, an outline is provided for development of Neighborhood Policing Plans. These will continue to be developed in accordance with the timeline established in the Consent Decree Process.

The Operations Bureau, through the Chief of Patrol's office, met with Northeast District Command and the Compliance Bureau on September 20, 2021, to further identify other potential areas of operational improvement. DAT teams should focus enforcement efforts on violent individuals and gun offenders. They should work in concert with their designated Intelligence Officer and with community members. In addition to responding to community complaints, DAT units should utilize confidential informants. The Operations Bureau monitors their productivity through daily updates and reporting of notable incidents. Effectiveness of the strategy is also measured weekly at Comstat. This strategy has been implemented in all districts. In addition to the

---

[10] The Compliance Bureau will monitor the progress of approved recommendations through a "Recommendation Tracker" mechanism, which will provide due dates to the responsible BPD entity along with mandates of written documentation certifying completion.
[11] The Q1 2021 report was filed September 3, 2021.
[12] The Q2 2021 report was filed December 23, 2021.

Northeast, the other two districts who had units with the highest amount of RWOCs in Q1, the Southwest and the Central, reported increased communication with representatives from the SAO in an effort to minimize the likelihood of RWOC arrests.

      Prior to the end of December 2020, the Education and Training Section completed SSA training for all sworn BPD members, in accordance with updated BPD policy. This training included a two day in-person course in addition to mandatory eLearning. The updated policy was fully implemented in February 2021, following completion of the training. Additionally, SSA supervisor e-learning was delivered between June 18, 2021 to December 2, 2021 and reinforced all the concepts taught during in-person SSA training.

Appendix A:

*Spreadsheet detailing the case review findings.*

| Date | Time | Defendant Gender | Defendant Race | Primary Charge | Reason for RWOC | Officer Gender | Officer Race | District | Unit | Shift | BPD Finding | Analyzed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/2021 | 1336 | M | B | Distribution of a prescription drug | Elements of the Crime Not Readily Provable. | M | W | Western | Patrol | BAKER | Valid PC | YES |
| 7/9/2021 | 0333 | F | B | Assault 2 & reckless endangerment | Elements of the Crime Not Readily Provable. | M | B | Northeast | Patrol | ADAM | Valid PC | YES |
| 7/19/2021 | 1000 | M | B | Car Theft | Elements of the Crime Not Readily Provable. | M | W | OCD | RATT | BAKER | Valid PC | YES |
| 7/20/2021 | 1936 | M | H | PWID CDS | Elements of the Crime Not Readily Provable. | M | W | Southeast | DAT | DAT | Valid PC | YES |
| 7/28/2021 | 1054 | F | B | Assault 1, Dangerous Weapon | Elements of the Crime Not Readily Provable. | M | B | Northwest | Patrol | BAKER | Valid PC | YES |
| 8/9/2021 | 0723 | M | B | Practicing Pharmacy w/o a license | Elements of the Crime Not Readily Provable. | F | W | Central | DAT | DAT | Valid PC ; But Poor Reprt Writing | Yes |
| 8/25/2021 | 1400 | F | B | Assault 2 | Elements of the Crime Not Readily Provable. | M | B | Northeast | Patrol | Baker | Valid PC | YES |
| 9/5/2021 | 1535 | F | B | Possession CDS, Possession Marijuana | Prosecutorial Discretion | M | W | Northeast | DAT | DAT | Valid PC | Yes |
| 9/13/2021 | 1108 | M | B | Rogue & Vagabond | Prosecutorial Discretion | M | W | Southwest | Patrol | Baker | Valid PC | YES |
| 9/22/2021 | 1715 | M | B | Possession Marijuana | Prosecutorial Discretion | M | B | Southwest | DAT | DAT | Valid PC | YES |
| 9/25/2021 | 754 | F | B | Trespassing | Prosecutorial Discretion | M | W | Central | Patrol | Baker | Valid PC | Yes |
| 9/26/2021 | 0043 | M | B | PWID CDS | Prosecutorial Discretion | M | W | Central | Patrol | Adam | Valid PC | Yes |

11