IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| | * | |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | * | |
| Defendants. | * | |

**SUBMISSION OF MONITORING TEAM'S
FIRST COMPREHENSIVE ASSESSMENTS OF
BPD'S PROGRESS TOWARD COMPLIANCE WITH THE
TRANSPORTATION OF PERSONS IN CUSTODY AND
GENERAL TRAINING REQUIREMENTS OF THE CONSENT DECREE**

Under the Updated Fourth-Year Monitoring Plan, ECF No. 429-1 (approved in ECF No. 432 and adjusted in ECF No. 460), the Baltimore Police Department Monitoring Team submits its first comprehensive assessments of the progress the Baltimore Police Department ("BPD") is making toward compliance with the transportation of persons in custody and general training requirements of the Consent Decree, ECF No. 2-2 (as amended in ECF Nos. 39 & 410).

The transport assessment, which qualifies as a "compliance review" under the Consent Decree, is attached as **Exhibit 1.** It evaluates BPD's compliance with paragraphs 222-238 of the Consent Decree.

The general training assessment, which qualifies as a combined "compliance review" and "outcome assessment," is attached as **Exhibit 2**. It evaluates BPD's compliance with paragraphs 291-300 of the Consent Decree. It also evaluates BPD's performance under paragraphs 459.l.i., ii. & iv. of the Consent Decree, which require assessments of "whether BPD effectively trains officers and provides them with the skills and knowledge necessary to conduct their law enforcement

1

activities in accordance with policy, law, and this Agreement" through review of: "i. Rates of completion of approved training and performance assessments of evaluative aspects of training; ii. Qualitative measurements of the adequacy of training, including assessments by officers, feedback from instructors, and evaluations by civilian reviewers; … [and] iv. The frequency that training deficiencies are identified through investigations, internal reviews, complaints, disciplinary proceedings, civilian oversight, or other mechanisms."

As the Court knows, "compliance reviews" are qualitative evaluations of BPD's performance in different areas of the Consent Decree. The Monitoring Team conducts them with an eye toward determining how far BPD has come, and how far it still needs to go, to achieve compliance with Consent Decree requirements. *See* ECF No. 2-2, ¶ 454. "Outcome assessments," by contrast, are largely quantitative assessments designed to determine whether the reforms required by the Consent Decree in each area are having a tangible, measurable impact—whether, independent and apart from BPD's progress toward compliance with Consent Decree requirements, policing is changing in the real world. *See* ECF No. 2-2, ¶ 456. To achieve "Full and Effective Compliance" in any area of the Consent Decree, BPD must show that it has complied with all the specific requirements of the Decree in that area, as well as "sustained and continuing improvement in constitutional policing as demonstrated by the Agreement's Outcome Assessments [in paragraph 459]." ECF No. 2-2, ¶ 506.

                                                                            Respectfully submitted,

                                                                _____/s/_____
                                                          Kenneth Thompson, Monitor
                                                          Seth Rosenthal, Deputy Monitor
                                                          VENABLE LLP
                                                          750 E. Pratt Street
                                                          Baltimore, MD 21202
                                                          Ken.Thompson@bpdmonitor.com
                                                          Seth.Rosenthal@bpdmonitor.com
                                                          (410) 244-7400