# EXHIBIT 2

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| CP | 15 | BPD will revise its Mission Statement. | 4d |
| CP | 16 | Annually the BPD will provide eight hour in-service training on community and problem-oriented policing methods that will include strengthening community and police partnerships; leadership and ethics; procedural justice; problem-oriented policing tactics; de-escalation; history of Baltimore communities; etc. | 4d |
| CP | 17 | BPD will encourage patrol officers to familiarize themselves with their patrol districts, engage in problem-solving with community members, and work proactively to address quality of life issues so as to minimize law enforcement actions | 4c |
| CP | 18 | Command stuff must evaluate data on community policing efforts and outcomes | 4a |
| CE | 19 | The City and BPD must develop community engagement plans, including micropolicing plans, for routine, frequent positive interactions between officers and community members, including those critical of BPD | 4c |
| CE | 20 | BPD will ensure that it solicits input from its advisory boards and councils representing particular communities | 4c |
| CE | 21 | BPD will develop, in each police district, a community outreach and information program regarding the CD, including two annual meetings per district, widely publicized at least one week in advance | 4c |
| CE | 22 | BPD will prepare annual community policing/engagement reports, with a breakdown by distrct, including deficiencies and areas for improvement | 4c |
| CE | 25 | BPD will use the results of the monitor's community surveys to modify and improve policies, training and practices | 4c |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| SSA - Intro | 27 | General objective: Proactive, community-focused policing, including friendly, professional, productive voluntary contacts | 4c |
| SSA - Intro | 28 | General objective: Conduct all SSA in accordance with the Consitution, federal and state law, following community policing principles | 4c |
| SSA - Principles | 30 | Revise SSA policies, practices and training to ensure officers respect civil rights and respect individuals' dignity | 4d |
| SSA - Vol contacts | 32, 33 | BPD and its supervisors will encourage officers to interact with community members in a friendly, professional manner to build trust and enhance communication | 4c |
| SSA - Vol contacts | 33 | BPD will develop training to teach officers skills for engaging in voluntary contacts that build rapport and explain the value of proactive, community policing | 4d |
| SSA - Field interviews | 34 | Officers conducting FIs must introduce themselves by name and rank as soon as practicable, refrain from using words or actions indicating person is not free to leave or must answer questions, answer yes if person asks whether s/he is free to leave or may decline to answer questions | 4c |
| SSA - Field interviews | 35 | Officers requesting ID during FIs must inform person that providing ID is voluntary | 4c |
| SSA - Field interviews | 36 | Officers attempting a FI must not use a person's failure to stop or answer questions, end the encounter, or walk away to establish RAS to justify a stop, search, citation or arrest | 4c |
| SSA - Field interviews | 37 | When FIs evolve into stops or arrests, officers must follow requirements for those encounters | 4c |
| SSA - Ped stops | 38 | BPD will prohibit officers from conducting stops when they lack RAS | 4c |
| SSA - Ped stops | 39 | BPD will require officers conducting stops to inform the person they are not free to leave | 4c |
| SSA - Ped stops | 40, 41 | BPD will ensure consistent documentation of stops, to include: (a) race, ethnicity, gender, age; (b) location, including address or nearest intersection; (c) central identifying report number to allow documentation of the stop to be matched with documentation of any resulting criminal or civil citation or arrest;(d) specific, individualized description of facts supporting RAS, without boilerplate language; (e) approximate duration; (f) outcome, including whether a civil or criminal citation, arrest, or warning; (g) whether officer conducted weapons pat down and, if so, the RAS that the person was armed and dangerous; (h) whether officer conducted a searched based on PC and, if so, the facts establishing PC; (i) whether officer asked for consent to search and whether consent was given; (j) whether officer found any unlawful weapons, narcotics, or other contraband; and (k) whether the stop began as a voluntary contact or FI. | 4c |
| SSA - Ped stops | 42 | BPD will use a documentation system that provides person stopped with a record of the encounter, which must describe the basis for the stop in "a summary way" (e.g., "suspected of criminal activity") and include the central identifying report number and the officer's identifying information | 4c |
| SSA - Ped stops | 43.a | BPD will prohibit officers from conducting *Whren* pretext stops that violate the 14th A or Safe Streets Act | 4c |
| SSA - Ped stops | 43.b | BPD will prohibit officers from conducting pretext stops justified by loitering or misdemeanor trespass, though non-pretextual stops based on those offenses, including in response to calls for service, are allowed | 4c |
| SSA - Ped stops | 43.c | BPD will prohibit using conclusory language without supporting detail in stops documentation | 4c |
| SSA - Ped stops | 43.d | BPD will prohibit reliance on information known to be false or incorrect to effectuate stops | 4c |
| SSA - Ped stops | 43.e | BPD will prohibit "using an individual's geographic location, such as presence in a high crime area, or proximity to the scene of suspected or reported crimes - without any other reasonable articulable facts that an individual is, has, or is about to be engaged in criminal activity - as a basis" for a stop | 4c |
| SSA - Ped stops | 43.f | BPD will prohibit basing a stop "only on an individual's response to the presence of police officers, such as an individual's attempt to avoid contact with an officer" | 4c |

| | | | |
|---|---|---|---|
| SSA - Ped stops | 43.g | BPD will prohibit basing a stop on "an individual's presence in the company of others suspected of criminal activity without any additional reasonable articulable facts" of the indivdual's involvement in criminal activity | 4c |
| SSA - Ped stops | 43.h | BPD will prohibit transporting the subject of a stop for questioning, fingerprinting or other investigatory purposes without PC for an arrest, though officers may transport the subject of a stop to a different location for questioning if the subject so requests; officers must document any such request and the document must be signed by the subject | 4c |
| SSA - Vehicle stops | 44 | BPD officers must stop and detain vehicles only upon PC of a traffic violaton or RAS that the vehicle or an occupant has been, is or is about to be engaged in crime | 4a |
| SSA - Vehicle stops | 45 | BPD officer must use CAD (or a similar system) to accurately record all traffic stops, including the location | 4c |
| SSA - Vehicle stops | 46 | BPD must memorialize data on traffic stops on "auditable forms," and officers must provide "specific and individualized" facts indicating the basis for traffic stops and must not rely on boilerplate language. The system BPD uses to store data on traffic stops must "allow for summarization and searches" and require officers to document: (a) officer names and sequence number; (b) date and time of stop; (c) location of violation and/or stop; (d) duration of stop; (e) driver's demographic category; (f) reason for stop; (g) whether driver and/or occupants were ordered to exit the vehicle and the reason; (h) whether any officer approached the vehicle with weapon drawn; (i) whether a weapons pat-down was conducted and, if so, the RAS that the person was armed and dangerous; (j) whether a search was conducted and, if so, the facts supporting PC; (k) whether the officers asked for consent to search and whether consent was given; (l) whether any unlawful weapon, narcotics or contraband was found; and (m) disposition of the stop, including issuance of any citation or warning or arrest | 4c |
| SSA - Searches | 47 | BPD will prohibit officers from conducting weapons pat downs during stops unless they have RAS that the person is armed and dangerous. BPD will revise its "characteristics of an armed person" training accordingly | 4c |
| SSA - Searches | 48 | BPD will prohibit warrantless searches unless (1) officers have consent, (2) officers have PC that a stopped vehicle contains contraband, (3) incident to arrest, (4) another exception to the warrant requirement is met | 4c |
| SSA - Searches | 49 | BPD will train officers on strip searches and body cavity searches | 4d |
| SSA - Searches | 49 | Reports re strip and body cavity searches must be submitted by the officer and reviewed by commander within 48 hours of the search | 4c |
| SSA - Searches | 50 | BPD will ensure strip searches are conducted only when officers have PC that the person is concealing contraband or a dangerous weapon | 4c |
| SSA - Searches | 50, 51 | All strip searches must receive prior approval from LT or above (unless dangerous weapon suspected) | 4c |
| SSA - Searches | 50, 51 | All strip searches must be conducted in private setting absent exigent circumstances | 4c |
| SSA - Searches | 50, 51 | Officers will explain to the subject the reason for a strip search and give the subject an opportunity to voluntarily produce the suspected item unless it would risk officer safety or evidence destruction | 4c |
| SSA - Searches | 52 | Other than visually inspecting mouth, nose and ears based upon observation that a suspect is attempting to hide items pertinent to an investigation, BPD will ensure that body cavity searches are only conducted with a warrant; officers must consult immediate supervisor to determine existence of PC | 4c |
| SSA - Searches | 52 | Body cavity searches will be performed with recognition of suspect's privacy and hygienic interests by a licensed medical professional under sanitary conditions | 4c |
| SSA - Searches | 53 | Officers are prohibited from searching LGBTQ individuals to view or assign gender based on the person's anatomy, and LGBTQ individuals may not be subject to more invasive search or pat-down procedures than others based on their gender expression or sexual orientation | 4c |
| SSA - Searches | 53 | Absent exigent circumstances, pat-downs of women, including transgender women, shall be conducted by female officers, and LGBTQ individuals' preferences as to the gender of searching officer must be honored | 4c |
| SSA - Searches | 54 | BPD will prohibit officers from relying on known false or inaccurate information to justify a warrantless search or seek a search warrant | 4c |
| SSA - Searches | 55 | BPD ensure that consent searches are not requested or performed absent "individualized reason" (RAS) to conduct a search, and that consent, when requested, is freely given and not coerced | 4c |

