IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| v. | * | **CIVIL NO. JKB-17-0099** |
| **BALTIMORE POLICE DEPARTMENT,** *et al.*, | * | |
| Defendants. | * | |

o0o

### BALTIMORE POLICE DEPARTMENT'S CERTIFICATION REGARDING SEXUAL ASSAULT INVESTIGATOR TRAINING DELIVERY

The Consent Decree requires the Baltimore Police Department (BPD) to provide "on-going annual training" to all BPD detectives in the Sex Offense, Family Crimes, and Child Abuse Units about its policies and practices applicable to law enforcement response to sexual assault. ECF No. 2-2 (as modified by ECF No. 39), ¶ 259. Consistent with the requirements of Paragraph 259, BPD developed a training curriculum that emphasizes victim-centered, offender-focused, and trauma-informed investigations of all allegations of sexual assault. The training curriculum development was an intensive, collaborative effort between various subject matter experts; BPD's Sex Offense, Consent Decree Implementation and Education & Training Units; the Department of Justice; and the Monitoring Team. The training curriculum also reflects substantial input from the Baltimore City Sexual Assault Response Team (SART), particularly from the Maryland Coalition Against Sexual Assault (MCASA). The components of the training (one e-learning for all investigators, one e-learning for supervisors, and a sixteen hour in-person training for all investigators and supervisors) were developed from January of 2021 through December of 2021 and received approval in December 2021. ECF No. 467. Upon delivery of this training, the Fourth-Year

Monitoring Plan requires BPD to certify that all required personnel received it. Specifically, the Updated Fourth Year Monitoring Plan requires:

> BPD will certify to the Court that all eligible and relevant BPD personnel have successfully completed the required Annual Sexual Assault Detective Training. To the extent that some officers who should have completed training did not, BPD will provide the Court a statement of how many officers failed to complete the training without good cause, as well as an explanation of the remedial efforts or disciplinary processes it utilized, or will utilize, with those officers.

ECF No. 429-1, approved ECF No. 432, Row 231. In compliance with Row 231 and the related Consent Decree provisions, BPD submits the certificate attached as Exhibit 1.

Dated: 03/07/2022

Respectfully submitted,

JAMES L. SHEA
City Solicitor

_____

ELISABETH S. WALDEN
KAY N. HARDING
NATALIE R. AMATO (Bar No. 20749)
Baltimore City Department of Law
100 N. Holliday Street, Suite 100
Baltimore, Maryland 21202
T 410.371.9298
F 410.396.2126

*Counsel for Baltimore Police Department*