

# BALTIMORE POLICE DEPARTMENT



**Brandon M. Scott**
**Mayor**

**Michael S. Harrison**
**Police Commissioner**

## CERTIFICATE

As of this date, the Baltimore Police Department ("BPD") has completed delivery of its in-person and e-learning trainings described in the Monitoring Team's Notice of Approval of the Sexual Assault Investigator Training. *See* ECF No. 467 (herein, "Sexual Assault Detective Training Curriculum"). BPD currently employs 50 sworn personnel in the Sexual Offense Unit, Child Abuse Unit, and Family Crimes Unit, though not all are eligible to complete training due to various extended absences from service including medical leave, disciplinary suspension, and military leave.[1] The Sexual Assault Investigator trainings were successfully completed by 47 members as of February 9, 2022. This represents all BPD members presently in full, active duty status in these units. The foregoing is true and correct to the best of my knowledge.

Date: 3/1/2022

_____
Major Derek Loeffler
Commander, Education & Training Section

---

[1] Personnel status can change daily, making it difficult to precisely state the number of members who are presently on some form of leave, but the best available estimate of this number is 3. These personnel will be required to receive the Sexual Assault Investigator training promptly upon their return to full, active duty.

c/o 242 W. 29th Street ▪ Baltimore, Maryland 21211