IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| v. | * | **CIVIL NO. JKB-17-0099** |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | * | |
| Defendants. | | |
| | *** | |

## ORDER

The Court hereby APPROVES the Monitoring Team's December 2021 invoice and DIRECTS the Clerk to immediately disburse the invoice from the funds presently on deposit in the registry of the Court.

DATED this 11th day of March, 2022.

BY THE COURT:

/s/ JAMES K. BREDAR
James K. Bredar
United States District Judge