# EXHIBIT 1



# FIRST 2021 BI-ANNUAL REPORT ON MISCONDUCT INVESTIGATIONS

# TABLE OF CONTENTS

**First 2021 Bi-Annual Report on Misconduct Investigations** ........................................... **2**

I. Introduction ...................................................................................................................... 2

II. Complaint Intake Data ..................................................................................................... 2

III. Investigative Efficiency ................................................................................................... 8

IV. Investigative Findings ..................................................................................................... 10

V. Conclusion ....................................................................................................................... 12

**Appendices** ......................................................................................................................... **13**

Appendix A: Stages of a Misconduct Investigation ............................................................. 14

Appendix B: Complaint Intake Data .................................................................................... 15

Appendix C: Processing Time Data ...................................................................................... 24

Appendix D: Outcomes of Investigations - Investigative Findings Data ............................. 25

Appendix E: Outcome of Investigations - Charge Dispositions ........................................... 34

Appendix F: Outcome of Investigations - Sustained Number of Charges ........................... 37

Appendix G: Disciplinary Actions ........................................................................................ 46

Appendix H: Respondent Officers with Numerous Complaints/Allegations ....................... 50

# FIRST 2021 BI-ANNUAL REPORT ON MISCONDUCT INVESTIGATIONS

## I. Introduction

A robust and well-functioning accountability system in which officers are held to the highest standards of integrity is critical to BPD's relationship with the Baltimore community, and a priority of the Department. The Public Integrity Bureau (PIB), BPD's internal affairs entity, receives and investigates all allegations of misconduct by members of the Department.

The First 2021 Bi-Annual Report on Misconduct Investigations will share key trends identified over the course of the first two quarters (Q1 and Q2) of the 2021 calendar year (CY). Additional details and data regarding misconduct complaints, investigative findings, and discipline rendered can be found in the appendices of this document, which show the quarterly breakdown of BPD misconduct investigation data. In August 2021, BPD produced the 2020 Report on Misconduct Investigations which compiled all four quarters of 2020 (CY) data into one report. Reports for 2021 data will be produced bi-annually with a subsequent Second 2021 Bi-Annual Report on Misconduct Investigations covering Q3 and Q4 to be released in 2022.

## II. Complaint Intake Data

| QUARTER | DATE RANGE |
|---------|------------|
| Q3 2020 | **7/1/2020 -  9/30/2020** |
| Q4 2020 | **10/1/2020 – 12/31/2020** |
| Q1 2021 | **1/1/2021 – 3/31/2021** |
| Q2 2021 | **4/1/2021 – 6/30/2021** |

### Complaints Received[1]

On average, BPD received 338 complaints per quarter in the first two quarters of 2021 (336 in Q1 2021 and 340 in Q2 2021). For comparison, BPD received an average of 264 complaints per quarter in 2020. The roughly 28% increase in average complaints over last year is largely attributed to the rise in complaints stemming from internal audits. In total, in Q1 and Q2 2021 the Department received 676 complaints with an average of 3.8 complaints received every day. *Figure 1* shows the total amount of internal and external complaints received from Q3 2020 to Q2 2021. While the number of external complaints remains relatively steady, starting at 162 externally generated complaints in Q3 2020 and finishing with 161 externally generated complaints in Q2 2021, the number of internally generated complaints jumps significantly at the start of the 2021 calendar year from 125 internally generated complaints in Q4 2020 to 184 internally generated complaints in Q1 2021, continuing a trend starting in Q3 2020.

Robust audits have been increasingly performed by BPD's Performance Standards Section (PSS) within the Compliance Bureau. Internal audits and inspections help the Department assess whether policies and protocols are being followed as envisioned. If an audit uncovers a policy violation, the matter is referred to PIB for an investigation. For example, in Q1 and Q2 2021, there were 64 allegations[2] of "Securing/Treatment of People Being Detained or Transported" received by PIB through internal channels. While it is possible that some of the allegations stemmed from internal channels other than audits, the increase in transport-related allegations can largely be attributed to BPD's auditing priorities since the new allegations coincided with BPD audits focusing on ensuring that BPD members are transporting individuals pursuant to BPD policies, procedures, and expectations.

---

[1] Complaints fall into a quarter based on when the Public Integrity Bureau (PIB) received the complaint. For example, a complaint received by PIB in January 2021 about an incident that occurred in December 2020 would be counted as Q1 2021 complaint in this analysis.

[2] Note: this does not mean that there were 64 separate cases of misconduct. Misconduct cases can have multiple respondent officers attached and several associated allegations. For example, Misconduct Case A can include 3 officers, two with "Securing/Treatment of People Being Detained or Transported" and a third with a BWC related allegation. There is also no limit on the amount of allegations that can be attached to an individual officer or individual misconduct investigation.

*Figure 1: Complaints Received*



As the Department conducts more audits evaluating performance, it is likely that more possible violations will be uncovered. Nevertheless, the Department views this as an important step in becoming a self-monitoring agency that prioritizes internal accountability. While the bulk of the increase in internal complaints is largely due to audits, it is important that the Department does not discount the strides that the Department has made championing ethical policing. The entire Department received EPIC training (Ethical Policing is Courageous) in 2020. EPIC training focused on peer intervention to prevent misconduct, but it also covered the member's duty to report misconduct to protect the integrity of the Department.

*Figure 2* further illustrates the increase in the share of internal complaints received in the first half of 2021 compared to the second half of 2020.[3] Starting in Q1 2021, internally-generated complaints became the majority of complaints received by the Department. For comparison, only 37% of all complaints received in Q3 2020 came from internal channels.

## Allegations Received

Misconduct cases are not limited to one sole allegation. The total number of allegations investigated by PIB detectives depend on the complainant's statement when submitting the complaint and any additional allegations discovered over the course of the PIB investigation. A full list of allegation that PIB detectives investigate is listed in the PIB Operations and Training Manual (Section 1.B PIB Classification Protocol).[4] The PIB Classification Protocol separates allegations between "Serious Misconduct" and "Other Misconduct."

*Figure 2: Share of Complaints (External vs. Internal)*



---

[3] For more information on 2020 data, please see the 2020 Report on Misconduct Investigations. (Link here)
[4] Members of the public can view the PIB Operations and Training Manual at the following link: https://www.baltimorepolice.org/sites/default/files/2021-09/PIB%20Internal%20Operations%20%26%20Training%20Manual.pdf

**Key Definitions:**

**Serious Misconduct** – if sustained, may result in discipline of suspension without pay, demotion, or termination, including but not limited to the following allegations: discriminatory policing, false statement, failure to supervise, retaliation, excessive force, sexual misconduct, domestic violence, violations of criminal law, and more.

**Other Misconduct** – if sustained, may result in discipline and/or corrective action less severe than a suspension without pay, including, but not limited to, the following allegations: discourtesy, neglect of duty, failure to appear for court, conduct unbecoming of police officer/employee, and more.



As noted in *Figure 3*, 72% and 28% of allegations received during Q1 and Q2 2021 were classified as "Other Misconduct" and "Serious Misconduct," respectively. Looking solely at complaints received

| Percentage of Allegations Classified as Serious Misconduct | | |
|---|---|---|
| **Internal** | **External** | **All Allegations** |
| 14% | 42% | 28% |

externally, 42% of allegations were classified as "Serious Misconduct," compared to 14% of allegations for internally-generated complaints. Part of that difference is due to internal audits focusing on operational requirements (i.e. BWC usage, transport, driving, and more) which do not classify as "Serious Misconduct" per current protocol. Also, the allegations that do classify as "Serious Misconduct" are more likely to include allegations that stem from police-public interactions, whereas many allegations that fall under other "Other Misconduct," such as report writing-related misconduct, tend to focus more on minor policy violations and deficiencies in an officer's performance.

16% of all allegations received by BPD in the first half of 2021 were classified as Civilian Review Board (CRB) eligible. The CRB of Baltimore City is an independent agency through which members of the public can issue a complaint against officers of various law enforcement units. PIB collaborates with the CRB in investigating allegations that fall within the CRB's statutory purview: complaints lodged by members of the public regarding BPD employees' (1) abusive language, (2) false arrest, (3) false imprisonment, (4) harassment, (5) or excessive force.

Roughly 40% of all allegations classified as "Other Misconduct" fell under Neglect of Duty, which is an umbrella allegation category defined in the PIB Classification Protocol as a member "[failing] to properly perform their assigned duties or reasonably exercise their discretion." This umbrella allegation category includes violations such as improperly inspecting service vehicles, losing or damaging equipment (not including firearms), and failing to attend medical appointments. After Neglect of Duty, Conduct Unbecoming of a Police Officer/Employee, Securing/Treatment of People being Detained or Transported, Failure to Operate Body-Worn Camera (BWC) as Required, and Discourtesy are the other most common "Other Misconduct" allegations received in the first half of 2021. Two of those remaining allegations, BWC violations and transport violations, were the subject of internal audits that

| Five Most Common "Other Misconduct" Allegations Received |
|---|
| 1. Neglect of Duty |
| 2. Conduct Unbecoming of a Police Officer/Employee |
| 3. Securing/Treatment of People being Detained or Transported |
| 4. Failure to Operate BWC as Required |
| 5. Discourtesy |

occurred during the same period which resulted in an increase in PIB referrals made by BPD auditors for administrative investigations.

## Criminal Misconduct Allegations

The graph below (*Figure 4*) breaks down the total number and type of criminal misconduct allegations received in the first half of 2021. Again, criminal misconduct allegations are a subset of Serious Misconduct allegations as defined in the PIB Classification Protocol (See definition on page 4 of this report). The most common criminal misconduct allegations investigated by PIB are theft related allegations, which include felony theft allegations and serious secondary employment violations (for example, working as plainclothes security at a local store while on medical leave from BPD). Since the standard of proof for administrative charges is lower than the criminal standard (preponderance of evidence for administrative charges), an acquittal or dismissal of one or more charges in a criminal case would not preclude a sustained finding from PIB. This applies to both felony and misdemeanor criminal misconduct.

*Figure 4: Criminal Misconduct Allegations Q1 and Q2 2021*



In late 2020, BPD provided officers with Ethical Policing Is Courageous (EPIC) Training, a peer intervention program that taught officers how to intervene when they witness fellow officers on the verge of committing officer misconduct or in the act of committing officer misconduct, including potential criminal misconduct. BPD believes that additional peer intervention will build a culture of increased internal accountability, and is hopeful that this leads to a continuing decrease in allegations of criminal misconduct in the future.

## Demographics of Complaints Received

### Respondents

In the first half of 2021, 863 BPD officers or BPD employees were respondents to misconduct complaints.[5] This data does not indicate that 863 unique individuals were named as respondents to misconduct complaints, since it is likely that some

---

[5] Respondent – the officer or employee who is accused of committing the alleged misconduct in the complaint.

officers/employees were identified as respondents in multiple misconduct cases. Misconduct complaints can include more than one officer/employee as a respondent; therefore, there were 863 respondents for the 676 complaints received in the first half of 2021. On average, there was 1.3 respondents per misconduct complaint. PIB does not limit respondents to the BPD officer or employee mentioned in the initial complaint. If the investigation conducted by PIB uncovers that another BPD member may have committed misconduct in addition to the member identified in the complaint, then the additional BPD member(s) are also added as respondents to the misconduct investigation.

