POLICE DEPARTMENT SWORN ATTRITION AND HIRING MARCH 2022

| | | | | | *Attrition* | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 2022 | 26 | 21 | 23 | | | | | | | | | |

| | | | | | *Hiring* | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 2022 | 6 | 11 | 9 | | | | | | | | | |