| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| *Attrition* | | | | | | | | | | | | |
| 2021 | 29 | 26 | 18 | 16 | 19 | 24 | 29 | 27 | 23 | 25 | 29 | 29 |

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| *Hiring* | | | | | | | | | | | | |
| 2021 | 5 | 16 | 12 | 15 | 22 | 18 | 15 | 17 | 20 | 16 | 14 | 14 |