### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | *   CIVIL NO. JKB-17-0099 |
| **POLICE DEPARTMENT OF THE CITY OF BALTIMORE, et al.** | * |
| **Defendants** |  |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### ORDER

On April 21, 2022 and in Courtroom 1A, the Court will hold a public hearing recognizing the fifth anniversary of the entry of the Consent Decree in this case. (*See* ECF No. 500.) In light of the hearing's global focus on the progress that the parties and the Monitoring Team have made so far, and in light of the ongoing exigent circumstances created by the COVID-19 pandemic, the Court finds it appropriate to provide a public access phone line to allow members of the public to listen to the hearing. Beginning at 10:00 a.m. on April 21, 2022, individuals will be able to listen to the hearing via the following phone number and dial-in code:

- **Phone number: 888-557-8511**

- **Code: 6791714**

Individuals who call in to the hearing will only be able to listen and will not be able to speak. Recording and/or broadcasting of the proceedings, whether from inside the courtroom or via the public access line, is prohibited. The parties and the Monitoring Team will participate in the hearing in person, and the gallery will be open to members of the public who wish to attend in person. An overflow room will be provided for press.

It is so ORDERED.

DATED this \_\_\_7\_\_\_ day of \_\_\_April_____, 2022.

BY THE COURT:

_____
James K. Bredar
Chief Judge