# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
Chief Judge

MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

April 25, 2022

## LETTER ORDER

Re: *United States of America v. Baltimore Police Department, et al.*
Civ. No.: JKB-17-0099

Dear Counsel:

Pursuant to Paragraph 446 of the Consent Decree, the Court appointed a Monitoring Team "for a period of three years from the [Decree's] Effective Date[.]" (ECF No. 2-2 ¶ 446.) In an Order docketed on April 9, 2020, after considering the Monitoring Team's community engagement, cost-effectiveness, and technical assistance to the Parties (*see id.*), the Court reappointed the Monitor and the Monitoring Team "for a period of two years or until the Termination of the Consent Decree, whichever comes first." (*See* First Reappointment Order, ECF No. 308 at 3.)

More than two years have passed since the Court issued the First Reappointment Order. Accordingly, it is time for the Court to again evaluate the Monitor and his team, and to consider their reappointment. The Parties are directed to submit to the Court their feedback regarding the performance of the Monitor and the Monitoring Team within two weeks of the date of this letter. The Court will then meet and confer with the Monitor and will conduct its own analysis before deciding whether to reappoint the Monitor and the Monitoring Team.

Very truly yours,

/s/ James K. Bredar

James K. Bredar
Chief Judge

CC: All Counsel of Record
Baltimore Police Department Monitoring Team