POLICE DEPARTMENT SWORN ATTRITION AND HIRING 2022

| Attrition | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 2022 | 26 | 21 | 23 | 27 | 14 | 22 | | | | | | |

| Hiring | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 2022 | 6 | 11 | 9 | 4 | 12 | 9 | | | | | | |