# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| v. | * | **CIVIL NO. JKB-17-0099** |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | * | |
| **Defendants.** | | |
| | *** | |

## SCHEDULING ORDER

Consistent with the Court's duty to ensure Defendants' compliance with the Consent Decree (ECF No. 2-2, as modified by ECF No. 39, at ¶ 493), the Court issued a scheduling order on December 22, 2021, setting dates for monthly conferences and quarterly public hearings with the Parties and the Monitoring Team. (ECF No. 469.) Implementation of the Consent Decree's requirements is now well underway. Many important topics were covered and progress was assessed in meetings and hearings held during the past year. Additional topics await the Court's attention. Accordingly, it is hereby ORDERED that, during the upcoming year, the Independent Monitor and the Parties SHALL continue to provide the Court with regular monthly and quarterly updates, and they SHALL attend and participate in monthly conferences and quarterly hearings, all regarding the status of BPD's and the City's compliance with the Consent Decree's requirements.

The Court now sets dates for further proceedings in this matter according to the schedule below.

1

Calendar of Monthly Progress Reports/Conferences and Quarterly Public Hearings

| | |
|---|---|
| February 16, 2023 | Monthly Progress Report/Conference with the Court (Use of Force), Courtroom 3C |
| March 23, 2023 | Monthly Progress Report/Conference with the Court (Misconduct Investigations and Discipline; Community Policing and Engagement), Courtroom 3C |
| **April 13, 2023, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| May 25, 2023 | Monthly Progress Report/Conference with the Court (Compliance Reviews and Outcome Assessments; Technology), Courtroom 3C |
| June 15, 2023 | Monthly Progress Report/Conference with the Court (Transportation of Persons in Custody; Supervision), Courtroom 3C |
| July 20, 2023 | Monthly Progress Report/Conference with the Court (Stops, Searches, and Arrests; Fair and Impartial Policing), Courtroom 3C |
| **August 17, 2023, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| September 21, 2023 | Monthly Progress Report/Conference with the Court (Staffing; Recruitment, Hiring, and Retention), Courtroom 3C |
| October 5, 2023 | Monthly Progress Report/Conference with the Court (Officer Assistance and Support), Courtroom 3C |
| **October 26, 2023, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| November 9, 2023 | Monthly Progress Report/Conference with the Court (Sexual Assault), Courtroom 3C |
| December 7, 2023 | Monthly Progress Report/Conference with the Court (Compliance Reviews and Outcome Assessments), Courtroom 3C |
| January 11, 2024 | Monthly Progress Report/Conference with the Court (First Amendment Protected Activities), Courtroom 3C |
| **January 25, 2024, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |

DATED this 22 day of November, 2022.

BY THE COURT:

_____
James K. Bredar
Chief Judge