# **EXHIBIT 1**



Civilian Review Board Data

7 E Redwood Street, 9th Floor
Baltimore, MD 21202
410-396-3151
www.civilrights.baltimorecity.gov

2022 2023

# Table of Contents

Background ........................................................................................................................... 3

Filing A Complaint ............................................................................................................... 4

Complaints Received from PIB ........................................................................................... 5

Board Members .................................................................................................................... 5

2022 Complaint Data ........................................................................................................... 6

    Complaints by District ................................................................................................... 6

    Complaints by Rank ....................................................................................................... 7

    Complaints by Contact Type .......................................................................................... 7

    Complaints by Allegation .............................................................................................. 8

    Complaint Demographics .............................................................................................. 9

    Officer Demographics ................................................................................................. 10

    Anonymous/Third Party Complaints .......................................................................... 10

2022 Investigations ............................................................................................................ 11

2022 Outcomes .................................................................................................................. 13

    Finding Outcomes ....................................................................................................... 13

    Disciplinary Recommendations .................................................................................. 14

    Demographic Information ........................................................................................... 14

2022 Misconduct Patterns .................................................................................................. 16

**Background**

The Civilian Review Board (CRB) is Baltimore City's only independent city agency authorized to investigate and review complaints of police misconduct. The CRB was established in 1999 and its governing statute is Public Local Law (PLL) §§ 16-41-54. The Board is composed of nine civilian members who live in and represent each of Baltimore's nine police districts. Additionally, there are five non-voting members, one representative each from the American Civil Liberties Union (ACLU), the National Association for the Advancement of Colored People (NAACP), the Fraternal Order of Police (FOP), the Vanguard Justice Society, and a designee of the Police Commissioner of Baltimore City.

The primary mission of the CRB is to provide effective civilian oversight for the City of Baltimore. Civilian Review Board Investigators work to investigate complaints impartially and equitably, and maintain the highest levels of confidentiality and integrity, which is crucial to maintaining public trust. It is the mission of the staff at the Office of Equity and Civil Rights to assist the members of the Civilian Review Board in order to successfully fulfill its mandates under the governing statute.

This report is prepared by the Office of Equity and Civil Rights in response to the requirements of the Consent Decree[1]. The purpose of this report is to provide transparency to the public and ensure accuracy in data collection.

---

[1] ¶ 402 of the Consent Decree states "The OPR and the CRB will separately produce a quarterly public report on misconduct investigations…"

**Filing A Complaint**

Under the governing statute, PLL § 16-41(b)-(f)(2), the CRB receives complaints of:

- **Excessive Force**: The use of greater physical force than necessary to repel an attacker or terminate resistance.
- **False Arrest**: An arrest made without legal justification.
- **False Imprisonment**: The intentional restriction without legal justification of the freedom of movement of a person who is aware of the restriction and who does not consent.
- **Harassment**: Repeated or unwarranted conduct that is intended to be overtly demeaning, humiliating, mocking, insulting, or belittling; or any conduct that is intended to cause unnecessary physical discomfort or injury.
- **Abusive Language**: The use of remarks intended to be demeaning, humiliating, mocking, insulting, or belittling

Under PLL § 16-41(g), the following law enforcement units are under the CRB's jurisdiction:

- (1) the Police Department of Baltimore City:
- (2) the Baltimore City School Police;
- (3) the Baltimore City Sheriff's Department;
- (4) The Baltimore City Watershed/Environmental Police;
- (5) the Baltimore City Community College Police; or
- (6) the Morgan State Police.

Complaints may be filed at the office of the Civilian Review Board, a police district station, or with the Baltimore City Public Integrity Bureau. Once a complaint is received, it is reviewed for statutory compliance. In order for the Board to have jurisdiction[2] to investigate a complaint, it must meet the following requirements:

- Complaints must be made on a signed CRB form.
- Complaints must be filed within one year of the incident named in the complaint.
- Allegations within the complaint must be one of the five authorized CRB allegations.
- Allegations within the complaint must be made against a law enforcement agency within CRB's jurisdiction.

*Contact us to learn more about how to file a complaint:*

*410-396-3151*
*CRBIntake@baltimorecity.gov*
*https://civilrights.baltimorecity.gov/civilian-review-board/file*

***Complaint Form***

---

[2] Statutory restrictions apply only to the CRB. Complaints of any type involving the Baltimore Police Department may be filed with the Public Integrity Bureau.

