IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | | |
| | *** | |

## ORDER

The Court hereby APPROVES the Monitoring Team's November 2022 invoice and DIRECTS the Clerk to immediately disburse the invoice from the funds presently on deposit in the registry of the Court.

DATED this 17th day of January, 2023.

BY THE COURT:

　/s/ JAMES K. BREDAR　
James K. Bredar
United States District Judge