| Attrition | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 2022 | 26 | 21 | 23 | 27 | 14 | 22 | 23 | 31 | 22 | 23 | 23 | 29 |

| Hiring | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 2022 | 6 | 11 | 9 | 4 | 12 | 9 | 5 | 15 | 5 | 8 | 6 | 13 |