IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | | |
| | *** | |

## AMENDED SCHEDULING ORDER

Consistent with the Court's duty to ensure Defendants' compliance with the Consent Decree (ECF No. 2-2, as modified by ECF No. 39, at ¶ 493), on November 22, 2022, the Court entered a Scheduling Order setting dates for monthly conferences and quarterly public hearings with the Parties and the Monitoring Team. (ECF No. 573, *amended by* ECF No. 575.) That Order is hereby AMENDED as follows:

1. The Monthly Progress Report Conference scheduled for 2:00 pm on June 15, 2023, is CANCELLED.

2. The agenda of the Monthly Progress Report Conference scheduled for May 25, 2023, is AMENDED as follows:

    a. The topic of Supervision will be added to the agenda.

All other dates, topics, and locations in the previously announced schedule remain unchanged.

DATED this 15th day of March, 2023.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
Chief Judge

1