IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | | |
| | *** | |

**AMENDED SCHEDULING ORDER**

Consistent with the Court's duty to ensure Defendants' compliance with the Consent Decree (ECF No. 2-2, as modified by ECF No. 39, at ¶ 493), on November 22, 2022, the Court entered a Scheduling Order setting dates for monthly conferences and quarterly public hearings with the Parties and the Monitoring Team. (ECF No. 573, *amended by* ECF Nos. 575, 604.) That Order is hereby AMENDED as follows:

1. The Quarterly Public Hearing scheduled for August 17, 2023 at 10:00 a.m. is RESCHEDULED for August 24, 2023 at 10:00 a.m.

All other dates, topics, and locations in the previously announced schedule remain unchanged.

DATED this __1__ day of May, 2023.

BY THE COURT:

_____
James K. Bredar
Chief Judge