IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| | * | |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| Defendants. | * | |

### NOTICE OF APPROVAL OF SEXUAL ASSAULT INVESTIGATOR TRAINING CURRICULUM UNDER PARAGRAPH 259 OF THE CONSENT DECREE

Under the Sixth-Year Monitoring Plan, *see* ECF No. 608-1, Row 46 (approved in ECF No. 619), the Baltimore Police Department Monitoring Team ("Monitoring Team") hereby approves the training curriculum prepared by the Baltimore Police Department ("BPD") for investigators in BPD's Sex Offense, Child Abuse and Family Crimes Units who investigate sexual assault offenses. The Department of Justice ("DOJ") has indicated that it concurs in this approval.

Training for detectives who investigate sexual assault offenses is required by Paragraph 259 of the Consent Decree. *See* ECF No. 2-2 (as modified by ECF No. 39 and ECF 410) ¶ 259. Consistent with the requirements of Paragraph 259, the approved training curriculum emphasizes victim-centered, trauma-informed investigations of allegations of sexual assault.

The training curriculum is the result of collaboration among BPD, DOJ and the Monitoring Team and reflects substantial input from the City of Baltimore's Sexual Assault Response Team ("SART"). SART provides a collaborative, victim-centered, and trauma-informed response to sexual violence. SART is composed of representatives from Mercy Medical Center, Turnaround, Inc., Maryland Coalition Against Sexual Assault, Baltimore Child Abuse Center, Baltimore City

State's Attorney's Office, and Baltimore City Forensics and Crime Lab. The training is scheduled to be held the week of December 18, 2023.

                                                 Respectfully submitted,

                                                 _____/s/_____
                                                 Kenneth Thompson, Monitor
                                                 VENABLE LLP
                                                 750 E. Pratt Street
                                                 Baltimore, MD 21202
                                                 Ken.thompson@bpdmonitor.com
                                                 (410) 244-7400