IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| POLICE DEPARTMENT OF THE CITY OF BALTIMORE, et al. | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court has reviewed the Baltimore Police Department Consent Decree Monitoring Team's Compliance Reassessment of Officer Assistance and Support (ECF No. 674) and Compliance Reassessment of Transportation of Persons in Custody (ECF No. 675). It is ORDERED that the Baltimore Police Department and the Department of Justice shall file any motions relating to the Compliance Reassessments, including any motions asserting "Full and Effective Compliance" with relevant portions of the Consent Decree, on or before January 16, 2024. Any such motion(s) will be heard during the January 25, 2024 Quarterly Public Hearing.

DATED this 3 day of January, 2024.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
Chief Judge