**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
**JAMES K. BREDAR**
United States District Judge

MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

May 2, 2024

LETTER ORDER

Re: *United States of America v. Baltimore Police Department, et al.*
Civ. No.: JKB-17-0099

Dear Counsel:

Paragraph 446 of the Consent Decree provides that "[t]he Monitor shall be appointed for a period of three years . . . subject to an evaluation by the Court to determine whether to renew the Monitor's appointment under the Termination of [the Consent Decree] or for another two years, whichever happens first." (ECF No. 2-2 ¶ 446.) The Consent Decree further provides that the Court "shall consider the Monitor's performance . . . including whether the Monitor is adequately engaging the community, completing its work in a cost-effective manner and on budget, and is working effectively with the Parties to facilitate BPD's efforts to comply with [the Consent Decree's] terms, including by providing Technical Assistance to BPD." (*Id.*)

The Court last reappointed the Monitor and Monitoring Team on May 19, 2022. (ECF No. 514.) At that time, the Court reappointed the Monitor and the Monitoring Team "for a period of two years or until the Termination of the Consent Decree, whichever comes first." (*Id.*)

Accordingly, it is time for the Court to again evaluate the Monitor and his team, and to consider their reappointment. The Parties are directed to submit to the Court their feedback regarding the performance of the Monitor and the Monitoring Team by May 13, 2024. The Court will then meet and confer with the Monitor and will conduct its own analysis before deciding whether to reappoint the Monitor and the Monitoring Team.

Very truly yours,

*/s/ James K. Bredar*
James K. Bredar
United States District Judge

CC: All Counsel of Record
Baltimore Police Department Monitoring Team