# **<u>EXHIBIT 1</u>**

# TABLE OF CONTENTS

Table of Contents .................................................................................................................................... 1

Introduction ............................................................................................................................................ 2

Key Findings ............................................................................................................................................ 2

Metrics for Analysis ................................................................................................................................ 3

Use of Force Incidents (2021-2022) ....................................................................................................... 3

    1.    Type(s) of Force Used ............................................................................................................. 4

    2.    The Actual or Perceived Race, Ethnicity, Age, and Gender of the Subject ........................... 6

    3.    Shift and Assignment of the Officer(s) Who Used Force ....................................................... 9

    4.    The District Where the Use of Force Occurred .................................................................... 11

    5.    Whether the Incident Occurred During an Officer-Initiated Contact or a Call for Service ...................................... 13

    6.    The Subject's Perceived Mental Health or Medical Condition, Use of Drugs, or Alcohol, or the Presence of a Disability, if Indicated at the Time Force Was Used ................................................................. 13

    7.    The Subject's Actions that Led to the Use of Force, Including Whether the Subject Was in Possession of a Weapon 14

    8.    Whether the Subject Was Handcuffed or Otherwise Restrained During the Use of Force ................................... 15

    9.    Any Injuries Sustained by the Officer or the Subject or Complaints of Injury, and Whether the Officer or Subject Received Medical Services ................................................................................. 15

    10.    Whether the Subject Was Charged with an Offense, and, if so, Which Offense(s) ............ 17

    11.    Firearms-Related Deadly Force Incidents, the Number of Shots Fired by Each Involved Officer, the Accuracy of the Shots, and Whether the Subject Was Armed or Unarmed ................................................. 18

    12.    Length of Time Between the Use of Force and the Completion of Each Step of the Force Investigation and Review 20

    13.    Injuries During Transport ..................................................................................................... 23

Conclusion ............................................................................................................................................. 25

Recommendations to Improve Blue Team/IAPro .................................................................................. 26

Appendix A ............................................................................................................................................. 27

Appendix B ............................................................................................................................................. 29

## INTRODUCTION

Use of Force (UOF) is any use or show of force that falls within Level 1, Level 2, or Level 3 force as defined in BPD's Policy 1115, *Use of Force.*[1] The Baltimore Police Department's (BPD) Performance Standards Section (PSS) conducted a quantitative analysis of use of force incidents occurring from 2021 through 2022 in accordance with Paragraphs 216 and 217 of the Consent Decree. The goals of this analysis are to:

1. Capture departmental use of force trends;

2. Identify areas in need of improvement; and

3. Correct any deficiencies identified by the report.

UOF information is primarily stored in BPD's BlueTeam/IAPro system. UOF investigations are entered into BPD's BlueTeam (BT) software which memorializes the incident and captures key information. BT information is later exported into IAPro which is BPD's centralized database for UOF incidents and associated reporting. To gather a complete picture of the uses of force and involved parties, three tables of data are exported from the system: Incidents, Citizens (Subjects), and Officers. Each table is described in Appendix A. This report contains data from 01/01/2021 to 12/31/2022 and it was exported from IAPro in April 2023.

It should be noted that an analysis of 2021 UOF also appears in the Monitoring Team's report, *Compliance Review and Outcome Assessment Regarding Use of Force*, filed in December 2022. Because the data used in the reports were pulled at different times and by different methods, due to technology changes, there may be slight discrepancies in the numbers when comparing years. This can be due to factors such as the level of force changing after further review, or UOFs reported later through other auditing mechanisms.

## KEY FINDINGS

- Between 2021 and 2022, the total number of uses of force increased by 14%

- The most common force type each year was "Hands" (the use of the officer's hands to gain control of the subject, as opposed to a weapon, and does not include fists), used 64% of the time over the two-year period.

- The pointing of a firearm increased by 38% between 2021 and 2022, however there was an 80% decrease of firearm discharge at a person.

- Over the course of the two-year period, the most likely citizen involved in a UOF event is a black male between the ages of 25 and 34 years old, which is consistent with previous years analyzed.

- The C-shift (3pm to 11pm) in patrol continues to experience the most uses of force, which is in alignment with increased activity found in calls for service (CFS) metrics.

- 13% decrease in the total UOF used on those perceived as experiencing a Mental Illness/Crisis from 2021 – 2022

---

[1] In 2019, BPD updated its Use of Force policies agency-wide and delivered training on a rolling basis throughout most of the year. The policies were activated in the fall of 2019. Because this report examines years before, after, and during the roll out of updated policies, there may be notable differences in the metrics' results when comparing years.

- Officers injured in use of force incidents remained at 21%, and subjects injured in use of force incidents increased by 6% between 2021 and 2022.

- Officer-involved shootings were less than 1% of total UOF incidents (15 of 1551) over the two-year period, and all subjects were armed.

## METRICS FOR ANALYSIS

This analysis reviewed the following metrics found in Consent Decree Paragraph 213 in search of relevant trends in the application of UOF for the timeline of January 1, 2021 to December 31, 2022:

1. Type(s) of force used;

2. The actual or perceived race, ethnicity, age, and gender of the subject;

3. Shift, and assignment of the officer(s) who used force;

4. The district where the use of force occurred;

5. Whether the incident occurred during an officer-initiated contact or a call for service;

6. The subject's perceived mental health or medical condition, use of drugs, or alcohol, or the presence of a disability, if indicated at the time force was used;

7. The subject's actions that led to the use of force, including whether the subject was in possession of a weapon;

8. Whether the subject was handcuffed or otherwise restrained during the use of force;

9. Any injuries sustained by the officer or the subject or complaints of injury, and whether the officer or subject received medical services;

10. Whether the subject was charged with an offense, and, if so, which offense(s);

11. For firearms-related deadly force incidents, the number of shots fired by each involved officer, the accuracy of the shots, and whether the subject was armed or unarmed; and

12. The length of time between the use of force and the completion of each step of the force investigation and review.

## USE OF FORCE INCIDENTS (2021-2022)

Table 1 and Graph 1 show the distribution of levels of force over the course of the two years listed. There has been a 14% increase in UOF incidents between 2021 and 2022. Despite this increase, officers use far less force than in 2017 – 2020. (*see Graph 27*).

| Year | Level 1 | Level 2 | Level 3 | Total |
|------|---------|---------|---------|-------|
| **2021** | 479 | 209 | 36 | 724 |
| **2022** | 498 | 279 | 50 | 827 |
| **Total** | **977** | **488** | **86** | **1,551** |

*Table 1, Use of Force by level, 2021 - 2022[2]*

---

[2] Though rare, force levels may be re-categorized during the review and assessment process.



