# **EXHIBIT 1**

**Assessment of Arrests Resulting in a Release Without Charges (RWOC)**
*(Referred to as "BPD Analysis of District Court Commissioner Arrest
Data Report" in the Sixth Year Monitoring Plan)*
*Baltimore Police Department*
*Third Quarter, 2023*

## Overview

The Baltimore Police Department (BPD) is dedicated to upholding the U.S. Constitution and enforcing laws in a fair, impartial, and ethical manner.  As part of this commitment, BPD conducts a quarterly analysis of arrests that resulted in subjects being released without charges (RWOC) by the State's Attorney's Office (SAO) after being transported to the Central Booking Intake Facility (CBIF).  In this analysis, BPD assesses the quality of those arrests, takes necessary corrective actions, and identifies opportunities to improve departmental performance.

If an arrest lacks Probable Cause (PC), it will be included in the list of RWOC dispositions. However, RWOC arrests also include all arrests the SAO has declined to prosecute.  The SAO may decline to prosecute for many reasons, including prosecutorial discretion or if the SAO determined it was unable to prove the criminal charge(s) beyond a reasonable doubt, even if PC existed.  This review encompasses an array of arrests declined for a variety of reasons.

This report is the 14th of continuous quarterly assessments on this topic.  The first report examined RWOCs from Q2 2020.  In 2020, BPD delivered training throughout the agency on stops, searches, and arrests based on newly developed policies which went live in February 2021. BPD has continued to deliver this training on an annual basis. Since Q2 2020, the number of RWOCs has declined significantly, both overall and as a percentage of arrests.

This report details the following elements of this review:

1. Methodology for this analysis;
2. Statistical analysis of RWOCs and any associated trends;
3. Case review findings regarding RWOCs demonstrating deficiencies;
4. Recommendations to address the findings of this report; and
5. Updates on recommendations from previous RWOC Assessments.

### Key Findings

- There were 10 total RWOCs in Q3 2023
- Total Q3 RWOCs and arrests decreased when compared to the previous quarter (Q2 2023), which was 14.
- The Maryland Department of Public Safety and Correctional Services (DPSCS) reported 3,575 adult arrests by BPD in Q3 2023. The SAO released a total of 10 arrestees without charges, which represents 0.28% of the total BPD adult arrests.
- The most common reason identified by the SAO in Q3 2023 was "Elements are not readily provable" (90%).
- BPD reviewed all 10 RWOCs and found that valid PC existed in 9 of the cases.
- 1 case was found to lack probable cause. The driver of a vehicle used in a shooting event that occurred approximately three weeks prior was taken into custody.

### Methodology

To conduct this assessment, BPD obtains a list of arrests from the SAO that concluded with releasing the subject without charges. Upon receipt of the list of RWOCs, the Inspections Unit separates RWOC arrests which the SAO categorized as "Prosecutorial Discretion," because these may represent policy decisions by the SAO rather than legal issues with the arrest.[1] To ensure that there were no legal or BPD policy issues, BPD randomly reviews 10%[2] of arrests that are not labeled as "Prosecutorial Discretion". Within the 10%, arrests for "lesser offenses"[3] are prioritized. Additionally, BPD reviews all RWOC arrests that the SAO categorized for a reason other than prosecutorial discretion. Every case review will include an analysis of reports associated with the arrest, and BWC footage (if applicable) to determine if the arrest was made in accordance with appropriate legal standards. In order to assess patterns in arrest practices, demographics of the subjects and officers will be added to the SAO's RWOC list, as well as shifts, units, districts, and assignments of the arresting officer.[4]

BPD will focus its review on PC determinations and other important legal standards that may lead to developing PC for arrests. Following this review, BPD will take any appropriate action, which may include training and/or other corrective action for the involved officer(s); and/or referring incident(s) to the Public Integrity Bureau (PIB) for administrative or criminal investigation.

---

[1] For example, SAO may opt not to prosecute certain crimes due to policy decisions made about other lesser offenses.
[2] Due to the low number of RWOCs for Q3 2023, all were reviewed during this inspection.
[3] "Lesser Offenses" include crimes such as disorderly conduct, trespassing, or obstructing/hindering.
[4] A redacted version of the SAO's RWOC spreadsheet will be released along with this report.

