IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * |
| Defendants. | * |
| | *** |

## AMENDED SCHEDULING ORDER

Consistent with the Court's duty to ensure Defendants' compliance with the Consent Decree, the Court entered a Scheduling Order on January 12, 2024 setting dates for monthly conferences and quarterly public hearings with the Parties and the Monitoring Team. (ECF No. 679.) The Court has entered Amended Scheduling Orders. (ECF Nos. 703, 725, 727, 743.) The schedule is further AMENDED as follows: (1) the topic of School Police will be addressed at the October 2024 Monthly Progress Report/Conference with the Court and (2) the Quarterly Public Hearing that was scheduled for October 17, 2024 is rescheduled to October 24, 2024. The schedule set forth below is now the operative schedule:

Calendar of Monthly Progress Reports/Conferences and Quarterly Public Hearings

| | |
|---|---|
| February 15, 2024 | Monthly Progress Report/Conference with the Court (Use of Force; First Amendment Protected Activities), Courtroom 3C |
| March 7, 2024 | Monthly Progress Report/Conference with the Court (Misconduct Investigations and Discipline; Supervision), Courtroom 3C |
| **April 4, 2024, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| May 23, 2024 | Monthly Progress Report/Conference with the Court (Stops, Searches, and Arrests; Fair and Impartial Policing), Courtroom 3C |

1

| | |
|---|---|
| June 20, 2024 | Monthly Progress Report/Conference with the Court (Community Policing and Engagement; Staffing; Recruitment, Hiring, and Retention), Courtroom 3C |
| July 25, 2024 | Monthly Progress Report/Conference with the Court (Sexual Assault; Compliance Reviews and Outcome Assessments), Courtroom 3C |
| **August 15, 2024, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| September 5, 2024 | Monthly Progress Report/Conference with the Court (Interactions with People with Behavioral Health Disabilities and in Crisis), Courtroom 3C |
| October 2, 2024 | Monthly Progress Report/Conference with the Court (Misconduct Investigations and Discipline; Supervision; First Amendment Protected Activities; Interactions with Youth; School Police), Courtroom 3C |
| **October 24, 2024, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| November 14, 2024 | Monthly Progress Report/Conference with the Court (Technology; Community Policing and Engagement), Courtroom 3C |
| December 19, 2024 | Monthly Progress Report/Conference with the Court (Officer Assistance and Support; Transportation of Persons in Custody; Compliance Reviews and Outcome Assessments), Courtroom 3C |
| January 16, 2025 | Monthly Progress Report/Conference with the Court (Staffing; Recruitment, Hiring, and Retention), Courtroom 3C |
| **January 23, 2025, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |

DATED this 9 day of September, 2024.

BY THE COURT:

James K. Bredar
United States District Judge

2