IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BALTIMORE POLICE DEPARTMENT,<br>et. al.,<br><br>Defendants. | CIVIL NO. JKB-17-0099 |

### PARTIES' JOINT MOTION FOR PARTIAL DECLARATION OF FULL AND EFFECTIVE COMPLIANCE

The Parties jointly move the Court to declare that the Mayor and City Council of Baltimore (the City) and the Baltimore Police Department (BPD) have reached Full and Effective Compliance with the provisions of the Consent Decree in this case (ECF No. 2-2) relating to First Amendment protected activities, the Community Oversight Task Force, and coordination with Baltimore City School Police Force, contained in paragraphs 239-256, 10-14, and 416-418 of the Decree. Under paragraphs 504 (as amended in ECF No. 410) and 508 of the Decree, if the City and BPD maintain compliance for a one-year period, the City and BPD may move for partial termination of these paragraphs.

The Parties also move the Court to set deadlines for completion of BPD's self-assessment plans setting forth the manner in which it will review its own compliance with the First Amendment protected activities and coordination with school police sections of the Decree should the Court grant the Parties' motion (*cf.* Consent Decree, ECF No. 22 ¶¶ 457-58). During the maintenance of compliance period contemplated by paragraph 504, the Parties agree that the City and BPD must demonstrate the ability to ensure its own compliance with the Decree through self-assessment, which will be verified by the Monitor and the United States. There is no

self-assessment plan for the Consent Decree paragraphs relating to the Community Oversight Task Force (COTF), as COTF has fulfilled its responsibilities and has no continuing obligations. Accordingly, the Parties request that the Court approve the following deadlines:

| | |
|---|---|
| BPD provides proposed self-assessment plan regarding First Amendment protected activities to the Parties and Monitor | January 24, 2025 |
| BPD files final self-assessment plan, approved by the Parties and Monitor, regarding First Amendment protected activities | February 7, 2025 |
| BPD provides proposed self-assessment plan regarding coordination with school police to the Parties and Monitor | January 24, 2025 |
| BPD files final self-assessment plan, approved by the Parties and Monitor, regarding coordination with school police | February 7, 2025 |

Respectfully Submitted,

| | |
|---|---|
| KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division | EBONY THOMPSON<br>City Solicitor |
| REGAN RUSH<br>Chief<br>Special Litigation Section | */s/ Stephen Salsbury*<br>Stephen Salsbury<br>Justin Conroy<br>Baltimore City Department of Law |
| CYNTHIA COE<br>MAUREEN JOHNSTON<br>Deputy Chiefs | 100 N. Holliday Street, Suite 100<br>Baltimore, Maryland 21202<br>T 410.396.2496<br>F 410.396.2126 |
| */s/ Emily C. Keller*<br>EMILY C. KELLER<br>DAVID G. COOPER<br>NICOLE PORTER<br>SARAH STEEGE<br>JULIANNA ASTARITA<br>LESLIE BAILEY<br>Trial Attorneys<br>Special Litigation Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 514-6255<br>Fax: (202) 514-0212<br>Email: emily.keller@usdoj.gov | *Counsel for Baltimore Police Department and the Mayor and City Council of Baltimore* |

*Counsel for the United States of America*

3

## CERTIFICATE OF SERVICE

      I certify that the foregoing Joint Motion for Partial Declaration of Full And Effective Compliance was served through the electronic filing service on December 13, 2024, giving notice to all registered parties.

                                                      */s/ Stephen Salsbury*
                                                      Stephen Salsbury
                                                      Attorney for the City of Baltimore