# **EXHIBIT 2**

| Attrition | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 2024 | 20 | 19 | 7 | 17 | 8 | 24 | 11 | 10 | 17 | 18 | 21 | 12 |

| Hiring | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| 2024 | 10 | 12 | 9 | 13 | 8 | 12 | 10 | 9 | 21 | 18 | 21 | 20 |