IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>BALTIMORE POLICE DEPARTMENT,<br>et. al.,<br><br>    Defendants. | CIVIL NO. JKB-17-0099 |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Local Rule 101.2(b)(1), Plaintiff United States of America hereby requests that the appearance of Timothy Mygatt be withdrawn as counsel for the United States in this matter. Mr. Mygatt has moved to a new position at the Department of Justice and no longer serves as a deputy chief with the Special Litigation Section. The United States continues to be represented by co-counsel of record.

    Respectfully Submitted,

    */s/ David G. Cooper*
    EMILY C. KELLER
    DAVID G. COOPER
    NICOLE PORTER
    SARAH STEEGE
    JULIANNA ASTARITA
    LESLIE BAILEY
    Trial Attorneys
    Special Litigation Section
    Civil Rights Division
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530
    Tel: (202) 514-6255
    Fax: (202) 514-0212
    Email: david.cooper@usdoj.gov

*Counsel for the United States of America*

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing Motion For Leave to Withdraw Appearance of Counsel was served through the electronic filing service on January 14, 2025, giving notice to all registered parties.

                                            */s/ David G. Cooper*
                                            David G. Cooper
                                            Attorney for the United States