IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BALTIMORE POLICE DEPARTMENT, et. al.,<br><br>Defendants. | CIVIL NO. JKB-17-0099 |

*Granted /s/ JKB 1/14/25*

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 101.2(b)(1), Plaintiff United States of America hereby requests that the appearance of Timothy Mygatt be withdrawn as counsel for the United States in this matter. Mr. Mygatt has moved to a new position at the Department of Justice and no longer serves as a deputy chief with the Special Litigation Section. The United States continues to be represented by co-counsel of record.

Respectfully Submitted,

/s/ David G. Cooper
EMILY C. KELLER
DAVID G. COOPER
NICOLE PORTER
SARAH STEEGE
JULIANNA ASTARITA
LESLIE BAILEY
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 514-6255
Fax: (202) 514-0212
Email: david.cooper@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion For Leave to Withdraw Appearance of Counsel was served through the electronic filing service on January 14, 2025, giving notice to all registered parties.

                                                   */s/ David G. Cooper*
                                                  David G. Cooper
                                                  Attorney for the United States