IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| **OF AMERICA,** | | |
| | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | **CIVIL NO. JKB-17-0099** |
| | * | |
| **BALTIMORE POLICE** | | |
| **DEPARTMENT, et al.,** | * | |
| | | |
| **Defendants.** | * | |

**SUBMISSION OF UPDATED SEVENTH-YEAR
MONITORING PLAN FOR APPROVAL**

As required by the Seventh-Year Monitoring Plan, ECF No. 728-1, Row 86 (approved in ECF No. 732), the Baltimore Police Department Monitoring Team ("Monitoring Team") hereby submits for approval an Updated Seventh-Year Monitoring Plan ("Updated Plan"). The City of Baltimore, the Baltimore Police Department ("BPD"), and the Department of Justice ("DOJ") all join in the request for approval. The Updated Plan is attached as **Exhibit 1**.

The Updated Plan accounts for the reality expressly recognized in the Consent Decree: modifications to monitoring plans may be necessary "[t]o promote flexibility in the implementation of the [Consent Decree]" and to ensure the integrity of the reform process. ECF No. 2-2 (as modified by ECF No. 39), ¶ 464. As the Court has recognized, there is an "inherent tension between the need to move forward with all deliberate haste and the importance of insuring that BPD's reform measures are sufficiently thorough and comprehensive to withstand the test of time. Quality should not be sacrificed for speed. On the other hand, progress should not be sacrificed for perfection." ECF No. 125 at 1. The Updated Plan properly balances the need for rapid progress with the need for reform that is real, sustainable, and enduring.

Over the past months, BPD and the City have met many of the deadlines and accomplished a number of objectives for the seventh year of monitoring. The Monitoring Team has completed five assessments—in the areas of officer misconduct, training, first amendment protected activities, interactions with youth and coordination with Baltimore City School Police, and the Community Oversight Task Force. The Monitoring Team has also issued its tenth semiannual report. BPD has completed a number of training sessions, policy revisions, and internal audits required by the Consent Decree, specifically, among others:

- BPD has created an in-service training program that has been published for public comment and also conducted training programs for a) Crisis Intervention Team ("CIT") members (*see* ECF No. 773); b) all officers on responses to individuals in behavioral health crises (*see* ECF No. 742); c) detectives conducting investigations of alleged sexual assault (*see* ECF No. 775); and d) all officers on stops, searches, and arrests (*see* ECF 748);

- BPD has drafted its annual community policing report;

- BPD has conducted self-assessments for purposes of demonstrating sustained compliance in the areas of transportation of persons in custody and officer assistance and support;

- The City issued a semiannual report on its progress toward complying with the requirements of paragraph 97 (*see* ECF No. 769);

- BPD has issued a biennial report on its coordination with Baltimore City School Police, an area that during this monitoring year was found by the Court to be in full and effective compliance (*see* ECF No. 784); and

- BPD has continued to conduct self-assessments of arrests resulting in a release without a charge (*see* ECF No. 736; 782) and reports on uses of force (ECF No. 723; 782) and crisis intervention (*see* ECF No. 735).

Notwithstanding these accomplishments, certain deadlines in the Seventh-Year Monitoring Plan need to be adjusted. The updated Seventh-Year Monitoring Plan includes modest extensions to most of the tasks in the original plan that have not yet been completed. The purpose of these extensions are to allow the necessary time for the work contemplated by the Monitoring Plan to be completed and completed well.

Like the original Monitoring Plan, the Updated Plan includes date ranges, rather than specific dates. The date ranges provide the community the opportunity to anticipate the approximate dates by which they can expect to see and begin reviewing draft policies and training curricula, as well as final reports on both internal BPD assessments and external Monitoring Team assessments. Using a variety of outreach methods, BPD will continue to alert the public at least one week before public comment periods on policies and training curriculum begin and will again send reminders when public comment periods have begun and when they are set to close, so that community members remain fully informed about their opportunities to engage directly in the reform process. All initial comment periods will continue to be for at least 30 days, and all follow-up comment periods (*i.e.*, periods for comment following the incorporation of feedback provided during the initial comment period) will continue to be for two weeks.

Although the Updated Plan provides the public with quarterly deadline dates, BPD, the City, DOJ and the Monitoring Team will still be working aggressively to meet specific internal deadlines, which they have established. In this way, BPD, DOJ and the Monitoring Team will remain accountable for complying with the date range deadlines that appear in the Updated Plan.

For the Court's convenience, a proposed order approving the Updated Plan is attached.

                                                          Respectfully submitted,

                                                          _____/s/_____
                                                          Kenneth Thompson, Monitor
                                                          VENABLE LLP
                                                          750 E. Pratt Street
                                                          Baltimore, MD 21202
                                                          Ken.thompson@bpdmonitor.com
                                                          (410) 244-7400