IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | | CIVIL ACTION NO. |
| v. | * | 1:17-CV-00099-JKB |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING:**
**BPD'S SELF-ASSESSMENT REPORT REGARDING**
**OFFICER ASSISTANCE AND SUPPORT**

Pursuant to the Court's Order dated January 22, 2025 (ECF No. 789), Paragraphs 504 (as amended in ECF No. 410) and 508 of the Consent Decree (ECF No. 2-2), and the Updated Seventh-Year Monitoring Plan (ECF No. 795-1 (approved by ECF No. 797), Row 73), the Baltimore Police Department ("BPD") hereby notifies the Court that its final self-assessment report regarding Section XVIII: Officer Assistance and Support, Paragraphs 436 through 438.a[1] and 439 through 441 of the Decree (ECF No. 2-2), which were provided to and approved by the Parties and Monitor, are attached hereto as Exhibits 1.

Dated: February 18, 2025

Respectfully Submitted,

EBONY THOMPSON
City Solicitor

 /s/ 
ALEXA E. ACKERMAN
Federal Bar No. 19943
Baltimore City Department of Law
100 N. Holiday Street, Suite 101
Baltimore, Maryland 21202
Telephone: (410) 396-2496
Email: alexa.ackerman@baltimorecity.gov

---

[1] On January 26, 2024, the Court ruled that paragraph 438.b of the Decree, relating to peer intervention, will be considered as part of the Misconduct Investigations and Discipline Section of the Decree. ECF No. 687 at 5.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of February, 2025, a copy of the foregoing was served on all parties of record via the Court's electronic filing system.

                                                              _____/s/_____
                                                         Alexa E. Ackerman (19943)