IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

      Plaintiff,

v.

BALTIMORE POLICE DEPARTMENT,
et. al.,

      Defendants.

CIVIL NO. JKB-17-0099

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 101.2(b)(1), Plaintiff United States of America hereby requests

that the appearance of Maureen Johnston be withdrawn as counsel for the United States in this

matter. Ms. Johnston is no longer employed by the Department of Justice. The United States

continues to be represented by co-counsel of record.

Respectfully Submitted,

 /s/ David G. Cooper
EMILY C. KELLER
DAVID G. COOPER
NICOLE PORTER
SARAH STEEGE
JULIANNA ASTARITA
LESLIE BAILEY
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 514-6255
Fax: (202) 514-0212
Email: david.cooper@usdoj.gov

*Counsel for the United States of America*

## <u>CERTIFICATE OF SERVICE</u>

      I certify that the foregoing Motion For Leave to Withdraw Appearance of Counsel was served through the electronic filing service on February 19, 2025, giving notice to all registered parties.

                      */s/ David G. Cooper*
                      David G. Cooper
                      Attorney for the United States