IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| **BALTIMORE POLICE DEPARTMENT,** *et al.*, | * | |
| Defendants. | * | |

o0o

### BALTIMORE POLICE DEPARTMENT'S REPORT REGARDING <u>HIRING AND ATTIRITION</u>

Pursuant to the Court's Order, ECF 282, dated January 23, 2020, the Baltimore Police Department respectfully submits the attached monthly report on new hire and attrition data for the month of February 2025.

Dated: March 4, 2025

Respectfully submitted,

EBONY S. THOMPSON
City Solicitor

*/s/ Alexa E. Ackerman*
Alexa E. Ackerman (19943)
Baltimore City Department of Law
100 N. Holliday Street, Suite 100
Baltimore, Maryland 21202
T 410.396.2496
F 410.396.2126
Alexa.ackerman@baltimorecity.gov

*Counsel for Baltimore Police Department*