IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| Defendants. | * | |

### MONITORING TEAM'S RECOMMENDATION REGARDING PARTIAL TERMINATION

The Mayor and City Council of Baltimore (the "City"), the Baltimore Police Department ("BPD"), and the Department of Justice ("DOJ") have filed a joint motion seeking partial termination of the Consent Decree filed in this case (the "Consent Decree," ECF No. 2, as amended by ECF Nos. 39, 56, 89, and 410) because the City and BPD have reached sustained compliance in the areas of transportation of persons in custody and officer assistance and support. *See* ECF Nos. 809, 810. Pursuant to the Court's scheduling order, the Monitoring Team provides this recommendation as to that joint motion. *See* ECF No. 769. Because the City and BPD have demonstrated that they have sustained compliance for the required one-year period, the Monitoring Team recommends that the Court find the City and BPD in sustained compliance in these areas and grant the parties' motion.

The Monitoring Team has twice conducted assessments to evaluate whether BPD had reached compliance in these two areas. In the second assessment of each area, the Monitoring Team found BPD in full and effective compliance.

1

With respect to the area of transportation of individuals in custody, the Monitoring Team first assessed BPD in a report issued on February 15, 2022. ECF No. 488-1. In that assessment, the Monitoring Team found BPD in initial compliance with six of the ten requirements in that area, and on track with respect to the other four. BPD set about rectifying those deficiencies, and in a second assessment report issued on December 29, 2023, the Monitoring Team recommended that BPD be found in full and effective compliance in this area. *See* ECF No. 675.

The Monitoring Team first assessed BPD's compliance with the officer assistance and support area of the Consent Decree in a report issued on November 30, 2022. ECF No. 576-1. In that assessment, the Monitoring Team found BPD in initial compliance with four of the seven requirements in that area, and on track with the other three requirements. In the Monitoring Team's second assessment of this area issued on December 29, 2023, it found that BPD had corrected theses shortcomings. The Monitoring Team again recommended that the Court find BPD in full and effective compliance.

After the Court found the City and BPD in full and effective compliance on January 25, 2024, BPD began conducting its own self-assessments during the required one-year period in which BPD was required to maintain compliance. These self-assessments were performed pursuant to procedures agreed to by BPD, DOJ, and the Monitoring Team.

The Monitoring Team has reviewed those reports and agrees with DOJ that BPD's performance is sufficient. In the area of transportation of individuals in custody, BPD's audits found continued compliance in all the areas where they had performed strongly in the Monitoring Team's assessment. In addition, BPD reported improvement in the areas identified in the Monitoring Team's assessment as needing special attention during the sustainment period: (1) safe

driving practices; (2) responding to transported individuals in medical distress; and (3) ensuring that all wagon drivers have received the required specialized training.

As to officer assistance and support, the Monitoring Team has likewise reviewed BPD sustainment audits and has found them to be sufficient. BPD continues to operate an officer wellness program that has received national recognition and has taken steps to ensure that BPD officers are aware of the resources available to them. As noted in the DOJ's memorandum in support of the parties' joint motion, BPD's compliance with the officer wellness requirements related to support of officers during large-scale protest events remains relatively untested because no such events have recently occurred, but the Monitoring Team is confident that the policies and procedures in place will provide that important support when and if protest events occur. Moreover, the Monitoring Team will continue to review BPD's responses to such events during the sustainment period related to the First Amendment protected activity area of the Consent Decree.

For the reasons stated above, the Monitoring Team recommends that the Court grant the parties' joint motion and partially terminate the Consent Decree with respect to the areas of transportation of individuals in custody and officer assistance and support.

Respectfully submitted,

_____/s/_____
Kenneth Thompson, Monitor
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Ken.thompson@bpdmonitor.com
(410) 244-7400