IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-00099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| Defendants. | * | |

o0o

### BALTIMORE POLICE DEPARTMENT'S REPORT REGARDING HIRING AND ATTRITION

Pursuant to the Court's Order, ECF No. 282, dated January 23, 2020, the Baltimore Police Department respectfully submits the attached monthly report on new hire and attrition data for the month of March 2025.

Dated: April 7, 2025

Respectfully submitted,

/s/
EBONY M. THOMPSON
City Solicitor

NATALIE R. AMATO
ALEXA E. ACKERMAN
Baltimore City Department of Law
100 N. Holliday Street, Suite 100
Baltimore, Maryland 21202
T 410.396.2496
F 410.396.2126

*Counsel for Police Department of Baltimore City and Mayor and City Council of Baltimore*