| *Attrition* | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| SWORN 2025 | 12 | 6 | 14 | | | | | | | | | |
| TRAINEE 2025 | 2 | 3 | 3 | | | | | | | | | |

| *Hiring* | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| TRAINEE 2025 | 23 | 22 | 21 | | | | | | | | | |