# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

United States of America                    *

   **Plaintiff,**                            *

   **v.**                                       *        Case No. 17-cv-0099

Baltimore City Police Department, at al.     *

   **Defendant.**                            *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Enter my appearance as counsel in this case for the _Plaintiff United States of America_

   I certify that I am admitted to practice in this Court.

**April 30, 2025**

Date

Signature

Suraj Kumar (NY Bar No. 5620745)

Printed name and bar number

**Address**:
U.S. Department of Justice
Civil Rights Division, Special Litigation Section
150 M St NE, Room 10.1139
Washington, DC 20002

Address

Suraj.Kumar@usdoj.gov

Email address

202-598-1211

Telephone number

Fax number