IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>BALTIMORE POLICE DEPARTMENT, et. al.,<br><br>    Defendants. | CIVIL NO. JKB-17-0099 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 101.2(b)(1), Plaintiff United States of America hereby requests that the appearances of the following attorneys be withdrawn as counsel for the United States in this matter: Julianna Astarita, Cynthia Coe, David G. Cooper, Curtis Harris, Emily C. Keller, Forestine Nicole Porter, Syeda Mehveen Riaz, Sarah Gabrielle Steege, and Jean Mary Zachariasiewicz. These attorneys no longer represent the United States in this matter. The United States continues to be represented by co-counsel of record.

                                                  Respectfully Submitted,

                                                  REGAN RUSH
                                                  Chief
                                                  Special Litigation Section

                                                  CYNTHIA COE
                                                  Deputy Chief

                                                  */s/ David G. Cooper*
                                                  DAVID G. COOPER
                                                  EMILY C. KELLER
                                                  SURAJ KUMAR
                                                  NICOLE PORTER
                                                  SARAH STEEGE
                                                  JEAN ZACHARIASIEWICZ
                                                  Trial Attorneys

Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 514-6255
Fax: (202) 514-0212
Email: david.cooper@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

      I certify that the foregoing Motion For Leave to Withdraw Appearance of Counsel was served through the electronic filing service on May 1, 2025, giving notice to all registered parties.

                                                */s/ David G. Cooper*
                                                David G. Cooper
                                                Attorney for the United States