## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | * | |

*** 

## <u>SCHEDULING ORDER</u>

Consistent with the Court's duty to ensure Defendants' compliance with the Consent Decree, the Court entered a Scheduling Order on December 11, 2024 setting dates for monthly conferences and quarterly public hearings with the Parties and the Monitoring Team. (ECF No. 774.) The schedule is AMENDED to reflect that the September monthly meeting will be held on September 25, rather than September 18. The schedule otherwise remains unchanged.

<u>Calendar of Monthly Progress Reports/Conferences and Quarterly Public Hearings</u>

| | |
|---|---|
| February 13, 2025 | Monthly Progress Report/Conference with the Court (Responding to and Interacting with People with Behavioral Health Disabilities or in Crisis), Courtroom 3B |
| March 13, 2025 | Monthly Progress Report/Conference with the Court (Use of Force; First Amendment Protected Activities), Courtroom 3B |
| April 10, 2025 | Monthly Progress Report/Conference with the Court (Interactions with Youth; Coordination with Baltimore City School Police Force; Misconduct Investigations and Discipline), Courtroom 3B |
| **April 17, 2025, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |

| | |
|---|---|
| May 22, 2025 | Monthly Progress Report/Conference with the Court (Handling of Reports of Sexual Assault; Compliance Reviews and Outcome Assessments), Courtroom 3B |
| June 18, 2025[1] | Monthly Progress Report/Conference with the Court (Technology; Community Policing and Engagement), Courtroom 3B |
| **NOTE:** | No Conference with the Court in July, 2025; no Quarterly Public Hearing during the Summer of 2025. |
| August 21, 2025 | Monthly Progress Report/Conference with the Court (Supervision; Stops, Searches, and Arrests; Fair and Impartial Policing), Courtroom 3B |
| September 25, 2025 | Monthly Progress Report/Conference with the Court (Staffing, Performance Evaluations, and Promotions; Recruitment, Hiring, and Retention), Courtroom 3B |
| October 16, 2025 | Monthly Progress Report/Conference with the Court (Responding to and Interacting with People with Behavioral Health Disabilities or in Crisis), Courtroom 3B |
| **October 30, 2025, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| November 13, 2025 | Monthly Progress Report/Conference with the Court (Use of Force; Interactions with Youth; Coordination with Baltimore City School Police Force), Courtroom 3B |
| December 11, 2025 | Monthly Progress Report/Conference with the Court (Misconduct Investigations and Discipline; First Amendment Protected Activities), Courtroom 3B |
| January 15, 2026 | Monthly Progress Report/Conference with the Court (topics to be determined), Courtroom 3B |
| **January 29, 2026, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |

---

[1] Note that this meeting is on a Wednesday to accommodate a federal holiday.

DATED this 25 day of June, 2025.

BY THE COURT:

James K. Bredar
United States District Judge