IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| Defendants, | * | |

## ORDER

Upon consideration of the Submission of the Eighth-Year Monitoring Plan for Approval, and in view of the concurrence of the parties in that Submission, it is hereby **ORDERED** that the Eighth-Year Monitoring Plan is approved and adopted and that the parties and the Monitoring Team shall comply with all of its terms.

DATED this 10 day of July, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge