IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| v. | * | **CIVIL NO. JKB-17-0099** |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| | * | |
| **Defendants.** | | |

\*\*\*

## SCHEDULING ORDER

Consistent with the Court's duty to ensure Defendants' compliance with the Consent Decree, the Court entered a Scheduling Order on December 11, 2024 setting dates for monthly conferences and quarterly public hearings with the Parties and the Monitoring Team. (ECF No. 774.) **The schedule is AMENDED to reflect that the September monthly meeting will begin at 12:00 p.m.** The schedule otherwise remains unchanged.

Calendar of Monthly Progress Reports/Conferences and Quarterly Public Hearings

| | |
|---|---|
| February 13, 2025 | Monthly Progress Report/Conference with the Court (Responding to and Interacting with People with Behavioral Health Disabilities or in Crisis), Courtroom 3B |
| March 13, 2025 | Monthly Progress Report/Conference with the Court (Use of Force; First Amendment Protected Activities), Courtroom 3B |
| April 10, 2025 | Monthly Progress Report/Conference with the Court (Interactions with Youth; Coordination with Baltimore City School Police Force; Misconduct Investigations and Discipline), Courtroom 3B |
| **April 17, 2025, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |

| | |
|---|---|
| May 22, 2025 | Monthly Progress Report/Conference with the Court (Handling of Reports of Sexual Assault; Compliance Reviews and Outcome Assessments), Courtroom 3B |
| June 18, 2025[1] | Monthly Progress Report/Conference with the Court (Technology; Community Policing and Engagement), Courtroom 3B |
| **NOTE:** | No Conference with the Court in July, 2025; no Quarterly Public Hearing during the Summer of 2025. |
| August 21, 2025 | Monthly Progress Report/Conference with the Court (Supervision; Stops, Searches, and Arrests; Fair and Impartial Policing), Courtroom 3B |
| September 25, 2025, 12:00 p.m. | Monthly Progress Report/Conference with the Court (Staffing, Performance Evaluations, and Promotions; Recruitment, Hiring, and Retention), Courtroom 3B |
| October 16, 2025 | Monthly Progress Report/Conference with the Court (Responding to and Interacting with People with Behavioral Health Disabilities or in Crisis), Courtroom 3B |
| **October 30, 2025, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| November 13, 2025 | Monthly Progress Report/Conference with the Court (Use of Force; Interactions with Youth; Coordination with Baltimore City School Police Force), Courtroom 3B |
| December 11, 2025 | Monthly Progress Report/Conference with the Court (Misconduct Investigations and Discipline; First Amendment Protected Activities), Courtroom 3B |
| January 15, 2026 | Monthly Progress Report/Conference with the Court (topics to be determined), Courtroom 3B |
| **January 29, 2026, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |

---

[1] Note that this meeting is on a Wednesday to accommodate a federal holiday.

DATED this 20 day of August, 2025.

                                              BY THE COURT:

                                              _____
                                              James K. Bredar
                                              United States District Judge