

# BALTIMORE POLICE DEPARTMENT

**Brandon M. Scott**
**Mayor**

**Richard J. Worley, Jr.**
**Police Commissioner**

Pursuant to the Court's Order, ECF No. 282, dated January 23, 2020, the Baltimore Police Department ("BPD") respectfully reports the data concerning hiring and attrition activity during the month of August 2025.

Please note that the numbers are always subject to further modification outside of the actual month in which they occurred, based on receipt and associated processing and distribution of paperwork in Human Resources (HR). Due to the historical evolution of hiring and attrition numbers as HR processes the information they receive, BPD will attach a sworn hiring and sworn attrition report to this cover memorandum that reflects data from January 1, 2020, through the end of the month.

For purposes of this report, a "Sworn New Hire" is any person who has applied to BPD to be hired as a sworn police officer and who has been approved for final hire as a sworn police officer and received an official start date. "Sworn Attrition" is any sworn separation by means of retirement, resignation, termination, or death that has been reported to and processed by Human Resources.

The foregoing is true and correct to the best of my knowledge.

Date: 9/3/2025

**Karen Tyler**
Director of Human Resources

Date: 09/02/2025

**Major JoAnne Wallace**
Commander, Recruitment Section

c/o 242 West 29th Street • Baltimore, Maryland 21211-2908