IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | | |
| | *** | |

## SCHEDULING ORDER

Consistent with the Court's duty to ensure Defendants' compliance with the Consent Decree, the Court has previously issued scheduling orders setting dates for monthly conferences and quarterly public hearings with the Parties and the Monitoring Team. The Court now sets in additional dates for further monthly conferences and quarterly public hearings.

Accordingly, it is hereby ORDERED that, during the upcoming year, the Independent Monitor and the Parties SHALL continue to provide the Court with regular monthly and quarterly updates, and they SHALL attend and participate in monthly conferences and quarterly hearings, all regarding the status of BPD's and the City's compliance with the Consent Decree's requirements. The Court sets dates for further proceedings in this matter according to the schedule below.

Calendar of Monthly Progress Reports/Conferences and Quarterly Public Hearings

| | |
|---|---|
| January 15, 2026 | Monthly Progress Report/Conference with the Court (Technology; Handling of Reports of Sexual Assault), Courtroom 3B |
| **January 29, 2026, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |

| | |
|---|---|
| February 19, 2026 | Monthly Progress Report/Conference with the Court (Community Policing and Engagement), Courtroom 3B |
| March 26, 2026 | Monthly Progress Report/Conference with the Court (Stops, Searches, and Arrests; Fair and Impartial Policing), Courtroom 3B |
| April 16, 2026 | Monthly Progress Report/Conference with the Court (Use of Force; Responding to and Interacting with People with Behavioral Health Disabilities or in Crisis), Courtroom 3B |
| **April 23, 2026, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| May 21, 2026 | Monthly Progress Report/Conference with the Court (Interactions with Youth; Supervision), Courtroom 3B |
| June 25, 2026 | Monthly Progress Report/Conference with the Court (Staffing, Performance Evaluations, and Promotions; Recruitment, Hiring, and Retention), Courtroom 3B |
| **NOTE:** | No Conference with the Court in July or August, 2026; no Quarterly Public Hearing during the Summer of 2026. |
| September 10, 2026 | Monthly Progress Report/Conference with the Court (Misconduct Investigations and Discipline; Handling of Reports of Sexual Assault), Courtroom 3B |
| October 8, 2026 | Monthly Progress Report/Conference with the Court (Stops, Searches, and Arrests; Fair and Impartial Policing), Courtroom 3B |
| **October 22, 2026, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| November 12, 2026 | Monthly Progress Report/Conference with the Court (Use of Force; Staffing, Performance Evaluations, and Promotions), Courtroom 3B |
| December 10, 2026 | Monthly Progress Report/Conference with the Court (Responding to and Interacting with People with Behavioral Health Disabilities or in Crisis; Interactions with Youth), Courtroom 3B |

| | |
|---|---|
| January 14, 2027 | Monthly Progress Report/Conference with the Court (Community Policing and Engagement; Misconduct Investigations and Discipline), Courtroom 3B |
| **January 28, 2027 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |

DATED this  10  day of September, 2025.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge

3