IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

    Plaintiff,

v.

BALTIMORE POLICE DEPARTMENT, et al.,

    Defendants.

CIVIL NO. JKB-17-0099

~[PROPOSED]~ ORDER GRANTING PARTIES' JOINT MOTION TO AMEND PARAGRAPHS 56, 73, 190, 213, 262, 287, 299, 336, 342, 344, 354, AND 402 OF THE CONSENT DECREE

Having considered the Parties' Joint Motion to Amend Paragraphs 56, 73, 190, 213, 262, 287, 299, 336, 342, 344, 354, and 402 of the Consent Decree, the Motion is **GRANTED**.

The Consent Decree entered by this Court on April 7, 2017, shall be amended as follows:

### Paragraph 56

"56. BPD will require that prior to a consent Search, officers shall ~provide persons whose person or property they wish to Search with a consent Search to Search Form and~ explain the ~purpose of the form. The Consent to Search Form will include an explanation of an~ individual's right to refuse, limit, and revoke consent at any time **using standardized language**. BPD will ensure that the **Consent is voluntary by either capturing the advisement and expressed consent on BWC and/or providing a** Consent to Search Form ~has~ **with** a separate signature line for civilians to affirm that they understand they have a right to refuse, limit, and revoke consent at any time. Officers may not conduct a consent Search until **the person gives voluntary consent captured on BWC or** ~the subject of the Search~ signs the Consent to Search form~. If the subject gives verbal consent to the Search but refuses to sign the Consent to Search form, the officer may proceed with this search and must document the subject's verbal consent and refusal to sign the Consent to Search form.~"

### Paragraph 73

"73. BPD will ensure that it provides training and conducts **monthly** audits of

supervisory reviews of Investigatory Stops or Detentions, Searches, and Arrests to evaluate the supervisor's review and conclusions ~~within seven days of their completion~~ and ensure that officers understand and apply appropriate legal standards in conducting Investigatory Stops or Detentions, Searches, and Arrests. If misconduct is identified, a commanding officer will evaluate the supervisor's assessment and recommendations and ensure that all appropriate corrective action is taken, including referring the incident to the Office of Professional Responsibility ("OPR") for investigation. BPD will also take appropriate corrective or disciplinary action against supervisors who fail to conduct complete, thorough, and accurate reviews of officers' Investigatory Detentions, Searches, and Arrests."

## Paragraph 190

"190. For Level 2 Reportable Force, the first-line permanent-rank supervisor's use of force review will be completed and entered into Blue Team within ~~72 hours~~ **the investigating supervisor's first five scheduled working days or 14 calendar days after** ~~of~~ the use of Reportable Force, **whichever comes first,** unless the supervisor's commanding officer approves an extension. . . ."

## Paragraph 213(l)

"213. BPD will ensure the creation and maintenance of a reliable and accurate electronic system to track all data derived from Reportable Force-related documents, including:

a. The type(s) of force used;
b. The actual or perceived race, ethnicity, age, and gender of the subject;
c. the name, shift, and assignment of the officer(s) who used force;
d. the District where the use of force occurred;
e. Whether the incident occurred during an officer-initiated contact or a call for service;
f. The subject's perceived mental health or medical condition, use of drugs or alcohol, or the presence of a disability, if indicated at the time force was used;
g. The subject's actions that led to the use of force, including whether the subject was in possession of a weapon;
h. Whether the subject was handcuffed or otherwise restrained during the use of force;
i. Any injuries sustained by the officer or the subject or complaints of injury, and whether the officer or subject received medical services;
j. whether the subject was charged with an offense, and, if so, which offense(s);
k. For firearms-related deadly force incidents, the number of shots fired by each involved officer, the accuracy of the shots, and whether the subject was armed or unarmed; and

2

Case 1:17-cv-00099-JKB   Document 851-1   Filed 10/01/25   Page 3 of 6

l. The length of time between the use of force and the completion of ~~each step of the force investigation and review~~ **the assessment**."

### Paragraph 262(a)(i)

"262. BPD shall establish and implement measures to ensure supervision and internal oversight of sexual assault investigations. These measures should include but not be limited to:

a. Developing a system of automated alerts to trigger supervisory review of open sexual assault investigations, and a protocol governing the supervisory review. This system and protocol shall include:

i. Supervisory review of all sexual assault reports, that fall under the investigative criteria for the Sex Offense Unit or Child Abuse Unit, within ~~48 hours~~ **72 hours** of the report being taken in order to ensure consistency with BPD policy for initial officer response and documentation; and

ii. Supervisory evaluation of the thoroughness of the investigation in sexual assault cases when: (1) the victim has not been interviewed within one week of BPD receiving the report of sexual assault; (2) a case has been classified as "open," without any investigative activity, for longer than six months."

