IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| | * | |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| Defendants. | * | |

**NOTICE OF APPROVAL OF REVISED CRISIS INTERVENTION PLAN
UNDER PARAGRAPHS 119-120 OF THE CONSENT DECREE**

The Baltimore Police Department Monitoring Team ("Monitoring Team") hereby notifies the Court that it approves the Revised Crisis Intervention Plan prepared by the Baltimore Police Department ("BPD") under Paragraphs 119-120 of the Consent Decree. *See* ECF No. 2-2 (as modified by ECF No. 39 and 851), ¶¶ 119-120. The Crisis Intervention Plan is attached as **Exhibit 1.** The Department of Justice ("DOJ") has indicated that it concurs in the approval of the revised policies.

The Crisis Intervention Plan, first approved by the Monitoring Team and DOJ in November 2018, provides BPD with the data and analysis needed to train and assign Crisis Intervention Team ("CIT") Officers to meet the call volume in each departmental district. The plan uses police dispatch data to estimate the overall number of crisis calls for service in each district and then projects the number of Patrol Division CIT officers needed to respond to the calls.

The most significant change to the Crisis Intervention Plan is that BPD, based on a study of call volume, has revised the target number of CIT officers from 30% to 20% of all officers in the Patrol Division. BPD believes that this number of CIT officers will be sufficient to cover all

districts and all shifts. BPD has also broadened the responsibility for engaging in outreach to patrol supervisors to request names of officers who have shown aptitude for handling behavioral crisis calls and/or have special training or education that would make them good candidates for CIT training from the CIT Coordinator to BPD leadership generally.

The Crisis Intervention Plan revisions were the product of collaboration among the Baltimore City Behavioral Health Collaborative ("BCBHC"), BPD, the City, DOJ, and the Monitoring Team. BCBHC consists of numerous stakeholders devoted to addressing the needs of individuals with behavioral health disabilities and in crisis in Baltimore, including City, BPD and State officials, Disability Rights Maryland, community mental health providers, substance use services providers, local hospitals, community advocates and committed philanthropists.

Respectfully submitted,

_____/s/_____
Kenneth Thompson, Monitor
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Ken.thompson@bpdmonitor.com
(410) 244-7400

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, copies of the foregoing Notice was served via the Court's ECF system upon all counsel of record.

_____/s/_____
Kenneth Thompson
