# Exhibit 1



# *Baltimore Police Department*
## *CRISIS INTERVENTION PLAN*

Lieutenant Daniel Quaranto
CIT Coordinator

# Crisis Intervention Plan

The Baltimore Police Department (BPD) is committed to ensuring that a Crisis Intervention Team (CIT) officer is available to respond to behavioral health-related calls for service, where appropriate. The following Crisis Intervention Plan will provide information, analysis, training and implementation to reach this goal of providing the best possible outcomes for behavioral health-related calls and people in crisis.

## This plan includes the following:

1. An assessment of the number of Officers necessary to achieve the goal of ensuring a CIT officer is available for all calls for service (CFS) that appear to involve a person in crisis, where appropriate.
2. Identification of gaps and coverage of particular shifts and districts
3. Development of mechanisms to fill those gaps

## *1. Number of CIT Officers Necessary to Cover All Behavioral Health Related Calls for Service Citywide.*

BPD's current Crisis Intervention Team training is a certification course based on national models, which equip police officers with methods to appropriately interact with behavioral health disorders safely and in a mutually beneficial manner. The program partners with the Behavioral Health Systems-Baltimore (BHSB), the National Alliance on Mental Illness of Metropolitan Baltimore (NAMI), and the BPD. The training is 40 hours and includes expert presentations, experiential learning, speakers, site visits, and role-play scenarios. BPD will offer Crisis Intervention Team training at least four times per year, with the current goal of having at least 20% of officers assigned to patrol be CIT certified.

The following chart shows a breakdown of the number of patrol officers assigned by each shift in each Police district. This number represents only patrol officers assigned to patrol functions (uniform officers that handle CFS in marked patrol cars). It does not include patrol supervisors or officers in support or investigative roles. The chart also shows the number of CIT officers needed for each shift to reach a minimum of 20% of all officers assigned to a shift. This is not the number of officers working on any given day, but 20% of the total number on each shift, ensuring there will be CIT officers available to handle behavioral health-related calls. As of June 19, 2025, 23% of BPD's Patrol officers district-wide are CIT-trained. Additionally, the breakdown of behavioral health calls by post and district indicates the Northeastern and Western districts have a higher priority need of CIT trained officers.

**Behavioral Health-Related Calls for Service, January 1, 2025 – August 31, 2025**
Calls are considered behavioral health-related if they are dispatched *or* returned as one
of the following call types:

- 28 – Attempted Suicide
- 28V - Attempted Suicide - Violent
- 28W - Attempted Suicide-Weapon
- 85 – Behavioral Crisis
- 85V – Behavioral Crisis-Violent
- 85W – Behavioral Crisis-Weapon
- 85E – Emergency Petition

| Behavioral Health-Related Call Volume by District & Shift[1] | | | | |
|---|---|---|---|---|
| District | Shift A | Shift B | Shift C | District Total |
| Central | 146 | 235 | 321 | 702 |
| Southeastern | 122 | 177 | 224 | 523 |
| Eastern | 116 | 232 | 317 | 665 |
| Northeastern | 157 | 252 | 365 | 774 |
| Northern | 140 | 222 | 370 | 732 |
| Northwestern | 172 | 306 | 374 | 852 |
| Western | 127 | 204 | 301 | 632 |
| Southwestern | 119 | 195 | 292 | 606 |
| Southern | 107 | 230 | 313 | 650 |
| City-Wide Totals | 1206 | 2053 | 2877 | 6136 |

## BPD City-wide Patrol CIT Officer Staffing Plan[2]

| Total CIT-Trained Patrol Officers | | | | | |
|---|---|---|---|---|---|
| District | Shift A | Shift B | Shift C | Shift D | Total |
| Central | 6 | 1 | 6 | 1 | 14 |
| Southeastern | 5 | 6 | 5 | 3 | 19 |
| Eastern | 3 | 5 | 10 | 3 | 21 |
| Northeastern | 2 | 1 | 3 | 1 | 7 |
| Northern | 2 | 4 | 2 | 0 | 8 |
| Northwestern | 3 | 3 | 6 | 1 | 13 |
| Western | 5 | 2 | 2 | 1 | 10 |
| Southwestern | 3 | 8 | 4 | 1 | 16 |
| Southern | 4 | 7 | 7 | 2 | 20 |
| Total | 33 | 37 | 45 | 13 | 128 |

---

[1] BPD implemented a fourth shift (D) at the beginning of 2025. This shift overlaps shifts C and A by operating from 6:00 pm – 2:30 am. Due to the overlap, CFS are not filtered to this specific shift.

