IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

    Plaintiff,

v.                            CIVIL NO. JKB-17-0099

BALTIMORE POLICE DEPARTMENT, et al.,

    Defendants.

**CONSENT MOTION FOR CONTINUANCE
OF PLAINTIFF UNITED STATES OF AMERICA**

The United States of America hereby moves for a continuance of the October 9, 2025 deadline for the United States' monthly meeting submission and the Court's October 16, 2025 monthly meeting. *See* ECF No. 845 (Scheduling Order).

1. At the end of the day on September 30, 2025, the continuing resolution that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a continuance of the United States' October 9, 2025 monthly meeting submission and the October 16, 2025 monthly meeting until Congress has restored appropriations to the Department.

4. If the Court grants this motion for a continuance, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The United States

---

**ORDER**

The Court has reviewed the Motion (ECF No. 855). In light of the parties' ability to speedily and efficiently obtain the public implementation of the parties' Consent Decree entered in this matter, the Motion (ECF No. 855) is DENIED.

/s/ [signature]
10/7/25

requests that, at that point, the Court reset the monthly meeting, with a written submission deadline one week in advance of the new monthly meeting date.

5.  Counsel for BPD has authorized counsel for the United States to state that it does not object to postponing the deadlines described in this motion.

Therefore, although the United States greatly regrets any disruption caused to the Court and the other litigants, the United Status hereby moves for a continuance of the October 9, 2025 deadline for the United States' monthly meeting submission and the Court's October 16, 2025 monthly meeting in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully Submitted,

HARMEET K. DHILLON
Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

PATRICK MCCARTHY
Acting Chief
Special Litigation Section

LAURA COWALL
Deputy Chief
Special Litigation Section

/s/ Suraj Kumar
SURAJ KUMAR
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 598-1211
Email: suraj.kumar@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on October 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, giving notice to all registered parties.

/s/ Suraj Kumar
SURAJ KUMAR
Attorney for the United States

4