| *Attrition* | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| SWORN 2025 | 12 | 6 | 14 | 13 | 5 | 6 | 13 | 10 | 15 | 9 | | |
| TRAINEE 2025 | 2 | 3 | 3 | 5 | 3 | 6 | 4 | 1 | 2 | 5 | | |

| *Hiring* | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| TRAINEE 2025 | 23 | 22 | 21 | 19 | 13 | 23 | 20 | 10 | 21 | 24 | | |