# EXHIBIT 1



# BALTIMORE CITY BEHAVIORAL HEALTH COLLABORATIVE DATA SUBCOMMITTEE BIANNUAL REPORT

Jan 1, 2025 – Jun 30, 2025

November 19, 2025

# Executive Summary

KPI

| | |
|---|---|
| **NUMBER OF CALLS FOR SERVICE** | • Compared to Q1-Q2 2024, the Baltimore Police Department's (BPD) behavioral health (BH) call volume increased by 6.5%, the Baltimore City Fire Department's (BCFD) BH call volume declined by 6.1%, and Baltimore Crisis Response Inc.'s (BCRI) call volume increased by 7.2%.<br>• BH-related calls comprised 1.60% of BPDs overall call volume from January to June 2025.<br>• Compared to Q1-Q2 2024, BPDs overall call volume decreased by 4.9% while the percentage of BH-related call volume increased by 6.5%. |
| **NATURE OF CALLS FOR SERVICE** | • From January 2025 to June 2025, BPD's BH-related calls for service were comprised of 65% Behavioral Crises, 19% Suicide Attempts, and 15% Emergency Petitions (EP) as identified at dispatch. |
| **CALL TIME** | • BPDs average response time for BH-related CFS was 10.1 minutes.<br>• BPD officers spent an average of 86 minutes on BH-related calls.<br>• BH-related call volume was the highest between 1500-1900 hours, peaking at 1600 hours. |
| **INDIVIDUAL DEMOGRAPHICS** | • 74% of persons in crisis were Black or African American.<br>• 52% of persons in crisis were male.<br>• 270 persons had repeat BH-related interactions with BPD during Q1-Q2 2025. |
| **BPD INTERACTION TECHNIQUES** | • BPD officers reported the use of at least one de-escalation technique in 65% of interactions with persons in crisis.<br>• Verbalization remained the most frequently reported technique.<br>• 61 BPD use of force incidents occurred during response to a BH-related CFS; 70% of the use of force incidents were categorized as Level 1 (BPD's lowest use of force level). |
| **INCIDENT DISPOSITION** | • Seven interactions involved arrests (no arrests occurred in response to a CFS that began as BH-related during the reporting period).<br>• 7.6% of persons who had crisis encounters with BPD between January and June 2025 also had at least one arrest on record in the same period.<br>• BPD officers completed incident reports for 71% of BH-related calls during the reporting period. |

# KPI 1: Number of Calls for Service

## 1.1.    Call Volume by Agency

From January to June 2025, BPD received **4,559** BH-related calls for service (CFS). At the same time, BCFD received 3,122 BH-related CFS and BCRI received 21,373 calls.[1] Compared to January 2024 through June 2024, BPD's BH-related call volume increased by 6.5% and BCFD's call volume declined by 6.1%. Alternatively, calls to BCRI (including calls to 988), increased by 7.2% during the same period.

### 1.1.1.  Supporting Metric: Proportion of Behavioral Health CFS to BPD

From January through June 2025, BPD received 284,055 calls for service[2]. Of these, **4,559** received a call code of Behavioral Crisis, Suicide Attempt, or EP[3]. As seen in the previous three years, BH-related calls comprised of less than 2% of all BPD CFS (approximately **1.6%** in the first 6 months of 2025)[4]. During the same period in 2024, BH-related calls made up 1.4% of BPD's total call volume and 1.3% during the same period in 2023.



**FIGURE 1: BEHAVIORAL HEALTH CALL VOLUME BY AGENCY JULY 2020 - JUNE 2025**

---

[1] BCRI data prior to April 30, 2023, was extracted from the (now historical) iCarol system. BCRI data from May 1, 2023, forward is extracted from their new records management system, BH Link.

[2] Calls for service examined here include **only** 911-generated and **not** "on-view" calls for service. An "on-view" call refers to a call in which an officer observes and responds to an incident without being dispatched.

[3] Emergency Petition – as defined in BPD Policy 713 using relevant statutory terms, a document that allows a sworn peace officer who has contact with an individual with a Mental Disorder, has observed signs, or has received information that the subject is in immediate danger to themselves or others, and to take that person into custody for transport to the hospital or other designated psychiatric emergency facility for a subsequent emergency evaluation.

[4] Unless otherwise specified, calls for service are considered "BH-related" if they are dispatched *or* returned as one of the following call types: "85-Behavioral Crisis", "28-Suicide Attempt", or "85E-Emergency Petition". This includes 28, 28V, 28W, 85, 85V, 85W, and 85E.