| | | |
|---|---|---|
| SSA - Searches | 56, 57 | BPD will require officers to provide individuals a consent to search form and explain the purpose of the form prior to any consent search; the form will explain the right to refuse to, limit or withdraw consent and will include an affirmation of understanding with a signature line; officers will not conduct a consent search until the subject signs the firm, unless the subject refuses to sign and gives oral consent, though the officer must document oral consent and the refusal to sign; if the subject requires further explanation, the officer must affirmatively explain the right to refuse to, limit or withdraw consent; training must emphasize the right to refuse, limit or withdraw consent | 4c |
| SSA - Searches | 58 | BPD will require any declaration supporting a search warrant application include accurate, complete and clear description of the offense, the place or thing to be searched, and the scope and time of the search, and state whether a knock-and-announce or no-knock warrant is sought | 4c |
| SSA - Searches | 59 | BPD will record all searches conducted during all stops | 4c |
| SSA - Arrests | 60 | BPD will ensure that officers issue citations or make arrests only with PC and without relying on known false or incorrect information | 4c |
| SSA - Arrests | 61, 63 | Officers must  must obtain permanent rank supervisor approval before arresting for the following offenses, unless impracticable, in which case they must notify a permanent rank supervisor ASAP after the arrest: (a) obstructing, hindering, or resisting an officer; (b) disorderly conduct; (c) failure to obey; (d) gambling; (e) making a false statement to an officer; and (f) misdemeanor trespass | 4c |
| SSA - Arrests | 62 | BPD will enforce its Quality of Life Offenses policy ensuring "the least intrusive response under the circumstances as reasonably understood by the officer at the time," by (1) developing a system for tracking all citations for offenses listed in para. 61 that will be approved in advance by the MT, (2) reporting the collected citation data to the MT quarterly, (3) analyzing the citation data using "Peer Group Analysis on at least an annual basis" and using the analysis to identify officers who may benefit from additional guidance on least intrusive charging | 4c |
| SSA - Arrests | 64 | BPD will require supervisors to take and document appropriate remedial action to address deficiencies or rule violations in officers' arrest requests, including release or referral for internal or criminal investigation. | 4c |
| SSA - Arrests | 65 | BPD will require officers to complete arrest reports documenting PC for the arrest by the end of the shift | 4c |
| SSA - Arrests | 66 | BPD will ensure it tracks all data from CBIF re arrestees at the time of presentment at CBIF, including evaluation of injury and results of any searches. | 4c |
| SSA - Arrests | 66 | If emergency treatment is necessary, officers will ensure arrestee receives medical attention from appropriate provider and will advise duty supervisor ASAP, and no later than 24 hours after presentment at the medical facility, that medical attention was sought and why. | 4c |
| SSA - Training | 67, 68 | BPD will provide all officers with at least 16 hours of SSA training and at least 4 hours annually thereafter, taught by a qualified legal instructor, to include instruction on, e.g., the difference between the types of police contacts and the legal standards governing each, and will review curriculum annually and update as needed | 4c |
| SSA - Supervisor review | 69 | BPD will ensure supervisory review of all SSA documentation is completed within 72 hours of the encounter, unless the review finds deficiencies and additional investigation or corrective action is required | 4c |
| SSA - Supervisor review | 70 | Supervisors must document and report (a) stops unsupported by RAS or otherwise in violation of policy, (b) searches without legal justification or in violation of policy, and (c) stops or searches that, even if compliant with law and policy, indicate a need for corrective action or review of agency policy, tactics or training | 4c |
| SSA - Supervisor review | 71, 72 | Supervisors must review every arrest report and document their review, indicating any need for corrective action, within 72 hours of the arrest, absent exceptional circumstances (which must be documented), and the review should be for deficiencies, including: boilerplate language, inconsistent facts, lack of articulation of specific facts justifying action, etc.; arrests based on information discovered only after initiation of a stop; arrested unsupported by PC | 4c |
| SSA - Supervisor review | 73 | BPD will conduct training on and audits of supervisory reviews of SSAs to evaluate reviews and conclusions "within seven days of their completion" [??] and, if misconduct is identified, a commander will evaluate the supervisor's assessment and ensure corrective action is taken | 4c |

| | | | |
|---|---|---|---|
| SSA - Supervisor review | 74 | BPD will consider quality of supervisory and commander SSA reviews in performance evaluations | 4c |
| SSA - Supervisor review | 75, 76, 77, 78 | BPD will identify all arrests in which District Court Commissioner [*now SAO/CBIF*] provides data showing RWOC, released based on identity issue, declined to charge, and lack of PC; will have someone other than the supervisor who reviewed such cases review the PC determinations in such cases; will take appropriate action, including training or other corrective action for involved officers or referral for administrative or criminal investigation; and where review finds lack of PC, will document either corrective action taken or the reason for no corrective action | 4d |
| SSA - Supervisor review | 79 | BPD will maintain searchable electronic record of all RWOC (etc) arrests and, on a quarterly basis, will review the data to assess arrest patterns by officer, shift, unit and district | 4d |
| SSA - Supervisor review | 80 | For every search or arrest leading to the recovery of contraband, BPD will require supervisory review and documentation of whether PC supported the encounter | 4c |
| SSA - Supervisor review | 81 | BPD will ensure supervisors take appropriate action (e.g., training, corrective action, referral to PIB) to address all violations or deficiencies in SSAs, including reporting deficiencies, and record each violation or deficiency in the Early Intervention System | 4c |
| SSA - Data collection | 82 | BPD will modify its SSA data collection and review procedures to permit determination of "the nature and scope of demographic disparities" in SSA practices, as well as SSA practices that are most effective | 4c |
| SSA - Data collection | 83 | BPD will develop a written or electronic report form, which officers will use for all stops and searches, whether or not they result in an arrest, citation or summons, and will permit the collection of all required stop and search data in a searchable system that will be integrated into the Early Intervention System and must be approved by the MT and DOJ | 4c |
| SSA - Data collection | 84 | Once the technology is in place, BPD will develop a protocol for analyzing and reporting on SSA data, to include whether SSAs are properly documented with sufficient factual predicates, what percent of stops results in weapons pat-downs (and of those, in recovery of weapons), searches and arrests. | 4c |
| SSA - Data collection | 85 (duplicates 69-80) | BPD will ensure supervisors establish a system for reviewing assigned officers' stop, search, citation and arrest documentation for completeness, accuracy, legal sufficiency and compliance with BPD policy and the CD | 4c |
| SSA - Data collection | 86 | BPD will assess SSA practices quarterly, including (a) the percentage of stops that uncover evidence of criminal activity and the nature of the activity (e.g., felonies) uncovered, (b) the percentage of weapons pat-downs resulting in the seizure of unlawful weapons, and (c) the percentage of searches resulting in the seizure of contraband and the nature of the contraband seized | 4c |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| Impartial policing | 88 | BPD will ensure that officers document the demographic category of all persons who are subject to pedestrian stops, vehicle stops, weapons pat-downs, searches, arrests, and civilain compliants, and will revise its form documents accordingly, as needed. Info re transgender status should be included only if relevant and necessary to an investigation. | 4c |
| Impartial policing | 89 | BPD policies will prohibit discrimination on the basis of demographic category by, among other things: ensuring that its Fair and Impartial Policing policy extends to all protected classes under state, federal and local law; prohibiting officers from considering demographic category when taking or refraining from taking law enforcement action, unless part of a credible description of a specific subject in an ongoing investigation that includes other appropriate, non-demographic identifiers; reaffirming officers will report other officers who engage in discrimination; ensuring officers address and in documentation refers to all individuals (including LGBTQ individuals) using the names, pronouns and titles of individuals' choice without requiring proof of gender identiy; and prohibiting officers from asking about the details of an individual's sexual practices, anatomy, etc., except for valid law enforcement purposes | 4d |
| Impartial policing | 90, 91, 92, 93 | BPD will provide officers training on non-discrimination in police actions, including SSA and UOF, and on FIP, which should include a combination of modalities, and cover, among other things, implicit bias and minimizing its impact, police legitimacy, policing based on nondiscriminatory factors, police and community perspectives on discriminatory policing, legal requirements, importance of protecting civil rights, data collection instruction, history of race and policing in Baltimore, procedural justice principles, and interactions with LGBTQ individuals | 4d |
| Impartial policing | 94 | BPD will have community members participate in FIP training, including leading/co-facilitating | 4c |
| Impartial policing | 95 | BPD will consider officer/officer candidate's bias/discriminatory policing history in evaluating performance, hiring and promotions | 4c |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| BHD response - general | 97 | BPD will coordinate with CPIC to conduct analysis to identify gaps in behavioral health service system (to include sample of BPD interactions with individuals with BHD, including what precipitated crisis, what serices could have prevented crisis, how BPD became involved, how the response could have been improved, and what can be done to prevent such crises), recommend solutions, and assist with implementation of recommendations | 4c |
| BHD response - CI | 98, 99 | BPD will revise policies re interacting with individuals with BHD or in crisis to establish preference for least police-involved response consistent with public safety, including diverting individuals to BH service system rather than jail or emergency room in situations not requiring emergency petitions | 4c |
| BHD response - CI | 100 | BPD will train officers not to make assumptions re dangerousness based on disability | 4c |
| BHD response - CIT | 101 | BPD may continue to operate BEST program if consistent with CD requirements | N/A |
| BHD response - CIT | 102, 103 | BPD will implement a CIT first-responder model of crisis intervention with community, health care and advocacy partnerships, with the goal of equipping officers with methods to interact safely with individuals in crisis, de-escalate, reduce unnecessary UOF, minimize arrests, improve safety for all parties; refer individuals in crisis to the behavioral health system; and reduce inappropriate involvement of individuals in crisis with the criminal justice system | 4c |
| BHD response - CPIC | 104 | BPD will expand CPIC membership to include reps from MDHMH, City Mental Health Court, City SAO, City OPD, City jails, relevant City officials, DRM, community mental health providers, substance abuse service providers, local hospitals, advocates, and BHSB | 4d |
| BHD response - CPIC | 105 | CPIC will identify and implement strategies to reduce number of people with BHD who have encounters with police | 4c |
| BHD response - CIT officers | 106, 107 | BPD will provide specialized 40-hour training, plus annual 8-hour follow up training, in responding to individuals in crisis to CIT officers, in addition to crisis intervention training provided to all officers, to include, among other things, conducting field evaluations, suicide intervention, community BH resources, common BH and intellectual and development disability diagnoses, effects of subsance misuse, civil commitment criteria, and crisis de-escalation | 4c |
| BHD response - CIT officers | 106 | CIT officers will remain in Patrol and retain standard Patrol duties, except when called to crisis events | 4c |
| BHD response - CIT officers | 108 | Qualifications for CIT officers include at least one year as BPD officer; BPD will assess each applicant to determine fitness to serve, including review of application, supervisor recommendations, UOF history, history of complaints, disciplinary file, and interview | 4c |
| BHD response - CIT officers | 109 | Supervisors will identify and encourage officers to apply | 4c |
| BHD response - CIT officers | 110, 119 | BPD (and the CIT coordinator) will ensure that CIT officer capacity is sufficient so that, at all times and in all districts, CIT officers are available to respond to individuals with BHD and in crisis; absent unusual circumstances, at least one CIT officer will respond to incidents where BPD reasonably should know an individual with BHD or in crisis is involved | 4c |
| BHD response - CIT officers | 111 | CIT officers dispatched to incident involving individual in crisis will have primary responsibility for the scene unless a supervisor has assumed responsibility and, if supervisor has done so, s/he will seek input of CIT officer re proper response | 4c |
| BHD response - all officers | 112 | BPD will provide 8 hours of annual IST in crisis intervention to all officers, to include, e.g., recognition of common characteristics and behaviors of individuals with BHD or intellectual or developmental disabilities, proper interaction and communication with such individuals, de-escalation, information about BH system resources, and circumstances requiring CIT officer involvement | 4d |
| BHD response - recruits | 112 | BPD will provide at least 16 hours of crisis intervention training to recruits | 4d |
| BHD response - dispatch | 113 | BPD will provide dispatchers and their supervisors with crisis intervention training enabling them to identify, dispatch and respond to calls for service involving individuals in crisis | 4d |
| BHD response - dispatch | 114 | BPD will revise dispatch policies, with input from CPIC, MT and DOJ, with goal of limiting police involvement in crises where appropriate and ensuring that, where police response is required, CIT officers are dispatched | 4d |
| BHD response - CIT coordinator | 115 | BPD will designate as CIT coordinator an officer ranked Sergeant or above and will ensure CIT coordinator is empowered to fullfill CD requirements | 4c |
| BHD response - CIT coordinator | 116 | CIT coordinator will receive at least 8 hours of training re coordinator role and responsibilities, in addition to CIT officer training | 4c |
| BHD response - CIT coordinator | 117 | CIT coordinator will develop and maintain partnerships with stakeholders and serve as point of contact for advocates, individuals with lived experience, caregivers, and others in BH system, and will consult CPIC for input | 4c |
| BHD response - CIT coordinator | 118 | CIT coordinator will ensure selection of qualified CIT officers | 4c |
| BHD response - CIT coordinator | 120 | BPD, through the CIT coordinator, will develop and implement a crisis intervention plan to ensure a CIT officer responds to all calls/incidents involving an individual in crisis; the plan will include an assessment of the number of CIT officers needed to have at least one respond to every crisis event, the gaps in shift and district coverage, and the measures needed to fill the gaps; BPD will review and revise the plan, as needed, to address any barriers to full coverage | 4c |
| BHD response - CIT coordinator | 120 | On annual basis, BPD will conduct analysis of crisis intervention incidents to determine whether BPD has enough CIT officers, whether CIT officers are being deployed effectively, and whether CIT officers, call-takers and dispatchers are appropriately responding to individuals in crisis, and will make changes in policies and training as needed | 4c |
| BHD response - CIT coordinator | 120 | BPD will adopt performance measures, including quantitative data on key aspects of program operation and qualitative data on officer and community member perceptions of the program | 4a |
| BHD response - data | 121 | BPD will collect data on law enforcement actions involving individuals with suspected BHD or in crisis, including SSA, UOF, injuries and in-custody deaths and any other event requiring data collection, analysis or reporting under the CD | 4c |