Whenever possible, PIB includes the respondents' job title in IAPro.[6] In the first half of 2021, roughly 69% of respondents were listed as Police Officers in IAPro. BPD sergeants represented about 13% of total respondents to misconduct complaints. There was no fluctuation from quarter-to-quarter in terms of respondents by job title, and this year's data is similar to 2020 data presented in the 2020 Report on Misconduct Investigations.

PIB also tracks racial and other demographic information for BPD members who are respondents to misconduct allegations. It is important to note that some of this information is incomplete due to the nature of the investigative process. If the BPD member is unable to be identified based of the content of the complaint, then the PIB detective cannot confirm the demographic information for the respondent members. Once the member is identified, then the demographic information in the IAPro casefile is updated based on information taken from BPD Human Resources (HR) databases.

In the first half of 2021, roughly 34% of respondents were African American or Black, 32% were white, and 8% were listed as Hispanic. Almost 23% of respondents did not have the racial/ethnic demographic information listed in the IAPro casefile. Looking only at the number of known respondents for externally-generated complaints, the data closely resembles BPD staffing demographics. For example, roughly 41% of known respondents to external complaints were Black and 44% were white, compared to 40% Black and 43% white for the demographics of BPD sworn personnel.

## External (or civilian) Complainants[7]

PIB intake personnel and detectives also track the demographic information of public complainants; however, this data is more inconsistent due to several factors, including but not limited to the complaint being submitted anonymously or the complainant opting not to provide their demographic information. Submitting personal demographic information is not required to submit a police misconduct complaint at BPD; nevertheless, BPD is working towards ensuring that demographic information is tracked more consistently in the future through the roll-out of a Unified Complaint Form which includes several entirely optional demographic questions about the complainant.

Only taking into account known demographic information, the percentage of male and female external complainants is roughly 50/50.[8] In terms of racial demographic information available for complainants, roughly 77% of complainants were listed as Black or African American and 19% of complainants were listed as white.[9] In terms of age, roughly 30% of complainants were between 30 and 39 years old at the time that the complaint

*Figure 5: Age of External Complainants*



- ■ Under 20
- ■ 20-29
- ■ 30-39
- ■ 40-49
- ■ 50-59
- ■ 60+

2.9%
29.2%
29.7%
18.2%
13.9%
6.2%

---

[6] IAPro - A case management system used by PIB to track, document and store case information for police complaints, discipline, and statistics purposes.
[7] Complainant - Any person who makes a Complaint of Misconduct. A Complainant need not be the victim of, or a witness to the complained-of conduct.
[8] Roughly 17% of individuals did not have sex/gender demographics listed.
[9] Roughly 45% of individuals did not have racial demographics listed.

was received (See *Figure 5*).[10] Concerning age demographics, it is possible that the data may be skewed based on who is the individual submitting the complaint. For example, roughly 3% of complainants were under 20, but it is possible that a parent, guardian, or other individual submitted a complaint on behalf of a youth in their care. IAPro's database would track the age and other demographic information for the individual who submitted the complaint.

## Officers with Multiple Complaint Allegations

| Quarter | Previous 12 Month or 'Rolling Year' Period (Received Date) |
|---------|-----------------------------------------------------------|
| Q1 2020 | **4/1/2019 – 3/31/2020** |
| Q2 2020 | **7/1/2019 – 6/30/2020** |
| Q1 2021 | **4/1/2020 – 3/31/2021** |
| Q2 2021 | **7/1/2020 – 6/30/2021** |

*Figure 6: Officers with 3 or more Excessive Force and/or Stops, Searches, and Arrests Allegations*



Consent Decree sub-paragraphs 402(g) and 402(h) require BPD to track the number of members who have persistent or serious misconduct problems, allowing the Department to provide corrective training to those individuals or to identify officers that may not meet BPD department values and expectations. In order to identify *persistent* misconduct, the Consent Decree states that the Quarterly Reports will track this data over the 'previous 12 months.' This Report will use the term 'rolling year' to define the 'previous 12 months' (see date ranges in the table to the left), and in order to highlight changes over time, this report will compare the defined rolling year periods to the previous year's rolling year period (i.e. Q2 2021's rolling year compared to Q2 2020's rolling year).

The Quarterly Reports on Misconduct Investigations track several different allegation categories, including members with persistent First Amendment-related violations, repeated excessive force allegations, and multiple criminal misconduct allegations.[11]

*Figure 6* shows that for Q2 2021's rolling year period, there was a decrease in BPD members with three or more allegations for excessive force and/or stops/searches/arrests (SSA) compared to the same rolling year periods in 2020. The data here is presented for allegations over a rolling year period, in other words the previous 12 months, to align with requirements outlined in Consent Decree sub-paragraphs 402g and 402h. The decrease in the number of members with excessive force and unlawful SSA allegations coincided with the launch of Policy 1115, Use of Force and Policy 1107 De-escalation in November 2019. Officers took part in a Use of Force training in 2019 and a Stops, Searches & Arrest training in 2020. Moreover, officers received a refresher course on the Use of Force training in 2020. Lastly, BPD published several updated policies on stops, searches and arrests in early 2021. These updated policies and trainings could have played a role in decreasing the number of misconduct allegations for these violations, though it is important to continue to monitor whether these policies and trainings have a sustained impact over time.

As required by CD sub-paragraph 402g, BPD reviewed the number of BPD members with three or more completed cases that included non-criminal serious misconduct (*see Figure 7*).[12] The number of BPD members with three or more completed cases dropped significantly comparing Q2 2020 to Q2 2021's previous 12 month rolling year periods. Meanwhile, the number of members with two or more sustained allegations increased modestly over the same period even though there were fewer cases completed (*See Figure 8)*.[13] For example, in Q2 2021's rolling year period, there were

---

[10] Roughly 44% of individuals did not have age demographics listed.

[11] Appendix H of this report includes the full tracked data for members that have numerous complaints/allegations.

[12] Serious Misconduct is the appropriate classification when the misconduct, if sustained, may result in discipline of suspension without pay, demotion, or termination, in accordance with Policy 302, Rules and Regulations, and Policy 310, Disciplinary/Failure to Appear and Traffic Matrix, including, but not limited to the following allegations: discriminatory policing, any CRB-eligible allegation, failure to supervise, false statement, and more.

[13] Sustained Allegations - Where the investigation determines, by a preponderance of the evidence (more likely than not), that the alleged misconduct did occur.

13 members with three or more cases completed that included non-criminal serious misconduct allegations with 5 members receiving two or more sustained allegations of non-criminal serious misconduct.

*Figure 7: Non-criminal Serious Misconduct – Officers with three or more completed cases*

# III. Investigative Efficiency

Pursuant to Consent Decree paragraph 344i, administrative misconduct investigations must be completed within 90 days of the initiation of the investigation absent any written request approved by the PIB Deputy Commissioner. BPD shares the sentiment behind this requirement, understanding that timely and thorough misconduct investigations garner public trust, improve internal legitimacy, and increase transparency. While the Department and PIB remain far from the 90-day Consent Decree requirement, the Department took several notable steps to improve internal investigative processes, reduce the length of investigations while maintaining quality, and invest in PIB through increased staffing.



## Improvements Made in 2020-2021

### *Increased and Improved Staffing*

*Figure 8: Non-criminal Serious Misconduct – Officers with 2 or more sustained allegations*

PIB is continuing on its path to becoming a fully staffed internal affairs (IA) entity. PIB started the 2020 CY with 17 detectives working general misconduct investigations and now has 35 detectives as of October 2021. Moving forward, PIB staffing is expected to increase during the latter part of 2021 and throughout 2022.

During Q2 2021, all PIB personnel received 40 hours of specialized training on conducting internal affairs investigations instructed by an external subject matter expert. This was the first IA-specific training that PIB detectives received on conducting interrogations, organizing internal investigations, and reviewing internal investigations. PIB does not require investigative experience as a detective before serving, so this training was crucial in providing the foundational knowledge for how to conduct internal affairs investigations in line with BPD expectations.

BPD expects that investing in both the quantity and quality of PIB detectives will improve the quality of PIB investigations, decrease the amount of time investigations take to complete, and allow detectives to focus more time on serious misconduct complaints that require greater investigative resources.

### *Internal Reorganization*

PIB restructured investigative squads to improve efficiency and properly distribute resources. Currently, two squads focus on more minor misconduct violations, one squad conducts Preliminary Discipline Offers , three squads focus on serious misconduct investigations that require more involved investigations, and one squad conducts ethics investigations. Moreover, each investigative unit includes a sergeant and has their own assigned Captain-level supervisor who acts as the final reviewer to ensure investigative quality.

### *Policy 321, Expedited Resolution of Minor Misconduct (ERMM)*

BPD is currently piloting Policy 321, Expedited Resolution of Minor Misconduct (ERMM) which allows BPD members to take responsibility for eligible minor policy violations (a limited, approved list) and accept discipline through an expedited process. This, in turn, allows for more efficient case resolution and consistency in the application of discipline for minor

misconduct.  If a member does not accept the discipline, the case is referred to PIB for a full administrative investigation. Only internally-generated complaints are eligible for ERMM. The pilot began in November of 2019 and included 3 out of 12 minor policy violations. BPD, in collaboration with the U.S. Department of Justice and the Monitoring Team, expanded the pilot to 4 minor policy violations in early 2021. The Policy 321 pilot has reduced the amount of minor cases for PIB detectives, allowing them to focus on more serious misconduct complaints or publically generated complaints that require more investigative steps.

## Investigative Efficiency[14]

BPD saw a significant drop in the average number of days that it took to complete administrative misconduct investigations between Q1 2020 and Q2 2021. Taking the average number of days from Q1 2020 (314.5) and Q2 2021 (198.6), the average number of days that it took for PIB to complete misconduct investigations decreased by nearly 37% (see *Figure 9* for full details). The average number of days nearly decreased by fifty days between Q1 2021 and Q2 2021 alone.

As mentioned above, BPD is working towards coming into compliance with Consent Decree ¶ 344(i), which stipulates that administrative investigations must be completed within 90 days, unless approved by the Deputy Commissioner of PIB. While BPD remains far from that benchmark, the percentage of cases that were completed within 90 days increased nearly six-fold from Q1 2020 to Q2 2021 (5.2% to 30.4%). Maintaining this momentum is a key BPD goal moving forward in 2021 and in the coming years. BPD attributes these improvements to investigative efficiency in large part to the factors discussed above under "Improvements Made in 2020-2021."

*Figure 9: Investigative Efficiency*



---

[14] The data presented below is based on cases that were completed within each quarter. For example, if a case took 200 days to be completed and was ultimately completed in Feb 2021, then that 200 days would be counted in the Q1 2021 data set.