The CRB accepts all complaints that fall within its jurisdiction. CRB complaints that are submitted anonymously will be reviewed if there is a signature on the CRB form. To submit an anonymous complaint under the CRB statute, complainants may omit their name and contact information, as long as there is a signature on the form. All completed complaint forms alleging misconduct by the Baltimore Police Department are sent to PIB within 48 hours as required by statute, and submitted to the Board for review. Complaints that PIB receives on signed complaint forms are forwarded to the CRB within 48 hours of their receipt. Unsigned complaints are forwarded to law enforcement agencies on a case by case basis, and only with the express consent of the Complainant.

At its monthly meeting, the Board reviews each complaint and votes on whether to authorize an independent CRB investigation. If authorized, the CRB's independent civilian investigators will conduct a concurrent investigation to that of the internal investigative division. Complaints that are not authorized for CRB investigation are referred to the law enforcement agency for investigation by their investigative division only.

When all authorized investigations are completed, the Board reviews the completed reports and makes a recommendation of findings to the Police Commissioner. In cases where the Board sustains allegations against an officer, the Board will also make a recommendation on discipline for the accused officer. Once a CRB investigation is completed, the Board may also vote for "Further Investigation" if the members feel they need more information. The Board will then review the additional facts and vote to determine their additional recommendations to the Police Commissioner.

## Complaints Received from PIB

In addition to CRB receiving complaints from members of the public, PIB notifies CRB of complaints it received that contain CRB eligible allegations. Once CRB receives a notification from PIB, staff reviews it for statutory compliance and contacts the Complainant to inform them of their right to file a complaint with the CRB. In accordance with the statute, the CRB cannot consider the notification to be within jurisdiction until a CRB complaint form is completed and signed.

Additionally, PIB provides the CRB with "PIB Weekly Intake Reports", which list all of the complaints that PIB receives, both internally and from members of the public. This allows CRB staff to review what PIB has received and ensure that every complaint that is CRB eligible is classified accordingly.

For more information on how the CRB collaborates with PIB, please review the PIB Classification Protocol and the CRB/OPR Protocol.

## Board Members

| Tiera Hawkes | Chair, Northeastern District |
|---|---|
| Natalie Novak | Secretary, Northern District |
| Mel Currie | Southwestern District |
| Levi Zaslow | Northwestern District |
| George Buntin | Western District |
| Tiffany Wingate | Central District |
| Vacant | Southeastern District |
| Vacant | Eastern District |
| Vacant | Southern District |

| EF- Excessive Force | H-Harassment | FA-False Arrest | FI-False Imprisonment | AL-Abusive Language |

2022 Complaint Data[3]

*Third Quarter: July-September*

The below data is responsive to the Consent Decree's required reporting on new complaints[4]

Allegations by District

| District | Number of Complaints | Allegations[5] |
|---|---|---|
| Eastern | 2 | FI(1) H(2) EF(1) |
| Northeastern | 3 | FI(2) H(3) |
| Northern | 1 | FI (1) FA(1) EF(1) |

**There were a total of 12 allegations contained in 6 complaints. Allegations in this section are listed per complaint, and not per officer.**



Complaints by District

---

[3] A single Complaint may contain multiple allegations, which is why the number of allegations may be greater than the number of complaints in a given data set.

[4] ¶ 402 (a) Aggregate data on complaints received from the public, broken down by district; rank of principal(s); nature of contact (traffic stop, pedestrian stop, call for service, etc.); nature of allegation (rudeness, bias-based policing, etc.); complainants' demographic information (age, gender, race, ethnicity, etc.); complaints received from anonymous or third parties; and principals' demographic information; The CRB will not respond to ¶ 402 (b), as internal misconduct complaints are solely within the jurisdiction of BPD.

[5] Allegation abbreviations are: EF-Excessive Force; FA-False Arrest; FI-False Imprisonment; H-Harassment; AL-Abusive Language.

| EF- Excessive Force | H-Harassment | FA-False Arrest | FI-False Imprisonment | AL-Abusive Language |

Allegations against Officers by Rank[6]

| Rank | Number of Officers | Allegations |
|---|---|---|
| Police Officer | 11 | 10(H) 2(FI) |
| Sergeant | 2 | 2(H) 2(FI) 1(EF) |
| UK | 1 | 1(FA) 1(EF) |
| **Total** | **14** | **12(H) 4(FI) 2(EF)** |

**There were a total of 18 allegations made against 14 officers in 6 complaints. Allegations in this section are listed per officer, which is why the number of allegations is greater than the number of allegations listed per complaint.**