*Graph 1, Use of Force by level, 2021 - 2022*

## 1.  Type(s) of Force Used

BPD Policy 1115, *Use of Force*, defines the type and circumstances related to UOF incidents and categorizes them into the three levels. Those specific guidelines are included in Appendix B. Each UOF incident is categorized by a "Level." Within each incident, numerous UOF applications can potentially occur. Within one incident, multiple officers could use force, or an officer could use more than one type of force or the same type of force multiple times. Additionally, force could potentially be used on multiple citizens in the same incident. The applications of force within each incident are categorized by "Type."

Of the 1,551 total UOF incidents that occurred between 2021 and 2022, 3,713 types of force were reported. This is an average of 2.4 UOF applications (Types) per UOF incident. Graph 2 and Table 2 illustrate the total UOF Types used and for each year.

Between 2021 and 2022, total UOF Types increased. The most common type each year was "Hands" (the use of the officer's hands[3] to gain control of the subject, as opposed to a weapon), which was used 64% of the time over the two-year period.

Overall, between 2017 and 2022, BPD has decreased UOF incidents by 62% (see graph 28) despite the total number of UOF incidents increasing by 14% between 2021 and 2022. The increase between 2021 and 2022 may be in large part due to the department's increased emphasis on the understanding and adherence to policies and trainings, thereby increasing the likelihood of UOF reporting from officers and supervisors, along with continued focus on violent offenders, increasing the likelihood of encountering an armed subject compared to confrontations with unarmed subjects. Despite the continued focus on violent offenders, Police Officer Involved Shootings (POIS)[4] remained less than 1% of UOF incidents for both years. Compared to the earlier years of the Consent Decree, BPD has seen a significant decrease in UOF incidents in 2022 compared to previous years (e.g., 2174 UOF incidents in 2017 to 827 UOF incidents in 2022).

---

[3] Hands does not include the use of a closed fist, which is reported separately.
[4] BPD Policy 710, Level 3 Use of Force Investigations / Special Investigation Response Team (SIRT) defines a Police Officer Involved Shooting as any incident where an officer discharges a firearm at a person.



*Graph 2, Total Use of Force Types per Year, 2021 to 2022*

| Force Type Used[5] | 2021 | 2022 | Total |
|---|---|---|---|
| Hands | 1069 | 1307 | 2376 |
| Pointing a Firearm | 223 | 308 | 531 |
| Forcible Takedowns | 179 | 217 | 396 |
| Takedowns with Injuries | 56 | 105 | 161 |
| Pointing a CEW | 44 | 47 | 91 |
| CEW | 18 | 18 | 36 |
| Elbow, Feet, Fist, Knee | 15 | 16 | 31 |
| OC Spray | 11 | 15 | 26 |
| CEW–displaying the Arc | 11 | 5 | 16 |
| Firearm Accidental | 5 | 5 | 10 |
| Firearm Discharge–person | 20 | 4 | 24 |
| Firearm Discharge–animal | 3 | 3 | 6 |
| Impact Weapon– Baton | 3 | 2 | 5 |
| Canine-Inflicted Injury | 0 | 1 | 1 |
| Impact Weapon–other | 0 | 1 | 1 |
| Less Lethal–cs/Cn Gas | 0 | 1 | 1 |
| Less Lethal–oc Fogger | 0 | 1 | 1 |
| **Grand Total** | **1,657** | **2,056** | **3,713** |

*Table 2, Use of Force by Type, 2021 to 2022*

| Neck Hold/ Neck Choke[6] | 2021 | 2022 | Total |
|---|---|---|---|
| Neck Hold - 2019 – 2023 Policy | 14 | 36 | 50 |
| Neck Hold – 2024 Policy | 7 | 12 | 19 |
| | | | |

*Table 3, Neck Hold by Current and Proposed Policy, 2021 and 2022*

---

[6] The definition of a chokehold/neck hold changed as of March 11, 2024, after BPD revised its use of force-related policies in collaboration with the Department of Justice and the Monitoring Team. Changes to this definition now affect what is considered a chokehold/neck hold after department-wide training. Table 3 illustrates the how the new definition changes the number chokeholds/neck holds. The revised Policy 1115, *Use of Force*, with the definition of Chokehold/Neck Hold can be found at https://www.baltimorepolice.org/policies.

BPD data revealed that the Pointing of a Firearm increased by 38% between 2021 and 2022, and an 88% increase was discovered in the use of Takedowns with Injuries; however, there was an 80% decrease in Firearm Discharge – Person. The increase in the number of Takedowns with Injuries may be attributed to policy training and understanding regarding officers' accountability in reporting injuries (e.g., a suspect stating they cannot breathe or pain from handcuffs) in the midst or aftermath of a Forcible Takedown. Another notable statistic included is one reported Canine-Inflicted Injury in the two-year period, the first since 2017[7], the first year analyzed. The top five types of UOF used are visualized in Graph 3.



*Graph 3, Top 5 Force Types, 2021 to 2022*

## 2. The Actual or Perceived Race, Ethnicity, Age, and Gender of the Subject

IAPro data provided information about the race, age, and gender of citizens involved in UOF events. The data did not provide meaningful information about the ethnicity of a citizen. Of the 1,697 listed subjects from both years, the selected race and ethnicity options were identical (i.e. the race and ethnicity would both say "Asian.")