## Statistical Analysis

In the third quarter of 2023 (Q3), the Maryland Department of Public Safety and Correctional Services (DPSCS) reported 3,231 adult arrests by the BPD[5]. The SAO determined a total of 10 arrests as RWOCs during this time period, four less than the previous quarter and down 94% from 161 in the first completed quarterly RWOC assessment from Q2 2020, which was the highest quarter in both the number of RWOCs and percentage of arrests. 10 RWOCs represent 0.31% of the total BPD adult arrests during this time period.

The SAO categorized the 10 RWOCs for Q3 as follows in Table 1:

| SAO Reason for RWOC | Count | % of Total |
|---|---|---|
| 4th Amendment Violation | 1 | 10 % |
| Elements of the crime not readily provable | 9 | 90 % |
| Total | 10 | 100% |

*Table 1. SAO Reasons for RWOCs in Q3 2023*
*All percentages are rounded to the nearest whole number.*

The number of RWOCs compared to total BPD arrests is visualized in Chart 1:



*Chart 1. Percentage of Total Arrests RWOC by SAO*

---

[5] Juvenile arrests in Baltimore are processed by a separate system, and the SAO does not generate a list of juveniles released without charges.

The primary charge(s) for the 10 RWOCs is listed in Table 2:

| Charge | Count |
|---|---|
| Narcotics Violation | 3 |
| Handgun Violation | 2 |
| Assault | 1 |
| Burglary | 1 |
| Car theft | 1 |
| Rogue &Vagabond | 1 |
| Trespassing & Disorderly Conduct | 1 |
| Total | 10 |

*Table 2. Primary criminal charges for each RWOC in Q3 2023*

*Distribution of RWOCs by Command*

Table 3 below shows the distribution of Q3 RWOCs by command. It is important to note that beginning in Q3 2023, the district boundaries were adjusted for the first time in over 50 years. There is variance between the commands, with the Eastern, Northern, Southeastern, and Western Districts not having any RWOCs, and all other districts having 2 each. These statistics and the accompanying case review details will be provided to the relevant commands for further analysis and discussion with their units regarding enforcement decisions and report writing.

| Command | # of RWOCs | % of Total |
|---|---|---|
| Central | 2 | 20% |
| Northeastern | 2 | 20% |
| Northwestern | 2 | 20% |
| Southwestern | 2 | 20% |
| Southern | 2 | 20% |
| Total | 10 | |

*Table 3. RWOC Distribution by Command in Q3 2023.*
*\*All percentages are rounded to the nearest whole number.*

4

Table 4, below, shows the aggregate totals for RWOC data from Q2 of 2020 through Q3 of 2023 by command:

| Command | # of RWOCs | % of Total |
|---|---|---|
| Northeast | 143 | 24% |
| Central | 92 | 16% |
| Southern | 68 | 12% |
| Southwest | 63 | 11% |
| Southeast | 62 | 11% |
| Western | 49 | 8% |
| Northern | 35 | 6% |
| Eastern | 28 | 5% |
| Northwest | 24 | 4% |
| MMU | 9 | 2% |
| MFF | 6 | 1% |
| ACS | 3 | 0% |
| RATT | 2 | 0% |
| SWAT | 1 | 0% |
| **Total** | **585** | |

*Table 4. Q2 2020 through Q3 2023 Distribution by Command, Sorted for Frequency*

*All percentages are rounded to the nearest whole number.*

*Trends in BPD RWOCs as a percentage of total arrests over the past seven quarters.*

The following graphs represent the trends over seven quarters of total RWOCs (Graph 1), RWOC percentage of total arrests (Graph 2), and Total BPD arrests (Graph 3).