### Paragraph 287

"287. BPD agrees to re-review each new or revised policy or procedure that relates to the Material Requirements of this Agreement ~~after it has been in effect for a year and before 18 months~~ **in accordance with BPD's assessment of need for revision** to ensure it provides clear guidance to officers and is consistent with this Agreement and current law. When the Monitor gives BPD notice of a significant policy deficiency, the BPD agrees to collaborate with the Monitor to review and remedy any deficiency."

### Paragraph 299

"299. BPD will review and update BPD's Training Plan on a periodic basis. To inform these updates, BPD will conduct a needs assessment, taking into consideration: trainee-to-instructor ratios; trainee feedback and evaluations of trainings; trends in misconduct complaints; problematic uses of force; data concerning stops, searches and arrests; analysis of officer safety issues; and changes in the law or BPD policy. **If, as a result of the needs assessment, BPD determines that an annual in-service training required by this Agreement would not efficiently advance BPD's training needs, it may alter the required duration or frequency of the training upon approval of DOJ and the Monitor.**"

3

## Paragraph 336(a)(i)

"336. BPD will ensure that the complaint intake process is open and accessible for individuals who wish to file complaints about BPD officers' conduct:

a. BPD will ensure individuals may make complaints in multiple ways, including in person or anonymously, by telephone, online, and through third parties to ensure broad and easy access to its complaint system:

i. BPD will make ~~complaint forms~~ **informational material on how to file a police misconduct complaint available online and** ~~widely~~ available at public buildings ~~and locations~~ throughout Baltimore City, and will make them available to community groups to provide to their members;

ii. Complaint forms will be made available, at a minimum, in English and Spanish. BPD will comply with the law to make complaints accessible to people who speak other languages (including sign language). The fact that a complainant does not speak, read, or write English, or is deaf or hard of hearing will not be grounds to decline to accept or investigate a complaint;

iii. BPD will ensure that a free, 24-hour hotline exists for members of the public to make complaints, and will clearly display this information on its website and other BPD printed materials;"

## Paragraph 342

"342. In the course of investigating a civilian complaint, ~~the misconduct investigator~~ **BPD** will send periodic written updates to the complainant, by **the complainant's preferred method of contact, or if no preferred method was provided, by mail and either email or text message** ~~mail and by email, if the complainant provides an email address~~:

a. Within **ten** ~~seven~~ days of receipt of a complaint, the misconduct investigator will send non-anonymous complainants a written notice of receipt. The receipt shall include the tracking number or barcode originally assigned to the complaint, along with any other case number subsequently assigned, if applicable, and the allegations being investigated. The notice will inform the complainant how he or she may inquire about the status of a complaint. The notice will not contain any language that could reasonably be construed as discouraging participating in the investigation, such as a warning against providing false statements or a deadline by which the complainant must contact the investigator;

b. Periodic updates will be **sent to the complainant, by the complainant's preferred method of contact if noted** ~~mailed or emailed to the complainant~~; and

c. BPD shall ensure that all investigators communicate with complainants in a professional and respectful manner; investigators who fail to do so shall be

4

subject to discipline, demotion, and/or appropriate corrective action based on the seriousness of the conduct."

### Paragraph 344

"344. In each misconduct investigation, investigators shall ensure they . . .

i. Complete their administrative investigations within 90 days of the initiation of the investigation. Any request for an extension of time must be approved in writing by ~~the Director of the OPR~~ **an OPR Captain or above** . . ."

### Paragraph 354

"354. The reviews of misconduct investigations will be conducted as follows:
a. For investigations into allegations of misconduct that do not involve police-civilian interactions, when carried out by supervisors at Districts, the supervisor shall forward the completed investigation report through his or her chain of command to the District Commander:
i. Where the findings of the investigation report are not supported by the appropriate standard of proof, the supervisor's chain of command shall document the reasons for this determination;
ii. The supervisor's chain of command shall take appropriate action to address the inadequately supported determination and any investigative deficiencies that led to it;
iii. District Commanders shall be responsible for the accuracy and completeness of investigation reports into allegations of misconduct that do not involve police-civilian interactions prepared by supervisors under their command;
iv. District Commanders will forward the completed investigation report to the OPR;
b. For investigations conducted by OPR, the investigator will forward the completed investigation report through his or her chain of command ~~to the Director of OPR~~:
i. **An OPR Captain or above** ~~The Director of the OPR~~ will review the report to ensure that the report is complete, that it meets the requirements of BPD policy and this Agreement, and that the findings are supported by the appropriate standard of proof;
ii. **An OPR Captain or above** ~~The Director~~ shall order additional investigation when it appears that there is additional relevant evidence that may assist in resolving inconsistencies or improving the reliability or credibility of the findings;
iii. Whenever a superior officer orders additional investigation, it shall be documented in writing."

<u>**Paragraph 402**</u>

"402. The OPR and the CRB will separately produce **either** a quarterly **public report or an annual** public report on misconduct investigations **complemented by a frequently updated online complaint dashboard**, including, at a minimum, the following: …"

**IT IS SO ORDERED.**

DATED this __1__ day of _____October_____, 2025.

BY THE COURT:

James K. Bredar
United States District Judge