[2] Each chart above reflects BPD's CIT and Patrol staffing numbers as of 08/18/2025.

| Total Patrol Staffing | | | | | |
|---|---|---|---|---|---|
| District | Shift A | Shift B | Shift C | Shift D | Total |
| Central | 19 | 20 | 21 | 6 | 66 |
| Southeastern | 17 | 18 | 20 | 6 | 61 |
| Eastern | 14 | 23 | 18 | 5 | 60 |
| Northeastern | 18 | 21 | 22 | 5 | 66 |
| Northern | 18 | 17 | 17 | 3 | 55 |
| Northwestern | 14 | 20 | 22 | 6 | 62 |
| Western | 20 | 20 | 19 | 6 | 65 |
| Southwestern | 19 | 16 | 20 | 5 | 60 |
| Southern | 17 | 19 | 21 | 6 | 63 |
| Total | 156 | 174 | 180 | 48 | 558 |

| Percentage of CIT-Trained Patrol Officers | | | | | |
|---|---|---|---|---|---|
| District | Shift A | Shift B | Shift C | Shift D | Total |
| Central | 32% | 5% | 29% | 17% | 21% |
| Southeastern | 29% | 33% | 25% | 50% | 31% |
| Eastern | 21% | 22% | 56% | 60% | 35% |
| Northeastern | 11% | 5% | 14% | 20% | 11% |
| Northern | 11% | 24% | 12% | 0% | 15% |
| Northwestern | 21% | 15% | 27% | 17% | 21% |
| Western | 25% | 10% | 11% | 17% | 15% |
| Southwestern | 16% | 50% | 20% | 20% | 27% |
| Southern | 24% | 37% | 33% | 33% | 32% |
| Total | 21% | 21% | 25% | 27% | 23% |

## *2. Procedures for Identification for Gaps in Coverage*

As BPD has reached its current goal of at least 20% CIT certified officers in patrol, with each new CIT certification class that graduates, a report will be generated to identify gaps in coverage of behavioral health-related calls handled by CIT officers.

- The report will be generated by utilizing the CIT training roster, E-resources, and Neighborhood Patrol staffing reports to assist with identifying the number of CIT officers on each shift in each district.

- The report will also include information obtained from the Computer Aided Dispatch (CAD) system to show how many behavioral health-related calls were received and assigned per shift and district, how many were handled by a CIT Officer, and how many were not handled by a CIT Officer. This report may also divulge gaps where districts have sufficient numbers of CIT trained officers, but they are unevenly distributed between shifts, resulting in gaps in coverage.

## *3. Mechanisms the Baltimore Police Department Will Use to Fill Gaps in Coverage*

- The Department will continue recruiting volunteers by distributing the Crisis Intervention Team (CIT) training flyers via email broadcast and Power DMS distribution systems when CIT classes are scheduled. Districts will be advised to post the flyer and encouraged to post within their independent communication channels (i.e., Evertel) to encourage officers to apply.

- The Commander of E&T will periodically present a BH slide during COMSTAT and encourage Commanders to recommend qualified patrol officers in their district to apply to become CIT officers.

- BPD will engage in outreach to patrol supervisors to request names of officers who have shown aptitude for handling behavioral crisis calls and/or have special training or education that would make them good candidates for CIT training.

- BPD's Crisis Response Team will recommend officers showing exceptional aptitude for achieving favorable outcomes to be awarded through the National Alliance on Mental Illness (NAMI).

  o BPD will review officers who have received awards for their extraordinary performance in behavioral health related incidents and contact them to determine interest in training.



# Selection Process for the Baltimore Police Department Crisis Intervention Team (CIT) and Crisis Response Team (CRT) Officers

The BPD is committed to a meticulous selection process in choosing personnel for the Crisis Intervention Team and Crisis Response Team (CRT).