**TABLE 1: PERCENT OF BPD CALL VOLUME FROM BEHAVIORAL HEALTH CFS**

| Month | Total BPD CFS | Total BH CFS | % BH Calls |
|---|---|---|---|
| January | 44,452 | 716 | 1.61% |
| February | 41,592 | 579 | 1.39% |
| March | 49,869 | 775 | 1.55% |
| April | 48,041 | 699 | 1.46% |
| May | 50,788 | 907 | 1.79% |
| June | 49,313 | 883 | 1.79% |
| Q1-Q2 Total | 284,055 | 4,559 | 1.60% |

Figure 2 (below) illustrates the relative percentage of behavioral health related calls for service compared to total calls for service from July 2020 through June 2025.

### FIGURE 2: PERCENTAGE OF BPD'S TOTAL CFS RELATED TO BEHAVIORAL HEALTH



As illustrated in Table 2, relative to the first half of 2024, from January to June 2025, BPD's overall call volume decreased by approximately 4.9%, while calls related to BH increased by 6.5%.

### TABLE 2: PERCENT CHANGE IN TOTAL AND BEHAVIORAL HEALTH-RELATED CALLS FOR SERVICE, 2024 VS. 2025

| Month | Total Calls for Service | | | BH-Related Calls for Service | | |
|---|---|---|---|---|---|---|
| | 2024 | 2025 | % Change | 2024 | 2025 | % Change |
| January | 46,421 | 44,452 | -4.2% | 774 | 716 | -7.5% |
| February | 44,045 | 41,592 | -5.6% | 724 | 579 | -20.0% |
| March | 48,559 | 49,869 | 2.7% | 671 | 775 | 15.5% |
| April | 49,655 | 48,041 | -3.3% | 686 | 699 | 1.9% |
| May | 54,301 | 50,788 | -6.5% | 701 | 907 | 29.4% |
| June | 55,639 | 49,313 | -11.4% | 724 | 883 | 22.0% |
| Q1-Q2 Total | 298,620 | 284,055 | -4.9% | 4,280 | 4,559 | 6.5% |

# KPI 2: Nature of Calls for Service

Additional efforts to reduce unnecessary police involvement in BH crises include BPD and the City collecting and analyzing data from situations when police intervention is requested. Such information helps clarify how the BH system can bolster preventive or alternative services and ensure that police training is relevant to the calls to which officers respond (e.g., training officers to determine whether a BH-related call can be diverted to additional resources such as 988 or executing an EP).

### 2.1. Call Code[5]

Of the 4,559 BH-related CFS from January to June 2025, most were in reference to Behavioral Crises[6] (2,979), followed by Suicide Attempts (879), then EPs (701), as determined during dispatch. Figure 3 provides a visual analysis of the composition of BH calls by type for the current reporting period.



FIGURE 3: BPD BEHAVIORAL HEALTH CFS BY TYPE, Q1-Q2 2025

■ Behavioral Crisis  ■ EP  ■ Suicide

---

[5] See Appendix for additional information on Call Codes from BPD, BCRI, and BCFD.
[6] These classifications are based on CAD codes completed by police officers. Suicide attempts and emergency petitions are behavioral crises, but coded differently in CAD data.

Next, Figure 4 illustrates longitudinal call volume trends, by type, from July 2020 through June 2025. Over time, the largest portion of BH-related call volume is attributed to behavioral crises, followed by suicide/suicide attempts, and EP service. While the overall picture has remained constant, there has been fluctuation in the relative contribution of call types to the overall BH volume. For example, in November 2021, the volume of behavioral crisis calls, and the suicide calls were similar. Alternatively, in May and June 2025, the volume of suicide calls and calls for EP service were more similar.



**FIGURE 4: BPD BEHAVIORAL HEALTH CFS BY TYPE**
**July 2020 - June 2025**

# KPI 3: Call Time

### 3.1. Response Time by BPD

Figure 5 displays the distribution of response time (i.e., the time elapsed between dispatch and officer arrival) for calls dispatched as a Suicide Attempt, Behavioral Crisis, or EP. The average response time for BH-related calls was approximately 10.1 minutes (median was 5.4 minutes, standard deviation = 18.1).[7]

---

[7] The average response time for non-BH calls was approximately 12.3 minutes (standard deviation = 18.8).

During the Q1-Q2 2025 reporting period, BPD officers responded to 51% of BH CFS within 5 minutes of dispatch, 78% within 10 minutes of dispatch, and 94% within 36 minutes or less.[8] The average response time for January through June 2025 (10.1 minutes, median = 5.4 minutes) is marginally longer than the average response time reported for Q3-Q4 2024 (9.8 minutes) and for the Q1-Q2 2024 (9.1 minutes, median = 4.9 minutes).