BHD response - data                 122

BPD will collect and produce quarterly reports regarding data on calls for service involving individuals with possible BHD or in crisis; the data will include the number of calls, the nature of the crisis, the extent to which the individuals previously interacted with BPD, the disposition of the calls, including whether referred to community services, an emergency room, an emergency petition, arrest or booking, whether force was used, the type of force used, and any steps taken to de-escalate

4c

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| UOF - Principles | 123 | General requirements: BPD will revise its policies, implement training, and make improvements in the investigation and review of officer use of force. | 4c |
| UOF - Principles | 124 | General requirements: BPD must ensure that officers adhere to 8 specific UOF principles | 4c |
| UOF - Policies | 125 | "BPD will require officers to use de-escalation techniques . . . ." | 4c |
| UOF - Policies | 126 | "BPD officers shall be required to use . . . A critical thinking, decision-making framework" with specifically-identified elements. | 4c |
| UOF - Policies | 127 | "Officers will use only the amount of force necessary to control the person and immediately reduce the level of force as the threat diminishes." | 4c |
| UOF - Policies | 128 | BPD policies must be "clear and comprehensive" and "include[] all critical components to guide officers on using force constitutionally." | 4d |
| UOF - Policies | 129 | BPD policies must "guide officers on all force techniques, technologies, and weapons . . . available to BPD officers" and define/describe when each option is appropriate in light of "potential types of resistance." | 4d |
| UOF - Policies | 130 | BPD policy must provide guidance on foot pursuits and UOF at "conclusion of a foot pursuit.' | 4d |
| UOF - Policies | 131 | BPD policy must "provide[] guidance on specific protocols and practices to use when engaging with Youth," including several specifically-identified practices. | 4d |
| UOF - Policies | 132 | BPD policy must "ensure that officers do not use more force than necessary to detain a restrained person" and ensure that any force against restrained individuals is "necessary and proportional given" the subject's offense and danger posed to others. | 4d |
| UOF - Policies | 133 | BPD must "prohibit the use of retaliatory force by officers" against "persons engaged in First Amendment protected activity." | 4d |
| UOF - Policies | 134 | BPD must "prohibit the use of force for punishment," including for fleeing, resisting or assaulting officers | 4d |
| UOF - Policies | 135 | "BPD will prohibit the use of tactics that unnecessarily escalate an encounter and create a need for force.' | 4d |
| UOF - Policies | 136 | BPD officers can "only use the weapons that are enumerated in policy and force techniques on which they are trained . . . ." | 4d |
| UOF - Policies | 137 | BPD "will prohibit the use of chokeholds or neckholds unless deadly force is authorized and no reasonable force alternative exists that is within BPD policy." | 4d |
| UOF - Policies | 138 | BPD policies must "specify that use of force that is not objectively reasonable will subject officers to" various identified consequences. | 4d |
| UOF - Policies | 139 | BPD policy must require officers to carry "at least one less-lethal weapon" whenever on duty | 4d |
| UOF - Policies | 140 | BPD must "categorize Reportable Force into levels for the purposes of reporting and reviewing each use of force," with Levels specifically defined. | 4d |
| UOF - Policies | 141 | BPD policy must require officers to "intervene in incidents in which another officer uses excessive force.' | 4d |
| UOF - CEWs | 142 | "[O]nly officers who have successfully completed approved annual training on CEWs . . . and are currently certified may be issued, carry, and use CEWs." | 4c |
| UOF - CEWs | 143 | CEWs may only be used "where grounds for Arrest or detention are present, and such force is necessary to protect the officer, the subject, or another party from immediate physical harm." | 4c |
| UOF - CEWs | 144 | Each CEW application/standard five-second cycle must be separately justified. | 4c |
| UOF - CEWs | 145 | Officers may "not employ more than three cycles or 15 seconds of a CEW against a subject during a single incident unless lethal force is justified." | 4c |
| UOF - CEWs | 146 | Various, specific requirements for use of CEWs. | 4c |
| UOF - CEWs | 147 | Officers must "obtain appropriate medical treatment for suspects after a CEW deployment." | 4c |
| UOF - CEWs | 148 | BPD will require CEW inspections on a periodic basis . . . ." | 4c |
| UOF - Batons/Impact Weapons | 149 | "Officers will be trained and certified for department-approved batons and espantoons before being authorized to carry Impact Weapons." | 4c |
| UOF - Batons/Impact Weapons | 150 | Impact Weapons to be used only in "situations in which such force is objectively reasonable, consistent with" the general UOF principles, and BPD's training . . . ." | 4c |
| UOF - Batons/Impact Weapons | 151 | "BPD will require that officers justify each strike with an impact weapon." | 4c |
| UOF - Batons/Impact Weapons | 152 | BPD will ensure against use of Impact Weapons "on individuals who are restrained or under control, even if they are non-compliant, unless they present an imminent threat to the safety of the officers or others." Hands-on control measures or arrest control techniques must be used before Impact Weapon against individuals who are restrained. | 4c |
| UOF - OC Spray | 153 | OC Spray to be used "only when such force is objectively reasonable and consistent with" general UOF principles, "including when used for crowd dispersal or protection." | 4c |
| UOF - OC Spray | 154 | "BPD will ensure that officers do not use OC spray to disperse crowds unless individuals within those crowds are committing acts that endanger officer or public safety and security, property, and participants refuse to obey lawful orders to disperse." When used, must be directed at person(s) who presents a threat. | 4c |
| UOF - OC Spray | 155 | BPD will ensure, where practicable, officers provide verbal warnings and reasonable amount of time to comply before using OC spray. | 4c |
| UOF - OC Spray | 156 | "[A]fter the initial application of OC spray, each subsequent spray must also be objectively reasonable and consistent with" general UOF principles. | 4c |
| UOF - OC Spray | 157 | BPD will ensure against use of OC Spray "on a person who is handcuffed or otherwise restrained.' | 4c |
| UOF - OC Spray | 158 | Training must be provided to officers before they carry OC spray. Officers must render medical aid after deployment of OC spray consistent with training. | 4c |
| UOF - OC Spray | 159 | Officers may use "only department-issued or approved OC Spray.' | 4c |
| UOF - Firearms | 160 | Officers may not exhibit or point a firearm "unless the officer reasonably believes that the situation may escalate to create an imminent threat of serious bodily injury or death to the officer or another person." | 4c |
| UOF - Firearms | 161 | BPD must "track the date of officers' qualifications and require that officers successfully qualify in accordance with" MPTSC regulations and standards. | 4c |
| UOF - Firearms | 162 | "[W]hen officers discharge firearms, they [must] continually assess the circumstances . . . And modulate their use of force accordingly, including ceasing to use their firearm when the circumstances no longer require it." | 4c |
| UOF - Firearms | 163 | "[O]fficers, when practical, [must] identify themselves as a law enforcement officer and state their intention to use deadly force before using a firearm." | 4c |
| UOF - Firearms | 164 | Officers may not fire warning shots. | 4c |