# IV. Investigative Findings

## Investigative Process Overview

At the end of the PIB administrative investigation, PIB attaches the misconduct case with one of four possible outcomes: Sustained, Not Sustained, Unfounded, or Exonerated. The investigation is complete when the investigator has collected enough evidence to recommend a finding for each allegation in the case. The case file then goes up the PIB chain of command for review. If PIB Command does not sustain any allegations in the case, then they issue a disposition for the case of not sustained, unfounded, or exonerated, and the case is closed. If PIB Command sustains any allegations in the case, then a charging document is drafted by Legal Affairs and charges are presented to the Disciplinary Review Committee (DRC).

The four possible case findings are the following:



**Sustained**
- Investigation determines, by a Preponderance of the Evidence, that the alleged misconduct did occur.

**Not Sustained**
- Investigation is unable to determine, by a Preponderance of the Evidence, whether the alleged misconduct occurred.

**Unfounded**
- Investigation determines, by Clear and Convincing Evidence, that the alleged misconduct did not occur or did not involve the employee under investigation.

**Exonerated**
- Investigation determines, by a Preponderance of the Evidence, that the alleged conduct did occur, but did not violate BPD policies, procedures, or training.

## Investigative Findings by Case

In total, there were 635 investigative case findings during the first half of 2021.[15] On average, there were 317.5 case findings per quarter. A misconduct case can have more than one allegation, and a finding is attached to each allegation at the end of a PIB administrative investigation. Nevertheless, in any case where one of the allegations' findings is sustained, then that case is counted as a sustained case. For example, one case alleges discriminatory policing and abusive language. Discriminatory policing was "not sustained," but abusive language was "sustained." The case would be counted, for purposes of this section's analysis, as "sustained."

*Figure 10* shows the total of each investigative case finding for the first two quarters of 2021 with the most common case finding being sustained. This is a slight change from the 2020 Report on Misconduct Investigations, which showed that unfounded was the most common investigative case finding that year. Nevertheless, unfounded was the second most common case finding followed by exonerated and not sustained.

*Figure 10: Q1 and Q2 Total Findings by Case*



The percentage of cases with not sustained continues its downward trajectory from the 2020 CY. As noted in the previous 2020 Report on Misconduct Investigations, the decrease of cases receiving a not sustained case finding coincided with a substantial increase in the portion of cases given sustained findings. Comparing Q1 2020 to Q2 2021's data, the percentage of sustained cases increased from 19% to roughly 33%. Meanwhile, the portion of unfounded or exonerated cases showed no key identifiable trend in the last six quarters (*Figure 11*).

*Figure 11: Percentage Findings by Case*



---

[15] Total comes from the number of cases where PIB attached a finding. If a case was given a finding in 2020, but the case was received by PIB in 2019, then the finding data would be tallied in 2020 for the purposes of this analysis.

## Investigative Findings by Allegation

As mentioned in the section above, PIB assigns findings to both the entire misconduct case and each individual allegation investigated over the course of the investigation. As shown in *Figure 12* the portion of findings by allegation mirror the total case findings discussed in the section above. However, looking solely at misconduct allegations that are classified as 'Other Misconduct' in the PIB Classification Protocol, the percentage of sustained allegations increases to 41% compared to 34% for all allegations.

The Neglect of Duty umbrella allegation category was by far the most common 'Other Misconduct' allegation sustained by PIB investigations. Three out of the four pilot minor policy violations for Policy 321, Expedited Resolution of Minor Misconduct (ERMM) fall under Neglect of Duty. ERMM cases are processed and completed quicker than normal administrative investigations, therefore BPD predicts that Neglect of Duty allegations will continue to be



*Figure 12: Q1 and Q2 2021 Investigative Findings by Allegation*

the most common sustained allegation moving forward. Other common 'Other Misconduct' allegations that were sustained are Conduct Unbecoming of a Police Officer/Employee, Failure to Operate BWC as Required, Failure to Intervene, and Failure to Report Misconduct.

As noted in the Complaints Received section of this report, PIB receives fewer 'Serious Misconduct' allegations compared to 'Other Misconduct' allegations. As a result, these allegations also make up a smaller portion of investigative findings by allegation (only about 27% of all allegation findings were for 'Serious Misconduct' allegations). The most common sustained 'Serious Misconduct' allegations in Q1 and Q2 2021 were False Statement/Untruthfulness, Abusive or Discriminatory Language, and Failure to Supervise.

# V. Conclusion

This first bi-annual analysis and review echoes the 2020 Report on Misconduct Investigations by illustrating the progress that the Department has made in improving its internal affairs processes. The Public Integrity Bureau (PIB) is receiving and investigating allegations of member misconduct more thoroughly, effectively, and efficiently. However, even though progress was made in several key areas, the Department recognizes that there are several areas that show room for improvement, including conducting administrative investigations in a more timely manner and capturing more optional information from complainants, namely demographic data. In order to ensure that the public receives the most transparent and accurate product possible, BPD will continually review its data practices to ensure that the data is accurate, consistent, and presentable.

# APPENDICES

**A. Stages of a Misconduct Investigation**

**B. Complaint Intake Data**

**C. Processing Time Data**

**D. Outcomes of Investigations – Investigative Findings Data**

**E. Outcomes of Investigations – Charge Disposition Data**

**F. Outcomes of Investigations – Sustained Number of Charges Data**

**G. Disciplinary Actions Data**

**H. Respondent Officers with Numerous Complaints/Allegations Data**

**DISCLAIMER REGARDING DATA USED IN THIS REPORT AND APPENDICES:**

*The data in this report's appendices show a snapshot of BPD complaint intake and misconduct investigation related data at the time that it was pulled from IAPro, BPD's misconduct case management system. Cases are continuously updated with additional details such as updated demographics, new allegations, and additional respondents, witnesses, or complainants. The data in this report was pulled in Q3-Q4 2021. Moreover, the data is manually pulled from IAPro, tabulated, and then organized into tables for public and internal use. Due to the human-involved process, it is possible that some tables may include minor clerical errors that result in incorrect data or typos. Nevertheless, the Department is confident that the table below show an overall picture of the misconduct investigation process, from complaint intake to discipline rendered. Moving forward, BPD is exploring methods to improve data collection through the development of a Public Integrity Bureau (PIB) Dashboard that reduces the amount of possible human error, provides instant analysis, trends, and reports for BPD misconduct investigations, and updates data automatically through a connection with existing BPD information management platforms.*

# Appendix A: Stages of a Misconduct Investigation

**Every misconduct complaint received by the Public Integrity Bureau (PIB) will pass through the following stages:**



**INTAKE**

1. PIB receives a complaint accusing a BPD member (the respondent) of misconduct.

2. This complaint forms the basis of a case, which is assigned a case number.

3. PIB Intake creates a digital casebook in IAPro.



**CLASSIFICATION**

1. PIB Intake examines the complaint to determine which allegations are contained within it.

2. PIB Intake classifies the allegations of the case based solely on the narrative of the complainant.

3. If, during the course of the investigation, a PIB detective uncovers additional possible misconduct, then the PIB detective adds these allegations to the case.



**ASSIGNMENT**

1. PIB assigns the case to an investigator, who affirms they do not have any conflicts of interest.

2. If conflicts of interest emerge during the investigation, then a PIB supervisor reassigns the case to a different investigator.



**INVESTIGATION**

1. The investigation is completed when the investigator has collected enough evidence to determine a finding for each allegation in the case.

2. There are four possible findings for any allegation:

**Sustained:** The conduct did occur and was a violation of BPD policy.

**Not Sustained:** BPD cannot determine whether misconduct occurred.

**Unfounded:** The conduct did not occur or was not the act of the respondent.

**Exonerated:** The conduct occurred, but it was not a violation of BPD policy.

3. A finding of "sustained" or "exonerated" require a "preponderance of the evidence" standard of proof, meaning the finding is more likely true than not true. A finding of "unfounded" requires a "clear and convincing" standard of proof, meaning the evidence is "certain, plain to the understanding, and unambiguous," and convincing.



**REVIEW**

1. The PIB supervisor reviews the case for thoroughness, completeness, timeliness and that the required standard of proof is met to justify each finding.

2. The PIB supervisor passes the case up the PIB chain of command, with each level of command reviewing the findings for each allegation.

3. If no allegations are sustained, the case will be given a finding of not sustained, unfounded or exonerated, and the case is closed.

4. If any allegation is sustained, a charging document is drafted by Legal Affairs and the case and charges are presented to the Disciplinary Review Committee (DRC).



**DISCIPLINE**

1. The DRC reviews the findings for each case that includes a sustained allegation.

2. The DRC issues a disciplinary recommendation based on the Disciplinary Matrix, the circumstances of the case, and the respondent's history.

3. Discipline is imposed when:

• Respondent accepts the recommended discipline, or

• Respondent, through counsel, negotiates agreed discipline with the Department that is less severe than the recommended discipline, or

• Respondent elects a hearing on the allegations, and the hearing board concludes that the respondent committed the alleged misconduct. The Police Commissioner reviews the decision and may increase or approve the final discipline recommended by the hearing board.

# Appendix B: Complaint Intake Data

*Data for Complaint Intake is based off of the date that the complaint was received by PIB. For example, if the incident spawning the complaint occurred in March 2021 (Q1), but the complaint was received in April 2021 (Q2), then the data connected to that incident/complaint would be counted as Quarter 2 in the tables below.*

## Source of Complaint

| Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|
| External | Internal | Total | External | Internal | Total |
| 156 | 184 | 340 | 161 | 175 | 336 |

## Respondents by District/Command

| District or Command | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|
| | External | Internal | Total | External | Internal | Total |
| Central District | 18 | 15 | 33 | 12 | 9 | 21 |
| Eastern District | 11 | 24 | 35 | 6 | 14 | 20 |
| Northeastern District | 28 | 13 | 41 | 29 | 16 | 45 |
| Northern District | 23 | 26 | 49 | 18 | 13 | 31 |
| Northwestern District | 14 | 17 | 31 | 17 | 24 | 41 |
| Southeastern District | 5 | 9 | 14 | 6 | 22 | 28 |
| Southern District | 18 | 18 | 36 | 17 | 17 | 34 |
| Southwestern District | 5 | 23 | 28 | 12 | 14 | 26 |
| Western District | 8 | 22 | 30 | 13 | 30 | 43 |
| Specialized Units | 52 | 51 | 103 | 50 | 54 | 104 |
| Unknown* | 28 | 13 | 41 | 16 | 12 | 28 |
| **Total** | 210 | 231 | 441 | 196 | 225 | 421 |

Note: Unknown indicates that a respondent's district/command was either listed as 'unknown' or blank in the IAPro case file.