Complaints by Contact Type[7]

| Contact Type | Number of Complaints | Allegations |
|---|---|---|
| Call for Service | 3 | 3(H) 1(FI) 1(EF) |
| Traffic Stop | 2 | 1(H) 1(FI) 1(FA) 1(EF) |
| Pedestrian Stop | 1 | 1(H) 1(FI) |



[7] Contact types include pedestrian stops, traffic stops, calls for service, and other.

| EF- Excessive Force | H-Harassment | FA-False Arrest | FI-False Imprisonment | AL-Abusive Language |

Complaints by Allegation

| Allegations | Number of Allegations |
|---|---|
| EF | 2 |
| FA | 1 |
| FI | 4 |
| H | 5 |
| AL | 0 |
| **Total** | **12** |



2022 Q3 Allegation Types

| EF- Excessive Force | H-Harassment | FA-False Arrest | FI-False Imprisonment | AL-Abusive Language |

Complainant Demographics[8]

| Number of Complaints | Gender | | | Race | | | | Age | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | Unknown | Black | White | Latino | Unknown | 0-18 | 19-30 | 31-40 | 41-50 | 50+ | Unknown |
| 6 | 3 | 3 | 0 | 3 | 1 | 1 | 1 | 0 | 1 | 1 | 2 | 1 | 1 |



Gender Breakdown of Complainants
- Male 50%
- Female 50%



Racial Breakdown of Complainants
- Black 50%
- White 16%
- Unknown 17%
- Latino 11%



Age Breakdown of Complainants
- 19-30, 31-40, 41-50 33%, 50+ 17%, Unknown

---

[8] In this category, "Unknown" refers to complaints in which the complainants chose not to self-identify one or more of their demographic categories when completing the complaint form.

EF- Excessive Force   H-Harassment   FA-False Arrest   FI-False Imprisonment   AL-Abusive Language

Officer Demographics[9]

| Number of Complaints | Gender | | | Race | | | | Age | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | Unknown | Black | White | Mixed Race | Unknown | 0-18 | 19-30 | 31-40 | 41-50 | 50+ | Unknown |
| 6 | 5 | 0 | 9 | 1 | 9 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 14 |



Officer Race Breakdown

- Black 7%
- White 64%
- Unknown 29%

Anonymous/Third Party Complaints

| Number of Complaints | Filed by Victim | Filed by Witness | Filed by Representative[10] | Anonymous |
|---|---|---|---|---|
| 6 | 4 | 2 | 0 | 0 |

---

[9] Number of officers may exceed number of complaints due to the fact that some complaints are filed against multiple officers.
[10] A representative could be a parent, legal guardian, family member, attorney or case worker.

**2022 Investigations**
*Third Quarter: July-September*

The below data is responsive to the Consent Decree's required reporting on misconduct investigations.[11] These numbers represent all those completed investigations that the Board reviewed during the reporting period. In some cases, the Board reviewed the CRB's report and PIB's report, and in other cases the Board reviewed only PIB's report, based on whether they voted to authorize an independent CRB investigation when the complaint was initially received.

| Number of Cases | Investigation Completed 1-3 Months | Investigation Completed 4-9Months | Investigation Completed 10 Months + |
|---|---|---|---|
| 3 | 1 | 2 | 0 |

| Days from Complaint Receipt to First Contact with complainant | | Days from initiation to submission to supervisor | | Days from Submission to supervisor to Board decision | |
|---|---|---|---|---|---|
| 15 | | 205 | | 7 | |
| 1 | | 48 | | 7 | |
| 7 | | 168 | | 7 | |
| Average: 7 | Median: 7 | Average: 140 | Median: 168 | Average: 7 | Median: 7 |

.



Investigations Timelines

- 1-3 Months: 33%
- 4-9 Months: 67%
- 10+ Months: 0%

During this quarter, no cases were returned by the supervisor or Board for further investigation.

---

[11] ¶ 402 (c) Aggregate data on the processing of misconduct cases; the average and median time from the initiation of an investigation to its submission by the investigator to his or her chain of command; the average and median time from the submission of the investigation by the investigator to a final decision regarding whether to impose charges; the average and median time from the decision to impose charges to a final disposition; the average and median time from the receipt of the complaint to the initial contact with the complainant; the number of investigations returned to the original investigator due to conclusions not being supported by the evidence; and the number of investigations returned to the original investigator to conduct additional investigation; CRB will not respond to timelines for decision to impose charges and final charging decisions, as these factors are solely within the purview and control of BPD.



| EF- Excessive Force | H-Harassment | FA-False Arrest | FI-False Imprisonment | AL-Abusive Language |