Graphs 4 through 6 provide breakdowns by gender, race, and age. Each year, male subjects constituted about 80% of subjects involved in a use of force. For comparison to the overall population of Baltimore, Charts 1, 2, and 3 provide race, age, and sex breakdowns based on the Census Bureau's 2021 American Community Survey's 1-year estimates.



*Graph 4, UOF by Gender, 2021 to 2022*

---

[7] See BPD's *Use of Force Data Analysis 2017 to 2020* published February 2023.

**Use of Force Data Analysis 2021 – 2022**
February 2023

Page 6 of 30

Over the course of the two-year period, the most likely citizen involved in a UOF event is a black male between the ages of 25 and 34 years old (30%). This trend is consistent with each year since 2017, and did not significantly change as a percentage of each year's totals.

# UOF by Age Range and Race



*Graph 5, Total UOF by Race and Age over 2 years*

## 2021 Baltimore City Census Demographic: Race



*Chart 1, Proportion of Race Categories in Baltimore City based on the Census Bureau's 2021 American Community Survey*

## 2021 Baltimore City Census Demographic: Age



*Chart 2, Proportion of Age Brackets in Baltimore City based on the Census Bureau's 2021 American Community Survey*

## 2021 Baltimore City Census
## Demographic: Gender



*Chart 3, Proportion of Sex Categories in Baltimore City based on the Census Bureau's 2021 American Community Survey*

## 3.  Shift and Assignment of the Officer(s) Who Used Force

Graphs 6 through 8 depict the breakdown of shift and district location of the officer with each UOF incident. The tour of duty for A shift is 11 p.m. to 7 a.m., B shift is 7 a.m. to 3 p.m., and C shift is 3 p.m. to 11 p.m. The time the UOF occurred was used to deduce the shift.

C-Shift used the most force compared to the other two shifts in each of the nine patrol districts in 2021 and 2022. This trend is not surprising as the time period in which the C-shift patrols is the most active time of day for police.[8]



*Graph 6, Applications of Force by Officer's District and Shift Assignment*

---

[8] Baltimore Police Department Staffing Plan, Alexander Weiss Consulting, LLC, February 26, 2020, page 26 lists the highest volume of Calls for Service for police officers on the C-Shift, 46%. https://public.powerdms.com/BALTIMOREMD/documents/652754, and a more recent study by BPD found the C-shift call volume for both 2021 and 2022 at 44%.

## 2021 UOF by District and Shift-Patrol



*Graph 7, Applications of Force by Officer's District and Shift Assignment*

## 2022 UOF by District and Shift-Patrol



*Graph 8, Applications of Force by Officer's District and Shift Assignment*

## DAT/MMU Assignment

For proactive enforcement, the BPD deploys either District Action Teams (DAT) from the districts or the Mobile Metro Unit (MMU) from Special Operations. IAPro data does not differentiate between those officers assigned to DAT and those assigned to a patrol shift within a district. Data was compiled from 2022 Staffing Charts and cross referenced to IAPro officer involved UOF incidents. In 2022, 783 officers were involved in UOF. Out of the 783 officers, 83 (10.6%) were on a DAT or MMU assignment.



*Graph 9, DAT/MMU Officers Use of Force by Level of Force*



*Chart 4, % DAT/MMU of Total # Officers Involved in a Use of Force*

| Forced Type Used | 2022 |
|---|---|
| Hands | 179 |
| Pointing a Firearm | 51 |
| Forcible Takedowns | 35 |
| Takedowns with Injuries | 29 |
| Pointing a CEW | 3 |
| Feet | 1 |
| Firearm Accidental | 1 |
| Firearm Discharge–person | 1 |
| Knee | 1 |
| OC Spray | 1 |
| Unknown/Blank | 3 |
| **Total** | **305** |

*Table 4, DAT/MMU Officers Type of Force Used*

## 4.  The District Where the Use of Force Occurred

IAPro does include the data field Precinct for the district where force occurred. Graph 10 indicates the results of the UOF incidents for 2021 and 2022. The Central, Western, and Southwest led the city as areas most likely to have a UOF event for 2021 and 2022; 42% of all UOF incidents happened in these areas. Because BPD recently underwent redistricting in July 2023, future reports may show a more even distribution. Graphs 11 and 12 illustrate levels of UOF per district per year. Level 1 UOF comprises approximately 63% of all UOF incidents.



*Graph 10, Geographical Location of UOF, 2021 to 2022*



*Graph 11, Geographical Location of UOF, 2021*



*Graph 12, Geographical Location of UOF, 2022*

## 5.  Whether the Incident Occurred During an Officer-Initiated Contact or a Call for Service

IAPro data captures the service type, the reason the officer initiated an encounter with the citizen. "Call for Service" encounters consistently exceeded "On-View[9]" for both years. Graph 13 represents the results.



*Graph 13, UOF by Service Type, 2021 to 2022*

## 6.  The Subject's Perceived Mental Health or Medical Condition, Use of Drugs, or Alcohol, or the Presence of a Disability, if Indicated at the Time Force Was Used

IAPro data provides information about the member's perception of the citizen's "Influence Assessment" which is the closest data point responsive to this item. When supervisors complete the UOF form in BT, the options for this field are Mental Illness/Crisis, Sober, Under the Influence, and Unknown, or they have/had the option to not select any of the choices (i.e., Blank)[10]. The results of the analysis are reflected in Graph 14. UOF used on those the member perceived as experiencing a Mental Illness/Crisis decreased from 19% to 14% of total UOF incidents over the two-year period. The total UOF used on those perceived as experiencing a Mental Illness/Crisis also decreased from 136 in 2021 to 118 in 2022[11], a 13% change. The decrease in number of UOF on those perceived as experiencing a Mental Illness/Crisis is consistent with the trend BPD noticed from 2017 – 2020, which showed a gradual decline from year to year (37% change from 2017 to 2018 to a 12% change from 2019 to 2020).