*Graph 1: Total RWOCs over the past 7 quarters*



*Graph 2. RWOC percentage of total arrests over the past 7 quarters*



*Graph 3. Total BPD arrests over the past 7 quarters*

*Distribution of RWOCs by District and Shift in Q3 2023*

Table 5 depicts a breakdown of RWOCs by district and shift for the quarter. This table includes all 10 RWOCs.  The tour of duty for the A shift is 11 p.m. to 7 a.m., the B shift is 7 a.m. to 3 p.m., and the C shift is 3 p.m. to 11 p.m.  Districts also deploy District Action Teams (DAT) for proactive enforcement.

DAT units across four districts had the highest total amount of RWOC cases this quarter with 5. Patrol shift A had the second highest number of cases with 3. Patrol shifts B and C had the least number of cases with 1 each.

| District | A | B | C | DAT | District Total |
|---|---|---|---|---|---|
| Central | 2 | | | | 2 |
| Southeast | | | | | 0 |
| Eastern | | | | | 0 |
| Northeast | | | | 2 | 2 |
| Northern | | | | | 0 |
| Northwest | 1 | | | 1 | 2 |
| Western | | | | | 0 |
| Southwest | | 1 | | 1 | 2 |
| Southern | | | 1 | 1 | 2 |
| **Shift/Unit Total** | **3** | **1** | **1** | **5** | **10** |

*Table 5. Distribution of RWOCs by District and Shift in Q3 2023*

There were four fewer RWOCs in this quarter than in the previous one. Most shifts had one RWOC in Q3. The highest amount of RWOCs on any shift or unit was five.

Figure 1, below, visualizes the cumulative RWOC trends for the past fourteen quarters [6]:



*Figure 1. Q2 2020 through Q3 2023 RWOCs by District and Shift*

RWOCs account for 0.28% of total arrests, and BPD's Patrol and Community Policing Bureau should continue to use these quarterly reports and supporting data to determine if there is a need to alter enforcement strategies.

## RWOCs Analyzed

In order for an arrest to be legal, there needs to be at least Reasonable Articulable Suspicion (RAS) for the stop and Probable Cause (PC) for the arrest. BPD initiates its review process with a list of RWOCs, including a reason for the RWOC from the SAO. BPD then analyzes the RWOCs and provides a conclusion as to whether or not probable cause was established. BPD also reviews the reports from all RWOC arrests to determine whether or not they comply with BPD policy by accurately articulating the facts that support probable cause.

---

[6] The majority (95%) of the NE District's DAT RWOCs occurred between Q2 2020 and Q1 2021. Due to the RWOC reports during that time period, several initiatives and events took place that decreased the number from an average of 25 per quarter to 1 since Q2 2021. Initiatives and events included coordination with the SAO regarding their decision of prosecuting lesser offenses during the Covid-19 pandemic, redirecting focus on violent offenders, the placement of a sergeant over DAT, and the delivery of BPDs updated Stops, Searches, and Arrests training (2020) and policy activation (February 2021).

For Q3 2023, BPD reviewed all 10 RWOCs and the results of the review are detailed on the next page:

*RWOC Review Results*

BPD determined that of the 10 reviewed cases, 9 had valid PC for arrest along with satisfactorily written reports. However, 1 case lacked PC.
BPD's analysis included a detailed review of the BWC footage and associated reports for each case. The analysis revealed that the officer(s) in all, but one case, had adequate PC for arrest but were denied charges. The majority of the cases include CDS (controlled dangerous substance) or Handgun Violations.

Table 6 below represents the findings:

| Review Result | Count | % of Total |
|---|---|---|
| Lacked PC for Arrest | 1 | 10% |
| Valid PC but Poor Reporting | 0 | 0% |
| Valid PC and Adequate Reporting | 9 | 90% |
| Total | 10 | 100% |

*Table 6. Results of RWOC Review in Q3 2023*
*\*All percentages are rounded to the nearest whole number.*