The selection process will ensure that only volunteers who are committed to the concepts and principles of Crisis Intervention will be selected to participate in the program. These officers will create better outcomes for persons who are suffering from a behavioral health disability or are experiencing crisis.

**Crisis Intervention Team (CIT)** officers are assigned to patrol districts and maintain their standard patrol duties except when called to behavioral health crisis events. CIT officers serve as primary responders to behavioral health-related calls for service, where appropriate.

All officers that become CIT members are selected through the following process:
- Voluntary participation & application into the program.

- Officers must have completed one year of service beyond field training.

- Participation in Crisis Intervention Team Training shall be requested by a complete application via administrative Form-95 to include the following:

  - Statement of volunteering to attend the 40-hour Crisis Intervention Team training;
  - Any background, history, and education that relates to Crisis Intervention;
  - History of the officer's assignments;
  - Statement of willingness to wear a BPD-issued pin identifying themselves as a CIT officer.

- An in-depth assessment of the applicant prior to a Selection Board interview which includes:

  - Examination of the written application;
  - Supervisory recommendations to include a review of annual performance evaluation;
  - A review of awards and/or commendations, particularly as they may relate to any CIT-related incidents;
  - A review of available use of force history;
  - A review of all available disciplinary records and the disposition thereof.

- An interview with the CIT Selection Board, which is composed of the following members:

    o CIT coordinator;
    o One Sergeant, Lieutenant, or Captain; and
    o Two CIT trained Officers.

The CIT Selection Board interview will establish the suitability of the candidate officer by prompting oral responses to questions detailing:

- The required training and refresher training related to CIT;

- Response and report-writing criteria for BH calls for service;

- Any discipline, complaints, awards, and evaluations from the personnel review that the Selection Board deems appropriate for clarification; and

- Any additional criteria at the discretion of the Selection Board.


**Crisis Response Team (CRT)** officers are specially trained officers paired with a licensed mental health professional to support the work of other police officers who encounter persons and families in crisis. CRT officers assist at the scene to persons in crisis.

Training and assignment as a Crisis Response Team member is voluntary. To be eligible for consideration, officers must meet the following criteria:
- At least two years of patrol experience as a BPD officer after the completion of field training.

- An application (Administrative Form 95) completed and submitted to the CIT Coordinator, to include:

    o Statement of willingness to complete additional CRT training;
    o Any background, history, and education that relates to Crisis Intervention;
    o History of the officer's assignments;
    o Statement of willingness to co-respond to behavioral health-related calls for service with a licensed mental health provider;

- An in-depth assessment of the candidate prior to a Selection Board interview which includes:

  - Examination of the written application;
  - Supervisory recommendations to include a review of annual performance evaluation;
  - A review of awards and/or commendations, particularly as they may relate to any CIT-related incidents;
  - A review of available use of force history;

- A review of all available disciplinary records and the disposition thereof.

- Interview with CIT Selection Board, which is made up of the following members:
  - A member of the Command Staff at E&T;
  - The CIT coordinator;
  - One Sergeant, Lieutenant, or Captain; and
  - Two CIT trained Officers.

**Training Requirements**

All Crisis Response Team (CRT) officers must receive behavioral health-related training in addition to 40-hour Crisis Intervention Team (CIT) training.  Training shall include, but not be limited to:
- How to conduct a field interview
- Suicide intervention
- Community mental health and intellectual and developmental disability resources
- Mental health and intellectual and developmental disability diagnoses
- The effects of substance misuse
- Perspectives of persons with behavioral health disabilities and their family members
- The rights of persons with behavioral health disabilities
- Civil commitment criteria
- Crisis de-escalation
- On-site visits to mental health, substance use, and intellectual and developmental disability community programs, and interaction with persons with behavioral health disabilities
- Scenario-based exercises

**Candidate Timeline**

Applications for the CIT and CRT programs may be submitted to the CIT Coordinator on a rolling basis. Candidates will be contacted, either to schedule an interview or to be informed that their candidacy will not be advanced. Selections are made within a week of the interview date, and the candidate will then be scheduled to start training.