### FIGURE 5: BPD RESPONSE TIME FOR BEHAVIORAL HEALTH CALLS



## 3.2. Time Spent On Scene by BPD Officers

Figure 6 displays the distribution of minutes officers spent on the scene in response to BH-related CFS. From January 2025 through June 2025, the average time spent resolving BH-related CFS was approximately 86 minutes (median = 60.52, standard deviation = 90.4). During the same period last year (January to June 2024), officers spent slightly more time at 90.9 minutes (standard deviation = 98.9) on the scene at behavioral health calls. The BPD's training on responses to BH-related incidents emphasizes

---

[8] While Figure 5 is truncated at 60 minutes maximum for display purposes, the averages and percentiles reported in the narrative are calculated *including* response times of 61 minutes or more. For this period, there were 77 BH-related calls that received response times of 61 minutes or more. Additionally, response time of less than one minute are on-view calls and thus excluded from these analyses.

officers utilizing time and community-based resources to allow for more de-escalation efforts to achieve peaceful outcomes and lessen unnecessary police involvement.

## FIGURE 6: OFFICER TIME SPENT ON-SCENE FOR BEHAVIORAL HEALTH CALLS



### 3.3. Call Volume by Hour of Day

From January 2025 to June 2025, behavioral health call volume was the highest at 1600 hours (i.e., 4:00 P.M.). Overall, the distribution of call volume by hour has remained consistent across multiple reporting periods.

## FIGURE 7: BPD BEHAVIORAL HEALTH-RELATED CALL VOLUME BY HOUR RECEIVED



# KPI 4: Individual Demographics

Data from the following section of this report comes from BPD's Axon Records BH Form. The BH form is one component of incident report writing completed by responding officers. BH forms provide important information about the circumstances of officers' involvement with BH crises, the effectiveness of their interventions, and BH service needs. From January 2025 through June 2025, BPD officers recorded interactions with 1808 unique persons in crisis. The graphs below detail the demographic characteristics of persons whom officers reported having BH-related interactions with.

For reference, 2021 U.S. Census data shows that the racial distribution of Baltimore City residents is 57% Black, 26% White, 9% Other, 6% Hispanic, and 2% Asian. Residents of Baltimore City are 53% female and 47% male.

## 4.1. Race

From January 2025 through June 2025, BPD officers recorded interactions with 1809 persons in crisis. Of these persons, approximately 74% were Black or African American, 20% were White, and 1% were Asian and 0.9% were Latino. American Indian/ Alaskan Natives and Native Hawaiian/ Pacific Islanders made up less than 0.5% of the crisis population combined. Racial information was missing for 3.4% of persons in crisis[9].



**FIGURE 8: RACE OF PERSONS IN CRISIS, Q1-Q2 2025**

- American Indian or Alaska Native
- Asian
- Black/ African American
- Latino

---

[9] As of early 2023, race and ethnicity are required fields for all incident reporting. Prior to this change, race and ethnicity were required for a subset of incident reporting, but not all reports.

## 4.2. Sex

From January 2025 through June 2025, 48% of persons in crisis were Female (869) and 52% were Male (935). Sex information was missing or unknown for less than 1% of persons in crisis (5).

### FIGURE 9: SEX OF PERSONS IN CRISIS, Q1-Q2 2025



## 4.3. Repeat Interactions with BPD

### 4.3.1. Repeat Contacts

Data from the following section of this report comes from BPD's Axon Records BH Form. From January 2025 through June 2025, BPD officers recorded <u>2176</u> interactions with persons in crisis. Of these 2176 *incidents*, BPD interacted with 1809 *individuals*. Most individuals only show up once in the BH Form data during the 6-month reporting period. However, <u>270</u>[10] individuals had multiple (i.e., 2 or more) interactions with BPD officers during the first half of 2025. Among those with multiple interactions, 80 individuals (approximately 3.7% of total interactions) experienced 3 or more crisis-related encounters. The highest number was 11 encounters by a single individual, followed by one individual with 9 crisis-related encounters between January 2025 and June 2025.

Paired with findings from quality assurance reviews of Baltimore City's 911 Diversion Program, BPD data on repeat interactions help inform the selection of cases for inclusion in Sentinel Event Reviews. Sentinel Event Reviews provide an opportunity for key stakeholders (including but not limited to, BPD, BCFD, behavioral health providers, hospitals, etc.) to review cases that may be indicative of systemic breakdowns in policy, training, supervision and/or resource allocation amongst relevant stakeholders.

---

[10] The methodology used for repeat individuals has changed since the Q1-Q2 2024 BH Data Report. The IT department was able to add birthdate to our dataset which allows us to use name and birthdate to match individuals, rather than previously used name and age.

Results from the Sentinel Event Review process inform recommendations for interventions to reduce repeat crisis encounters, which reflect gaps to address in Baltimore City's behavioral health system. Table 3 provides a breakdown of the number of interactions per person[11].