| Category | # | Provision | Code |
|---|---|---|---|
| UOF - Firearms | 165 | No "firing at moving vehicles" except under specifically identified circumstances. "[O]fficers should avoid positioning themselves in the path of a moving vehicle . . . . " | 4c |
| UOF - Training | 166 | BPD must provide all current officers with annual UOF training that encompasses a number of expressly identified areas and topics. | 4d |
| UOF - Training | 167 | Paragraph 166 training must also be provided to new officers in the Academy | 4d |
| UOF - Training | 168 | "BPD will provide all officers with annual use of force in-service training . . . . ' | 4d |
| UOF - Reporting, Investigating, and Reviewing Force | 169 | For all Levels of Force, BPD must ensure satisfactory initial reporting and response, supervisory review, departmental analysis, and record keeping and follow-up. | 4c |
| UOF - Reporting | 170 | Officers must notify permanent-rank supervisors immediately or as soon as practicable following Reportable Force.  Supervisor must notify Shift commander by end of shift that force occurred. | 4c |
| UOF - Reporting | 171 | BPD will ensure that officers accurately, thoroughly, and timely report their uses of Reportable Force. | 4c |
| UOF - Reporting | 172 | "[A]ny officer that discharged their firearm will provide a Public Safety Statement to their supervisor when they arrive on the scene" that includes a number of specifically-identified types of information. | 4c |
| UOF - Reporting | 173 | "[E]very officer who uses or observes a Reportable Use of Force" will provide a report, by the end of their tour of duty, that includes a number of specifically-identified types of information based on the Level of force. | 4c |
| UOF - Reporting | 174 | For Levels 2 and 3, "an uninvolved permanent-rank supervisor of an officer using such force" must respond to the scene and categorize the Level of force. | 4c |
| UOF - Reporting | 175 | "When an incident involves multiple types of force or multiple officers, the entire incident will be reported and investigated at the highest level of force used by any officer during the incident." | 4c |
| UOF - Reporting | 176 | BPD must "revise its policies to ensure that officers will not use conclusory statements, boilerplate, or canned language" in UOF reports. | 4c |
| UOF - Reporting | 177 | BPD must take specifically-identified "corrective action, including discipline as appropriate" whenever "Use of Force Reports are found to include material omissions or inaccuracies." | 4c |
| UOF - Reporting | 178 | BPD policy must provide that "officers who use or observe a use of Reportable Force but do not report it will be disciplined, up to and including termination." | 4c |
| UOF - Reporting | 179 | BPD policy will ensure "particularized reporting and review requirements for CEWs, OC spray, and firearms.' | 4d |
| UOF - Supervisory Response/Review for Level 1 & 2 Force | 180 | For Level 1 force, officer's supervisor "will review and document approval or elevate the Level 1 force" before end of shift where force was used. | 4c |
| UOF - Supervisory Response/Review for Level 1 & 2 Force | 181 | "Supervisors will elevate and investigate any Level 1 use of force that appears to have been inappropriate or improperly categorized as a Level 1 use of force."  If "evidence of potential criminal conduct," supervisor must "promptly notify OPR." | 4c |
| UOF - Supervisory Response/Review for Level 1 & 2 Force | 182 | For Level 2 force, uninvolved permanent-rank supervisor of officer "will thoroughly review the incident for consistency with" UOF policy and Consent Decree requirements and, within 72 hours, forward review to officer's lieutenant via Blue Team. | 4c |
| UOF - Supervisory Response/Review for Level 1 & 2 Force | 183 | "If necessary, a supervisor in the chain of command will re-classify" a UOF. If "officer's report reveals evidence of misconduct or potential criminal misconduct," supervisor will "promptly notify" OPR. | 4c |
| UOF - Supervisory Response/Review for Level 1 & 2 Force | 184 | Uninvolved permanent-rank supervisor of officer "will respond to the scene" of Level 2 force. | 4c |
| UOF - Supervisory Response/Review for Level 1 & 2 Force | 185 | "[W]henever there is a visible injury, complaint of injury, or medical attention is requested by any individual, officers shall immediately obtain any necessary medical care." Officers must "provide emergency first aid consistent with their training and experience until professional medical care providers are on the scene." | 4c |
| UOF - Supervisory Response/Review for Level 1 & 2 Force | 186 | Supervisor responding to the scene "must hold a permanent-rank higher than any involved officer(s) who used Reportable Force or directed that it be used." | 4c |
| UOF - Supervisory Response/Review for Level 1 & 2 Force | 187 | If "a supervisor uses, directs, or is otherwise personally involved in any type of use of Reportable Force, . . . a higher-ranking supervisor who was not involved . . . will review the Reportable Force." | 4c |
| UOF - Supervisory Response/Review for Level 1 & 2 Force | 188 | For Level 2 force, uninvolved permanent-rank supervisors responding to the scene will conduct a number of specifically-identified tasks and steps. | 4c |
| UOF - Supervisory Response/Review for Level 1 & 2 Force | 189 | "The supervisor conducting the use of force review will evaluate in writing all uses of force for compliance with BPD policy" and "should provide timely, constructive feedback . . . . " | 4c |
| UOF - Supervisory Response/Review for Level 1 & 2 Force | 190 | For Level 2 force, "first-line permanent-rank supervisors' use of force review" must be completed in Blue Team within 72 hours of the use of force, unless supervisors' commanding officer approves an extension. Documentation must comply with a number of specifically-outlined requirements. | 4c |
| UOF - Supervisory Response/Review for Level 1 & 2 Force | 191 | When "a supervisor determines that force used by an officer may be considered misconduct or potential criminal misconduct, the supervisor will notify OPR . . . " | 4c |
| UOF - Assessments of Levels 1 & 2 UOF Reviews | 192 | First commander in chain of command will ensure that Level 1 and 2 Reportable Force reviews are "thorough, complete, and make[] the necessary and appropriate findings of whether" the UOF "was consistent with BPD policy. "[E]ach higher-level supervisor in the chain of command will review the use of force review to ensure that it is complete and that the review was thorough." | 4c |
| UOF - Assessments of Levels 1 & 2 UOF Reviews | 193 | Supervisors must "gather supplementary evidence or statements . . . when it appears that additional relevant and material evidence may assist in resolving any discrepancies, lack of information, or improve the reliability or credibility of the findings."  All supervisors in chain of command are responsible for "assur[ing] the accuracy and completeness" of UOF reviews "and for initiating corrective action." | 4c |
| UOF - Assessments of Levels 1 & 2 UOF Reviews | 194 | When UOF review findings are "not supported by a preponderance of the evidence," supervisor must recommend changes in consultation with investigating supervisor and previous reviewer and document the evidence/analysis supporting the modification. | 4c |
| UOF - Assessments of Levels 1 & 2 UOF Reviews | 195 | For Level 1 force, district/unit commander is final reviewer, addressing specifically-identified requirements. | 4c |