## Specialized Units by Bureau

| Bureau | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| | External | Internal | Total | External | Internal | Total |
| Administrative | 6 | 13 | 19 | 7 | 11 | 18 |
| Compliance | 8 | 5 | 13 | 7 | 12 | 19 |
| Office of the Police Commissioner | 0 | 0 | 0 | 2 | 0 | 2 |
| Operations | 38 | 28 | 66 | 32 | 29 | 61 |
| Public Integrity | 0 | 5 | 5 | 2 | 2 | 4 |
| **Total** | 52 | 51 | 103 | 50 | 54 | 104 |

## Rank of Respondent

| Rank | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| | External | Internal | Total | External | Internal | Total |
| Civilian | 3 | 5 | 8 | 4 | 8 | 12 |
| Police Officer Cadet | 1 | 0 | 1 | 0 | 0 | 0 |
| Police Officer Trainee | 6 | 4 | 10 | 4 | 7 | 11 |
| Police Officer | 142 | 161 | 303 | 142 | 150 | 292 |
| Police Sergeant | 23 | 34 | 57 | 21 | 36 | 57 |
| Police Lieutenant | 2 | 13 | 15 | 5 | 6 | 11 |
| Police Captain | 0 | 3 | 3 | 0 | 0 | 0 |
| Police Major/Director | 2 | 2 | 4 | 0 | 0 | 0 |
| Unknown | 31 | 10 | 41 | 20 | 18 | 38 |
| **Total** | 210 | 232 | 442 | 196 | 225 | 421 |

*Note: Some rank information is not available in the HR system or the complaint did not indicate the respondent's rank, and therefore BPD cannot automatically pull the rank of every respondent.*

*Note 2: "Civilian" encompasses non-sworn BPD employees who are the respondents to a misconduct complaint*

## Allegations: Total by Classification

*The tables below show the data for total allegations per Quarter. It is important to note that complaints can have multiple allegations and more than one respondent officer. Also, allegations are not limited to the initial complaint, for example, additional allegations can be added to the case over the course of PIB's investigation.*

| Classification | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| | External | Internal | Total | External | Internal | Total |
| Serious Misconduct[16] | 130 | 37 | 167 | 78 | 35 | 113 |
| Other Misconduct[17] | 134 | 232 | 366 | 156 | 215 | 371 |
| **Total** | 265 | 269 | 533 | 235 | 250 | 484 |

*The table directly above breaks down allegations by the classifications 'Serious Misconduct' and 'Other Misconduct' in order to follow the PIB Classification Protocol. Please see the footnotes at the bottom of this page for classification definitions. Subsequent tables in this section show the data for specific allegations and which sub-classifications they fall under. Other sections that also address allegation data will be organized in the same manner.*

## CRB-Eligible Allegations

| Allegation | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| | External | Internal | Total | External | Internal | Total |
| Abusive or Discriminatory Language | 7 | 1 | 8 | 7 | 2 | 9 |
| Excessive Force | 27 | 11 | 38 | 9 | 9 | 18 |
| False Arrest/Imprisonment | 42 | 0 | 42 | 17 | 1 | 18 |
| Harassment | 17 | 0 | 17 | 11 | 0 | 11 |
| **Total** | 93 | 12 | 105 | 44 | 12 | 56 |

---

[16] Serious Misconduct is the appropriate Classification when the Misconduct, if sustained, may result in discipline of suspension without pay, demotion, or termination, including but not limited to the following allegations: discriminatory policing, false statement, failure to supervise, retaliation, excessive force, sexual misconduct, domestic violence, violations of criminal law, and more.

[17] Other Misconduct is the appropriate Classification when the Misconduct, if sustained, may result in discipline and/or corrective action less severe than a suspension without pay, including, but not limited to, the following allegations: discourtesy, neglect of duty, failure to appear for court, conduct unbecoming of police officer/employee, and more.

## Criminal Misconduct Allegations

| Allegation | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| | External | Internal | Total | External | Internal | Total |
| Domestic Violence | 3 | 0 | 3 | 1 | 0 | 1 |
| Driving Under the Influence (Dui) | 1 | 0 | 1 | 1 | 0 | 1 |
| Other Felony | 5 | 0 | 5 | 0 | 0 | 0 |
| Other Misdemeanor | 8 | 4 | 12 | 6 | 3 | 9 |
| Overtime Related | 1 | 0 | 1 | 2 | 0 | 2 |
| Planting Evidence | 2 | 0 | 2 | 0 | 1 | 1 |
| Sexual Misconduct | 2 | 1 | 3 | 3 | 1 | 4 |
| Theft Related | 4 | 4 | 8 | 10 | 5 | 15 |
| **Total** | 26 | 9 | 35 | 23 | 10 | 33 |

## Non-Criminal Serious Misconduct Allegations

| Allegations | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| | External | Internal | Total | External | Internal | Total |
| Discriminatory Policing | 1 | 0 | 1 | 5 | 0 | 5 |
| Failure to Supervise | 2 | 7 | 9 | 0 | 2 | 2 |
| False Statement/Report | 2 | 1 | 3 | 0 | 0 | 0 |
| False Statement/Untruthfulness | 6 | 6 | 12 | 6 | 10 | 16 |
| Retaliation | 0 | 2 | 2 | 0 | 1 | 1 |
| **Total** | 11 | 16 | 27 | 11 | 13 | 24 |

## Other Misconduct Allegations

| Allegations | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| | External | Internal | Total | External | Internal | Total |
| Absent Without Leave (Awol) | 0 | 6 | 6 | 0 | 15 | 15 |
| Abuse of Discretion/Authority | 3 | 1 | 4 | 1 | 0 | 1 |
| Computer/Email/Internet Misuse | 0 | 3 | 3 | 2 | 3 | 5 |
| Conduct Unbecoming of a Police Officer/Employee | 30 | 14 | 44 | 40 | 14 | 54 |
| Criminal Association | 5 | 0 | 5 | 0 | 1 | 1 |
| Discourtesy | 12 | 0 | 12 | 12 | 0 | 12 |
| Domestic Incident | 3 | 3 | 6 | 3 | 2 | 5 |
| Fail to Attend and Complete Required Training | 0 | 7 | 7 | 0 | 2 | 2 |
| Failure to Appear in Court (Fta) | 0 | 1 | 1 | 0 | 0 | 0 |
| Failure to Intervene | 2 | 2 | 4 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Failure to Operate Bwc as Required | 3 | 22 | 25 | 4 | 10 | 14 |
| Failure to report misconduct | 0 | 0 | 0 | 1 | 0 | 1 |
| Failure to Report Use of Force | 2 | 3 | 5 | 0 | 2 | 2 |
| Failure to Write Report | 2 | 0 | 2 | 0 | 0 | 0 |
| Improper Search | 13 | 0 | 13 | 5 | 0 | 5 |
| Improper Seizure of Personal Property | 3 | 0 | 3 | 1 | 0 | 1 |
| Improper Stop | 1 | 0 | 1 | 1 | 0 | 1 |
| Improper Strip Search | 1 | 1 | 2 | 0 | 0 | 0 |
| Inappropriate Association | 1 | 0 | 1 | 0 | 0 | 0 |
| Inappropriate Comments and/or Gesture(S) | 5 | 5 | 10 | 6 | 1 | 7 |
| Inappropriate Workplace Conduct | 1 | 16 | 17 | 0 | 3 | 3 |
| Insubordination | 0 | 8 | 8 | 0 | 8 | 8 |
| Interfering with a Person's Right to Observe or Record Law Enforcement Activities | 0 | 0 | 0 | 1 | 0 | 1 |
| Neglect of Duty | 33 | 79 | 112 | 62 | 116 | 178 |
| Neglect / Failure to Supervise | 0 | 1 | 1 | 0 | 2 | 2 |
| Neglect/ Fail to Attend and Complete Required Training | 0 | 4 | 4 | 0 | 10 | 10 |
| Neglect/Bwc | 5 | 2 | 7 | 2 | 1 | 3 |
| Neglect/Failure to Write Report | 0 | 0 | 0 | 6 | 0 | 6 |
| Neglect/Firearms Related | 0 | 1 | 1 | 0 | 0 | 0 |
| Negligent Use/Handling of Taser | 0 | 1 | 1 | 0 | 1 | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Negligent Use/Handling/Storage of Firearms | 0 | 1 | 1 | 0 | 1 | 1 |
| Respondent in Civil Protective Order | 1 | 1 | 2 | 4 | 0 | 4 |
| Secondary Employment Violation | 2 | 0 | 2 | 0 | 1 | 1 |
| Securing/Treatment of People Being Detained or Transported | 0 | 45 | 45 | 0 | 19 | 19 |
| Unsafe Operation of Departmental Vehicle | 6 | 3 | 9 | 5 | 2 | 7 |
| Vehicle Pursuit Violation | 0 | 2 | 2 | 0 | 1 | 1 |
| **Total** | 134 | 232 | 366 | 156 | 215 | 371 |

## Demographics of Respondents

| | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| **Age** | **External** | **Internal** | **Total** | **External** | **Internal** | **Total** |
| 20-29 | 50 | 51 | 101 | 45 | 53 | 98 |
| 30-39 | 76 | 72 | 148 | 60 | 74 | 134 |
| 40-49 | 33 | 59 | 92 | 40 | 51 | 91 |
| 50-59 | 19 | 39 | 58 | 25 | 25 | 50 |
| 60+ | 1 | 2 | 3 | 6 | 5 | 11 |
| Unknown | 31 | 9 | 40 | 20 | 17 | 37 |
| **Total** | 210 | 232 | 442 | 196 | 225 | 421 |

| **Gender** | **External** | **Internal** | **Total** | **External** | **Internal** | **Total** |
|---|---|---|---|---|---|---|
| Female | 15 | 46 | 61 | 30 | 26 | 56 |
| Male | 163 | 176 | 339 | 146 | 182 | 328 |
| Unknown | 32 | 10 | 42 | 20 | 17 | 37 |
| **Total** | 210 | 232 | 442 | 196 | 225 | 421 |

| | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| **Race/Ethnicity** | **External** | **Internal** | **Total** | **External** | **Internal** | **Total** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amer-Indian | 1 | 1 | 2 | 1 | 0 | 1 |
| Asian | 3 | 5 | 8 | 6 | 1 | 7 |
| Black | 55 | 98 | 153 | 67 | 75 | 142 |
| Hispanic | 17 | 21 | 38 | 16 | 17 | 33 |
| Other | 0 | 1 | 1 | 3 | 3 | 6 |
| White | 80 | 68 | 148 | 51 | 78 | 129 |
| Unknown | 54 | 38 | 92 | 52 | 51 | 103 |
| **Total** | 210 | 232 | 442 | 196 | 225 | 421 |

Note: Age is based on date of birth to the day the complaint was received.
Note 2: Unknown did not have date of birth, sex, or race listed in IAPro.