## 2022 Outcomes

*Third Quarter: July-September*

The below data is responsive to the Consent Decree's required reporting on investigation outcomes. These numbers reflect those complaints that met the CRB's statutory requirements for eligibility in terms of timing, subject matter, and form requirements, and CRB's recommendations regarding the outcome of those complaints. The numbers are not representative of the activities of the Baltimore Police Department. CRB sends it outcomes to the Baltimore Police Department, which makes decisions about whether to implement CRB's recommendations.[12]

**The number of cases closed outnumbers the number of investigations completed, as some cases were not authorized for independent investigation by CRB staff, and in those cases the Board reviewed only PIB's investigation, which would not be listed in the CRB investigations section of the report.**

Finding Outcomes

| # of Cases[13] | Sustained | Not Sustained | Exonerated | Unfounded | Admin Closed[14] |
|---|---|---|---|---|---|
| 4 | 3(H) 1(AL) | 4(EF) 1(H) 1(FA) 3(AL) | 0 | 0 | 0 |
| **Total** | 2 cases | 3 cases | 0 | 0 | 0 |

**A total of 4 allegations were sustained in 2 cases. A total of 9 allegations were not sustained in a total of 3 cases. A single case may have both sustained and unsustained allegations against different officers.**



Case Outcomes

- Sustained 40%
- Not Sustained 60%
- Exonerated
- Unfounded
- Admin Closed

---

[12] ¶ 402 (d) d. Aggregate data on the outcomes of misconduct investigations, including the number of sustained, not sustained, exonerated, and unfounded misconduct complaints; the number of sustained allegations resulting in a non-disciplinary outcome the number resulting in disciplinary charges; (e) Aggregate data on the disposition of charges, including the number resulting in written reprimands, suspension, demotion, and termination; (f) Aggregate data on outcomes of misconduct investigations by allegation, broken down by race, ethnicity, and gender of the complainant and the officer;

[13] Number of allegations will be greater than the number of cases closed, as many cases had allegations against multiple officers.

[14] Cases may be administratively closed if the statute of limitations set out in LEOBR expires, the investigation reveals that the complaint is out of jurisdiction, or the complainant requests that their case be withdrawn.

| EF- Excessive Force | H-Harassment | FA-False Arrest | FI-False Imprisonment | AL-Abusive Language |



### Disciplinary Recommendations

| Total Sustained Cases | 1-10 Day Suspension | 11-20 Day Suspension | 21-30 Day Suspension | Simple Letter of Reprimand | Middle Letter of Reprimand | Severe Letter of Reprimand | Termination |
|---|---|---|---|---|---|---|---|
| 2 | 3 | 0 | 0 | 1 | 0 | 0 | 0 |

**Different officers will receive different disciplinary recommendations based on the severity of their conduct, which allegations were sustained, and their past misconduct history.**

### Demographic Information

Complainant Demographics

| Number of Cases | Gender | | | Race | | | | Age | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | Unknown | Black | White | Mixed Race | Unknown | 0-18 | 19-30 | 31-40 | 41-50 | 50+ | Unknown |
| 4 | 2 | 2 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 1 | 0 |

Officer Demographics

| Number of Cases | Gender | | | Race | | | | Age | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | Unknown | Black | White | Mixed Race | Unknown | 0-18 | 19-30 | 31-40 | 41-50 | 50+ | Unknown |
| 4 | 4 | 2 | 0 | 2 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 6 |





## 2022 Misconduct Patterns

*Third Quarter: July-September*

There were no officers with two or more complaints during the reporting period. [15]

Completed Cases (Sustained)

There were no officers with two or more sustained allegations during the reporting period.

---

[15] ¶ 402 (g) Aggregate data on officers with persistent or serious misconduct problems, including the number of officers who have been the subject of more than two completed misconduct investigations involving serious misconduct allegations in the previous 12 months; the number of officers who have had more than one sustained allegation of serious misconduct in the previous 12 months, including the number of sustained allegations and the number of criminal prosecutions of officers, broken down by criminal charge; (h) Aggregate data on officers who have been the subject, in the previous 12 months, of more than 2 complaints of the following categories, regardless of the outcome of those complaint investigations: i. Allegations of biased policing, including allegations that an officer conducted an investigatory stop or arrest based on an individual's Demographic Category or used a slur based on an individual's Demographic Category; ii. Allegations of excessive force; allegations of unlawful stops, searches and arrests, including allegations of improper Strip Searches; iii. Allegations of interference with constitutionally protected expression; and iv. Allegations of criminal misconduct, broken down by allegation.

# Questions?



410-396-3151 

civilrights@baltimorecity.gov 

www.civilrights.baltimorecity.gov 