---

[9] "On-View" is a police event initiated by an officer.
[10] In March 2022, this field became mandatory in BlueTeam. Supervisors will no longer be able to leave this field blank.
[11] This number is higher than that reported in the Baltimore City Behavioral Health Collaborative (BCBHC) Data Subcommittee Biannual Reports covering 2022 because the analysis is conducted differently. The BCBHC Biannual report uses CAD calls with the final code dispositions related to behavioral health, whereas this report solely uses IAPro data. The discrepancies could be attributed to multiple factors such as members not knowing the subject's mental health status at the time the CAD code was made and/or supervisors having more information about the subject when documenting the UOF.



*Graph 14, UOF related to Perceived Behavioral Health or Under the Influence, 2021 to 2022*

## 7. The Subject's Actions that Led to the Use of Force, Including Whether the Subject Was in Possession of a Weapon

"Suspect Resistance" was the lead action that resulted in a UOF each of the two years. The action that was least common was "Protection of Property." The term "Suspect Resistance" explicitly describes the subject's actions that lead to the force. All other items describe the officer's actions, with the subject's actions inferred (e.g., "Defense of Others" should mean the subject was attacking or threatening someone). In BPD's last report filed in February 2023, PSS recommended BT be updated to add or modify this field along with providing supervisors with better explanation of this field and others. Unfortunately, BT is not designed with the ability to add fields, but BPD is in the process of updating its existing UOF policies and training.

Although "Suspect Resistance" has increased over the two-year period, so have total UOF incidents[12]. The percentage that "Suspect Resistance" was listed as the UOF Reason remained between 49% and 52% of the total UOF reported each year.



*Graph 15, Reasons for UOF, 2021 to 2022*

---

[12] See Graph 1 of this report.

IAPro data provides information about the whether the subject was armed or not. When supervisors complete the UOF form in BT, the options for this field[13] are yes, no, and unknown, or they have the option to not select any of the choices (i.e., Blank). Between both years, 27% were left "Blank." The percentage of times a subject was armed (i.e., marked "yes"), remained close, with less than a 3% difference between 2021 to 2022, but still hovering around 20%. (See Graph 16). This is in alignment with improved recordkeeping in 2020 after the new training and policies were activated in 2019. In 2020, armed subjects as a percentage of involved subjects was 20% and 23% of the subjects were left "Blank." Further improvements are recommended to BT to make the field mandatory to eliminate the field being "Blank."



*Graph 16, % of UOF Incidents in which the Subject was Armed, 2021 to 2022*

## 8.   Whether the Subject Was Handcuffed or Otherwise Restrained During the Use of Force

IAPro does not have a field, nor can one be added at this time, for members to document whether the subject was handcuffed or otherwise restrained during the UOF. This is the only item of the 12 sets of questions that could not be included in this report. This question is included in the updated version of Use of Force Report, Form 99, completed by supervisors (See Policy 725, *Use of Force Reporting, Review, and Assessment*), that is configured in Axon Standards.

## 9.   Any Injuries Sustained by the Officer or the Subject or Complaints of Injury, and Whether the Officer or Subject Received Medical Services

These figures represent UOF incidents where at least one officer/subject was injured during the event.

### Officers Injured During UOF

Officers were injured in 21% of use of force incidents and went to the hospital around 23% of the time as a result of injuries sustained during the encounter in the two-year period. Table 5 shows the numbers for each year.

| | 2021 | 2022 | Total |
|---|---|---|---|
| **Total UOF Incidents** | **724** | **827** | **1,551** |
| At Least One Officer was Injured During UOF | 150 | 170 | 320 |
| At Least One Officer Went to Hospital | 49 | 25 | 74 |
| *% of UOF Incidents with Officer Injured* | *21%* | *21%* | *21%* |
| *% of Times Officer Injury Required Hospital Visit* | *33%* | *15%* | *23%* |
| | | | |

*Table 5, UOF in Which Officer Injured, 2021 to 2022*

---

[13] In BPD's *Use of Force Data Analysis: 2017 to 2020* report, the field used for this metric was Force/Violence. However, at the time the data was extracted by analysts, it was unknown that the field only existed in the Crisis Intervention section of BT, which is only used if the subject is experiencing a behavioral health crisis. Therefore, the percentage of armed subjects was underreported. Additionally, there was a marked improvement in reporting in 2020 from previous years. This may be due to the updated training delivered in 2019 and policies being activated in November 2019. 2017 compared to 2020, the percentages of blank fields decreased from 77% of involved subjects to 23%. As a result, a notable change between 2017 and 2020 is difficult to analyze.

## Citizens Injured During UOF

Citizens were injured in 33% of use of force incidents and went to the hospital about 13% of the time during the two-year period. The breakdown by year is shown in Table 6. These figures represent UOF incidents where at least one citizen was injured during the event.

| | 2021 | 2022 | Total |
|---|---|---|---|
| **Total UOF Incidents** | **724** | **827** | **1,551** |
| At Least One Citizen was Injured During UOF | 217 | 295 | 512 |
| At Least One Citizen Went to Hospital | 52 | 14 | 66 |
| Citizen was Not Injured During UOF Incident | 507 | 532 | 1,039 |
| *% of UOF Incidents with Citizen Injured* | *30%* | *36%* | *33%* |
| *% of Times a Citizen Required a Hospital Visit* | *24%* | *5%* | *13%* |

*Table 6, UOF in Which Citizen Injured, 2021 to 2022*



*Graph 17, Citizens Injured during UOF 2021*



*Graph 18, Citizens Injured during UOF 2022*

10. Whether the Subject Was Charged with an Offense, and, if so, Which Offense(s)

A total of 926 UOF incidents involved arrests of subject(s) over the two years according to the IAPro data. This is about 60% of the total reported UOF incidents. (See Graph 19). 2022, in particular, continues to follow a decreasing trend of UOF incidents resulting in an arrest. In 2018, 68% of the total reported UOF incidents involved arrests of subjects; followed by 64% in both 2019 and 2020. Potential reasons for UOF involving subjects who were not immediately arrested include encounters with subjects in behavioral crises[14], those not eligible for booking due to intoxication[15] or other ailments, and those UOF events that do not directly involve a subject such as accidental discharges and animal shootings. The breakdown of charges each year is provided in Table 7.