*Distribution of Problematic RWOCs by Original SAO Reason for RWOC*

Table 7 shows BPD's conclusions (Review Result) on problematic RWOCs on the left and the original reason for the RWOCs from the SAO on the right in the aggregate across the quarter in which these reviews have occurred:

| BPD Review Result | SAO Reason | Count |
|---|---|---|
| Lacked PC / RAS for Arrest (0) | 4th Amendment Violation | 1 |
| | Elements of crime not readily provable | 0 |
| | Prosecutorial Discretion | 0 |
| Valid PC but Poor Reporting (1) | Elements of crime not readily provable | 0 |
| | Prosecutorial Discretion | 0 |
| | Civil Offense | 0 |
| | 4th Amendment Violation | 0 |
| **Total** | | 1 |

*Table 7. Q3 2023 Distribution of Problematic RWOCs by Original SAO Reason.*

9

Table 8 summarizes the aggregate distribution of problematic RWOCs across the three years:

| Command | Lacked PC for Arrest / Invalid | PC but Poor Reporting | Incorrect Application of Civil Offense Charge | Total |
|---|---|---|---|---|
| Southeast | 4 | 2 | 1 | 7 |
| Central | 1 | 3 | | 4 |
| Northeast | 3 | 4 | | 7 |
| Northern | 2 | | | 2 |
| Education and Training | | 1 | | 1 |
| Eastern | 2 | | | 2 |
| Southern | | 2 | | 2 |
| Southwest | 1 | 2 | | 3 |
| Western | | 1 | | 1 |
| **Total** | **13** | **15** | **1** | **29** |

*Table 8. Q2 2020 through Q3 2023 Distribution of Problematic RWOCs by District.*

*Distribution of RWOCs by Officer*

There were no patterns in the problematic RWOCs for officers during the Q3 2023 assessment period. One officer had two RWOCs during this quarter, but the officer had PC in both cases; and there were no officers that had multiple RWOCs in the previous quarters that were analyzed. This continues a trend of few or no officers with multiple RWOCs in the past several quarters, but a significant decrease from Q1 2021 in which 15 officers had multiple RWOCs, and Q4 2020 in which 24 officers had multiple RWOCs.

## Case Review Findings

- CDS Possession with Intent to Distribute
- Southwestern District
- SAO declination reason: 4th Amendment Violation

On 09/06/2023 at approximately 1313 hours, Southwestern District - District Action Team (DAT) Detectives were patrolling the area of the 1900 blk of Christian St. when they observed a vehicle which was connected to an ongoing shooting investigation. This shooting incident had occurred a few weeks earlier on 08/17/2023 in the Southwestern District under CC# 230806191. Investigations from that incident revealed that the suspect exited the front passenger side of the aforementioned vehicle, committed the shooting, then returned to the aforementioned vehicle. The vehicle then fled the area at a high rate of speed. Detectives were privy to the details of this incident.

In reference to 9-6-23, Detectives observed a male subject park and exit the aforementioned vehicle. Detectives then approached and stopped the individual and detained him in handcuffs. Although the subject gave unsolicited verbal consent for Detectives to search him as well as the vehicle in question, which was captured on body-worn camera (BWC), the Detectives did not conduct a consent search of the suspect or person.

Detectives determined that the subject would be transported from the scene to the District "for further investigation in reference to the shooting." The detectives, however, did not have probable cause to arrest the subject and thus did not have a basis to take the individual into custody and transport him to the District.

Prior to placing the subject in a departmental transport vehicle, a Detective conducted a weapons pat-down. One of the detectives patted down the outside of the suspect's clothing and felt an object that he determined based on his training, knowledge, and experience, to be controlled dangerous substances, which he recovered and then transported the suspect to CBIF for processing.

The detective, however, did not have a basis to conduct either a pat down or a search. The detectives did not have reasonable articulable suspicion that the suspect was armed and dangerous (see BPD Policy 1112, *Field Interviews, Investigative Stops, Weapons Pat-Downs, Searches)*, and thus a pat down was not permissible. The detective wrote in the report that for officer safety, a pat down of the subject was conducted prior to the subject being transported, based on BPD Policy 1114, *Persons in Police Custody*, which states, "When a detainee is transported in a police vehicle, members shall ensure the detainee is searched…" That Policy permits a full search (not just a pat down) but as stated above, was not applicable because there was no basis to arrest or transport the suspect.