## TABLE 3: REPEAT CRISIS INTERACTIONS WITH BPD

| Crisis-Related Encounters | Individuals |
|---|---|
| 1 | 1538 |
| 2 | 190 |
| 3 | 47 |
| 4 | 20 |
| 5 or more | 13 |
| **Total** | **1,808** |

### 4.3.2. Repeat Locations

The map below illustrates the density of BH CFS, as coded at the time of dispatch, across police districts from January 2025 through June 2025. Areas in shades of yellow and red produced the most behavioral health calls for service, areas in shades of purple and blue generated fewer behavioral health calls for service, and areas with no shading produced no behavioral health calls for service. Red heart icons indicate the presence of a hospital and blue badge icons indicate BPD police stations. As shown, the downtown area of the Central District was the predominant driver of BH CFS in the current reporting period. These findings are also taken into consideration by BPD in determining where to assign the Crisis Response Team, a unit comprised of a BPD officer and mental health clinician who respond citywide to acute BH crisis CFS.

---

[11] Table 3 refers to repeat *crisis-related* encounters only. Therefore, it is possible that individuals represented here had additional non-crisis-related encounters (e.g., as victims, witnesses, or suspects) with BPD during the reporting period.



# KPI 5: BPD Interaction Techniques

Data for this section of the report comes from Axon Records' BH Form. The structure of the Axon data allows multiple entries for a single incident (under a single, unique report number) where details for the person in crisis, victim(s), witness(es), offender(s) or others can be recorded and associated with the incident. For the purposes of this report, we focus on interactions that occurred between BPD officers and the person(s) in crisis only.

As reported in section 4.3.1 of this Report, BPD officers reported <u>2176</u> interactions with persons in crisis through Q1-Q2 2025.

## 5.1. Interaction Techniques by Officers

From January 2025 through June 2025 BPD officers reported the use of *at least one* de-escalation technique in 1411 of 2175 (65%) interactions with persons in crisis. The chart below displays the distribution of de-escalation techniques used by officers from January to June [12]. Consistent with prior reporting periods, verbalization is the most utilized de-escalation technique reported (1341 times or 56%).



**FIGURE 11: DE-ESCALATION TECHNIQUES REPORTED DURING INTERACTIONS WITH PERSONS IN CRISIS**

Other, 14, 1%
Strategic Repositioning, 377, 16%
Tactical Pause, 393, 16%
Removal of Disruptive Factors, 275, 11%
Verbalization, 1341, 56%

---

[12] Counts do not add up to 2,175 because officers can use more than one de-escalation technique per interaction.

Number of Techniques per Interaction

The table below displays the number of techniques used per interaction. For example, there were 845 interactions in which exactly one de-escalation technique was used and 125 interactions in which exactly four techniques were used. From January 2025 through June 2025, officers used an average of 1 technique per interaction with a person in crisis (Mean=1.1). BPD's Performance Standards Section (PSS) conducts quarterly audits of randomly selected BH incidents from each district. These PSS audits provide additional insight into incident details, including officers' attempts to de-escalate BH incidents, and the results help BPD understand the characteristics of calls in which no techniques were used or documented.

**TABLE 4: NUMBER OF INTERACTION TECHNIQUES PER INCIDENT**

| Techniques Used | Interactions | % Interactions |
|---|---|---|
| 0 | 765 | 35.2% |
| 1 | 845 | 38.8% |
| 2 | 270 | 12.4% |
| 3 | 170 | 7.8% |
| 4 | 125 | 5.7% |
| 5 | 1 | 0.05% |

BPD continues to suspect that officers are not reporting de-escalation techniques used in crisis encounters that begin and end in a de-escalated state. In these instances, officers are still likely and appropriately using specialized responses to avoid escalating the encounter but may not readily identify them as de-escalation (especially if there was no need to de-escalate to begin with). BPD's Education and Training Unit and Compliance Division continually develop and deliver roll call and digital (eLearning) trainings, compliance guides, and memorandums broadcasted agency-wide to help close the gap in officers reporting of de-escalation techniques and BH Form completion.

## 5.1.1. Supporting Metric: Use of Force

The following section describes the frequency with which officers use force when responding to BH-related CFS. To calculate the number of BH-related CFS associated with Use of Force, Use of Force reports and CFS were matched using Incident Numbers (i.e., numeric codes unique to individual incidents). In Q1-Q2 2025, BPD reported <u>559 total Use of Force</u> incidents, <u>61</u> of which were associated with the BH-related CFS. Given that BPD responded to 4,559 BH calls from January 2025 through June 2025, approximately 1.3% of BH calls resulted in a use of force incident during the reporting period.