| | | | |
|---|---|---|---|
| UOF - Assessments of Levels 1 & 2 UOF Reviews | 196 | For Level 2 force, district/unit commander forwards force file to Use of Force Assessment Unit ("UOFAU"). UOFAU conducts administrative Use of Force Assessment on all Level 2 force.  UOFAU "staffed to promote effective and efficient reviews of Level 2" force. | 4c |
| UOF - Assessments of Levels 1 & 2 UOF Reviews | 197 | UOFAU reviews all Level 2 force and "whether findings by the chain of command" meet specifically-identified requirements. | 4c |
| UOF - Assessments of Levels 1 & 2 UOF Reviews | 198 | UOFAU "may refer cases to the Performance Review Board . . . . " | 4c |
| UOF - Assessments of Levels 1 & 2 UOF Reviews | 199 | UOF "assessment may be assigned or re-assigned for investigation to SIRT, or returned to the unit for further investigation, analysis, or corrective action, if warranted." | 4c |
| UOF - Assessments of Levels 1 & 2 UOF Reviews | 200 | "BPD will analyze the data captured in officer" UOF reports. | 4c |
| UOF - Review/Investigation of Level 3 Force - SIRT | 201 | "BPD will develop and implement a SIRT training curriculum and procedural manual" for SIRT to investigate Level 3 uses of force. | 4c |
| UOF - Review/Investigation of Level 3 Force - SIRT | 202 | SIRT will respond to and investigate all Level 3 uses of force, "[a]ny fatal motor vehicle crash in which the actions of a BPD member were a contributing cause," and "[a]ny incident at the direction of the Police Commissioner or his/her designee." | 4c |
| UOF - Review/Investigation of Level 3 Force - SIRT | 203 | "SIRT will be the primary investigating entity" for Level 3 uses of force, will always have one member available to respond to critical incidents, will be qualified to identify and resolve uses of force that are contrary to law or policy and will allow PRB to carry out its functions. SIRT supervisor will lead investigative activity, while training and policy representatives to SIRT will be without an investigative role but "attempt to identify any training or policy issues." | 4c |
| UOF - Review/Investigation of Level 3 Force - SIRT | 204 | For SIRT investigations, "on-scene uninvolved permanent-rank supervisor shall take initial steps in response to the incident consistent with the requirements for Level 2" force "until turning the scene over to the Shift Commander or arriving SIRT personnel." | 4c |
| UOF - Review/Investigation of Level 3 Force - SIRT | 205 | If they arrive on scene before SIRT, Shift Commander must assume incident command from uninvolved supervisor and secure scene, including identifying and segregating witnesses and requesting they stay on-scene. | 4c |
| UOF - Review/Investigation of Level 3 Force - SIRT | 206 | Numerous specific requirements for SIRT personnel responding to scene of Level 3 force. | 4c |
| UOF - PRB | 207 | BPD must maintain Performance Review Board ("PRB") to review UOFAU-referred Level 2 and all Level 3 uses of force, in compliance with various, specifically-identified requirements. | 4c |
| UOF - PRB | 208 | PRB includes Commissioner or Commissioner's designee, with "remaining membership . . . drawn form across the BPD . . . . " | 4d |
| UOF - PRB | 209 | All PRB members must "receive a minimum of eight hours of training on an annual basis . . . . " | 4c |
| UOF - PRB | 210 | PRB must make and document findings and recommendations, including for disciplinary referrals and improvements in training, policies, procedures, tactics, equipment, technology, and organization, for SIRT investigations in a memorandum to the Police Commissioner within 14 days of SIRT presentation to PRB; and also will notify pertinent commanding officer. | 4c |
| UOF - Data Collection, Analysis, and Reporting | 211 | "BPD will collect and maintain all data and records necessary to accurately evaluate its" UOF policies "and facilitate transparency and . . . broad access to information related to BPD's decision making and activities." | 4c |
| UOF - Data Collection, Analysis, and Reporting | 212 | "BPD will ensure the collection and tracking of all documents related to uses of force and allegations of misconduct and related materials," including various specifically-identified types of documents. | 4c |
| UOF - Data Collection, Analysis, and Reporting | 213 | "BPD will ensure the creation and maintenance of a reliable and accurate electronic system to track all data derived from Reportable Force-related documents," including various specifically-identified data. | 4c |
| UOF - Data Collection, Analysis, and Reporting | 214 | BPD must ensure "routine reporting of relevant data to the Commissioner, PRB, and OPR." | 4c |
| UOF - Data Collection, Analysis, and Reporting | 215 | BPD must annually evaluate "forms and data collection systems to improve the accuracy and reliability of data collection concerning the use of force" to be "provided to the Monitor, the DOJ and the public." | 4c |
| UOF - Data Collection, Analysis, and Reporting | 216 | BPD must develop "protocol to accurately analyze the data collected and allow for . . . assessments." | 4c |
| UOF - Data Collection, Analysis, and Reporting | 217 | BPD must annual analyze and publicly report on "prior year's force data . . . to determine trends; identify and correct deficiencies revealed by this analysis; and document its findings in a public report." | 4c |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| Youth | 218 | Officers will take into account individual characteristics when interacting with Youth and will use, as appropriate, alternatives to arrest. | 4c |
| Youth | 219 | The City will conduct a comprehensive assessment of the efforts to decrease Youth involvement with juvenile and criminal justice systems. | 4d |
| Youth | 220 | BPD will assess and revise policies and training to ensure BPD provides guidance on developmentally appropriate responses to and interactions with Youth. | 4c |
| Youth | 221 | BPD will provide initial and ongoing training for officers and will invite Youth advocates and community organizations to participate in developing Youth-focused training. | 4c |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| Transport-Objectives/Policy | 222 | BPD will assess and revise policies as needed to ensure safe, humane transport of prisoners. | 4d |
| Transport- Equipment | 223 | All vehicles used for transport must have functioning seatbelts and a transport vans also must have functioning grip straps | 4d |
| Transport- Equipment | 224 | All transport vans must have functioning transport vehicle camera ("TVC") systems. | 4d |
| Transport- Equipment | 225 | BPD will inspect video recording equipment, seatbelts and straps on a monthly basis to ensure functionality. | 4c |
| Transport- Procedures | 226 | All transported prisoners must secured by seatbelt or restraining device. | 4d |
| Transport- Procedures | 227 | Officers must periodically check on prisoner during transport by direct observation or video to ensure prisoner safety. | 4c |
| Transport- Procedures | 228 | Officers must "restrain persons in custody for transport in a manner that does not cause undue pain" and must not restrain any prisoner "in a prone position" or handcuff any prisoner to the transport vehicle. | 4d |
| Transport- Procedures | 229 | Males and females must not be transported in the same compartment; if only one compartment, they must be transported in separate vehicles;youth and adults must be transported separately; transgender, Intersex, and/or Gender Non-conforming individuals must be transported with arrestees of the same Gender Identity and Expression unless the individual expresses or the officer has a safety concern, in which case the individual must be transported alone. | 4a |
| Transport- Procedures | 230 | All wheelchairs, crutches, prosthetic devices, and other medical equipment required by persons with disabilities must be transported to the final destination, and with such persons if possible. | 4a |
| Transport- Procedures | 231 | Officers must drive the speed limit and in a manner that "preserve[s] the safety and security of the persons in custody being transported" unless "persons being transported requires urgent and emergency medical care" | 4a |
| Transport- Procedures | 232 | The transporting officer will communicate the following to dispatch, which will be recorded and preserved for review: location of vehicle where persons in custody is picked up, time of departure with persons in custody, the number of persons in custody being transported, "destination of the vehicle," "starting and ending mileage on the vehicle… time of arrival at the destination," and if at any time medical attention was needed for the person in custody. | 4a |
| Transport- Procedures | 233 | Officers will "periodically check on persons in custody to ensure no medical distress" and, if signs of distress are shown, officers will take "immediate action," including, as needed "calling for assistance from medical personnel, rendering first aid or immediately transporting individual to the emergency room," plus informing supervisor. | 4c |
| Transport- Monitoring | 234 | BPD will develop policies for determining, at point of transfer, whether transported individual was placed at undue risk, harmed or injured during transport, including gathering data on whether, during transport, a seatbelt was used, force was used, injury occurred and the type of injury and whether first aid was given. | 4d |
| Transport- Monitoring | 235 | Every injury reported during transport will be reviewed as use of force or as part of a Vehicle Crash Investigation. | 4a |
| Transport- Monitoring | 236 | BPD will perform quarterly audits  to determine whether officers are following correct procedures, to include: (a) at least five random audits of transports for each district per quarter, including review of all video recording, analysis of location, time and odometer information, and review of arrest, detention and transport reports; (b) analysis of the data collected during the previous quarter under paragraph 232; (c) a review every injury reported during transport to determine if there are any trends related to transport policies and practices; (d) random, unannounced spot-check in each district for at least three transportation vehicles to inspect use of seatbelts and TVC operation. | 4c, 4c, 4c, 4d |
| Transport- Monitoring | 237 | BPD will take appropriate action, including the initiation of disciplinary procedures, for an officer who did not comply with BPD policies and procedures. | 4c |
| Transport- Policies and training | 238 | BPD will review and revise transport training as needed and will provide transport wagon officers at least eight hours of training on safe and humane transport, counting up to four hours of general training on CD subjects related to safe transport and proper restraint techniques. | 4c |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| 1st A- Intro | 239 | BPD will build upon revised First Amendment policies, and take corrective measures for any officer who violates policy, to ensure respect for rights to criticize law enforcement without being subjected to retaliation, protest, observe officers in public spaces without endangering them or others or interfering appropriate law enforcement action, and peacefully record officers on duty. | 4c |
| 1st A- Expressive Activity | 240 | Officer will not relaliate against indivuduals for lawfully exercing their right to witness, record, comment on or peacefully protest police activity. | 4c |
| 1st A- Expressive Activity | 241 | Officer will not use force in response to an individual engaging in legally protected speech unless the individual poses an imminent threat to the safety of the officer or others. | 4c |
| 1st A- Expressive Activity | 242 | Officers will not treat protesters differently based on the content or viewpoint of their speech. | 4c |
| 1st A- Expressive Activity | 243 | Officers must afford Individuals the right to remain in proximity to and observe law enforcement encounters unless the individuals' presence would jeopardize the safety of the officers or others, physically interfere with the exercise of the officers' duties, violate the law or incite others to violate the law. | 4c |
| 1st A- Expressive Activity | 244 | "BPD will ensure the BPD policy and training will makes clear what conduct consitites 'interference.'" | 4c |
| 1st A- Public Protest | 245 | "BPD will ensure that officers do no unlawfully interfere with lawful protests and assesmbles." | 4c |
| 1st A- Public Protest | 246 | BPD will revise policies for policing public protests to include "[f]actors officers should consider when exercising their lawful discretion to arrest," clear guidelines that minimize enforcement decisions by non-supervisory officers, limitations on the use of less-lethal force during public protest, and a requirement to develop a plan for planned protests. | 4d |
| 1st A- Observe | 247 | Officers must permit individuals to peacefully photograph or record officers performing their duties in public if they do not threaten officers' safety or the safety of other, compromise legitimate police actions, or interfere with the performance of officers' duties. | 4c |
| 1st A- Observe | 248 | Officers must document any instance in which they order an individual to stop recording police activity in public. | 4c |
| 1st A- Observe | 249 | Officers may not search, seize, coerce production of, or review recordings, images or videos without obtaining a warrant, barring exigent circumstances, but may secure the device while awaiting a warrant. | 4c |
| 1st A- Observe | 250 | Officers may not intentionally destroy any device, recording or image or order individuals to destroy them. | 4c |
| 1st A- Policies/Training | 251 | "BPD will review and revise its policies, procedures and trainings associated with the First Amendment protected activity" to comply with the requirements of the CD. | 4d |
| 1st A- Supervision | 252 | Only the rank of Major or above (or, if unavailable, the captain or LT serving as shift commander) may declare an assembly unlawful, and it must be documented in writing; dispersal orders may be issued only after such a declaration; officers must receive supervisory approval before issuing a citation or making an arrest for violating a dispersal order or for any other offense related to protest activities absent an imminent unlawful threat to property or public safety. | 4c |
| 1st A- Supervision | 253 | Officers must obtain supervisory approval within two hours after warrantless seizure of a device or recording due to exigent circumstances; a supervisor must respond to the scene to assess the situation if practicable. | 4c |
| 1st A- Supervision | 254 | A supervisor must be present to approve, prior to transport, any arrest for obstructing or hindering law enforcement while recording police activity or for refusal to obey a dispersal order during a public protest, absent exigent circumstances to be documented as soon as practicable. | 4c |
| 1st A- Improvement | 255, 256 | BPD will conduct annual assessments of its practices related to First Amendment protected activity, which will include analyzing complaints alleging misconduct related to First Amendment protected activity and law enforcement responses to public protests, and will identify deficiencies and opportunities for improvement, implement corrective action or improvements, and document measures taken. | 4c |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| Sex assult | 258 | BPD policies must identify guidelines for trauma-informed, victim-centered, multi-disciplinary response for thorough investigation of sex assault cases, explain the role and responsibilities of all officers throughout response to sex assaults and sex assault investigations, explain the opportunity for forensic exams and medical care to sex assault victims, and ensure victims are offered access to free and confidential support, social service referrals and information from trained victim advocate | 4d |
| Sex assault | 259 | BPD must provide initial and ongoing training to Sex Offense Unit, Family Crimes Unit and Child Abuse Unit detectives, to include guidance to Patrol on how to respond to sex assault reports, guidance to detectives on postponing judgment about the validity of allegations until investigation is completed, highlighting methods to minimize further trauma to victims, identifying stategies to keep investigation focused on suspect's conduct, guidance on the impact of trauma on victims and adjustment to interview practices in recognition of such impact in order to improve victim participation, instruction on the dynamics and scientific concepts re sex assault (including trauma-related behavior, tonic immobility, and effect of trauma on memory), etc. | 4c |
| Sex assault - supervision | 260 | BPD will assign all reports of sex assault to detectives for follow up investigation, thoroughly investigate reports (including alleged non-stranger assaults), consult with forensic examiners to obtain and discuss results of exams and include summaries of results in case reports, ensure investigators have no history of complaints of gender bias or sex misconduct that could impair investigation, enable advocates to be present for interviews with victims' consent if it won't jeopardize the evidentiary value of the interview, continue providing a "soft" interview room, ensure sensitive lines of questioning are preceded with explanations for the questions, allow detectives to ask re victim willingness to prosecut if there is a specific investigative purpose (but without making victim's wishes determinative | 4c |
| Sex assault - supervision | 261 | BPD will ensure officers transport victims to a medical facility for forensic exam whenever warranted and victim consents | 4c |
| Sex assault - supervision | 262 | BPD will establish supervision and oversight measures for sex assault investigations, including (a) developing a system of automated alerts to trigger supervisory review of open investigations according to protocols that include, among other things, supervisory review of sex assault reports within 48 hours of completion, supervisory evaluation of quality of the investigation and (b) requiring pre-case closure supervisory assessment of any sex assault investigation recommended for closure or report classified as unfounded | 4c |
| Sex assault - supervision | 263 | BPD shall collect, share and track crime-specific information re unresolved investigations or reports of sex assault in order to better identify serial offenders | 4c |
| Sex assault - supervision | 264 | BPD will collect and analyze data on (a) the number of reported sex offenses, broken down by crime category and identifying any co-occurring crimes, (b) the total number of offenders, broken down by gender and relationship to the victim, (c) the total number of victims/complainants, broken down by gender, race and age, (d) the total number of sex offense reports categorized as founded and unfounded, broken down by BPD unit categorizing the reports, (e) the total number of ex offense reports, broken down by BPD unit handling the report and according to case status (e.g., arrest, exceptional clearance, open/inactive, referred to SAO), and (f) data about the processing of medical exams | 4c |
| Sex assault - community role | 265 | BPD must share the data collected under para. 264 with the public and SART | 4c |
| Sex assault - community role | 266 | BPD and City will evaulate and revise policies re SART policies and protocol to facilitate periodic sysem reviews to improve services provided to sex assault victims and will continue to permit SART to review cases under MOU | 4c |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| Technology | 267 | BPD will provide its officer with the Technology necessary to implement the Requiremnts in this Agreement. | 4c |
| Technology | 268 | BPD will complete a comprehensive study of the Technology. | 4d |
| Technology | 269 | BPD will develop a Resource Plan for adopting the Technology necessary to satisfy the requirements of the CD. | 4d |
| Technology | 270, 272, 273 | The Resource Study and Plan will: (a) provide BPD personnel with an adequate number of electronic devices necessary for their duties; (b) provide BPD personnel access to law enforcement databases necessary for their duties, including basic information about civilians with whom they interact, call history associated with the locations to which they are responding, warrant and driver's license information, and restraining order information; (c) create a data and records management system capable of efficiently storing all data required by the CD and tracking all officer activities and supervisory reviews required by the CD; and (d) develop an Early Intervention System. The Plan will also identify any of these items that BPD already has acquired or is in the process of acquiring and, if in process, how BPD will finish acquiring and implementing the technology. BPT will submit and obtain MT/DOJ approval for the Plan. | 4d |
| Technology | 271 | BPD will ensure its body-worn camera policy contains certain specific provisions, e.g., clearly stating which officers must use BWCs and under what circumstances, specifying where BWCs should be worn, requiring officers to write their reasons for failing to record activity required to be recorded, requiring officers to inform subjects that they are being recorded, estblishing protocols governing the downloading and reviewing of recordings, requiring officers to document in writing and report any recording interruptions or terminations, and requiring random periodic audits of policy compliance | 4d |
| Technology | 274 | BPD will employ its best efforts to implement the Resource Plan according to the Monitoring Plans. | 4c |
| Technology | 275 | BPD will annually update the Resource Plan to take into account the needs of BPD under the CD. | 4c |
| Technology | 276, 277 | BPD will timely disclose to the public: (1) any new equipment or technology it seeks to acquire; and (2) how it intends to use such equipment or technology. For any equipment or technology procured through the public process conducted by Baltimore City Board of Estimates, BPD may identify the new type of equipment or technology on its website and provide a link to relevant procurment information maintained by BOE. | 4c |
| Technology | 278 | If BPD seeks to acquire or develop new technology without advising the public, BPD will disclose the technology to DOJ and the MT and explain why it believes non-disclosure is necessary. | 4c |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| Supervison - policies generally | 279-80, 282, 285 | All policies must be developed and updated following specific procedures for both officer and community input, including providing for at least one 30-day comment period, and must be clear, use accessible language and be logically organized | 4c |
| Supervision - policies for specialized units | 281 | BPD must provide all specialized units with policies governing their functions | 4c |
| Supervision - policies generally | 283-84 | BPD will work with the MT and DOJ to develop or revise policies required by the CD, will obtain prior approval of all such policies, will include details for development or revision of all such policies in the monitoring plans, and will notify the MT and DOJ of any new or revised policies that the CD does not cover and obtain MT and DOJ agreement re non-coverage | 4c |
| Supervision - policies generally | 286 | For policies requiring urgent revision, the Commissioner may revise them using a temporary memorandum or directive following submission to the MT and DOJ, but must ultimately subject them to MT and DOJ input, public comment, and final MT and DOJ approval | 4c |
| Supervision - policies generally | 287 | BPD will review every new or revised policy required by the CD after it has been in effect for between 12-18 months to ensure it provides clear guidance and is consistent with the CD | 4c |
| Supervision - policies generally | 288 | Officers and employees will have access to readily accessible e-database with all policies | 4d |
| Supervision - policies generally | 289 | BPD will make all policies publicly available on its website and will publish each new or revised policy promptly upon implementation, with exceptions for policies that require confidentiality (e.g., undercover operations) | 4d |
| Supervision - policies generally | 290 | BPD will timely revise policies required by the CD to reflect substantive changes in the law in accordance with CD procedures | 4c |
| Supervision - training generally | 291 | BPD must establish robust training program to ensure officers understand BPD policies, the law, and proper policing techniques | 4c |
| Supervision - training generally | 292 | The City will ensure BPD training programs (see Appendix A) are adequately funded and include adequate facilities | 4c |
| Supervision - training generally | 293 | BPD will provide an adequate number of qualified instructors for the academy | 4c |
| Supervision - training generally | 294 | BPD will develop a comprehensive training plan for in-service training, supplemental training, and field training with a revised FTO program. The Plan will meet certain requirements set forth in subsections a. - i. | 4c |
| Supervision - training generally | 295 | Under the training plan, BPD will review all curricula and lesson plans for consistency, quality, compliance with law, policy and the CD, and adherence to best practices in adult learning, scenario-based training and problem-solving; will identify training that can be delivered in roll call or online; and will assess instructor qualifications and training materials | 4c |