## Demographics of Complainants

| | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| **Age** | **External** | **Internal** | **Total** | **External** | **Internal** | **Total** |
| Under 20 | 4 | 0 | 4 | 2 | 0 | 2 |
| 20-29 | 36 | 8 | 44 | 25 | 8 | 33 |
| 30-39 | 29 | 48 | 77 | 33 | 49 | 82 |
| 40-49 | 14 | 69 | 83 | 24 | 59 | 83 |
| 50-59 | 14 | 52 | 66 | 15 | 49 | 64 |
| 60+ | 6 | 0 | 6 | 7 | 1 | 8 |
| Unknown | 80 | 13 | 93 | 82 | 17 | 99 |
| **Total** | 183 | 190 | 373 | 188 | 183 | 371 |

| | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| **Gender** | **External** | **Internal** | **Total** | **External** | **Internal** | **Total** |
| Female | 71 | 36 | 107 | 79 | 32 | 111 |
| Male | 84 | 144 | 228 | 73 | 139 | 212 |
| Transgender | 0 | 0 | 0 | 1 | 0 | 1 |
| Unknown or N/A | 28 | 10 | 38 | 35 | 12 | 47 |
| **Total** | 183 | 190 | 373 | 188 | 183 | 371 |

| | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| **Race/Ethnicity** | **External** | **Internal** | **Total** | **External** | **Internal** | **Total** |
| Black | 75 | 106 | 181 | 82 | 96 | 178 |
| Asian | 0 | 0 | 0 | 3 | 3 | 6 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Hispanic | 2 | 7 | 9 | 1 | 10 | 11 |
| Other | 2 | 0 | 2 | 1 | 0 | 1 |
| Unknown or N/A | 84 | 12 | 96 | 82 | 15 | 97 |
| White | 20 | 65 | 85 | 19 | 59 | 78 |
| **Total** | 183 | 190 | 373 | 188 | 183 | 371 |

*Note: Age is based on date of birth to the day the complaint was received.*

*Note 2: Unknown did not have date of birth, sex, or race listed in IAPro.*

*Note 3: One instance had the gender listed as "Transgender." There was no additional information on how that individual identified in the sex/gender IAPro field.*

# Appendix C: Processing Time Data

| Days from Notification of the Department to Investigation Completed | Quarter 1 | Quarter 2 |
|---|---|---|
| Average Days | 246.2 | 198.6 |
| Median Days | 303 | 209.5 |
| Days from Notification of Department to Charge Disposition | Quarter 1 | Quarter 2 |
| Average Days | 320.6 | 291.9 |
| Median Days | 252 | 243 |

# Appendix D: Outcomes of Investigations - Investigative Findings Data

This section provides data on investigative findings of allegations, charge dispositions (from Trial Boards, joint negotiated settlements, and respondents accepting the DRC's disciplinary recommendations), sustained number of charges, and disciplinary actions during Q1 and Q2 2021.

It is important to note the difference between allegations and charges, both of which play a part in the outcome of investigations. An allegation is the complainant's view of conduct committed by a BPD member that is sent to PIB for investigation. The PIB investigator makes an investigative determination based on the complainant's allegation and the facts uncovered during their investigation. On the other hand, charges come from the legal language which outlines the policy violation of which the BPD employee has found to have violated.

The investigative findings tables are the results of the misconduct investigation conducted by PIB investigators/detectives. When the investigator collects enough evidence to determine a finding for each allegation in the case, they assign an investigative finding to each allegation. The investigative finding can be only one of the four findings described below.

| | |
|---|---|
| **Sustained** <br> The alleged conduct did occur and was a violation of BPD policy. | **Not Sustained** <br> BPD cannot determine whether misconduct occurred. |
| **Unfounded** <br> The alleged conduct did not occur or was not the act of the respondent. | **Exonerated** <br> The alleged conduct occurred, but it was not a violation of BPD policy. |

## Findings by Case

*Note regarding Total Findings table below: The data below shows the case findings per 2021 Quarter. In situations where cases have more than one allegation with different findings, the overall case is still given one finding. For example, if a case has two allegations, one Sustained and one Unfounded, the overall case will be listed as Sustained. Subsequent tables in this appendix will provide the findings by allegation.*

| Finding by case | Quarter 1 | Quarter 2 |
|---|:---:|:---:|
| **Sustained** | 129 | 98 |
| **Not Sustained** | 48 | 49 |
| **Unfounded** | 109 | 101 |
| **Exonerated** | 53 | 48 |

| Total | 339 | 296 |
|---|---|---|

Finding Date (the date that PIB signs-off on a case) in Quarter

## Findings by Nature of Allegation

**Note regarding Findings by Nature of Allegation table below: A finding is attached to a specific allegation at the end of an investigation, and a single case can contain multiple allegations, each with their own finding. If a case has two allegations, both of the findings will be listed in the tables below even if they are the same finding.**

| Nature of Allegation | Quarter 1 | | | | | Quarter 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Total | Sustained | Not Sustained | Unfounded | Exonerated | Total |
| Serious Misconduct | 18 | 47 | 66 | 9 | 140 | 27 | 39 | 83 | 9 | 158 |
| Other Misconduct | 218 | 64 | 136 | 66 | 484 | 116 | 58 | 104 | 51 | 329 |
| **Total** | **236** | **111** | **202** | **75** | **624** | **143** | **97** | **187** | **60** | **487** |

Finding Date (date of allegation findings) in Quarter

## CRB-Eligible Allegations

| Nature of Allegation | Quarter 1 | | | | | Quarter 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Total | Sustained | Not Sustained | Unfounded | Exonerated | Total |
| Abusive or Discriminatory Language | 4 | 6 | 4 | 0 | 14 | 3 | 6 | 2 | 0 | 11 |
| Excessive Force | 2 | 6 | 6 | 3 | 17 | 2 | 8 | 21 | 1 | 32 |
| False Arrest | 1 | 7 | 11 | 3 | 22 | 1 | 10 | 23 | 1 | 35 |
| False Imprisonment | 0 | 0 | 0 | 1 | 1 | 4 | 0 | 8 | 2 | 14 |
| Harassment | 1 | 8 | 12 | 2 | 23 | 0 | 3 | 11 | 3 | 17 |
| Total | 8 | 27 | 33 | 9 | 77 | 10 | 27 | 65 | 7 | 109 |

## Criminal Misconduct Allegations

| Nature of Allegation | Quarter 1 | | | | | Quarter 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Total | Sustained | Not Sustained | Unfounded | Exonerated | Total |
| Criminal Misconduct/Domestic Violence | 2 | 1 | 1 | 0 | 4 | 0 | 1 | 1 | 0 | 2 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Criminal Misconduct/Driving Under the Influence (Dui) | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 |
| Criminal Misconduct/Felony | 0 | 1 | 1 | 0 | 2 | 0 | 1 | 0 | 0 | 1 |
| Criminal Misconduct/Misdemeanor | 2 | 1 | 6 | 0 | 9 | 1 | 4 | 3 | 1 | 9 |
| Criminal Misconduct/Planting Evidence | 0 | 3 | 0 | 0 | 3 | 0 | 0 | 1 | 0 | 1 |
| Criminal Misconduct/Sexual Misconduct | 0 | 1 | 2 | 0 | 3 | 0 | 1 | 1 | 0 | 2 |
| Criminal Misconduct/Theft Related | 0 | 3 | 11 | 0 | 14 | 3 | 1 | 4 | 0 | 8 |
| Vcs/Other Misdemeanor | 1 | 4 | 0 | 0 | 5 | 1 | 0 | 0 | 0 | 1 |
| Vcs/Theft Related | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| **Total** | **5** | **14** | **21** | **0** | **40** | **7** | **8** | **11** | **1** | **27** |

## Non-Criminal Serious Misconduct Allegations

| Nature of Allegation | Quarter 1 | | | | | Quarter 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Total | Sustained | Not Sustained | Unfounded | Exonerated | Total |
| Discriminatory Policing | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 2 | 0 | 3 |
| Failure to Supervise | 2 | 3 | 1 | 0 | 6 | 4 | 1 | 2 | 1 | 8 |
| False Statement/Report | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 1 |
| False Statement/Untruthfulness | 3 | 3 | 9 | 0 | 15 | 5 | 2 | 3 | 0 | 10 |
| **Total** | **5** | **6** | **12** | **0** | **23** | **10** | **4** | **7** | **1** | **22** |

## Other Misconduct Allegations

| Nature of Allegation | Quarter 1 | | | | | Quarter 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Total | Sustained | Not Sustained | Unfounded | Exonerated | Total |
| Absent Without Leave (Awol) | 5 | 0 | 1 | 0 | 6 | 3 | 0 | 1 | 1 | 5 |
| Abuse of Discretion/Authority | 1 | 1 | 2 | 0 | 4 | 0 | 2 | 0 | 0 | 2 |
| Computer/email/internet misuse | 0 | 1 | 0 | 0 | 1 | 2 | 1 | 1 | 0 | 4 |
| Conduct Unbecoming a Police Officer/Employee | 23 | 17 | 26 | 3 | 69 | 6 | 20 | 27 | 2 | 55 |
| Criminal Association | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 |
| Discourtesy | 0 | 4 | 19 | 0 | 23 | 2 | 7 | 9 | 0 | 18 |
| Domestic Incident | 0 | 1 | 1 | 2 | 4 | 0 | 1 | 1 | 1 | 3 |
| Fail to Attend and Complete Required Training | 6 | 2 | 3 | 7 | 18 | 2 | 0 | 0 | 1 | 3 |
| Failure to Appear in Court (Fta) | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| Failure to Intervene | 15 | 0 | 2 | 0 | 17 | 2 | 0 | 2 | 0 | 4 |
| Failure to Operate Bwc as Required | 8 | 0 | 2 | 1 | 11 | 11 | 1 | 1 | 5 | 18 |
| Failure to Properly Guard a Person in Custody | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Failure to Report misconduct | 14 | 0 | 2 | 0 | 16 | 1 | 0 | 0 | 0 | 1 |
| Failure to Report Use of Force | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 3 | 0 | 3 |
| Failure to Write Report | 5 | 2 | 0 | 1 | 8 | 4 | 0 | 0 | 1 | 5 |
| Impairing First Amendment Rights | 1 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Improper Search | 1 | 1 | 4 | 0 | 6 | 1 | 1 | 2 | 4 | 8 |
| Improper Seizure of Personal Property | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Improper Stop | 0 | 5 | 9 | 0 | 14 | 0 | 0 | 0 | 1 | 1 |
| Improper Stop/Search/Seizure | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Improper Strip Search | 9 | 0 | 0 | 0 | 9 | 1 | 0 | 1 | 0 | 2 |
| Inappropriate Association | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Inappropriate Comments and/or Gesture(S) | 5 | 1 | 0 | 2 | 8 | 7 | 5 | 6 | 0 | 18 |
| Inappropriate Workplace Conduct | 4 | 3 | 3 | 0 | 10 | 2 | 3 | 5 | 0 | 10 |
| Insubordination | 3 | 1 | 2 | 0 | 6 | 2 | 1 | 5 | 0 | 8 |
| Interference with Civilians' Protected Free Expression/Speech | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Interfering with Right to Assemble | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Neglect of Duty | 99 | 20 | 47 | 49 | 219 | 55 | 12 | 34 | 32 | 137 |
| Negligent Use/Handling of Taser | 6 | 0 | 0 | 0 | 6 | 2 | 0 | 0 | 0 | 2 |
| Negligent Use/Handling/Storage of Firearms | 4 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| Race-Based Profiling | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| Respondent in Civil Protective Order | 0 | 2 | 1 | 0 | 3 | 0 | 0 | 1 | 0 | 1 |
| Secondary Employment Violation | 0 | 0 | 1 | 0 | 1 | 2 | 0 | 0 | 0 | 2 |
| Securing/Treatment of People Being Detained or Transported | 2 | 0 | 5 | 1 | 8 | 10 | 0 | 0 | 2 | 12 |
| Unsafe Operation of Departmental Vehicle | 1 | 2 | 2 | 0 | 5 | 0 | 2 | 1 | 0 | 3 |
| Vehicle Pursuit | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| Vehicle Pursuit Violation | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Workplace Harassment | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **218** | **64** | **136** | **66** | **484** | **116** | **58** | **104** | **51** | **329** |