Graph 19, Whether Subject was Arrested during UOF Incident, 2021 to 2022

A subject's criminal charges ranged from murder to loitering; however, 31% of all entries did not have a criminal charge entered. The reason for not entering a charge could either be due to the fact that no charges were made and such an option does not exist in the list, or that the field was left blank because it is not mandatory in BT and was overlooked. Recently, the option of "No Charges" has been added, but the field still needs to be made mandatory.

Many subjects had numerous criminal charges upon arrest. Each charge was captured in IAPro. Table 7 is a breakdown of the criminal charges. Consistent with the previous three years (2017-2020), the top three frequent criminal charges of those arrested during a UOF in both 2021 and 2022 were Handgun Violations, Controlled Dangerous Substance (CDS) Violations, and Second-Degree Assault.

---

[14] See Graph 14: 14% to 19% of UOF incidents.
[15] See Graph 14: 11% to 14% of UOF incidents.

| Charges | 2021 | 2022 |
|---|---|---|
| 1st Degree Assault | 65 | 65 |
| **2nd Degree Assault** | **113** | **120** |
| Arson | 0 | 3 |
| Assault on Police | 50 | 42 |
| Attempted Murder | 11 | 3 |
| Burglary | 22 | 30 |
| **CDS Violation** | **110** | **105** |
| Child Abuse | 4 | 1 |
| Disorderly Conduct | 15 | 17 |
| DUI | 3 | 7 |
| Failure to Obey | 3 | 7 |
| **Handgun Violation** | **144** | **140** |
| Hindering | 8 | 3 |
| Malicious Destruction | 15 | 16 |
| Murder | 2 | 6 |
| Possession Deadly Weapon | 17 | 17 |
| Rape | 1 | 3 |
| Resisting Arrest | 31 | 38 |
| Robbery | 38 | 31 |
| Service of Warrant | 6 | 23 |
| Stolen Auto | 34 | 27 |
| Theft (Shoplifting) | 3 | 4 |
| Theft Over $500 | 13 | 10 |
| Theft Under $500 | 9 | 9 |
| Traffic Violation | 16 | 30 |
| Trespassing | 5 | 6 |
| Warrant Service | 50 | 46 |
| Warrant Service Out of Jurisdiction | 10 | 10 |
| Not Entered | 290 | 428 |
| **Total Offenses** | **1088** | **1247** |
| **Individuals Arrested** | **785** | **907** |

*Table 7, Whether Subject was Arrested during UOF Incident, 2021 to 2022*

## 11. Firearms-Related Deadly Force Incidents, the Number of Shots Fired by Each Involved Officer, the Accuracy of the Shots, and Whether the Subject Was Armed or Unarmed

POIS data was obtained from BPD's Special Investigation Response Team (SIRT), who is responsible for investigating all Level 3 UOF, including POIS. Accidental firearm discharges, animal shootings, or any discharge in which a person was not the target of the UOF are not included in these totals. POIS over the two-year period were less than 1% of total UOF incidents (15 of 1,551) and tables 8 and 9 provide the POIS statistics.

| Year | Fatal | Non-Fatal | Missed | Total |
|------|-------|-----------|--------|-------|
| 2021 | 5 | 4 | 2 | 11 |
| 2022 | 2 | 0 | 2 | 4 |
| **Total** | **7** | **4** | **4** | **15** |

*Table 8, # of Police Involved Shootings, 2017 to 2020*

All subjects were armed in POIS over the course of the two-year period. Weapons were either firearms, knives, vehicles, or bombs. The number of times gunfire struck the subject is based on the SIRT investigation and best estimates established by available evidence. Oftentimes a bullet or bullet fragment could cause injury with an entry or exit wound, or could graze a limb and enter a different area of the subject's body. Additionally, a subject could be injured by nearby debris from damaged property. Therefore, a precise count of gunshots is not always exact. Table 9 provides totals for each year in the two-year period and Tables 10 and 11 provide a breakdown of each POIS incident per year.

| Year | # of Incidents | Subject armed | Struck Subject | # of Officers who Discharged | Total Shots Fired | Accuracy % |
|------|----------------|---------------|----------------|------------------------------|-------------------|------------|
| 2021 | 11 | 11 | 36 | 21 | 129 | 28% |
| 2022 | 3 | 3 | 14 | 4 | 29 | 48% |
| **Total** | **14** | **14** | **50** | **25** | **158** | **32%** |

*Table 9, Police Involved Shooting Information, 2021 to 2022*

| Incident# | # Shots Fired by Police | Struck subject | Subject Armed with |
|-----------|-------------------------|----------------|--------------------|
| 2021-1 | 16 | 0 | Handgun |
| 2021-2 | 4 | 0 | Handgun |
| 2021-3 | 6 | 6 | Handgun |
| | 6 | | |
| | 4 | | |
| 2021-4 | 2 | 2 | Vehicle |
| 2021-5 | 2 | 7 | Knife |
| | 7 | | |
| 2021-6 | 1 | 8 | Handgun |
| | 4 | | |
| | 14 | | |
| 2021-7 | 1 | 1 | Shotgun |
| 2021-9 | 3 | 2 | Handgun |
| 2021-10 | 6 | 6 | Handgun |
| 2021-11 | 7 | 4 | Handgun/Bomb |
| | 10 | | |
| | 9 | | |
| | 4 | | |
| | 17 | | |
| | 5 | | |

*Table 10, POIS Incidents, 2021*

| Incident# | # Shots Fired by Police | Struck subject | Subject Armed with |
|-----------|-------------------------|----------------|--------------------|
| 2022-1 | 4 | 1 | Vehicle |
| | 2 | | |
| 2022-2 | 9 | 0 | Handgun |
| 2022-3 | 14 | 12 | Knife |