The vehicle in question was towed to the Southwestern District, where a search warrant was authored and granted for the vehicle (in reference to the shooting investigation) to further investigate if the vehicle contained evidence related the shooting. The vehicle was later processed at the District.

BPD's analysis of this incident determined that due to the Detectives' knowledge about the vehicle's connection to the prior shooting incident, their observation of the subject operating and parking the vehicle, as well as the totality of the facts, Detectives had probable cause to seize the vehicle, and it was reasonable for the Detectives to detain the subject during the investigation. The vehicle was seized based on the fact that a shooting suspect was transported via the aforementioned vehicle to the area where the suspect committed a non-fatal shooting, as well as that the suspect immediately fled the area in said vehicle after committing the shooting. Although probable cause existed for the seizure of the vehicle, there was no other articulation in the arresting Officer's report that furthered the reason for taking into custody and transporting the individual from the scene to the Southwestern District.

## Recommendations[7]

Compliance Bureau:

1. Distribute copies of this report and supporting data to BPD commanders.

2. Present key findings in Comstat for discussion and address any questions.

3. In conjunction with Education & Training, continue agency wide focus on the core principles and directives of the following policies to influence the downward trend of RWOCs:

    - Policy 1112 – Field Interviews, Investigative Stops, Weapons Pat-Downs and Searches
    - Policy 1114 – Persons in Police Custody
    - Policy 1002 – Securing and Interviewing Witnesses


Education & Training:

Conduct remedial training for members of the Southwestern District Action Team in the following areas:

- Policy 1112 – Field Interviews, Investigative Stops, Weapons Pat-Downs and Searches
- Policy 1114 – Persons in Police Custody
- Policy 1109 – Warrantless Searches
- Policy 1002 – Securing and Interviewing Witnesses

---

[7] The Compliance Bureau will monitor the progress of approved recommendations through a "Recommendation Tracker" mechanism, which will provide due dates to the responsible BPD entity along with mandates of written documentation certifying completion.

Appendix A

Summary of RWOC Case Reviews

| Date | Arrestee Gender | Arrestee Race | Primary Charge | Reason for RWOC | Time | Officer Gender | Officer Race | District | Unit | Unit Assigned | Shift | BPD Finding | Analysed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/6/2023 | M | A | Possession CDS | Elements of the Crime Not Readily Provable. | 2051hrs | M | A | NWD | 654 | DAT | Charlie | PC | YES |
| 7/13/2023 | M | A | Rogue & Vagabond | Elements of the Crime Not Readily Provable. | 0556hrs | M | A | NWD | 6A25 | Patrol | Adam | PC | YES |
| 8/10/2023 | F | B | Burglary | Elements of the Crime Not Readily Provable. | 1314hrs | M | A | SWD | 8B34 | Patrol | Baker | PC | YES |
| 8/10/2023 | M | B | HGV | Elements of the Crime Not Readily Provable. | 1841hrs | F | W | SD | 9C33 | Patrol | Charlie | PC | YES |
| 9/6/2023 | M | B | PWID CDS | 4th Amendment Violation | 1331hrs | M | W | SWD | 853 | DAT | Baker | Lacked PC | YES |
| 9/12/2023 | F | W | First Degree Assault | Elements of the Crime Not Readily Provable. | 2314hrs | M | B | CD | 1A21 | Patrol | Adam | PC | YES |
| 9/19/2023 | M | B | Car Theft | Elements of the Crime Not Readily Provable. | 1727 | M | W | NED | DAT | DAT | Charlie | PC | YES |
| 9/26/2023 | M | B | Distribution CDS | Elements of the Crime Not Readily Provable. | 1541 | M | W | SD | DAT | DAT | Charlie | PC | YES |
| 9/28/2023 | M | B | Trespassing & Disorderly Conduct | Elements of the Crime Not Readily Provable. | 0004hrs | M | B | CD | Patrol | 1A25 | Adam | PC | YES |
| 9/29/2023 | F | B | Handgun Violation | Elements of the Crime Not Readily Provable. | 0434hrs | M | H | NED | DAT | DAT | Adam | PC | YES |

13