Uses of Force are categorized into three levels, with level 3 being the most serious. Force under the category of level 1 is not reasonably expected to cause injury. It includes techniques that cause temporary pain or disorientation as a means of gaining compliance. A level 2 use of force is force that

causes or could reasonably be expected to cause an injury greater than temporary pain or requires the use of weapons (e.g. OC spray, conducted electrical weapon), neither of which rises to level 3. A level 3 use of force is force that results in death, serious physical injury, loss of consciousness, requires in-patient hospitalization, the use of a chokehold or neck hold (as defined in BPD Policy 1115), and the use of deadly/lethal force.[13]

Of the 61 BH-related Use of Force incidents, 70% were categorized as level 1, 25% were categorized as level 2, and 5% were categorized as level 3.

## TABLE 6: USE OF FORCE INCIDENTS ASSOCIATED WITH BEHAVIORAL HEALTH CALLS FOR SERVICE

| Month | Level 1 | Level 2 | Level 3 | Q1-Q2 Total |
|---|---|---|---|---|
| January | 11 | 4 | 0 | 15 |
| February | 3 | 2 | 0 | 5 |
| March | 6 | 2 | 0 | 8 |
| April | 8 | 0 | 1 | 9 |
| May | 5 | 3 | 0 | 8 |
| June | 10 | 4 | 2 | 16 |
| Q1-Q2 Total | 43 | 15 | 3 | 61 |

To examine trends in BH-related uses of force over time, Figure 12 tracks levels 1, 2, and 3 use of force incidents from July 2021 through June 2025. Overall, since July 2021, level 1 uses of force have increased, level 2 uses of force have slightly increased, and level 3 uses of force have remained relatively

---

[13] *Policy 1115 Use of Force* - Level 1 Use of Force — Includes: • Using techniques that cause Temporary Pain or disorientation as a means of gaining compliance, hand control or escort techniques (e.g., elbow grip, wrist grip, or shoulder grip), and pressure point compliance techniques. Force under this category is not reasonably expected to cause injury, • Pointing a firearm, Less-Lethal Launcher, or CEW at a person, • "Displaying the arc" with a CEW as a form of warning, and • Forcible takedowns that do not result in actual injury or complaint of injury. Level 2 Use of Force — Includes: • Force that causes or could reasonably be expected to cause an injury greater than Temporary Pain or the use of weapons or techniques listed below — provided they do not otherwise rise to a Level 3 Use of Force: • Discharge of a CEW in Drive-Stun or Probes Deployment, in the direction of a person, including where a CEW is fired at a person but misses, • Use of OC spray or other Chemical Agents, • Weaponless defense techniques including, but not limited to, elbow or closed fist strikes, open hand strikes, and kicks, • Discharge of a Less-Lethal Launcher/Munitions in the direction of a person, • Canine-inflicted injuries that do not rise to a Level 3 Use of Force, • Non-weapon strikes to the head, neck, sternum, spine, groin, or kidney area, and • Striking of a person or a vehicle with a vehicle that does not rise to Level 3 Use of Force.
Level 3 Use of Force — Includes: • Strikes to the head, neck, sternum, spine, groin, or kidney area with an impact weapon, • Firearm discharges by a BPD member, • Applications of more than three (3) CEW cycles in a single encounter, regardless of the mode or duration of the application, and regardless of whether the applications are by the same or different members, • CEW application for longer than 15 seconds whether the application is a single continuous application or from multiple applications, • Uses of Force resulting in death, Serious Physical Injury, loss of consciousness, or requiring hospitalization, and • Uses of Deadly Force/Lethal Force.

stable. Despite the overall trends described here, it is worth noting that all three levels of force fluctuated throughout the four-year reporting period.

## FIGURE 12: USES OF FORCE ASSOCIATED WITH BEHAVIORAL HEALTH CFS



Figure 13 displays the types of force used during use of force incidents related to BH CFS from January 2025 through June 2025. While Table 6 and Figure 12 (above) count *incidents* where force occurred, Figure 13 counts actions/methods, or "type," of force within these incidents. Because more than one action may be taken (by one or more officers) during a single incident where force is used, the values in Figure 13 are different from the incident counts in Table 6 and Figure 12. Amongst all use of force levels, "hands" is the most common type of force.[14]

## FIGURE 13: USES OF FORCE ASSOCIATED WITH BEHAVIORAL HEALTH CFS, BY TYPE OF FORCE



---

[14] Type of force used is not the only factor in categorizing use of force incidents into levels 1-3. The same type of force (e.g., "hands") may result in a different level categorization based on other incident-level factors (e.g., hand placement, citizen complaint of injury, etc.).