| | | | |
|---|---|---|---|
| Supervision - training generally | 296 | BPD will ensure all instructors are qualified and proficient and will consider performance evals, past performance as an officer, and disciplinary history in selecting instructors | 4c |
| Supervision - training generally | 297 | BPD will actively seek qualified instructors outside the Department and will also incorporate as appropriate experts, community-based instructors and guest speakers (e.g., mental health professionals, judges, prosecutors, victims) to supplement in-house instruction | 4c |
| Supervision - training generally | 298 | When necessary for compliance with the CD, and with MT and DOJ approval, BPD will develop or adopt supplemental basic training and in-service training curricula and lesson plans, including, if appropriate, training to be delivered by outside instructors | 4c |
| Supervision - training generally | 299 | BPD will periodically update the training plan (para. 295) after conducting needs assessments that consider, e.g., trainee-to-instructor ratios, trainee feedback, trends in misconduct complaints, problematic UOFs, SSA data, and changes in law or policy | 4c |
| Supervision - training generally | 300 | BPD will develop and implement a training data tracking system, readily accessible to supervisors, to track trainings attended by every officer, class attendance, and performance on tests. | 4c |
| Supervison - FTO program | 301 | BPD will develop an FTO plan for new recruits in order to have a sufficient number of FTO officers. The plan will incorporate established standards for officer traning programs, contain eligibility criteria and methodology for selecting FTO officers, and include a means for recruits to provide confidential evaluations | 4d |
| Supervision - FTO program | 302 | FTOs must receive at least 40 hours of initial training, and refresher training after one year, to address management and supervision, community policing, problem-solving and field communication. FTOs must be able to demonstrate proficiency in their jobs. BPD will maintain up to date documentation of FTO evaluations and training in the training data tracking system | 4c |
| Supervision - character, duties and training | 303 | BPD will ensure that supervisors provide effective supervision by enforcing an expectation of policing consistent with law and policy; providing leadership, counseling and support; leading efforts to increase public trust; responding to, documenting and reviewing SSA, UOFs and other conduct under BPD policy; identifying and addressing misconduct through corrective action, training, or PIB referral; identifying training and professional development needs for individuals, squads and department-wide | 3 |
| Supervision - character, duties and training | 304-05 | Supervisors must document performance of their supervisory duties in RMS or EIS, as appropriate, including: disciplinary referrals and non-disciplinary counseling; responses to scenes; reviews of officer conduct, including UOFs and other reports required by policy; training and professional development needs for officers and actions taken in response to those needs | 3 |
| Supervision - character, duties and training | 306 | Supervisor performance evaluations and promotions will be based on fulfillment of supervisory duties | 3 |
| Supervision - character, duties and training | 307 | Failure to fulfill supervisory duties will result in corrective action, training, or discipline, as appropriate | 3 |

| | | | |
|---|---|---|---|
| Supervision - character, duties and training | 308-09 | Supervisors, both current and new, will undergo supervisory training prior to start of promotional assignment, which will include, e.g., techniques for guiding officers and promoting constitutional police practices, de-escalation, evaluating written reports, investigating UOFs, building community partnerships, understanding supervisory tools like EIS and BWCs, responding to and investigating allegations of officer misconduct, evaluating officer performance, disciplinary system requirements and non-punitive corrective actions. The training will include a field traning component. | 3 |
| Supervision - character, duties and training | 310 | All supervisors will receive annual in-service training re management | 3 |
| Supervision - character, duties and training | 311 | BPD will hold supervisors accountable for the quality of their supervision, including whether they properly identify and respond to misconduct and whether officers effectively engage with the community | 3 |
| Supervision - EIS | 312 | BPD will perform an analysis of existing systems used to record, track, review and evaluate officer activity | 2 |
| Supervision - EIS | 313-14 | BPD will upgrade its EIS in accordance with the Technology Resource Plan, either by enhancing the current system or implementing a new relational database, so that it promotes supervisory awareness and proactive identification and correction of potentially problematic officer behavior. The City will provide the necessary resources. | 2 |
| Supervision - EIS | 315 | The EIS will be customizable, adapative as new information becomes available, auditable, capable of prioritizing officers for intervention, and capable to assess the efficacy of interventions | 2 |
| Supervision - EIS | 316-17 | The EIS will include a computerized relational database used to collect, maintain, integrate and retrieve department-wide, district-wide and unit-wide data, as well as data on each officer necessary to ensure supervisory awareness of both potentially problematic behavior and stress, including data, for each officer, on all UOFs broken down by level and type; all injuries and deaths to people in custody; vehicle pursuits and collisions; instances in which force is used and individuals are charged with failure to obey, resisting arrest, assault on a an officer, disorderly conduct, trespassing or a QOL offenses; instances involving issuance of three or more citations; BWC and in-car camera policy violations; matters involving a declination to prosecute due to officer credibility, a court finding regarding officer credibility, or the granting of a motion to suppress due to a constitutional violation; all misconduct complaints; judicial proceedings in which an officer is the subject of a restraining order; all criminal proceedings initated against an officer; all civil or administrative matters filed with or against BPD based on an officer's actions; all disciplinary actions taken; all non-disciplinary corrective action taken; all awards and commendations; sick leave usage; and training records. BPD will develop policies (with MT and DOJ approval) that include specific requirements for satisfying these data requirements. | 2 |

| | | | |
|---|---|---|---|
| Supervision - EIS | 318 | Supervisors and other resopnsible BPD personnel will timely and accurately enter all information into the EIS in an organized and readily accessible manner to facilitate identification of potentially problematic behavior before it occurs | 2 |
| Supervision - EIS | 319 | The EIS will allow for close monitoring of officer conduct, including: Peer Group Analysis of officers with similar assignments; supervisory review based on EIS indicators; and supervisory review of every officer who previously was triggered for review. | 2 |
| Supervision - EIS | 319 | Command staff and other supervisors will regularly review EIS data to evaluate performance of officers across ranks, units and shifts | 2 |
| Supervision - EIS | 320 | Command staff will collect and, at least quarterly, analyze EIS information regarding supervisor, squad and officer trends | 2 |
| Supervision - EIS | 321 | First line supervisors and lieutenants will review EIS data for all officers under their command at least monthly and whenever an officer first comes under their supervision, and at least quarterly will review pattern-based reports | 2 |
| Supervision - EIS | 322 | All supervisors will be trained on how to use the EIS, interpret the data, and peform appropriate interventions | 2 |
| Supervision - EIS | 323 | BPD will retain or develop internally the expertise needed to perform individualized interventions to address problematic or potentially problematic officer conduct. Non-disciplinary interventions will be timely performed and designed to correct or prevent problematic behavior. All interventions will be documented in writing, entered into the EIS, and reviewed, evaluated and documented for their effectiveness. | 2 |
| Supervision - EIS | 324 | BPD will develop and implement a protocol for using the EIS, which will include requirements for data storage, data retrieval, reporting, analysis, pattern identification, supervisory use, intervention, documentation, audits, system access, and confidentiality | 2 |
| Supervision - EIS | 325 | BPD will maintain all equipment and software needed to maintain and use the EIS, and will retain officer-specific information for at least five years after the officer's separation from BPD and information needed for aggregate statistical analyses for at least 20 years. | 2 |
| Supervision - EIS | 326 | BPD will ensure officers are provided with information regarding the function and scope of the EIS within 60 days of implementation | 2 |
| Supervision - EIS | 327 | BPD will create an EIS compliance plan (with MT and DOJ input) that must incude a clear explanation of the relationship among the different types of data within EIS, the hardware and architecture needed to facilitate those relationships; the source systems that will supply the data; the personnel responsible for implementation; and the proposed implementation timeline. | 2 |
| Supervision - assessment | 328 | BPD will develop protocols for annually evaluating the effectiveness of officer supervision and, in the evaluations, will identify and document deficiencies and corrective actions | 2 |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| Misconduct - OPR | 330 | OPR must be "physically located in a facility that is separate from other BPD buildings," is publicly accessible, and "has space for receiving members of the public and for permitting them to file complaints." | 4d |
| Misconduct - OPR | 331 | OPR employees cannot "be assigned to duties that may create any conflict of interest" or appearance of such a conflict. | 4c |
| Misconduct - OPR | 332 | OPR must have "sufficient resources and qualified staff." | 4c |
| Misconduct - OPR | 333 | OPR will have power to "investigate all complaints of officer misconduct," "coordinate with CRB on all complaints within CRB jurisdiction," and oversee misconduct investigations that "do not involve police-civilian interactions." | 4d |
| Misconduct - OPR | 334 | BPD will revise policies and protocols "to ensure that investigators and supervisors are provided with sufficient guidance." | 4d |
| Misconduct - Complaint Intake, Classification, and Communication | 335 | BPD will revise OPR policies on complaint intake, classification, and communication with complainants to comply with terms of Consent Decree. | 4d |
| Misconduct - Complaint Intake, Classification, and Communication | 336 | "BPD will ensure that the complaint intake process is open and accessible for individuals who wish to file complaints about BPD officers' conduct" by adhering to a number of specifically-identified requirements. | 4c |
| Misconduct - Complaint Intake, Classification, and Communication | 337 | "BPD shall ensure that there are adequate protocols to encourage and protect officers who report violations of policy by other officers" and that officers who observe or become aware of misconduct report it. | 4c |
| Misconduct - Complaint Intake, Classification, and Communication | 338 | BPD will classify complaints 'based solely on the nature of the allegations and the facts alleged in such allegations," with OPR adopting a protocol and process to support this classification process. | 4c |
| Misconduct - Complaint Intake, Classification, and Communication | 339 | "BPD and CRB will each develop a protocol delineating each agency's responsibilities for complaint intake, classification, investigation and review, and how the agencies will interact throughout the investigation and disciplinary process." The protocols will contain certain, specific provisions. | 4d |