# Demographics of Complainants (Investigative Findings)

Data Explanation – The demographic tables below calculate the total number of Findings separated by gender and race. A finding is attached to a specific allegation at the end of an investigation, and a single case can contain multiple allegations. For example, John Smith files a complaint against an Officer that has two allegations ("Allegation A" and "Allegation B"). During the course of the investigation, "Allegation A" is determined to be "Sustained" and "Allegation B" is determined to be "Not Sustained." The table below would count both of those allegation findings separately, one for "Sustained/Male" and one for "Not

Sustained/Male." In a case where both of John Smith's allegations were determined to be sustained by the investigator, it would be tabulated twice under "Male/Sustained."

| Gender of Complainants (Civilians/External Complaints) | Quarter 1 | | | | | Quarter 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Total | Sustained | Not Sustained | Unfounded | Exonerated | Total |
| Female | 30 | 52 | 95 | 28 | 205 | 29 | 48 | 55 | 12 | 144 |
| Male | 90 | 43 | 91 | 10 | 234 | 16 | 30 | 105 | 10 | 161 |
| Transgender | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Unknown | 12 | 12 | 14 | 0 | 38 | 6 | 6 | 9 | 1 | 22 |
| **Total** | **132** | **107** | **200** | **38** | **477** | **51** | **85** | **169** | **23** | **328** |

| Race/Ethnicity of Complainants (Civilians/External Complaints) | Quarter 1 | | | | | Quarter 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Total | Sustained | Not Sustained | Unfounded | Exonerated | Total |
| Black | 97 | 63 | 117 | 26 | 303 | 29 | 39 | 81 | 16 | 165 |
| Hispanic | 5 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| White | 4 | 13 | 32 | 1 | 50 | 9 | 13 | 13 | 1 | 36 |
| Unknown/Blank | 26 | 31 | 51 | 11 | 119 | 13 | 33 | 73 | 6 | 125 |
| **Total** | **51** | **85** | **169** | **23** | **328** | **183** | **192** | **369** | **61** | **805** |

| | Quarter 1 | Quarter 2 |
|---|---|---|

| Gender of Complainants (Sworn Officers/Internal Complainants) | Sustained | Not Sustained | Unfounded | Exonerated | Total | Sustained | Not Sustained | Unfounded | Exonerated | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Female | 27 | 2 | 7 | 9 | 45 | 18 | 3 | 7 | 7 | 35 |
| Male | 87 | 13 | 19 | 32 | 151 | 76 | 17 | 22 | 31 | 146 |
| Unknown | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **114** | **15** | **26** | **41** | **196** | **208** | **35** | **55** | **79** | **181** |

| | Quarter 1 | | | | | Quarter 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Race/Ethnicity of Complainants (Internal Complainant /Sworn Officers)** | Sustained | Not Sustained | Unfounded | Exonerated | Total | Sustained | Not Sustained | Unfounded | Exonerated | Total |
| Black | 68 | 9 | 11 | 23 | 111 | 49 | 6 | 19 | 20 | 94 |
| Hispanic | 4 | 0 | 1 | 2 | 7 | 7 | 2 | 0 | 1 | 10 |
| White | 39 | 6 | 11 | 15 | 71 | 38 | 12 | 10 | 17 | 77 |
| Unknown/Blank | 3 | 0 | 3 | 1 | 7 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **114** | **15** | **26** | **41** | **196** | **94** | **20** | **29** | **38** | **181** |

*Note: Unknown did not have date of birth, sex, or race listed in IAPro.*

*Note 2: There were five results listed as Transgender; however, the casefile did not specify their gender identity, therefore they are listed as their own category for this Report. If IAPro included their gender identity, then they would have been sorted by their identification."*

## Demographics of Respondents (Investigative Findings)

| Gender of Respondents | Quarter 1 | | | | | Quarter 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Total | Sustained | Not Sustained | Unfounded | Exonerated | Total |
| Female | 28 | 18 | 30 | 11 | 87 | 21 | 13 | 32 | 6 | 72 |
| Male | 206 | 83 | 153 | 62 | 504 | 119 | 77 | 140 | 54 | 394 |
| Unknown/Blank | 2 | 10 | 19 | 2 | 33 | 3 | 7 | 15 | 0 | 25 |
| **Total** | **236** | **111** | **202** | **75** | **624** | **143** | **97** | **187** | **60** | **487** |

| Race/Ethnicity of Respondents | Quarter 1 | | | | | Quarter 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Unfounded | Exonerated | Total | Sustained | Not Sustained | Unfounded | Exonerated | Total |
| African American or Black | 121 | 40 | 77 | 26 | 264 | 62 | 28 | 69 | 22 | 181 |
| Amer-Indian | 2 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 1 |
| Asian | 2 | 2 | 11 | 2 | 17 | 2 | 3 | 4 | 2 | 11 |
| Hispanic | 19 | 13 | 13 | 8 | 53 | 13 | 4 | 8 | 9 | 34 |
| Other | 0 | 1 | 1 | 1 | 3 | 2 | 1 | 1 | 0 | 4 |
| White | 62 | 37 | 67 | 26 | 192 | 49 | 48 | 73 | 21 | 191 |
| Unknown/Blank | 30 | 18 | 33 | 12 | 93 | 14 | 13 | 32 | 6 | 65 |
| **Total** | **236** | **111** | **202** | **75** | **624** | **143** | **97** | **187** | **60** | **487** |

*Note: Unknown did not have date of birth, sex, or race listed in IAPro.*

# Appendix E: Outcome of Investigations - Charge Dispositions

The Charge Disposition tables below provide the data on charge disposition outcomes. Charge dispositions are a result of Trial Boards, joint negotiated settlements between parties, and respondents accepting the DRC's disciplinary recommendations. For the date of final disposition for a case, the date used is either the date that the respondent accepted the DRC's recommendation, the date that the Trial Board reached its determination regarding the respondent's case, or the date that a joint legal settlement occurred between the respondent and the Department.

The Charge Disposition Field in IAPro contains the following results for this quarter in the graphic below. For the purposes of the Misconduct Investigation Reports, the "Dismissed by Legal," "Not Guilty," and "Case Expired" will be added to the total for "Not Sustained" and "Accused Resigned/Retired/Terminated" and "Guilty" will be added to the total for "Sustained."

| Charge Disposition | Explanation |
|---|---|
| Sustained | Guilty |
| Not Sustained | Not Guilty |
| Dismissed by Legal | Nol Pros (a prosecutor's formal entry on the record indicating that he or she will no longer prosecute a pending charge against the respondent). |
| Case Expired | Case Expired |
| Accused Resigned/Retired/Terminated | No Trial Board held due to Officer or Employee's employment status. |
| Exonerated | Found to not have violated policy |

## Charge Disposition - Charge Date in Q1/Q2 2021

| Days from Notification of the Department to Investigation Completed | Quarter 1 | Quarter 2 |
|---|---|---|
| Sustained | 101 | 79 |
| Not Sustained | 2 | 8 |
| Total | 103 | 87 |

## Charge Disposition: Demographics of Respondents

| Gender of Respondent | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Total | Sustained | Not Sustained | Total |
| Female | 18 | 0 | 18 | 10 | 5 | 15 |
| Male | 83 | 2 | 85 | 67 | 3 | 70 |
| Unknown/Blank | 0 | 0 | 0 | 2 | 0 | 2 |
| **Total** | **101** | **2** | **103** | **79** | **8** | **87** |

| Race/Ethnicity of Respondent | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Total | Sustained | Not Sustained | Total |
| African American or Black | 43 | 0 | 43 | 40 | 3 | 43 |
| Amer-Indian | 3 | 0 | 3 | 1 | 0 | 1 |
| Asian | 2 | 0 | 2 | 1 | 0 | 1 |
| Hispanic | 6 | 0 | 6 | 8 | 2 | 10 |
| White | 31 | 2 | 33 | 22 | 2 | 24 |
| Unknown/Blank | 16 | 0 | 16 | 7 | 1 | 8 |
| **Total** | **101** | **2** | **103** | 79 | 8 | 87 |

*Note: Unknown did not have date of birth, sex, or race listed in IAPro.*

## Charge Disposition: Demographics of Complainants

| Gender of Complainants | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Total | Sustained | Not Sustained | Total |
| Female | 7 | 0 | 7 | 8 | 1 | 9 |
| Male | 25 | 0 | 25 | 1 | 2 | 3 |
| Unknown/Blank | 2 | 0 | 2 | 5 | 0 | 5 |

| Total | 34 | 0 | 34 | 14 | 3 | 17 |
|-------|----|----|----|----|----|----|

| Race/Ethnicity of Complainants | Quarter 1 | | | Quarter 2 | | |
|---|---|---|---|---|---|---|
| | Sustained | Not Sustained | Total | Sustained | Not Sustained | Total |
| African American or Black | 10 | 0 | 10 | 6 | 1 | 7 |
| White | 8 | 0 | 8 | 0 | 2 | 2 |
| Unknown or Blank | 16 | 0 | 16 | 8 | 0 | 8 |
| Total | 34 | 0 | 34 | 14 | 3 | 17 |

*Note: Unknown did not have date of birth, sex, or race listed in IAPro.*

# Appendix F: Outcome of Investigations - Sustained Number of Charges

This section provides a breakdown of Sustained Charges from Trial Boards, joint negotiated settlements, and respondents accepting the DRC's disciplinary recommendations. It is important to note that charges follow specific policy violations, whereas Appendix C, Outcome of Investigations: Investigative Findings provides the data for complainant allegations. Since the basis of an allegation is the complainant's account of BPD employee misconduct, there is not always a specific associated policy violation.