*Table 11, POIS Incidents, 2022*

## 12. Length of Time Between the Use of Force and the Completion of Each Step of the Force Investigation and Review

UOF investigations are entered into BT, which memorializes the incident and captures key information. BT information is later exported into IAPro, which is BPD's centralized database for UOF incidents and associated reporting. Policy 725, *Use of Force Reporting, Review, and Assessment*, requires timely notification about a UOF to a supervisor who will initiate the BT process. BT/IAPro cannot be configured to capture each step in BPD's review process, but key dates are captured to reflect reporting and investigation timeframes including the date the UOF occurred, the date the UOF information was received in BT, and the completion date of UOF investigation and review in tables 12 and 13.

| Time from Occurred Date to Received in BlueTeam | 2021 | 2022 |
|---|---|---|
| Same Day or Next[16] | 702 | 813 |
| 30 Days or Less | 18 | 11 |
| Over 30 Days | 4 | 3 |
| **Total** | **724** | **827** |

*Table 12, Timeframe of First Step in UOF Investigation Process, 2021 to 2022*

| Time from Received to Completed | 2021 | 2022 |
|---|---|---|
| Within 30 Days | 101 | 61 |
| 31-60 Days | 122 | 84 |
| 61-90 Days | 117 | 113 |
| 91-180 Days | 207 | 234 |
| 180 days to 1 Year | 110 | 130 |
| 1-2 Years | 16 | 2 |
| Over 2 Years | 1 | - |
| Open | 50 | 203 |
| **Total** | **724** | **827** |

*Table 13, Timeframe from Received to Completed UOF Review, 2021 to 2022*

In looking at each level of force in Graphs 20 and 21 across the two years, they show similarities in completion rates over the given timeframes. For both years, about 86% of all closed Level 1 cases were closed within 180 days from occurrence and a significant drop after 180 days. For Level 2 cases, about 85% of closed cases were closed within the 61 days to one-year timeframe with a significant drop after one year.

For 2021, the average length of time from occurrence to completion was 92 days for closed Level 1 cases, 174 days for closed Level 2 cases, and 187 days for closed Level 3 cases. There are 33 (5%) open cases as of April 2023, when the data was extracted, and all are Level 3 cases.

For 2022, the average length of time from occurrence to completion was 106 days for closed Level 1 cases, 158 days for closed Level 2 cases, and 129 days for closed Level 3 cases. There were 203 (25%) open cases as of April 2023, when the data was extracted: 89 Level 1 cases, 67 Level 2 cases, and 47 Level 3 cases.

---

[16] If a UOF occurs late at night, it is likely that the initial BT entry will occur the next calendar day. This is within policy if completed before the end of the tour of duty.



Graph 20, Completion of UOF Incidents 2021



Graph 21, Completion of UOF Incidents 2022

In an attempt to analyze the time between each step in the UOF review, which cannot be collected in BT/IAPro, a random sample of cases across each district were selected for 2021 (73 cases) and 2022 (82 cases) to review the length of time of the review process of UOF Level 1 and 2 cases. It is important to note that the process is not linear, therefore the graphs below are only estimates. For example, a review may begin at the lieutenant level, or the case is sent back to the sergeant with instructions to add materials. Approximately, 74% of the 2021 sample cases had at least one time when the case was sent back for correction or additional materials and 38% of the 2022 sample cases, which creates delays.



*Graph 22, Time between Sergeant to Lieutenant*



*Graph 23, Time between Lieutenant to Captain*



*Graph 24, Time between Captain to Major*



*Graph 25, Time between Major to UOF Assessment Unit*

## UOF Assessment Unit to Completed



*Graph 26, Time between UOF Assessment Unit to Completed date*

# 13. Injuries During Transport

Within Section IX (C) Transportation of Persons in Custody of the Consent Decree, "Every injury that is reported to have occurred during transport will be reviewed as a use of force as provided for in Section VII (D), Use of Force, or, if appropriate, as part of a vehicle crash investigation." (¶235) Additionally, BPD is to conduct an audit to include, "A review of every injury reported to have occurred during transportation to determine if there are any trends related to transport policies and practices." (¶236 c)

In the Monitoring Team's Compliance Reassessment of Transportation of Persons in Custody (ECF No 675, Filed December 29, 2023), which examined transports between 2022 and 2023, they found BPD to be in initial compliance with these paragraphs due to the improved data collection in these areas. Additionally, the assessment will be included in this and future Use of Force Data Analysis reports.

In 2022, BPD's Records Management System, Axon Records, introduced a Transport Form in which detainee transport information is to be entered and linked to the associated Incident Report. This form was configured for use at the beginning of 2022. Within the form, members are asked if the "Arrestee [was] injured during transport?" and if "yes," the "Nature of the injury and first aid/medical care provided."

From transport data extracted from Axon Records for 2022, as well as incidents identified by BPD's Use of Force Assessment Unit (UOFAU), 16 transports out of 10,954 reported were marked "yes" in response to "Arrestee [was] injured during transport," or identified by UOFAU. Of the 16, one was marked in error, leaving 15 transports where an injury was identified (0.01%). After review of the 15 transports, 10 were identified as occurring during the transport and the remaining five were injuries that occurred prior to the transport or were due to a pre-existing condition, but the detainees did not inform the members of the injury until after the transport had begun (See Chart 5). Due to the low percentage of injuries reported as occurring during transport, a trend could not be identified, and although two members did have two separate injuries reported, one injury from each of the members occurred prior the transport. Of the 15 injuries that existed, whether they occurred during or prior to the transport, all were addressed by a medic, hospital visit, or both.

Of the 10 that occurred during transport, the detainees' reported injuries included head pain, lacerations, back pain, or neck pain with causes including falling, lacerations due to flex cuffs, or detainee resisting being transported or moving erratically in the vehicle. (See Table 14). Per the Consent Decree, BPD investigated 8 of the 10 transports as uses of force, and 1 of these 8 as part of a vehicle accident. The two that were not investigated were reported to the Performance Standards Section. Seven of the eight investigated transports resulted in finding the member within policy or that the member did not engage of a use of force, and the remaining transport was part of a SIRT investigation due to

a separate incident at the hospital. The member was found to be out of policy regarding the transport for neglecting to buckle the detainee's seatbelt.