### 5.1.2. Law Enforcement Calls to BCRI/988

BPD's annual in-service training stresses the utilization of additional BH-related resources (e.g., officers calling BCRI/988 clinicians when responding to crisis situations, requesting a mobile crisis team (MCT), etc.) when applicable. Tables 7 and 8 represent the BH form MCT outcomes as recorded in the BH Form by the Baltimore Police Department. "Not eligible" responses are different from "not necessary" in that not eligible can include threats of violence whereas not necessary can be resolved on the phone. Of the law enforcement calls to BCRI reported in the BH Form, 36% resulted in a BCRI/988 MCT being dispatched (8 total). Of the 8 incidents, the disposition recorded in the BH Form was EP for 25% of those dispatched calls (2 total).

**TABLES 7 and 8: BEHAVIORAL HEALTH FORM MCT OUTCOMES**

| Was a 988/BCRI MCT Dispatched | Count | % |
|---|---|---|
| YES | 8 | 36% |
| NO | 20 | 64% |
| MISSING | 0 | 0% |
| Total Interactions | 28 | |

| If no, why? | Count | % |
|---|---|---|
| CLIENT REFUSAL | 4 | 19% |
| NOT ELIGIBLE | 2 | 6% |
| MCT NOT AVAILABLE | 2 | 31% |
| MCT RESPONSE NOT NECESSARY | 12 | 44% |
| Total Interactions | 20 | |

# KPI 6: Incident Disposition

### 6.1. BPD Administrative Disposition[15]

To better assess compliance with report writing requirements, the following analysis represents only CFS that were *returned* as BH-related and therefore a subset of all BH-related CFS. For example, the figure below would exclude a CFS that was dispatched as a behavioral crisis but returned as an aggravated assault (*if* the officer failed to recognize any BH aspect to the incident and therefore did not complete a BH Form). Dispositions represented in section 6.1 are administrative and largely reflect whether officers requested a report number and completed an incident report related to a given call for service.[16] From January 2025 to June 2025, "Report Written" was the most common disposition for BH-related calls received by BPD each month. Other common dispositions included "No Police Service Necessary" and

---

[15] The disposition of CFS was calculated using the CAD system's "Disposition" field. The descriptions of the dispositions are detailed in the Appendix.

[16] Incident reports are different from BH forms (mentioned earlier), as the BH form is an addendum to be completed when an incident has a BH component. Per policy, officers are required to complete both an Incident Report (i.e., Disposition = "Report Written") and the Behavioral Health Form for incidents returned as BH-related calls for service.

"Complaint Abated". Figure 17 shows the administrative dispositions for calls returned as 85-Behavioral Crisis, 28-Suicide Attempt, or 85E-Emergency Petition.



FIGURE 17: BPD ADMINISTRATIVE DISPOSITIONS FOR BH-RELATED CFS

### 6.1.1 BPD Call Disposition/ Resolution

For the following analysis, calls with dispositions of unfounded, unable to locate, no such address, and gone on arrival, are excluded to isolate events in which officers had an interaction with someone at the scene.

Since 2021's mandate for all officers to complete the BH Form in Axon when submitting an incident report for all CFS returned as BH-related, the percentage of returned BH calls resulting in written BH Forms increased markedly and has been sustained between 60-79% through June 2025. BPD's Education and Training Section continues to develop strategies to educate patrol officers on the proper completion of the BH Form and to achieve full compliance with this policy requirement. More recently, the



FIGURE 18: PERCENT OF RETURNED BH CFS RESULTING IN A BEHAVIORAL HEALTH FORM

Communications Section has been given additional training materials and guidance to remind officers when the BH form must be written, and the Information Technology Division has adjusted Axon to automatically generate a report when a report number is created related to a BH disposition.  BPD continues to monitor the BH form completion through these data reports as well as internal BH audits that are produced quarterly and shared with commanders at Comstat.

Figure 19 draws data from the BH Form to illustrate how BPD officers resolved interactions with persons in crisis. Most interactions (63%) during the reporting period were resolved via EP, followed by Voluntary ER Intakes (12%), Medical/EMS Treatment (12%), and Referrals (7%). Officers reported an "other disposition" in 115 cases (5%). Seven (0.3%) interactions involved arrests or warrants that turned into a behavioral crisis.[17]

### FIGURE 19: RESOLUTIONS TO BPD INTERACTIONS WITH PERSONS IN CRISIS



Among cases resolved by EP, 69% were endorsed by BPD officers, 19% by judges, and 12% by mental health professionals with no missing data.

### TABLE 9: EMERGENCY PETITION ENDORSEMENTS

| EP Endorsed By | EP Count | % of EPs |
|---|---|---|
| Judge | 264 | 19% |
| Mental Health Professional | 158 | 12% |
| Officer | 944 | 69% |
| TOTAL[18] | 1,366 | 100% |

### 6.1.3 Arrests

Consistent with BPD policy, officers did not arrest any persons experiencing a BH crisis. However, seven individuals had a BH crisis during an arrest or aftermath of a crime that triggered the original CFS. To

---

[17] All seven arrests were a result of either an outstanding warrant or the initial CFS being unrelated to BH (e.g., assault).
[18] Officers do not have discretion in executing EPs when they are endorsed by a judge or mental health professional.

assess the prevalence of arrest among persons who have BH-related contacts with BPD, all individuals who have records as both a person in crisis *and* an arrestee in BPD's Axon records system were identified.