| | | |
|---|---|---|
| Misconduct - Complaint Intake, Classification, and Communication | 340 | BPD will establish "a system to document and address" misconduct allegations received "from the State's Attorney's Office or by a judicial officer during a civil proceeding" that addresses certain specific requirements. | 4d |
| Misconduct - Complaint Intake, Classification, and Communication | 341 | Supervisors will respond to the scene of complaints, document the complaint, and report it to OPR, complying with various, specific requirements. | 4c |
| Misconduct - Complaint Intake, Classification, and Communication | 342 | For civilian complaint investigations, the investigator "will send periodic written updates to the complainant by mail and by email," complying with various, specific requirements. | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 343 | "BPD will ensure that misconduct investigators will conduct objective, comprehensive, and timely administrative investigations of all allegations of officer misconduct" and base all findings on an appropriate standard of proof clearly delineated in "policies, training, and procedures." | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 344 | OPR investigators will follow various, specifically-identified investigative procedures. | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 345 | "BPD shall conduct a sexual misconduct incident review at the conclusion of every investigation of a sexual misconduct complaint against a BPD officer or employee concerning conduct against a non-BPD employee." The review will adhere to various, specifically-identified guidelines and requirements. | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 346 | "BPD shall document its reasons for implementing or not implementing the recommendations of the sexual misconduct incident review team." | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 347 | "BPD will develop and implement policies to ensure that the officer accused of misconduct receives notice that he or she is under investigation." The policies will include various, specifically-identified provisions. | 4c |

| Misconduct - OPR Administrative Misconduct Investigations | 348 | BPD will preclude interference or collusion with misconduct investigations. | 4c |
|---|---|---|---|
| Misconduct - OPR Administrative Misconduct Investigations | 349 | BPD will ensure that misconduct investigators do not ask leading questions, discourage BPD personnel from providing a full account, or close an investigation for certain, specifically-identified reasons. | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 350 | OPR supervisors must "regularly meet with misconduct investigators to evaluate the progress of an investigation" and must "properly document[]" such meetings. | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 351 | "At the conclusion of each investigation, misconduct investigators will prepare an investigation report," including various, specifically-identified components. | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 352 | BPD will develop a process for completed misconduct investigations to be "evaluated for policy, training, tactical [and] equipment concerns, including recommendations for how those concerns will be addressed," with the evaluation addressing various, specific requirements. | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 353 | "BPD may develop a protocol governing the imposition of discipline in an expedited manner, when an officer agrees to the proposed discipline" so long as it adheres to various, specific requirements. | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 354 | Supervisory review of misconduct investigations must comply with various, specifically-identified procedures and requirements. | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 355 | "BPD will ensure that anyone tasked with investigating employee misconduct possesses excellent investigative skills, a reputation for integrity, the ability to write clear reports, and the ability to be fair and objective in determining whether an employee committed misconduct. When selecting new investigators, BPD will consider the candidates' complaint history . . . ." | 4c |

| | | | |
|---|---|---|---|
| Misconduct - OPR Administrative Misconduct Investigations | 356 | BPD will take certain, specifically-identified measures to prohibit conflicts of interest in misconduct investigations and in those personnel assigned to hold disciplinary hearings or make disciplinary decisions. | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 357 | "At the discretion of the Director of the OPR, a misconduct investigation may be assigned or re-assigned to another misconduct investigator. This assignment or re-assignment shall be documented in writing." | 4c |
| Misconduct - OPR Administrative Misconduct Investigations | 358 | "BPD will provide information to the Office of the Public Defender about how to file and follow-up on complaints about officer misconduct." | 4c |
| Misconduct - Criminal Misconduct Investigations | 359 | Investigator must "promptly notify OPR" upon finding "evidence indicating apparent criminal conduct by any BPD personnel." OPR will consult with relevant prosecuting or federal law enforcement agency regarding criminal investigation. "Absent specific circumstances that would jeopardize the criminal investigation," OPR/CRB "may continue with the administrative investigation(s) of the allegation." | 4c |
| Misconduct - Criminal Misconduct Investigations | 360 | BPD shall consult with prosecuting agency and seek Commissioner approval before taking a compelled statement for the purposes of conducting an administrative investigation "when a BPD officer refuses to give a voluntary statement and BPD has probable cause to believe the person has committed a crime." | 4c |
| Misconduct - Criminal Misconduct Investigations | 361 | OPR must "ensure that criminal investigators do not have access to any materials protected by *Garrity*," and BPD must "develop and implement protocols to ensure that criminal and administrative investigations of BPD employees are kept appropriately separate." | 4c |
| Misconduct - Criminal Misconduct Investigations | 362 | BPD employees must continue to "provide a public safety statement regarding a work-related incident or activity, including Use of Force Reports and incident reports." | 4c |
| Misconduct - Criminal Misconduct Investigations | 363 | OPR shall request an explanation for prosecutors declining to prosecute or dismissing a criminal case after the initiation of criminal charges when BPD has referred an investigation of an officer. | 4c |
| Misconduct - Criminal Misconduct Investigations | 364 | OPR "shall maintain all reports and files concerning criminal investigation of officers after they are completed for the duration of the officer's employment with BPD." | 4c |
| Misconduct - Referral of Investigations to Outside Entities | 365 | "BPD shall develop protocols to govern when to refer allegations of administrative or criminal misconduct by BPD officers to another law enforcement agency or qualified outside investigator to conduct the investigation." | 4d |

| | | |
|---|---|---|
| Misconduct - Referral of Investigations to Outside Entities | 366 | Outside investigation protocols must "include provisions for dealing with incidents in which there are actual or perceived conflicts of interest . . . . " | 4d |
| Misconduct - Referral of Investigations to Outside Entities | 367 | Outside investigation protocols must "include provisions that govern when BPD's review of a referred investigation would be appropriate." | 4d |
| Misconduct - Referral of Investigations to Outside Entities | 368 | Where BPD review is appropriate, "OPR shall review the completed investigation to ensure that it is of sufficient quality and completeness," with OPR Director requesting that outside entity conduct 'additional investigation" where necessary. | 4c |
| Misconduct - Referral of Investigations to Outside Entities | 369 | Outside entity investigating potential criminal conduct must document decision to close investigation without referral to a prosecuting agency.  "OPR shall separately consider whether to refer the matter to a prosecuting agency" and document that decision in writing. | 4c |
| Misconduct - Referral of Investigations to Outside Entities | 370 | "If the prosecuting agency declines to prosecute an officer or dismisses the criminal case after the initiation of criminal charges, the OPR shall request an explanation for this decision, which shall be documented in writing and appended to the criminal investigation report." | 4c |
| Misconduct - Referral of Investigations to Outside Entities | 371 | OPR will "maintain all criminal and administrative investigation reports and files" of outside entities after reports/files are completed. | 4c |
| Misconduct - Disciplinary Charges | 372 | "BPD will ensure that disciplinary charges for sustained allegations of misconduct are consistently applied, fair, and based on the nature of the allegation, the evidence, and that mitigating and aggravating factors are identified and consistently applied and documented." | 4a/will be affected by the Admin Charging Committee under new state law |
| Misconduct - Disciplinary Charges | 373 | Where OPR investigation determines that officer actions violate policy, "BPD shall ensure appropriate charges are brought and/or corrective action is taken." | 4a/will be affected by the Admin Charging Committee under new state law |
| Misconduct - Disciplinary Charges | 374 | When investigation addresses misconduct not involving police-civilian interactions and is conducted by a Supervisor at a District/Unit, District Commander has "authority to initiate appropriate disciplinary action and/or take corrective action . . . . " | 4c |
| Misconduct - Disciplinary Charges | 375 | BPD will review and ensure that all disciplinary matrices, policies, and procedures comply with various, specifically-identified requirements. | 4c/will be affected by forthcoming state law matrix |
| Misconduct - Disciplinary Charges | 376 | "Each sustained misconduct allegation shall be considered for the purposes of recommending discipline." | 4c |

| | | |
|---|---|---|
| Misconduct - Disciplinary Charges | 377 | BPD will not "suspend[] a misconduct investigation solely because" an officer has resigned. | 4d |
| Misconduct - Disciplinary Charges | 378 | "BPD will provide the required notice to the Maryland Police Training and Standards Commission, including when an officer resigns while a misconduct investigation or disciplinary charges are pending." | 4a |
| Misconduct - Disciplinary Hearings | 379 | BPD will ensure that disciplinary hearings "comport[] with state law" and Consent Decree requirements. | 4a |
| Misconduct - Disciplinary Hearings | 380 | "Two civilian voting members will participate and vote in each disciplinary hearing conducted by BPD, if permitted by law." | 4d/will be affected by trial board composition requirement under new state law |
| Misconduct - Disciplinary Hearings | 381 | "Disciplinary hearings will be audio recorded in their entirety." | 4c |
| Misconduct - Disciplinary Hearings | 382 | "If an accused officer provides new and material evidence at a disciplinary hearing, the hearing will be suspended" unless good cause for continuing the hearing is provided in writing by the panel; if hearing is suspended, new evidence will be investigated and evaluated before the hearing is resumed; OPR will conduct a new investigation if it appears officer intentionally withheld the new evidence during the initial investgation. | 4a |
| Misconduct - Disciplinary Hearings | 383 | Disciplinary board hearing must "provide in writing the findings, as well as a recommendation made pursuant to the BPD disciplinary matrix," including justification for not imposing discipline or imposing non-disciplinary corrective action. | 4a |
| Misconduct - Disciplinary Hearings | 384 | "Disciplinary hearings shall be scheduled within 30 days of informing the officer of the recommended discipline. BPD will use its best efforts to ensure that disciplinary hearings will be conducted within 120 days of informing the involved officer of the recommended discipline." | 4a |
| Misconduct - Imposition of Discipline | 385 | "BPD will ensure that discipline comports with due process and is consistently applied, fair, and based on the nature of the charges, the evidence, and that mitigating and aggravating factors are identified and consistently applied and documented." | 4a/will be affected by trial board determinations under new state law |
| Misconduct - Imposition of Discipline | 386 | Full investigative file "shall be provided to the Commissioner . . . for the ultimate determination of whether to impose discipline." | 4a/will be affected by trial board determinations under new state law |
| Misconduct - Imposition of Discipline | 387 | "OPR shall maintain all administrative investigation reports and files after they are completed for the duration of the officer's employment with BPD. Once the officer leaves BPD employment," the disciplinary record will be maintained by BPD HR. | 4a |