## Total Sustained Charges

| Total Sustained Charges | Quarter 1 | Quarter 2 |
|---|---|---|
| Serious Misconduct | 12 | 7 |
| Other Misconduct | 89 | 72 |
| **Total** | **101** | **79** |
| **CRB-Eligible Charges** | **Quarter 1** | **Quarter 2** |
| Abusive or Discriminatory Language | 0 | 2 |
| Excessive Force | 2 | 0 |
| False Arrest | 0 | 1 |
| **Total** | **2** | **3** |
| **Criminal Misconduct Charges** | **Quarter 1** | **Quarter 2** |
| Criminal Misconduct/Misdemeanor | 0 | 1 |
| Dui | 1 | 0 |
| Misconduct/Misdemeanor | 1 | 0 |
| Misconduct/Vcs | 0 | 1 |
| Misconduct/Vcs Assault | 3 | 0 |
| Misconduct/Vcs Theft | 0 | 1 |
| Misconduct/Vcs/Dv- Assault | 1 | 0 |
| Misdemeanor Theft | 1 | 0 |
| **Total** | **6** | **3** |
| **Non-Criminal Serious Misconduct Charges** | **Quarter 1** | **Quarter 2** |
| False Statement/Untruthfulness | 3 | 1 |
| **Total** | **6** | **4** |
| **Total Sustained Charges** | **Quarter 1** | **Quarter 2** |
| Absent Without Leave | 1 | 0 |

| | | |
|---|---|---|
| BWC - Mandatory Recording | 0 | 1 |
| BWC Violation | 0 | 1 |
| Complaint Reporting EEO | 0 | 1 |
| Conduct | 1 | 1 |
| Conduct Unbecoming a Police Officer | 13 | 5 |
| Conduct Unbecoming an Employee | 0 | 1 |
| Destruction of Property | 1 | 0 |
| Discourtesy | 2 | 0 |
| Fail to Attend and Complete Training | 6 | 4 |
| Fail to Fulfill Financial Obligation | 1 | 0 |
| Fail to Submit Property | 1 | 0 |
| Failed to Exercise Good Judgement | 1 | 0 |
| Failure to Appear in Court (Fta) | 2 | 0 |
| Failure to Attend PSI Medical Appt | 5 | 8 |
| Failure to Operate Bwc as Required | 3 | 4 |
| Failure to Properly Guard a Prisoner | 1 | 0 |
| Failure to Properly Guard Prisoner | 0 | 1 |
| Failure to Report Misconduct | 1 | 0 |
| Failure to Take Action | 0 | 1 |
| Hindering Internal Investigation | 0 | 1 |
| Improper Stop/Search/Seizure | 0 | 1 |
| Inappropriate Comment(S) | 0 | 1 |
| Lateness for Duty | 2 | 0 |
| Loss Equipment (Not Firearm) | 23 | 14 |
| Medical Leave Violation | 1 | 1 |
| Medical Policy | 0 | 1 |
| NCIC Restrictions | 0 | 1 |
| Neglect of Duty | 11 | 12 |
| Neglect of Duty - Overtime Related | 1 | 0 |
| Neglect of Duty/Bwc Related | 3 | 1 |
| Neglect of Duty-Proper Performance | 0 | 1 |
| Neglect/Firearms Related | 0 | 2 |
| Negligent Handling of a Firearm | 2 | 1 |

| | | |
|---|---|---|
| Negligent Use/Handling of Taser | 4 | 3 |
| Secondary Employment Violation | 0 | 2 |
| Securing/Treatment of People | 0 | 1 |
| Sleeping on Duty | 0 | 1 |
| Unsafe Operation of Departmental Vehicle | 2 | 0 |
| **Total** | **88** | **72** |

## Complainant Demographics of Total Sustained Charges

| Gender of Sustained Charges (Civilian Complainants) | Quarter 1 | | | | Quarter 2 | | | |
|---|---|---|---|---|---|---|---|---|
| | Female | Male | Unknown or Blank | Total | Female | Male | Unknown or Blank | Total |
| Abusive or Discriminatory Language | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Conduct | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 0 |
| Conduct Unbecoming a Police Officer | 3 | 8 | 2 | 13 | 1 | 0 | 1 | 0 |
| Discourtesy | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Dui | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Excessive Force | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 |
| Failed to Exercise Good Judgement | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Failure to Operate Bwc as Required | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Failure to Report Misconduct | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| False Statement | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 1 |
| Hindering Internal Investigation | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Improper Stop/Search/Seizure | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Inappropriate Comment(S) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Misconduct/Vcs | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Misconduct/Vcs Assault | 1 | 2 | 0 | 3 | 0 | 0 | 0 | 0 |
| Misconduct/Vcs/Dv- Assault | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| NCIC Restrictions | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Neglect of Duty | 0 | 3 | 0 | 3 | 3 | 1 | 0 | 4 |
| Neglect of Duty/Bwc Related | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 |
| Neglect of Duty-Proper Performance | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Total | 6 | 24 | 2 | 32 | 8 | 1 | 5 | 14 |

*Note: Unknown did not have gender listed in IAPro.*

| Race/Ethnicity of Sustained Charges (Civilian Complainants) | Quarter 1 | | | | Quarter 2 | | | |
|---|---|---|---|---|---|---|---|---|
| | African American or Black | White | Unknown or Blank | Total | African American or Black | White | Unknown or Blank | Total |
| Abusive or Discriminatory Language | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Conduct | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| Conduct Unbecoming a Police Officer | 2 | 4 | 7 | 13 | 1 | 0 | 1 | 2 |
| Discourtesy | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Dui | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Excessive Force | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| Failed to Exercise Good Judgement | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Failure to Operate Bwc as Required | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Failure to Report Misconduct | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| False Statement | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 1 |
| Hindering Internal Investigation | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Improper Stop/Search/Seizure | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Inappropriate Comment(S) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Misconduct/Vcs | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Misconduct/Vcs Assault | 2 | 1 | 0 | 3 | 0 | 0 | 0 | 0 |
| Misconduct/Vcs/Dv- Assault | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| NCIC Restrictions | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Neglect of Duty | 0 | 1 | 2 | 3 | 1 | 0 | 3 | 4 |
| Neglect of Duty/Bwc Related | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| Neglect of Duty-Proper Performance | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| **Total** | **10** | **8** | **14** | **32** | **6** | **0** | **8** | **14** |

*Note: Unknown did not have gender listed in IAPro.*

## Respondent Demographics of Total Sustained Charges

| Gender of Sustained Charges (Respondents) | Quarter 1 | | | | Quarter 2 | | | |
|---|---|---|---|---|---|---|---|---|
| | Female | Male | Unknown or Blank | Total | Female | Male | Unknown or Blank | Total |
| Absent Without Leave | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Abusive  Language | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Abusive or Discriminatory Language | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| BWC - Mandatory Recording | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| BWC Violation | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Complaint Reporting EEO | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Conduct | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 1 |
| Conduct Unbecoming a Police Officer | 2 | 11 | 0 | 13 | 0 | 5 | 0 | 5 |
| Conduct Unbecoming an Employee | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Criminal Misconduct/Misdemeanor | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Destruction of Property | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Discourtesy | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 |
| Dui | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Excessive Force | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 |
| Fail to Attend and Complete Training | 1 | 5 | 0 | 6 | 1 | 3 | 0 | 4 |
| Fail to Fulfill Financial Obligation | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Fail to Submit Property | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Failed to Exercise Good Judgement | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Failure to Appear in Court (Fta) | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 |
| Failure to Attend PSI Medical Appt | 1 | 4 | 0 | 5 | 0 | 8 | 0 | 8 |
| Failure to Operate Bwc as Required | 0 | 3 | 0 | 3 | 2 | 2 | 0 | 4 |
| Failure to Properly Guard a Prisoner | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Failure to Properly Guard Prisoner | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Failure to Report Misconduct | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Failure to Take Action | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| False Arrest | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| False Statement | 1 | 2 | 0 | 3 | 0 | 1 | 0 | 1 |
| Hindering Internal Investigation | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Improper Stop/Search/Seizure | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Inappropriate Comment(S) | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Lateness for Duty | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 |
| Loss Equipment (Not Firearm) | 7 | 16 | 0 | 23 | 3 | 11 | 0 | 14 |
| Medical Leave Violation | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 |
| Medical Policy | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Misconduct/Misdemeanor | 0 | 1 | 0 | 1 | | | | |
| Misconduct/Vcs | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Misconduct/Vcs Assault | 1 | 2 | 0 | 3 | 0 | 0 | 0 | 0 |
| Misconduct/Vcs Theft | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Misconduct/Vcs/Dv- Assault | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Misdemeanor Theft | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| NCIC Restrictions | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Neglect of Duty | 1 | 10 | 0 | 11 | 0 | 12 | 0 | 12 |
| Neglect of Duty - Overtime Related | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Neglect of Duty/Bwc Related | 0 | 3 | 0 | 3 | 0 | 1 | 0 | 1 |
| Neglect of Duty-Proper Performance | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Neglect/Firearms Related | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| Negligent Handling of a Firearm | 0 | 2 | 0 | 2 | 0 | 1 | 0 | 1 |
| Negligent Use/Handling of Taser | 1 | 3 | 0 | 4 | 1 | 2 | 0 | 3 |
| Secondary Employment Violation | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| Securing/Treatment of People | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Sleeping on Duty | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Unsafe Operation of Departmental Vehicle | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 |
| **Total** | **17** | **83** | **0** | **100** | **10** | **67** | **2** | **79** |

*Note: Unknown did not have date of birth, sex, or race listed in IAPro.*

| Race/Ethnicity of Sustained Charges (Respondent) | Quarter 1 | | | | | | | Quarter 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | African American | Amer-Indian | Asian | Hispanic | White | Other or Unknown | Total | African American | Amer-Indian | Asian | Hispanic | White | Other or Unknown | Total |
| Absent Without Leave | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Abusive  Language | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Abusive or Discriminatory Language | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| BWC - Mandatory Recording | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| BWC Violation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Complaint Reporting EEO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Conduct | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Conduct Unbecoming a Police Officer | 5 | 2 | 0 | 0 | 5 | 1 | 13 | 3 | 0 | 0 | 0 | 2 | 0 | 5 |
| Conduct Unbecoming an Employee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Criminal Misconduct/Misdemeanor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Destruction of Property | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discourtesy | 1 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dui | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Excessive Force | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fail to Attend and Complete Training | 4 | 0 | 0 | 1 | 1 | 0 | 6 | 0 | 0 | 0 | 2 | 2 | 0 | 4 |
| Fail to Fulfill Financial Obligation | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fail to Submit Property | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Failed to Exercise Good Judgement | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Failure to Appear in Court (Fta) | 1 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Failure to Attend PSI Medical Appt | 2 | 0 | 0 | 1 | 1 | 1 | 5 | 6 | 0 | 1 | 1 | 0 | 0 | 8 |
| Failure to Operate Bwc as Required | 1 | 0 | 0 | 1 | 1 | 0 | 3 | 3 | 0 | 0 | 0 | 1 | 0 | 4 |
| Failure to Properly Guard a Prisoner | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Failure to Properly Guard Prisoner | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Failure to Report Misconduct | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Failure to Take Action | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| False Arrest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| False Statement | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Hindering Internal Investigation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Improper Stop/Search/Seizure | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Inappropriate Comment(S) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Lateness for Duty | 0 | 0 | 1 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss Equipment (Not Firearm) | 12 | 1 | 1 | 1 | 3 | 5 | 23 | 9 | 0 | 0 | 0 | 1 | 4 | 14 |
| Medical Leave Violation | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Medical Policy | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Misconduct/Misdemeanor | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Misconduct/Vcs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Misconduct/Vcs Assault | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Misconduct/Vcs Theft | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Misconduct/Vcs/Dv- Assault | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Misdemeanor Theft | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NCIC Restrictions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Neglect of Duty | 1 | 0 | 0 | 0 | 9 | 1 | 11 | 6 | 0 | 0 | 2 | 4 | 0 | 12 |
| Neglect of Duty - Overtime Related | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Neglect of Duty/Bwc Related | 2 | 0 | 0 | 0 | 1 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Neglect of Duty-Proper Performance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Neglect/Firearms Related | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| Negligent Handling of a Firearm | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Negligent Use/Handling of Taser | 3 | 0 | 0 | 1 | 0 | 0 | 4 | 1 | 0 | 0 | 2 | 0 | 0 | 3 |
| Secondary Employment Violation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| Securing/Treatment of People | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Sleeping on Duty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Unsafe Operation of Departmental Vehicle | 0 | 0 | 0 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **43** | **3** | **2** | **6** | **31** | **15** | **100** | **40** | **1** | **1** | **8** | **22** | **7** | **79** |