Chart 5: Breakdown of injuries that were reported during transport

| Types of Injuries Reported and Causes | |
|---|---|
| **Head Pain** | **5** |
| *Slipped on back step while entering van* | *1* |
| *Complained of head injury from accident* | *1* |
| *Complained of head pain upon arrival at Central Booking from bumping head* | *1* |
| *Detainee began hitting head against window after threat of suicide* | *1* |
| *Detainee began hitting head against partition* | *1* |
| **Lacerations** | **2** |
| *Laceration due to flex cuffs and detainee's movements* | *1* |
| *Scrapes due to escape attempt* | *1* |
| **Back Pain** | **1** |
| *Caused by detainee kicking vehicle door* | *1* |
| **Neck Pain** | **2** |
| *Unknown cause* | *1* |
| *Fell after removing seatbelt* | *1* |
| **Grand Total** | **10** |

Table 14: Types of Injuries that Occurred During Transport and Summary of Causes

# CONCLUSION

Through this analysis, BPD found an overall decrease in total the UOF incidents by 62% from 2017 to 2022 (see graph 27), despite the increase in total UOF incidents from 2021 to 2022. Other notable decreases include UOF involved persons perceived as experiencing a Mental Illness/Crisis, the percentage of firearm discharges at a person, the percentage of officers and subjects requiring a hospital visit to an injury sustained during the UOF, and the number of POIS. A notable increase was the pointing of a firearm and the presence of a canine-inflicted injury, the first since 2017.

There were some metrics that proportionally remained the same such as "Hands," (the use of the officer's hands to gain control of the subject, as opposed to a weapon, and does not include fists) being the most used force type, the C-shift experiencing the highest number of UOF incidents, which is in alignment with other calls for service metrics for police activity, and a black male between the ages of 25-34 being the most likely citizen involved in a UOF. The districts experiencing the highest UOF continue to be Central, Western, and Southwest, but the recent redistricting that occurred in July 2023, may evenly distribute UOF across districts.

Through the current policy revision process, BPD is working on implementing solutions to the often delayed UOF investigations received from the various BPD commands to complete reviews within the 30-day goal. BPD proposed revisions to the UOF review timeline to the Department of Justice and court-appointed Monitoring Team and have been accepted by both. BPD also identified BT/IAPro shortcomings with data collection or lack of data and provided recommendations to improve BT/IAPro, listed below under "Recommendations to Improve Blue Team/IAPro."

BPD will continue to analyze UOF incidents and produce annual reports, as well as update BT/IAPro to the extent possible to accurately and efficiently capture information regarding UOF. This includes weekly reporting by PSS to BPD's executive command and weekly presentations at Comstat to identify shortcomings and develop immediate corrective action continuously.



*Graph 27, UOF Incidents from 2017 to 2022*

## RECOMMENDATIONS TO IMPROVE BLUE TEAM/IAPRO

Blue Team/IAPro should configure fields to:

- Make fields mandatory where necessary and possible.

- Update race and ethnicity options to reflect those in other systems such as Axon Records.

- Update the field that captures the assignment of the involved officers to include DAT and MMU, as well as any other changes in the department.

- Ask the specific questions regarding behavioral health, and to ensure its fields and options are in alignment with the Behavioral Health Form officers are required to complete for these interactions.

- Ensure options within the use of force reason field better represent the officer's actions only.

- Add N/A as an option to citizen influence assessment.

Related to all of the above, BPD should provide a guide that outlines, defines, and instructs supervisors about the Blue Team fields.

# APPENDIX A

- Incidents: where each row represents information about the incident
  - Fields Used
    - Inc: CIT: Nature of Crisis: the type of crisis experienced by a subject – biological or chemical induced
    - Inc: CIT: Citizen Behavior: whether the subject was frightened, threatening, suicidal, making threats, belligerent, etc.
    - Inc: CIT: Techniques: For subjects experiencing a behavioral crisis, the type of techniques used by members to deescalate the situation or subdue the subject – presence of CIT officers, verbalization, use of handcuffs, etc.
    - .Inc: CIT: Threats/Violence: For subjects experiencing a behavioral crisis, the type of violence the subject engaged in – threatening, injuring, brandishing a weapon
    - Inc: CIT: charge disposition
    - Inc: Completed date: date when the use of force case was closed.
    - Inc: Investigative Unit: shows the unit assigned of the members(s).
    - Inc: Addr: City: city where UOF occurred.
    - Inc: Addr: State: state where UOF occurred
    - Inc: Addr: Street: street where UOF occurred, including building/house number
    - Inc: Addr: Precinct/Section: district in which the force occurred.
    - Inc: Incident Type: Level of force – Level 1, Level 2, Level 3
    - Inc: Occurred date: date the use of force incident occurred
    - Inc: Occurred time: time the use of force incident occurred
    - Inc: PIB[17] Number: Case number automatically generated by BT/IAPro.
    - Inc: Received date: date the use of force case was reported to the department. This generally means the date the supervisor was informed.
    - Inc: Service rendered: Type of service being rendered: call for service, off duty engagement, on view, warrant service, or other encounter
    - UOF: Citizen was arrested: yes/no field to indicate if a subject involved in the use of force was arrested. If more than one citizen was involved and only one was arrested, this field would be marked "yes."
    - UOF: Reason for using force: Reason for use of force – defense of others/self, tactical advantage, suspect resistance, protect property
    - UOF: Officer assessment of cit condition: The officer's assessment as to whether the subject was sober, under the influence, experiencing a mental illness or crisis, or unknown.

- Citizens: where each row represents the citizens that were involved whether they were the person upon which force was used, or if they were an otherwise involved party such as a witness.
  - Fields Used
    - Cit: Gender: the subject's sex
    - Cit: Race: the subject's race
    - Cit: Ethnicity: the subject's ethnicity
    - Cit: Date of birth: the subject's date of birth
    - Cit: age
    - Cit: Charge: arrest charge, if applicable – charge rpt

---

[17] Case numbers in IAPro are referred to as PIB numbers because the system administrator is housed with PIB and IAPro is also used to track misconduct cases.