As reported above, from January 2025 to June 2025, BPD officers interacted with 1,809 persons in crisis. Of these 1,809 individuals, <u>138</u> had also been arrested (by BPD) at least once during the first six months of 2025. Therefore, approximately 7.6% of persons who had crisis encounters with BPD between January and June 2025 also had arrests on record during the same period.

# APPENDIX

## Data Sources Overview

<u>Baltimore Police Department (BPD)</u>

*(1) Calls for Service (CFS) Data*

Data on calls for service (CFS) was pulled from Baltimore Police Department's CAD data. CFS data for this report include only 911-generated. An "on-view" call refers to a call in which an officer observes and responds to an incident without being dispatched and thus were not included. The numbers associated with CFS in this report may not match other CFS reports because BPD typically filters based on the criteria to distill the number of calls that received a police response.[19]

<u>Call Types</u>

All CFS are assigned Dispatch and Returned codes to categorize the type of call. Dispatch and returned codes can differ for a single call for service. Calls for service estimates exclude on view calls – operationally defined as the same "Call Received" and "Call Dispatched" dates and times.

- Call types categorized as "behavioral health-related" include calls with Dispatched and/or Returned codes of "85 – Behavioral Crisis", "85E – Emergency Petition"[20], or "28 – Suicide Attempt". Therefore, behavioral health-related calls include the following:
- Calls that were Dispatched as non-behavioral health-related (i.e., dispatch code not equal to 85, 85E or 28), but were Returned with a code of 85, 85E, or 28
- Calls that were Dispatched with a code of 85, 85E, or 28, but were Returned as non-behavioral health-related (i.e., dispatch code not equal to 85, 85E, or 28)
- Calls that were Dispatched and Returned as the same behavioral health-related code (i.e., Dispatched Code and Returned Code match *and* are equal to 85, 85E, or 28)

---

[19] Remove CFS without a unit assigned, remove proactive CFS and CFS not requiring a police response, duplicate unit-level CAD calls, remove events with a service time under one minute, remove events without a disposition.

[20] The official nomenclature is "Petition for Emergency Evaluation" but is commonly referred to as "Emergency Petition" or "EP" as seen here in city records.

- Calls that were Dispatched as one type of behavioral health-related code (e.g., 28 – Suicide Attempt) but Returned as a *different* type of behavioral health-related code (e.g., 85E – Emergency Petition). For these CFS, the Dispatched code is used to categorize the call.

Call Time Indicators

Response time indicators were calculated by taking the difference between "Dispatched Time" and "Arrival Time" for each call for service. Response times represent the time between a dispatcher assigning the call to an officer (dispatched time) and the officer arriving on scene (arrival time).   Response times of less than 1 minute are indicative of calls (i.e., officer-initiated rather than 911-generated) and were excluded from response time analyses.

Time spent indicators were calculated by taking the difference between "Arrival Time" and "Cleared Time" for each call for service. Time spent represents the time between an officer arriving on scene (arrival time) and the calls disposition/ closure (cleared time).

Call Hours represent the hour in which a call for service was received (taken from "Received Time") on a 24-hour clock.

Repeat Consumers & Locations

Repeat consumers are defined as persons in crisis who experienced more than one behavioral health-related interaction with BPD officers during the reporting period. Repeat consumers were identified using the Axon Records' Behavioral Health Form data. Reports associated with the names "John Doe," "Jane Doe" and "Unknown" were excluded from analyses of repeat interactions. The first name, last name, and date of birth were used as a match between individuals, as they do not contain a unique identifier for each person.

Call Dispositions

Table 1: BPD CFS Disposition Definitions

| Disposition Code | Definition |
|---|---|
| Unfounded | An eligible crime or otherwise reportable incident did not take place. |
| Unable to Locate | After making reasonable attempts to locate the complaint, the officer is unable to locate the complaint or contact with the complaint. |
| No Such Address | The address provided does not exist. After canvassing the area, there is not an alternate location, or a corrected location could be found. |
| No Police Service Necessary | The incident was resolved without police assistance or didn't require police assistance. |
| Gone on Arrival | The person, or persons, are no longer present when the officer arrives to the call location. |

| Complaint Abated | There was no eligible crime or other reportable incident, and the officer assisted the complainant to reasonably satisfy their need. |
|---|---|
| Report Written | An eligible crime or otherwise reportable incident occurred. |

*(2) Arrest Data*

Arrest data are pulled from BPD's Axon Arrest Database. This report provides aggregate counts of arrest by offense type. Arrests are considered behavioral health-related if the Arrest data matches the first name, last name, and age to the Behavioral Health Form.