| | | | |
|---|---|---|---|
| Misconduct - Imposition of Discipline | 388 | "BPD will eliminate policies that authorize the expungement of records where an employee accepts discipline." | 4d |
| Misconduct - Mediation | 389 | BPD will "provide a mediation program . . . to act as an alternative to the investigation process . . . for certain minor allegations of officer misconduct impacting civilians." The program will include various, specifically-identified provisions. | 2 |
| Misconduct - Mediation | 390 | BPD and City will ensure "effective" administration of mediation program and "disseminate information to the public about the availability of community mediation." | 2 |
| Misconduct - Mediation | 391 | Complaints that are sent to mediation must be tracked in the "centralized electronic numbering and tracking system for all allegations of misconduct." | 2 |
| Misconduct - Tracking Misconduct | 392 | "BPD will maintain a centralized electronic numbering and tracking system for all" misconduct allegations that complies with various, specifically-identified requirements. | 4c |
| Misconduct - Tracking Misconduct | 393 | "BPD will develop a protocol to share information from OPR misconduct investigations with prosecuting agencies when appropriate" and will work with local prosecuting attorneys to develop the protocol. | 4c |
| Misconduct - Tracking Misconduct | 394 | "[C]omplainants and the public will be able to assess the status of, and track, misconduct investigations," as permitted by law. | 4c |
| Misconduct - Tracking Misconduct | 395 | OPR will track various, specifically-identified complaint categories. | 4c |
| Misconduct - Transparency Measures | 396 | BPD and City "recognize the importance of transparency" and "will continue to take steps to increase transparency." | 4c |
| Misconduct - Transparency Measures | 397 | "City and BPD will develop and implement a program to promote awareness . . . about the process for filing complaints." | 4c |
| Misconduct - Transparency Measures | 398 | BPD website will include "detailed written description, in plain language," of the BPD complaint investigation and officer discipline process, as well as "description of the CRB complaint option and a link to the CRB website." | 4d |
| Misconduct - Transparency Measures | 399 | BPD will "create a short video that explains the jurisdiction and duties of entities within BPD" and will "make publicly available all policies and procedures regarding its internal investigation and disciplinary process." | 4c |
| Misconduct - Transparency Measures | 400 | "BPD will post and maintain at the reception desk at BPD headquarters and in locations at all District stations . . . permanent placards clearly and simply describing the BPD and CRB civilian complaint intake process." | 4c |

| | | | |
|---|---|---|---|
| Misconduct - Transparency Measures | 401 | BPD will create complaint forms and information materials "that describe the internal and disciplinary process at CRB and BPD." | 4c |
| Misconduct - Transparency Measures | 402 | OPR and CRB will produce quarterly public reports on misconduct investigations that provide various, specifically-identified data. | 4c |
| Misconduct - Transparency Measures | 403 | "BPD will develop a protocol to ensure appropriate transparency concerning the disciplinary hearing process and outcomes." | 2 |
| Misconduct - Transparency Measures | 404 | "After final disposition of misconduct complaints, BPD shall make detailed summaries" publicly available on its website, as permitted by law. | 2 |
| Misconduct - Transparency Measures | 405 | BPD will conduct annual audits of BPD's disciplinary process, including complaint intake, investigation and imposition of discipline, and publish reports. | 2 |
| Misconduct - Additional Oversight Measures | 406 | "BPD shall establish a testing program designed to assess civilian complaint intake" that includes various, specifically-identified features. | 2 |
| Misconduct - Additional Oversight Measures | 407 | BPD's civilian complaint intake testing program will not include various, specifically-identified features. | 2 |
| Misconduct - Additional Oversight Measures | 408 | BPD will produce an annual report on the testing program that includes various, specifically-identified information. | 2 |
| Misconduct - Training | 409 | "BPD will provide all investigators assigned to the OPR with at least 40 hours of comprehensive training on conducting employee misconduct investigations." | 2 |
| Misconduct - Training | 410 | BPD's misconduct investigator training will include instruction on various, specifically-identified subjects. | 2 |
| Misconduct - Training | 411 | Misconduct investigator training 'will be provided by sources both inside and outside of BPD" to ensure "training on investigative techniques that are specific to the Baltimore community, and BPD policies, procedures, and disciplinary rules." | 2 |
| Misconduct - Training | 412 | CRB investigators must receive "at least 40 hours of comprehensive training on conducting investigations into officer misconduct," including instruction on various, specifically-identified subjects. | 4c |
| Misconduct - Training | 413 | BPD will ensure that training provided to BPD misconduct investigators "pursuant to this Agreement is available to CRB investigators." | 4c |

| | | | |
|---|---|---|---|
| Misconduct - Training | 414 | BPD supervisors/personnel who investigate misconduct not involving police-civilian interactions "will receive 8 hours of in-service training annually related to conducting misconduct investigators." Supervisors must receive at least 4 hours of training on accepting civilian complaints when called to a scene. | 3 |
| Misconduct - Training | 415 | "BPD will provide training to all personnel on BPD's revised or new policies related to misconduct investigations and discipline," including instruction on various, specifically-identified subjects. | 3 |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| Coordination- School Police | 416 | BPD's authorization to BSP to exercise law enforcement powers is memorialized in a Memorandum of Understanding. | 4d |
| Coordination- School Police | 417 | BPD will conduct an initial assessment to evaluate the frequency with which BSP is using law enforcement power under the MOU, as well as assess opportunities for improvement. Following the assessment, BPD will conduct a biennial evaluation of its efforts to improve coordination with BSP. | 4c |
| Coordination- School Police | 418 | BPD will change the MOU to address the pporotunities for improvement identified in the initial assessment and require each agency's officers to cooperate in the other agency's administrative investigations when both agencies' officers are involved in an incident, unless doing so would jeopardize BPD administrative investigations. | 4c |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| Recruitment, Hiring and Retention | 419 | BPD will review and revise its recruitment and hiring program to ensure that BPD successfully attracts and hires a diverse group of qualified individuals. | 4c |
| Recruitment, Hiring and Retention | 420-21 | BPD will develop a written Recruitment Plan with certain, specifically-identified provisions. | 4d |
| Recruitment, Hiring and Retention | 422 | BPD will implement the Recruitment Plan. | 4c |
| Recruitment, Hiring and Retention | 423 | BPD will conduct an in-depth review of BPD's current hiring processes for officers and state hiring criteria to assess if any process has a disparate impact on any Demographic Category. | 4d |
| Recruitment, Hiring and Retention | 424 | BPD's backgroud investigation for hiring officers will include: an in-person psychological screening with a trained psychiatrist or psychologist; a background investigation including police records, education, employment, military history, etc.; a review of personnel files from prior employment; a pre-employment investigation that includes requesting a candidate's history of lethal and less lethal force; contacting MPSTC to review license status; checking the National Decertification Index; determinining if the candidate has any civil actions; and implementing pre-employment screening mechanisms, such as accessing social media. | 4c |
| Recruitment, Hiring and Retention | 425 | The background investigation and screening do not need to completed for candidates whose applications do not meet the minimum criteria or do not advance. | 4c |
| Recruitment, Hiring and Retention | 426 | BPD will create a Retention Plan with various, specifically-identified provisions. | 4d |
| Recruitment, Hiring and Retention | 427 | BPD will conduct annual assesments of its recruitment and retention efforts and identify any deficiencies and opportunities for improvemt. | 4c |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| Staff, Evaluations and Promotions | 428 | BPD will complete a Staffing Study to assess the appropriate number of sworn and unsworn personnel needed to fulfill BPD's mission, enable supervision, and satisfy CD requirments. | 4d |
| Staff, Evaluations and Promotions | 429 | BPD's will complete a Staffing Plan that provides for personnel development to ensure effective community and problem-oriented policing; well-trained staff and resources to conduct timely misconduct investigations; sufficient number of patrol officers in each district; unity of Command to the extent feasible; sufficient number of supervisors; and BPD's and the City's existing and projected resources. | 4d |
| Staff, Evaluations and Promotions | 430 | BPD will implement the Staffing Plan in a manner that reflects the City's and BPD's fiscal resources. | 4c |
| Staff, Evaluations and Promotions | 431 | Performance evaluations will include supervisor's written evaluation of the officer's performance during the rating period and an in-person meeting. | 3 |
| Staff, Evaluations and Promotions | 432 | BPD will use a formal system to evaluate officer performance, which will include supervisor consideration of: demonstrated intergrity and ethical decision- making; demonstrated commitment to community engagement, building trust and bias-free policing; effective use of de-escalation and crisis management techniques; communication and decision- making skills; civilian commendations; disciplinary actions; and the quality and accuracy of officer reports, search warrants and supportive affidavits. | 3 |
| Staff, Evaluations and Promotions | 433 | Supervisors will meet with their subordinates  on an ongoing basis to discuss their performance and document ongoing efforts regarding challenges and areas of growth. | 3 |
| Staff, Evaluations and Promotions | 434 | Performance evaluations for each supervisor will include assessments of the supervisor's effectiveness in conducting the supervisory reviews required by the CD. | 3 |
| Staff, Evaluations and Promotions | 435 | "The BPD will ensure its promotional systems establish clear criteria that prioritize effective, constitutional, and community-oriented policing as factors in promotion." | 4c |

| Consent Decree Area | CD Paragraph Number | Summary of Requirements | Compliance Status |
|---|---|---|---|
| Assistance and Support | 436 | BPD will provide all sworn officers with an Employee Assistance Program ("EAP") with certain, specifically-identified provisions. | 4c |
| Assistance and Support | 437 | As part of the EAP, BPD will complete and maintain a list of mental and physical health service providers and will ensure officers have easy access to this information. | 4c |
| Assistance and Support | 438 | The BPD will develop peer support services, including (1) a peer support program to provide officers emotional, social and practical support and (2) a peer intervention program that provides training to safely intervene before an officer engages in unethical behavior, accept an intervention from another officer when it occurs, and provide emotional, social and practical support to officers who intervene. | 4c |
| Assistance and Support | 439 | BPD will offer voluntary mental health evaluations before an officer returns to full duty following a traumatic event. | 4c |
| Assistance and Support | 440 | BPD will develop well-being protocols that will include: close monitoring and checks of officers' well-being by supervisors availability of mental health care to officers; health and safety guidance during pre-deloyment briefings; close monitoring of officer fatigue and indications of stressors; and deployment of counselors or psychologists for officers and their families during prolonged periods of demonstrations or unrest. | 4c |
| Assistance and Support | 441 | BPD will annually assess officer assistance and support programs, identify opportunities for improvement, and document improvements made. | 4c |