*Note: Unknown did not have date of birth, sex, or race listed in IAPro.*

# Appendix G: Disciplinary Actions

Action taken date in Q1 or Q2 2021

Note: Disciplinary Actions ending with an asterisk (*) are tracked manually and separate from IAPro. Therefore, subsequent tables providing demographic data pulled from IAPro will not include any of the Disciplinary Actions noted below with an asterisk.

| Total Disciplinary Actions | Quarter 1 | Quarter 2 |
|---|---|---|
| Acquitted By Trial Board | 0 | 1 |
| Demotion | 0 | 1 |
| Dismissed By Legal* | 1 | 0 |
| Drug Screening for 1 year of hearing | 0 | 1 |
| Fine | 0 | 1 |
| Guidance and Counseling | 3 | 0 |
| Loss of Leave | 2 | 7 |
| Middle Letter of Reprimand | 6 | 10 |
| Non-Punitive Counseling | 1 | 2 |
| Resigned | 3 | 1 |
| Resigned in Lieu of Termination* | 6 | 5 |
| Restitution | 8 | 5 |
| Retired | 2 | 0 |
| Retired in Lieu of Termination* | 2 | 1 |
| Severe Letter of Reprimand | 3 | 1 |
| Simple Letter of Reprimand | 30 | 22 |
| Suspension* | 10 | 5 |
| Suspension without Pay* | 1 | 1 |
| Termination* | 4 | 4 |
| Training at E&T | 1 | 1 |
| Training Memo | 1 | 0 |
| Verbal Counseling/Pending File | 1 | 2 |
| Written Counseling | 7 | 6 |

| | | |
|---|---|---|
| Written Reprimand - Past 30 Day Window | 0 | 1 |
| Written Reprimand - Past 30 Days | 0 | 1 |
| **Total** | **92** | **79** |

## Respondent Demographics of Disciplinary Actions

| Gender of Disciplinary Action (Respondents) | Quarter 1 | | | | Quarter 2 | | | |
|---|---|---|---|---|---|---|---|---|
| | Female | Male | Unknown or Blank | Total | Female | Male | Unknown or Blank | Total |
| Acquitted By Trial Board | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Demotion | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Drug Screening for 1 year of hearing | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Fine | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Guidance and Counseling | 1 | 2 | 0 | 3 | 0 | 0 | 0 | 0 |
| Loss of Leave | 1 | 1 | 0 | 2 | 0 | 7 | 0 | 7 |
| Middle Letter of Reprimand | 0 | 6 | 0 | 6 | 0 | 10 | 0 | 10 |
| Non-Punitive Counseling | 0 | 1 | 0 | 1 | 0 | 2 | 0 | 2 |
| Resigned | 0 | 3 | 0 | 3 | 0 | 0 | 1 | 1 |
| Restitution | 3 | 5 | 0 | 8 | 2 | 3 | 0 | 5 |
| Retired | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 |
| Severe Letter of Reprimand | 0 | 3 | 0 | 3 | 0 | 1 | 0 | 1 |
| Simple Letter of Reprimand | 5 | 25 | 0 | 30 | 5 | 16 | 1 | 22 |
| Training at E&T | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| Training Memo | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Verbal Counseling/Pending File | 0 | 1 | 0 | 1 | 0 | 2 | 0 | 2 |
| Written Counseling | 2 | 5 | 0 | 7 | 2 | 4 | 0 | 6 |
| Written Reprimand - Past 30 Day Window | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Written Reprimand - Past 30 Days | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| **Total** | **12** | **56** | **0** | **68** | **11** | **50** | **2** | **63** |

*Note: Unknown did not have gender listed in IAPro.*

| Race/Ethnicity of Disciplinary Action (Respondents) | Quarter 1 | | | | | | | Quarter 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | African American | Amer-Indian | Asian | Hispanic | White | Other or Unknown | Total | African American | Amer-Indian | Asian | Hispanic | White | Other or Unknown | Total |
| Acquitted By Trial Board | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Demotion | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Drug Screening for 1 year of hearing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Fine | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Guidance and Counseling | 3 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss of Leave | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 5 | 0 | 0 | 1 | 1 | 0 | 7 |
| Middle Letter of Reprimand | 3 | 0 | 0 | 1 | 2 | 0 | 6 | 1 | 0 | 0 | 5 | 4 | 0 | 10 |
| Non-Punitive Counseling | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 2 |
| Resigned | 3 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Restitution | 5 | 0 | 2 | 1 | 0 | 0 | 8 | 2 | 0 | 0 | 0 | 1 | 2 | 5 |
| Retired | 0 | 1 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Severe Letter of Reprimand | 1 | 0 | 0 | 0 | 2 | 0 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Simple Letter of Reprimand | 12 | 1 | 0 | 2 | 8 | 7 | 30 | 12 | 0 | 0 | 1 | 6 | 3 | 22 |
| Training at E&T | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Training Memo | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Verbal Counseling/Pending File | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 2 |
| Written Counseling | 3 | 0 | 0 | 2 | 1 | 1 | 7 | 2 | 1 | 0 | 2 | 1 | 0 | 6 |
| Written Reprimand - Past 30 Day Window | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Written Reprimand - Past 30 Days | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| **Total** | **32** | **2** | **2** | **6** | **17** | **9** | **68** | **29** | **1** | **1** | **10** | **14** | **8** | **63** |

*Note: Unknown did not have race listed in IAPro.*

## Complainant Demographics of Disciplinary Actions

| Gender of Disciplinary Action (Complainants) | Quarter 1 | | | | Quarter 2 | | | |
|---|---|---|---|---|---|---|---|---|
| | Female | Male | Unknown or Blank | Total | Female | Male | Unknown or Blank | Total |
| Acquitted By Trial Board | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Loss of Leave | 0 | 1 | 0 | 1 | 3 | 0 | 0 | 3 |
| Middle Letter of Reprimand | 0 | 2 | 0 | 2 | 1 | 1 | 0 | 2 |
| Resigned | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| Retired | 0 | 2 | 1 | 3 | 0 | 0 | 0 | 0 |
| Severe Letter of Reprimand | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 0 |
| Simple Letter of Reprimand | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Training at E&T | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 |
| Written Counseling | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Total | 1 | 8 | 1 | 10 | 5 | 2 | 2 | 9 |

*Note: Unknown did not have gender listed in IAPro.*

| Race/Ethnicity of Disciplinary Action (Complainants) | Quarter 1 | | | | | Quarter 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | African American or Black | Hispanic | White | Other or Unknown | Total | African American or Black | Hispanic | White | Other or Unknown | Total |
| Acquitted By Trial Board | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Loss of Leave | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 3 | 3 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Middle Letter of Reprimand | 0 | 0 | 0 | 2 | 2 | 1 | 0 | 0 | 1 | 2 |
| Resigned | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Retired | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 |
| Severe Letter of Reprimand | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Simple Letter of Reprimand | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Training at E&T | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| Written Counseling | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| **Total** | **1** | **0** | **3** | **6** | **10** | **2** | **0** | **1** | **6** | **9** |

*Note: Unknown did not have race listed in IAPro.*

# Appendix H: Respondent Officers with Numerous Complaints/Allegations

Tracking individual officers who are subject or respondent to numerous complaints and allegations allows the Baltimore Police Department to be proactive in providing corrective action, administering appropriate discipline, and identifying areas for growth. This section provides aggregate data on the number of officers who receive numerous complaints and allegations in the following areas and subareas: serious misconduct, biased policing, excessive force and unlawful stops, searches and arrests, infringing on constitutional rights, and criminal misconduct. The data for this section is taken from the Quarter's rolling year in the table below.

| Quarter | Rolling Year Period |
|---|---|
| Q1 2021 | 4/1/2020 – 3/31/2021 |
| Q2 2021 | 7/1/2020 – 6/30/2021 |

## Serious Misconduct Cases and Allegations

**Rolling Year – Finding Date**

| | Quarter 1 | Quarter 2 |
|---|---|---|
| **Criminal Misconduct** | | |
| Total with three or more completed cases | 1 | 1 |
| Total with two or more sustained allegations | 0 | 0 |
| **Non-Criminal Serious Misconduct** | | |
| Total with three or more completed cases | 22 | 13 |

| Total with two or more sustained allegations | 4 | 5 |
|---|---|---|

## Biased Policing Allegations
**Rolling Year – Received Date**

| Received Allegations | Quarter 1 | Quarter 2 |
|---|---|---|
| Total with three or more received allegations | 0 | 0 |

## Excessive Force and/or Unlawful Stops, Searches, and Arrests Allegations
### Rolling Year – Received Date

| Received Allegations | Quarter 1 | Quarter 2 |
|---|---|---|
| Total with three or more received allegations | 17 | 14 |

## Interference with Constitutionally Protected Expression Allegations
### Rolling Year – Received Date

| Received Allegations | Quarter 1 | Quarter 2 |
|---|---|---|
| Total with three or more received allegations | 0 | 0 |

## Criminal Misconduct Allegations
### Rolling Year – Received Date

| Received Allegations | Quarter 1 | Quarter 2 |
|---|---|---|
| Total with three or more received allegations | 1 | 1 |

| Received Allegations | Quarter 1 | Quarter 2 |
|---|---|---|
| Domestic Violence | 7 | 7 |
| Driving Under the Influence (Dui) | 3 | 3 |
| Other Felony | 11 | 7 |
| Other Misdemeanor | 29 | 31 |
| Overtime Related | 1 | 3 |
| Planting Evidence | 3 | 4 |
| Sexual Misconduct | 12 | 11 |
| Theft Related | 35 | 37 |
| **Total** | **101** | **103** |