- UOF: Citizen condition/injury: The extent of injury sustained by the subject: no injury noted, description of minor injury, serious injury, or hospitalization
- UOF: Citizen pre-existing condition/injury:
- UOF: Citizen sustained fatal injury
- CitSnp: Role: Whether subject was an arrestee, not arrested, complainant, witness, etc.
- CitSnp: Armed: yes/no field to indicate if the subject was armed.
- CitSnp: Mental issue: Self report: yes/no field to indicate if the subject self-reported that they have a mental health issue.
- Cit: First name: first name of subject
- Cit: Last name: last name of subject
- FD: Citizen weapon used" (field only use for POIS)
- Inc: PIB[18] Number: Case number automatically generated by BT/IAPro.
- Inc: Incident Type: Level of force – Level 1, Level 2, Level 3

- Officers: where each row represents the officers that were involved or present during the use of force.
  - Fields Used
    - Inc: PIB[19] Number: Case number automatically generated by BT/IAPro.
    - Inc: Incident Type: Level of force – Level 1, Level 2, Level 3
    - OffSnp: Body worn camera: whether the member had their body worn camera on and if it recorded the entire incident.
    - OffSnp: First name: first name of member
    - OffSnp: Last name: last name of member
    - OffSnp: Role: whether the member was the involved member.
    - OffSnp: Org: Command/Section: the section in which the member was assigned when the UOF occurred.
    - OffSnp: Number of shots fired
    - OffSnp: Number of hits
    - UOF: Type of force used: The type of force used by the officer(own rpt)
    - UOF: Off: Injury: The extent of injury sustained by the officer: no injury noted, description of minor injury, serious injury, or hospitalization (own rpt)

---

[18] Case numbers in IAPro are referred to as PIB numbers because the system administrator is housed with PIB and IAPro is also used to track misconduct cases.

[19] Case numbers in IAPro are referred to as PIB numbers because the system administrator is housed with PIB and IAPro is also used to track misconduct cases.

# APPENDIX B

Policy 1115, *Use of Force*, defines Use of Force (UOF) and Deadly Force/Lethal Force here:

**Use of Force** — Any Use of Force or threat of force that falls within Level 1, Level 2, or Level 3 force as defined in this policy regardless if these techniques make contact or result in visible injury. Use of Force Levels are:

**Level 1 Use of Force** — Includes:
- Using techniques that cause Temporary Pain or disorientation as a means of gaining compliance, hand control or escort techniques (e.g., elbow grip, wrist grip, or shoulder grip), and pressure point compliance techniques. Force under this category is not reasonably expected to cause injury,
- Pointing a firearm, Less-Lethal Launcher, or CEW at a person,
- "Displaying the arc" with a CEW as a form of warning, and
- Forcible takedowns that do not result in actual injury or complaint of injury.

<u>NOTE</u>: Escorting, touching, or handcuffing a person with minimal or no resistance does not constitute a Level 1 Use of Force.

<u>EXCEPTION #1</u>:  SWAT team members and members assigned to work on a federal task force will not be required to report the pointing of a firearm at a person as a Use of Force during the execution of SWAT team or federal task force duties.

<u>EXCEPTION #2</u>:  Pointing of a firearm at a person by any member, if done solely while entering and securing a building in connection with the execution of an arrest or search warrant, will not be a Use of Force. A permanent-rank supervisor must still complete a Form 93, Weapons-Pointing Report detailing the incident (See Policy 725, *Use of Force Reporting, Review, and Assessment*).

**Level 2 Use of Force** — Includes:
- Force that causes or could reasonably be expected to cause an injury greater than Temporary Pain or the use of weapons or techniques listed below — provided they do not otherwise rise to a Level 3 Use of Force:
- Discharge of a CEW in Drive-Stun or Probes Deployment, in the direction of a person, including where a CEW is fired at a person but misses,
- Use of OC spray or other Chemical Agents,
- Weaponless defense techniques including, but not limited to, elbow or closed fist strikes, open hand strikes, and kicks,
- Discharge of a Less-Lethal Launcher/Munitions in the direction of a person,
- Canine-inflicted injuries that do not rise to a Level 3 Use of Force,
- Non-weapon strikes to the head, neck, sternum, spine, groin, or kidney area, and
- Striking of a person or a vehicle with a vehicle that does not rise to Level 3 Use of Force.

**Level 3 Use of Force** — Includes:
- Strikes to the head, neck, sternum, spine, groin, kidneys, or kidney area with an impact weapon,
- Firearm discharges by a BPD member,
- Applications of more than three (3) CEW cycles in a single encounter, regardless of the mode or duration of the application, and regardless of whether the applications are by the same or different members,
- CEW application for longer than 15 seconds whether the application is a single continuous application or from multiple applications,
- Uses of Force resulting in death, Serious Physical Injury, loss of consciousness, or requiring hospitalization, and
- Uses of Deadly Force/Lethal Force, such as:

- o Intentionally striking a person's head against a hard, fixed object such as a roadway, concrete floor, wall, or iron bars;
- o Knee strikes or kicks to a person's head or neck;
- o Any strikes to a person's throat;
- o "Knee drops" against a prone or supine person's head, neck, or torso;
- o Chokeholds/Neck Holds;
- o Shooting someone in the head, neck, chest, or back, with a Less-Lethal Launcher at close range.
- o The use of any force on a person whose health, age, condition, or circumstances make it likely death or Serious Physical Injury will result.

NOTE:   Hospitalization refers to admission to the hospital, and does not include treatment and release in the emergency department, no matter how long the stay.

**Deadly Force/Lethal Force** — Any force likely to cause death or Serious Physical Injury, whether the member intended to cause death or Serious Physical Injury or not. Examples of Deadly Force/Lethal Force may be found listed within the definition of Level 3 Use of Force.