*(3) Axon Records Data*

Axon Records Data includes general incident report information (completed for all call types, behavioral health-related and not) as well as Behavioral Health Form data (additional fields completed for BH-related call types). Data exported from Axon Records include information on the date and time of incidents, name and date of birth for the target person (e.g., person in crisis, family member, etc.), indicators of whether the person was armed with a weapon, whether the incident was related to domestic violence, and whether the incident resulted in an emergency petition, what (if any) de-escalation techniques were used by responding officers, and a narrative description of the incident from the responding officer's perspective.

The structure of Axon Data allows multiple entries for a single incident (under a single, unique report number) where details for the person in crisis, victim(s), witness(es), offender(s), or others can be recorded and associated with the incident. For analyses contained in this report, data are restricted to include only interactions that took place between BPD officers and persons in crisis.

## Baltimore City Fire Department (BCFD)

*(1) CommandLive Database*

All data for the Fire Department and Emergency Medical Services (EMS) came from the "FCARSCALLS" view in the COMMANDLIVE_DWLIVE database maintained by Baltimore City's Fire Department (BCFD). This database is not accessible by the Police Department, so was acquired through the assistance of BCFD's Information Technology Department.

The data in this table included calls for both Fire and EMS services. This was tracked in the "CURR_DGROUP" column, which was then used to separate Fire from EMS calls for analysis.

## Call Types

This table was queried for CFS with call codes (underline: dispatched and/or returned) relating to BPD's 85, 85E and 28. Due to the free text nature of the fields "Call Type Original" and "Call Type Final," many spelling variations had to be included to catch all the occurrences of behavioral health calls. It is possible that new spelling variants will appear in future data.

Table 2: Corresponding Call Codes (Source: CitiStat.dbo.Fire911CallsforService SQL table)

| BPD CALL CODE | FIRE/EMS CALL TYPE |
|---|---|
| 85 (BEHAVIORAL CRISIS) | 25 (Psychiatric/ Psych Violent/ Psych Weapon/ Psych*)<br>85 (Behavior Crisis/ Behav Crisis – Violent/ Behav Crisis - Weapon) |
| 85E (EMERGENCY PETITION) | 79 (EP, Emergency Petition)<br>85E (Emergency Petition) |
| 28 (SUICIDE ATTEMPT) | 25 (Suicide Threat),<br>28 (Attempt Suicide/ Attempt Suicide – Violent/ Attempt Suicide - Weapon)<br>MSUIC (Suicide Attempt) |

## Baltimore Crisis Response, Inc. (BCRI)

*(1) iCarol Data*

Data were requested from BCRI to include all calls originating from Baltimore City callers as well as all calls originating from city services including BPD, BCFD/EMS, and 911-Dispatch.[21]

Call-level data originating from BCRI, BCARS (Baltimore Child Adolescent Response System), and HealthCare Access Maryland (HCAM) were pulled from iCarol Software to determine the true call volume for BCRI's services. Calls identified as "Silent Call" or "Prank Caller" are filtered from the data upon receipt. "Silent Calls" are calls in which a BCRI counselor answered the phone and heard someone on the other end, however, the caller remained silent. "Prank Caller" calls are those in which a prank caller calls the hotline and does not respond to counselors' attempts to redirect, no information can be collected, and either the caller or counselor disconnects.

## Call Types

Table 3: BCRI Call Types (Source: iCarol database)

| 2017-2014 CALL TYPE | 2019-2024 CALL TYPE | ASSIGNED LABEL |
|---|---|---|
| -- | General Non-Behavioral Health Resources Information | General Info |
| -- | Call-Backs to check on status of referral/services | Call-Backs |
| -- | Administrative Follow-Up | Follow-Up |
| -- | Problem Gambling | -- |
| CRISIS | Mental Health Crisis, Substance Use Crisis | Crisis |
| HOUSING/HOMELESSNESS INFORMATION | Housing/Homeless/Shelter line | Housing |
| | Calling for Information on Treatment & Support Services and Resources, General Behavioral Health Information (including Naloxone) | Information Given |
| REFERRAL TO OTHER SOURCES | Referral to Substance Use Services, Referral to Mental Health Services, | Referral |

---

[21] BCARS data includes calls from people outside of Baltimore city, but due to the aggregate presentation of the data, it is not possible to filter out those calls. These calls make up a small percentage of overall BCARS calls.

|  | Calling for Referral Information, Referral to Dual Diagnosis Services |  |
|---|---|---|
| **SUICIDE** | Suicide Threat | Suicide Threat |
| **SUPPORTIVE COUNSELING** | Supportive Counseling | Supportive Counseling |