# Exhibit 1

| Row | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | **Updated Eighth-Year Monitoring Plan** | | | | | | |
| 2 | _General Notes:_ This Eighth-Year Monitoring Plan contains all requirements, milestones, deliverables, and deadlines expected from March 1, 2025 through the end of the eighth monitoring year on February 28, 2026. | | | | | | |
| 3 | For all deadlines established below, the Monitoring Team and the Parties agree that the deadlines might, in some instances, need to be extended by a brief interval to allow or accommodate unforeseen circumstances or unexpected, minor delays. Accordingly, if and only if all of the Monitoring Team, the United States, BPD and the City agree that an extension for any of the deadlines outlined below is warranted and acceptable, the deadline may be extended by an interval of up to 45 days without receiving formal approval of the Court for an extension of the deadline. No deadline may be extended by more than 45 days without approval of the Court.  If any or all of this 45-day period is used, the Monitoring Team will formally notify the Court of the deadline extension(s).  The extension of any specific deadline, or deadlines, will not change or otherwise affect any other deadline.  Unless the Monitoring Team identifies problems with a deadline extension or otherwise raises issues with the Court, none of the Parties, the Court, or the public should interpret changes in deadlines to reflect problems in implementation or a lack of progress.  Instead, all should understand that, for progress to be comprehensive and enduring, it may be necessary to take more time initially to refine policies, procedures, or training so that progress, ultimately, is faster, more effective, and more efficient. | | | | | | |
| 4 | _Definitions:_ For purposes of the following deadlines, and unless otherwise expressly noted to the contrary, "semi-annual" means two times per year at a pace of once per six months.  "Annual" means once per calendar year.  "Bi-weekly" means once every two calendar weeks.  "Monthly" means once per calendar month.  "Bi-monthly" means once every two calendar months.  "Days" means calendar days.  If a listed deadline falls on a weekend or federal, state, local, or Court holiday, the deadline may be satisfied by submission or completion of the identified deliverable on the next business day. | | | | | | |
| 5 | Consent Decree Paragraphs | **Area** | **Sub-Area** | **Milestone** | **Responsible Stakeholder** | **Deliverable** | **Quarter** |

| 6 | 6, 19-21 | Community Engagement | General | As required by the Consent Decree, direct community participation and involvement in police reform will continue to be an overriding objective under the Eighth-Year Monitoring Plan.<br><br>This will include providing opportunities for community feedback and engagement in connection with proposed policies, plans, training programs, and other major reforms. It will also include more generalized community engagement and outreach to identify the issues, concerns, experiences, and values of Baltimore's diverse communities, including BPD officers, regarding the subjects covered by the Consent Decree.<br><br>The form of this engagement and outreach may include, depending on the issue area, electronic feedback mechanisms; meetings with community organizations and leaders; engagement with existing BPD-community partnerships; and community forums. Such engagement will also include the two annual meetings per police district to discuss Consent Decree implementation, as required by paragraph 21. The BPD may also conduct workshops to solicit feedback on specific issues related to the consent decree.  As with all public meetings, workshops and other methods of engagement, BPD will continue to inform the public about these opportunities through in-person contacts and electronic means.  In addition, the BPD will continue to solicit meeting opportunities through in-person contacts and electronic means.<br><br>BPD, DOJ and the Monitoring Team will meet monthly throughout the year to discuss and plan community engagement efforts. | BPD, City, DOJ, Monitoring Team | Ongoing Community Engagement | Ongoing |

| 7 | | Community Engagement | Resident Survey | The City, BPD, and DOJ will provide feedback and comment on the draft RFP for an external vendor to conduct a survey of residents. The vendor will be a sub-contractor of the Monitoring Team. The Monitoring Team will submit the draft RFP to the City, BPD, and DOJ for feedback and comment. | City, BPD, DOJ | Feedback | Q4 2025 |
| | | | | The Monitoring Team will issue the finalized RFP. | Monitoring Team | RFP issued | Q4 2025 |
| | | | | Those responding to the RFP will provide responses to the Monitoring Team. | Monitoring Team | RFP responses due | Q1 2025 |
| | | | | The Monitoring Team will select a final vendor after considering public comments and receiving comments and feedback from the DOJ, the City, and BPD. | Monitoring Team | Vendor selected | Q1 2026 |
| | | | | The selected vendor and the Monitoring Team submits to the DOJ, the City, and BPD a draft methodology and timetable for the survey. | Monitoring Team | Draft survey methodology submitted | Q1 2026 |
| 8 | 15-20, 25 | Community Policing | Community Policing Plan Implementation | BPD continues to implement its approved Community Policing Plan and will augment the Plan to include additional neighborhood policing plans and will consider additional engagement with a diverse set of community stakeholders. BPD, DOJ and the Monitoring Team will regularly discuss implementation during bi-weekly community policing meetings. | BPD | Implementation | Ongoing |

| 9 | 19-21 | **Community Policing** | **Community Policing Policy** | The Monitoring Team and DOJ provide feedback and collaborate with BPD on a draft community policing policy based on the Community Policing Plan previously approved by the parties and submits it to the Monitoring Team and DOJ. | Monitoring Team, DOJ | Feedback and collaboration | Q1 2026 |
| | | | | BPD finalizes proposed revisions. | BPD | Final proposed revisions submitted | Q2 2026 |
| | | | | BPD issues proposed revisions for public comment. | BPD | Public comment period | Q2 2026 |
| | | | | BPD incorporates public comment and submits final proposed revisions to the Monitoring Team and DOJ. | BPD | Revisions finalized | Q2 2026 |
| | | | | The Monitoring Team and DOJ indicated approval or disapproval of final proposed revisions. | Monitoring Team, DOJ | Approval/ disapproval of final proposed revisions | Q2 2026 |
| | | | | The Monitoring Team files a notice of approval or disapproval with the Court. | Monitoring Team | Notice of approval/ disapproval filed | Q2 2026 |
| 10 | 22 | **Community Policing and Engagement** | **BPD Community Policing Report** | The Monitoring Team and DOJ provide feedback on a Draft Annual Community Policing Report that complies with the requirements of paragraph 22. This report will include information on implementation of the Community Policing Plan and past and future community engagement efforts and identify deficiencies and opportunities for improvement. | DOJ, MT | Feedback | Q4 2025 |
| | | | | BPD incorporates feedback, publishes final report, and files final report with Court. | BPD | Final report filed | Q4 2025 |

| 11 | 15-26 | Community Policing and Engagement | Monitoring Team Review and Assessment | The Monitoring Team finalizes a methodology to review BPD's progress toward satisfying the community policing and engagement requirements of the Consent Decree. | Monitoring Team | Methodology finalized | Q4 2025 |
|---|---|---|---|---|---|---|---|
| | | | | The Monitoring Team conducts the review using the finalized methodology. | Monitoring Team | Review conducted | Q1 2026 – Q2 2026 |
| | | | | The Monitoring Team submits to BPD and the City and DOJ a draft report of its review. | Monitoring Team | Draft report submitted | Q2 2026 |
| | | | | BPD and DOJ provide feedback on the Monitoring Team's draft report. | BPD, DOJ | Feedback | Q3 2026 |
| | | | | The Monitoring Team files its final report with the Court. | Monitoring Team | Final report filed | Q3 2026 |

| 12 | 287 | Stops, Searches, Arrests and Voluntary Police-Community Interactions | Policy Review | BPD reviews the third approved suite of SSA policies and submits any proposed revisions to the Monitoring Team and DOJ in accordance with paragraph 287. | BPD | Proposed policy revisions submitted | Q4 2025 |
|---|---|---|---|---|---|---|---|
| | | | | The Monitoring Team and DOJ provide feedback and collaborate with BPD on any proposed revisions, and make their own suggestions for proposed revisions, if any. | Monitoring Team, DOJ | Feedback and collaboration | Q1 2026 |
| | | | | BPD finalizes proposed revisions. | BPD | Proposed revisions finalized | Q2 2026 |
| | | | | BPD issues proposed revisions for public comment. | BPD | Public comment period | Q2 2026 |
| | | | | BPD incorporates public comment and submits final proposed revisions to the Monitoring Team and DOJ. | BPD | Final proposed revisions submitted | Q2 2026 |
| | | | | The Monitoring Team and DOJ indicated approval or disapproval of final proposed revisions. | Monitoring Team, DOJ | Approval/ disapproval of final proposed revisions | Q2 2026 |
| | | | | The Monitoring Team files a notice of approval or disapproval with the Court. | Monitoring Team | Notice of approval/ disapproval filed | Q2 2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13 | 75–79 | Stops, Searches, Arrests and Voluntary Police-Community Interactions | BPD Analysis of State's Attorney's Office Arrest Data | BPD provides the Monitoring Team and DOJ a draft of its Quarterly Analysis of State's Attorney's Office Arrest Data, which evaluates arrests resulting in release without charge from the prior quarter. | BPD | Draft quarterly report submitted | Q4 2025 |
| | | | | The Monitoring Team and DOJ provide feedback on the draft analysis. | Monitoring Team, DOJ | Feedback | Q4 2025 |
| | | | | BPD publishes the final analysis and files it with the Court. | BPD | Quarterly report filed | Q4 2025 |
| 14 | 61-64, 82–84, 86 | Stops, Searches, Arrests and Voluntary Police-Community Interactions | Quarterly BPD SSA Data Analysis | BPD, DOJ, and the MT will meet monthly to discuss the effectiveness of recent configurations to BPD's RMS and topics relating to SSA data integrity and quality and the ability of data collection efforts to meet the requirements of the Decree. | BPD, DOJ, Monitoring Team | Monthly Meetings | Ongoing |
| 15 | 61-64, 82–84, 86 | Stops, Searches, Arrests and Voluntary Police-Community Interactions | Quarterly BPD SSA Citation Data System | BPD finalizes a system for tracking citations and arrests for all "quality of life" or lesser offenses enumerated in paragraph 61 and BPD Policy 1018. The system will include a method for performing the Peer Group Analysis required by paragraph 62. | BPD | System finalized | Q4 2025 |
| | | | | BPD implements the system and includes all data generated in its quarterly SSA Data Analysis reports going forward. | BPD | System implemented; reporting begins | Begins with draft report provided |

| 16 | 38-57, 59, 69-70. 72, 80-81, 88-89. 459.e,f, & g | **Stops, Searches, Arrests and Voluntary Police-Community Interactions**<br><br>**Fair and Impartial Policing** | **Monitoring Team Stops, Searches, and Impartial Policing Compliance Review and Outcome Assessment** | The Monitoring Team conducts the preliminary review using the finalized methodology for the review of stops, searches, and arrests and BPD's compliance with the fair and impartial policing requirements of the Consent Decree and related outcome assessment.  During the review, the Monitoring Team will periodically update the parties on its progress and, when appropriate, discuss any significant performance issues or problems identified. | Monitoring Team | Review conducted | Q3 2025/ Q4 2025 |
|---|---|---|---|---|---|---|---|
|  |  |  |  | The Monitoring Team submits to BPD and the City and DOJ a draft report of its review. | Monitoring Team | Draft report submitted | Q1 2026 |
|  |  |  |  | BPD and DOJ provide feedback on the Monitoring Team's draft report. | BPD, DOJ | Feedback | Q1 2026 |
|  |  |  |  | The Monitoring Team files its final report with the Court. | Monitoring Team | Final report filed | Q1 2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | 287 | Fair and Impartial Policing | Fair and Impartial policing Policy Review | BPD reviews its Interactions with Lesbian, Gay, Bisexual, Transgender, Queer/Questioning (LGBTQ) individuals (Policy 720) and submits any proposed revisions to the Monitoring Team and DOJ in accordance with paragraph 287. | BPD | Proposed revisions finalized | Q4 2025 |
| | | | | The Monitoring Team and DOJ provide feedback and collaborate with BPD on any proposed revisions, and make their own suggestions for proposed revisions, if any. | Monitoring Team, DOJ | Feedback and collaboration | Q4 2025 |
| | | | | BPD finalizes proposed revisions. | BPD | Final proposed revisions submitted | Q1 2026 |
| | | | | BPD issues proposed revisions for public comment. | BPD | Public comment period | Q1 2026-Q1 2026 |
| | | | | BPD incorporates public comment and submits final proposed revisions to the Monitoring Team and DOJ. | BPD | Revisions finalized | Q1 2026 |
| | | | | The Monitoring Team and DOJ indicated approval or disapproval of final proposed revisions. | Monitoring Team, DOJ | Approval/ disapproval of final proposed revisions | Q1 2026 |
| | | | | The Monitoring Team files a notice of approval or disapproval with the Court. | Monitoring Team | Notice of approval/ disapproval filed | Q2 2026 |
| 18 | 96, 97, 98, 105, 114, 121, 122 | Behavioral Health Disabilities/ Crisis | Paragraph 97 Implementation Reporting | The City, in coordination with the Baltimore City Behavioral Health Collaborative ("BCBHC"), will move forward with the initiatives established in the Implementation Plan for addressing the recommendations in the Gap Analysis, which identifies deficiencies and areas for improvement in the City's behavioral health system and in ensuring the least police-involved response to people in crisis and with behavioral health needs. | City, BCBHC | Implementation of Gap Analysis recommendations | Ongoing |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | The City, in coordination with BPD and BCFD, prepares and submits to the Monitoring Team and DOJ a draft semiannual report on its progress toward satisfying the agreement between the parties on the implementation of Paragraph 97 of the Decree (ECF No. 643-1) (the "Paragraph 97 Agreement"). | | | |
| | | | | - The semiannual reports will include progress on: 911 Diversion, Mobile Crisis Teams, Peer Services, Housing and Homeless Services, Implementation of the Behavioral Health Crisis Incident Review Protocol for Sentinel Events and Quality Assurance, other Quality Assurance processes, and an MOU between the City and BHSB, as well as system refinement measures arising out of Quality Assurance work.<br>- This includes an update on and analysis of ongoing work to divert eligible calls from 911 to 988, such as additional data on diverted calls and quality assurance efforts related to the diversion program (including analysis of the program's success in identifying calls subject to diversion and any responsive actions, and analysis of whether and how to expand what calls are eligible for diversion). | City | Draft report submitted | Q1 2026 (on Q3-Q4 2025) |
| | | | | The Monitoring Team and DOJ provide feedback on the draft report. | Monitoring Team, DOJ | Feedback | Q1 2026 |
| | | | | The City publishes the report and files it with the Court. | City | Report filed | Q4 2025<br>Q2 2026 |
| | | | | The City provides the public an opportunity to comment on the report and presents the report to and receives feedback from BCBHC. The City will consider the feedback it receives in | City | Report presentation | Q4 2025<br>Q2 2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | preparing subsequent reports and making further system refinements. | | | |
| 19 | 96, 97, 98, 105, 114 | **Behavioral Health Disabilities/ Crisis** | **911 Diversion Program Protocols Expansion** | If applicable, the City and BPD implement the expanded call intake Protocols approved in the Seventh Year. | City, BPD, BCFD | Protocols Implemented | Ongoing |
| 20 | 107 | **Behavioral Health Disabilities/ Crisis** | **CIT Officer Training** | BPD will continue to deliver 40 hours of enhanced behavioral health awareness and crisis intervention training to officers that volunteer to be Crisis Intervention Team officers, consistent with the requirements of paragraph 107, utilizing the curriculum approved in the fourth monitoring year, and updating the curriculum as needed. | BPD | Training conducted | Ongoing |
| | | | | BPD will file a certification with the Court regarding the number of officers who have completed the training in the prior six months and are qualified to serve as CIT officers. | BPD | Certification of completion of training filed | Q4 2025 |
| 21 | 96, 98-103, 110-11, 119-20, 459.h | **Behavioral Health Disabilities/ Crisis** | **Monitoring Team Reviews and Assessments of BPD Responses to Crisis Events** | The Monitoring Team conducts a review of BPD responses to crisis events. using the finalized methodology.  During the review, the Monitoring Team will periodically update the parties on its progress and, when appropriate, discuss any significant performance issues or problems identified. | Monitoring Team | Review conducted | Q2 2025/ Q3 2025 |
| | | | | The Monitoring Team submits to BPD and the City and DOJ a draft report of its review. | Monitoring Team | Draft report submitted | Q4 2025 |
| | | | | BPD and DOJ provide feedback on the Monitoring Team's draft report. | BPD, DOJ | Feedback | Q1 2026 |
| | | | | The Monitoring Team files its final report with the Court. | Monitoring Team | Final report filed | Q1 2026 |

| 22 | 97 | Behavioral Health Disabilities/ Crisis | Monitoring Team Review of City's Compliance with Paragraph 97 | The Monitoring Team conducts the preliminary review using the finalized methodology. During the review, the Monitoring Team will periodically update the parties on its progress and, when appropriate, discuss any significant performance issues or problems identified. | Monitoring Team | Review conducted | Q4 2025 |
| | | | | The Monitoring Team submits to BPD and the City and DOJ a draft report of its review. | Monitoring Team | Draft report submitted | Q1 2026 |
| | | | | BPD and DOJ provide feedback on the Monitoring Team's draft report. | BPD, DOJ | Feedback | Q1 2026 |
| | | | | The Monitoring Team files its final report with the Court. | Monitoring Team | Final report filed | Q1 2026 |
| 23 | 207–10 | Use of Force | Performance Review Board Training | BPD will provide annual training to PRB members in satisfaction of the Consent Decree requirement to provide annual training for all PRB members. The training will consist of various training elements or courses delivered at various points in the monitoring year. BPD will provide the training approved by the DOJ and Monitoring Team consistent with the timelines set forth in the BPD Training Plan. | BPD | Training Conducted/ Completed per Training Plan | Q3 2025 |
| 24 | 212–15 | Use of Force | Use of Force Forms and Data Collection Systems Evaluation | BPD, in coordination with the Monitoring Team and DOJ, will review and revise, as needed, the Use of Force Forms and Data Collection System established in the fourth monitoring year. The System addresses the requirements of paragraphs 212-215. | BPD | Review | Ongoing |
| 25 | 123–66 | Use of Force | Monitoring Team Review | The Monitoring Team prepares and submits to BPD and DOJ a proposed methodology to conduct a third review of BPD uses of force. | Monitoring Team | Draft methodology submitted | Q4 2025 |
| | | | | BPD and DOJ provide feedback and collaborate with the Monitoring Team on the proposed methodology. | BPD, DOJ | Feedback | Q4 2025 |
| | | | | The Monitoring Team finalizes the methodology. | Monitoring Team | Methodology finalized | Q1 2026 |

| 26 | 287 | Youth | Youth Policy Review | BPD reviews its Interactions with Youth policy (Policy 1202) and submits any proposed revisions to the Monitoring Team and DOJ in accordance with paragraph 287. | BPD | Proposed revisions finalized | Q4 2025 |
|---|---|---|---|---|---|---|---|
| | | | | The Monitoring Team and DOJ provide feedback and collaborate with BPD on any proposed revisions, and make their own suggestions for proposed revisions, if any. | Monitoring Team, DOJ | Feedback and collaboration | Q4 2025 |
| | | | | BPD finalizes proposed revisions. | BPD | Final proposed revisions submitted | Q1 2026 |
| | | | | BPD issues proposed revisions for public comment. | BPD | Public comment period | Q1 2026 |
| | | | | BPD incorporates public comment and submits final proposed revisions to the Monitoring Team and DOJ. | BPD | Revisions finalized | Q1 2026 |
| | | | | The Monitoring Team and DOJ indicated approval or disapproval of final proposed revisions. | Monitoring Team, DOJ | Approval/ disapproval of final proposed revisions | Q1 2026 |
| | | | | The Monitoring Team files a notice of approval or disapproval with the Court. | Monitoring Team | Notice of approval/ disapproval filed | Q3 2025 |

| 27 | 219 | Youth | Youth Diversion | The City will provide DOJ and Monitoring Team with monthly updates on the status of its implementation and expansion of diversion-oriented strategies for youth. | City | Monthly Reports and Meetings | Ongoing |
|---|---|---|---|---|---|---|---|
| 28 | 218-221, 459.i. | Youth | Monitoring Team Review and Assessment | The Monitoring Team finalizes a methodology for a second review of BPD's progress toward satisfying the community policing and engagement requirements of the Consent Decree. | Monitoring Team | Methodology finalized | Q4 2025 |
| | | | | The Monitoring Team conducts the review using the finalized methodology. | Monitoring Team | Review conducted | Q4 2025-Q1 2026 |
| | | | | The Monitoring Team submits to BPD and the City and DOJ a draft report of its review. | Monitoring Team | Draft report submitted | Q1 2026 |
| | | | | BPD and DOJ provide feedback on the Monitoring Team's draft report. | BPD, DOJ | Feedback | Q1 2026 |
| | | | | The Monitoring Team files its final report with the Court. | Monitoring Team | Final report filed | Q2 2026 |
| 29 | 239-50, 252-54 | First Amendment Protected Activities | BPD Self-Assessment | BPD will conduct a self-assessment pursuant to the self-assessment plan approved by the DOJ and the Monitoring Team and submitted to the Court | BPD | Self-assessment conducted | Ongoing |
| | | | | In accordance with self-assessment plan, BPD submits to the Monitoring Team and DOJ a draft of its quarterly compliance report providing the results of its self-assessment. The fourth report will be a combined report on the fourth quarter and an annual report on all of 2024. | BPD | Draft quarterly report submitted | Q4 2025 Q1 2026 |
| | | | | The Monitoring Team and DOJ provide feedback on the draft quarterly report. | DOJ and Monitoring Team | Feedback | Q1 2026 Q1 2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | BPD finalizes the quarterly report. BPD publishes the annual report and files it with the Court. | Monitoring Team | Quarterly finalized | Q4 2025 Q1 2026 Q1 2026 |
| *30* | | Sexual Assault | **Technical Assistance** | On a bi-annual basis, BPD will meet with DOJ and the Monitoring Team to review sexual assault cases for the purpose of receiving technical assistance on conducting sexual assault investigations. BPD, DOJ and the Monitoring Team will work collaboratively to develop a schedule for: (1) BPD to provide DOJ and the Monitoring Team a list of sexual assault cases closed during each quarter; (2) DOJ and the Monitoring Team to select one or more cases on the list to review with BPD; (3) BPD to produce the associated case file(s); and (4) BPD, DOJ and the Monitoring Team to hold a session with supervisors and detectives to discuss the issues in the case(s) and make recommendations for improving future investigations as warranted. | BPD, DOJ, Monitoring Team | Bi-annual Technical Assistance Meetings | Bi-annual |
| *31* | 264 | Sexual Assault | **Data** | The Monitoring Team and DOJ meet with BPD to discuss the data being collected on reports of sexual assault in the new Records Management System for the purpose of providing ongoing technical assistance and quality assurance expertise in real-time as BPD enhances its data collection and analysis capabilities regarding sexual assault investigations. | BPD, DOJ, Monitoring Team | Bi-annual (to be held in conjunction with Technical Assistance Meetings) | Bi-annual |
| *32* | 264 | Sexual Assault | **Annual Sexual Assault Investigations Data Report** | BPD submits to the Monitoring Team and DOJ a draft annual report on sexual assault investigations data from calendar year 2024.<br><br>The Monitoring Team and DOJ provide feedback on the draft report.<br><br>BPD publishes the final report and files it with the Court. | BPD<br><br>Monitoring Team, DOJ<br><br>BPD | Draft report submitted<br><br>Feedback<br><br>Final report filed | Q4 2025<br><br>Q4 2025<br><br>Q4 2025 |

| 33 | 257-266 | **Sexual Assault** | **Monitoring Team Review** | BPD, the City and DOJ provide feedback on the Monitoring Team's draft report of its assessment of BPD's investigations of sexual assault. | BPD, DOJ | Feedback | Q4 2025 |
|----|---------|---------------------|-----------------------------|---|---|---|---|
| | | | | The Monitoring Team files the final report with the Court. | Monitoring Team | Final report filed | Q4 2025 |
| | | | | *** | | | |
| | | | | The Monitoring Team prepares and submits to BPD and DOJ a proposed methodology to conduct a third review of BPD sexual assault allegations. | Monitoring Team | Draft methodology submitted | Q1 2026 |
| | | | | BPD and DOJ provide feedback and collaborate with the Monitoring Team on the proposed methodology. | BPD, DOJ | Feedback | Q1 2026 |
| | | | | The Monitoring Team finalizes the methodology. | Monitoring Team | Methodology finalized | Q1 2026 |
| 34 | 267-79 | **Technology** | **Resource Plan** | BPD and the City submit to the Monitoring Team and DOJ and file with the Court semiannual updates on their progress under the previously approved Technology Resource Plan. Any Plan deadlines that BPD and the City revise will be incorporated into this Monitoring Plan. | BPD | Progress report filed | Q2 2025 Q4 2025 |
| | | | | In preparing each of these reports, BPD will consider whether amendments or new requirements should be incorporated into the Technology Resource Plan (e.g., the potential addition of a fleet management system for BPD vehicles). If BPD determines amendments or new requirements are needed, it will include an update to the Technology Resource Plan reflecting those changes as an appendix to the progress report. | | | |
| 35 | 267-79 | **Technology** | **Technical Assistance** | BPD, DOJ, and the Monitoring Team meet Quarterly to discuss the implementation of the technology initiatives associated with the Consent Decree. Representatives across BPD functions implicated by the Resource Plan will attend, as will Monitoring Team leads in | BPD, DOJ, Monitoring Team | Quarterly meetings | Ongoing |

| | | | | implicated areas of the Consent Decree. The purpose of these meetings is to discuss technical project management, development of system functionality to achieve Consent Decree objectives, and adaptation to new technology within the Department. | | | |
|---|---|---|---|---|---|---|---|
| *36* | 299 | **Training** | **Training Needs Assessment** | BPD will revise and finalize the Training Needs Assessment. | BPD | Final Training Needs Assessment Finalized | Q4 2026 |
| *37* | 16, 67, 112, 168, 259 , 414 | **Training** | **2025 In-Service Training** | Using the curriculum approved by the Monitoring Team and DOJ, BPD conducts Department-wide training on community policing, stops, searches and arrests (including training on taking such actions in a non-discriminatory manner), use of force, and behavioral health crisis intervention for all officers, training for all officers who conduct or supervise sexual assault investigations, and training for Public Integrity Bureau investigators. | BPD | Training conducted | Q1 2025-Q4 2025 |
| | | | | BPD certifies to the Court that all eligible officers have successfully completed the refresher training and will indicate how many officers failed to complete the training without good cause and explain any remedial measures taken or disciplinary referrals made for those officers. BPD will share a draft of the certification with the Monitoring Team and DOJ to allow for feedback on the certification before filing. | BPD | Certification of completion filed | Q1 2026 |

| 38 | 16, 67, 112, 168, 259, 414 | **Training** | **2026 In-Service Training** | BPD submits to the Monitoring Team and DOJ a draft 2026 curriculum for training on the areas of community policing, stops, searches and arrests (including training on taking such actions in a non-discriminatory manner), behavioral health crisis intervention; sexual assault investigations; use of force, and Public Integrity Bureau investigations. The sexual assault investigations and Public Integrity Bureau investigations training will be conducted by outside experts. | BPD | Draft curriculum submitted | Q3 2025 |
| | | | | The Monitoring Team and DOJ provide feedback and collaborate with BPD on the draft 2026 curriculum. | Monitoring Team, DOJ | Feedback and collaboration | Q4 2025 |
| | | | | BPD incorporates the feedback and issues the draft 2026 curriculum for public comment. | BPD | Public comment period | Q4 2025 –Q1 2026 |
| | | | | BPD incorporates public feedback, finalizes the 2026 curriculum, and submits it to the Monitoring Team and DOJ for approval. | BPD | Curriculum finalized | Q1 2026 |
| | | | | The Monitoring Team and DOJ will approve or disapprove the 2026 curriculum. | Monitoring Team, DOJ | Approval/ disapproval of final curriculum | Q1 2026 |
| | | | | The Monitoring Team files a notice of approval or disapproval with the Court. | Monitoring Team | Notice of approval/ disapproval filed | Q1 2026 |
| 39 | 300 | **Training** | **Training Data Tracking System** | BPD provides the Monitoring Team and DOJ with regular, periodic updates regarding the effectiveness of its Learning Management System ("LMS") and the extent to which its use of the LMS is satisfying the requirements of paragraph 300. To the extent the LMS is not satisfying all such requirements, BPD will provide the Monitoring Team and DOJ regular, periodic updates on how it is satisfying those requirements that its use of the LMS does not satisfy. | BPD | Learning Management System updates | Ongoing, Monthly During Regular Training Calls |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 40 | 293, 301–302 | **Supervision** | **FTO Refresher Training** | BPD will offer one-day refresher field training officer training for all officers who became FTOs in 2024. BPD will use the same curriculum used for FTO refresher training in 2024 Any proposed changes to the curriculum must be shared with and approved by the Monitoring Team and DOJ. | BPD | Training conducted | Q4 2025 |
| | | | | BPD certifies to the Court that all eligible FTOs have successfully completed the refresher training and will indicate how many officers failed to complete the training without good cause and explain any remedial measures taken or disciplinary referrals made for those officers. BPD will share a draft of the certification with the Monitoring Team and DOJ to allow for feedback on the certification before filing. | BPD | Certification of completion filed | Q4 2025 |
| 41 | 293, 301–302 | **Supervision** | **FTO Certification Training** | BPD will offer a five-day field training officer certification course for all officers who are becoming FTOs. BPD will use the same curriculum used for FTO certification training in 2024 Any proposed changes to the curriculum must be shared with and approved by the Monitoring Team and DOJ. | BPD | Training conducted | Q4 2025 |
| | | | | BPD certifies to the Court that all new FTOs have successfully completed the certification course and will indicate how many officers failed to complete the course without good cause and explain any remedial measures taken or disciplinary referrals made for those officers. BPD will share a draft of the certification with the Monitoring Team and DOJ to allow for feedback on the certification before filing. | BPD | Certification of completion filed | Q4 2025 |

| 42 | 312–327 | **Supervision** | **Early Intervention System** | BPD continues to convene an Early Intervention System ("EIS") Working Group of designated stakeholders to coordinate the implementation of a new EIS in accordance with Consent Decree requirements. These meetings will focus on the release of the new EIS technology as wells as policy, training, and assessments. There will be a separate quarterly meeting to address IT related EIS issues. The Working Group will meet at least monthly with the Monitoring Team and DOJ. | BPD, Monitoring Team, DOJ | Monthly meetings | Ongoing |
|----|---------|-----------------|-------------------------------|---|---|---|---|
| 43 | 312–327 | **Supervision** | **Early Intervention System** | BPD will convene a quarterly IT meeting regarding the new EIS system that will be separate from the EIS Working Group. | BPD, Monitoring Team, DOJ | Quarterly meetings | Ongoing |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 44 | | Supervision | Early Intervention System Policies | BPD will prepare and submit to the Monitoring Team and DOJ the procedural aspects of a draft policy for its Early Intervention System. Development of the technological aspects of the policy will await procurement and development of the EIS technology. | BPD | Draft policy submitted | Q4 2025 |
| | | | | The Monitoring Team and DOJ provide feedback and collaborate with BPD on the proposed draft policies relating to the Early Intervention System, and BPD finalizes the drafts. | Monitoring Team, DOJ | Feedback and collaboration | Q4 2025 |
| | | | | BPD issues draft policy for public comment. | BPD | Public comment period | Q1 2026 |
| | | | | BPD incorporates public comment and submits final proposed revisions to the Monitoring Team and DOJ. | BPD | Revisions finalized | Q1 2026 |
| | | | | The Monitoring Team and DOJ indicated approval or disapproval of final proposed revisions. | Monitoring Team, DOJ | Approval/ disapproval of final proposed revisions | Q1 2026 |
| | | | | The Monitoring Team files a notice of approval or disapproval with the Court. | Monitoring Team | Notice of approval/ disapproval filed | Q1 2026 |
| 45 | 328 | Supervision | Annual Supervision Evaluation | BPD performs an evaluation of supervisor performance for 2023 and 2024 consistent with paragraph 328 and the methodology previously approved, and submits a draft report to the Monitoring Team and DOJ. | BPD | Draft report submitted | Q4 2025 |
| | | | | The Monitoring Team and DOJ provide feedback on the draft report. | Monitoring Team, DOJ | Feedback | Q4 2025 |
| | | | | BPD publishes the final report and files it with the Court. | BPD | Final report filed | Q1 2026 |

| 46 | 279–290;301–311;328 | Supervision | Monitoring Team Review and Assessment | The Monitoring Team conducts an assessment of BPD's compliance with the Consent Decree requirements related to supervision using the finalized methodology.  During the review, the Monitoring Team will periodically update the parties on its progress and, when appropriate, discuss any significant performance issues or problems identified. | Monitoring Team | Review conducted | Q4 2025 –Q1 2026 |
|---|---|---|---|---|---|---|---|
| | | | | The Monitoring Team submits to BPD and the City and DOJ a draft report of its review. | Monitoring Team | Draft report submitted | Q1 2026 |
| | | | | BPD and DOJ provide feedback on the Monitoring Team's draft report. | BPD, DOJ | Feedback | Q1 2026 |
| | | | | The Monitoring Team files its final report with the Court. | Monitoring Team | Final report filed | Q1 2026 |
| 47 | 372–88, 403–05 | Misconduct Investigation & Discipline | Disciplinary System Policy | The Monitoring Team and DOJ will approve or disapprove the revised Policy 308. | Monitoring Team, DOJ | Approval/ disapproval of final revised policy | Q4 2025 |
| | | | | The Monitoring Team files a notice of approval or disapproval with the Court. | Monitoring Team | Notice of approval/ Disapproval filed | Q4 2025 |
| 48 | 393 | Misconduct Investigations & Discipline | Brady-Giglio Policy E-Learning | BPD prepares and submits to the Monitoring Team and DOJ a draft e-learning for all personnel on BPD Policy 1809 requiring officers to comply with their constitutional obligation—or "Brady-Giglio" obligation—to disclose exculpatory and impeaching evidence in criminal cases. | BPD | Draft e-learning submitted | Q1 2026 |
| | | | | The Monitoring Team and DOJ provide feedback and collaborate with BPD on the draft curriculum and e-learning. | Monitoring Team, DOJ | Feedback and collaboration | Q1 2026 |
| | | | | BPD incorporates the feedback and finalizes the initial draft of the curriculum and e-learning. | BPD | Initial draft finalized | Q1 2026 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | The Monitoring Team and DOJ will approve or disapprove the curriculum. | Monitoring Team, DOJ | Approval/ disapproval of final curriculum | Q1 2026 |
| | | | | The Monitoring Team files a notice of approval or disapproval with the Court. | Monitoring Team | Notice of approval/ disapproval filed | Q1 2026 |
| | | | | BPD delivers the e-learning. | BPD | E-learning delivered | Q1 2026-Q2 2026 |
| | | | | BPD certifies to the Court that all eligible officers have successfully completed the e-learning and will indicate how many such individuals failed to complete the e-learning without good cause and explain any remedial measures taken or disciplinary referrals made for those individuals. BPD will share a draft of the certification with the Monitoring Team and DOJ to allow for feedback on the certification before filing. Policy 1809 will take effect upon certification. | BPD | Certification of completion filed | Q2 2026 |
| 49 | 402 | Misconduct Investigations & Discipline | BPD-PID Annual Reports | BPD prepares and submit to the Monitoring Team and DOJ draft report on misconduct investigations in 2023/2024 and discipline in accordance with the requirements of paragraph 402. | BPD | Report submitted | Q3 2025 |
| | | | | The Monitoring Team and DOJ provide feedback on the draft report. | Monitoring Team, DOJ | Feedback | Q4 2025 |
| | | | | BPD publishes final report and file them with the Court. | BPD | Final report filed | Q1 2026 |

| 50 | 329-415 | Misconduct Investigations & Discipline | Monitoring Team and DOJ Technical Assistance with Misconduct Investigations | BPD, the Monitoring Team and DOJ will meet regularly as needed to address compliance issues identified in the Monitoring Team's compliance assessment and any other issue that any of the parties identify. | BPD, Monitoring Team, DOJ | Ongoing meetings | Ongoing |
| 51 | 405 | Misconduct Investigations & Discipline | BPD Disciplinary Process Audit | Using the methodology approved by the Monitoring and DOJ, BPD conducts an audit of its disciplinary process. As required by paragraph 405, the audit will evaluate complaint intake, investigation, and the imposition of discipline. This inaugural audit will cover 2023. | BPD | Audit conducted | Ongoing |
|    |     |     |     | BPD provides DOJ and the Monitoring Team a draft report of its audit. | BPD | Report submitted | Q2 2025 |
|    |     |     |     | The Monitoring Team and DOJ provide feedback on the draft report. | Monitoring Team, DOJ | Feedback | Q2 2025 |
|    |     |     |     | BPD publishes final report and file them with the Court. | BPD | Final report filed | Q3 2025 |
| 52 | 287 | Misconduct Investigations & Discipline | Peer Intervention and Anti-Retaliation Policy Review | BPD reviews its policies on Duty to Intervene (Policy 319) and Anti-Retaliation (Policy 1729) and submits any proposed revisions to the Monitoring Team and DOJ in accordance with paragraph 287. | BPD | Proposed revisions finalized | Q3 2025 |
|    |     |     |     | The Monitoring Team and DOJ provide feedback and collaborate with BPD on any proposed revisions, and make their own suggestions for proposed revisions, if any. | Monitoring Team, DOJ | Feedback and collaboration | Q3 2025 |
|    |     |     |     | BPD finalizes proposed revisions. | BPD | Final proposed revisions submitted | Q4 2025 |
|    |     |     |     | BPD issues proposed revisions for public comment. | BPD | Public comment period | Q4 2025 |

| | | | | BPD incorporates public comment and submits final proposed revisions to the Monitoring Team and DOJ. | BPD | Revisions finalized | Q4 2025 |
|---|---|---|---|---|---|---|---|
| | | | | The Monitoring Team and DOJ indicated approval or disapproval of final proposed revisions. | Monitoring Team, DOJ | Approval/ disapproval of final proposed revision | Q4 2025 |
| | | | | The Monitoring Team files a notice of approval or disapproval with the Court. | Monitoring Team | Notice of approval/ disapproval filed | Q4 2025 |
| 53 | 406–408 | Misconduct Investigations & Discipline | Civilian Complaint Intake Testing Program | BPD commences in person testing. | BPD | In person testing commenced | Q1 2026 |
| | | | | BPD concludes testing. | BPD | Testing concluded | Q3 2026 |
| | | | | BPD provides DOJ and the Monitoring Team a draft report on its testing program. | BPD | Draft report submitted | Q3 2026 |
| | | | | The Monitoring Team and DOJ provide feedback on BPD's draft report. | Monitoring Team, DOJ | Feedback | Q3 2026 |
| | | | | BPD files its final report with the Court. | BPD | Final report filed | Q3 2026 |
| 54 | 329–88, 459.n | Misconduct Investigations & Discipline | Monitoring Team Review and Assessment | BPD provides DOJ and the Monitoring a final action plan (the "Crosswalk") to address deficiencies identified in the Monitoring Team's prior assessment. | BPD | Action Plan submitted | Q4 2025 |
| | | | | The Monitoring Team prepares and submits to BPD and DOJ a proposed methodology to review the quality of BPD Public Integrity Bureau misconduct investigations. | Monitoring Team | Draft methodology submitted | Q1 2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | BPD and DOJ provide feedback and collaborate with the Monitoring Team on the proposed methodology | BPD, DOJ | Feedback | Q1 2026 |
| | | | | The Monitoring Team finalizes a methodology, | Monitoring Team | Methodology finalized | Q1 2026 |
| | | | | The Monitoring Team conducts the review using the finalized methodology. During the review, the Monitoring Team will periodically update the parties on its progress and, when appropriate, discuss any significant performance issues or problems identified. | Monitoring Team | Review conducted | Q1 2026-Q3 2026 |
| 55 | 420–26 | Recruitment, Hiring, and Retention | Recruitment, Hiring and Retention Plan Implementa-tion and Reporting | BPD continues to implement the previously approved Hiring Process, Recruitment and Retention Plans. BPD continues command-level RecruitSTAT meetings. BPD meets monthly with the Monitoring Team and DOJ to discuss its progress in implementing and achieving the objectives of the Hiring Process, Recruitment and Retention Plans. | BPD, DOJ, Monitoring Team | Monthly meetings | Ongoing |
| 56 | 427 | Recruitment, Hiring, and Retention | Annual BPD Self-Evaluation | BPD publishes the final annual report on recruiting and retention, in accordance with the requirements of paragraph 427and files it with the Court. The report will also include the annual update to the staffing goals in accordance with the methodology used for the Staffing Plans. | BPD | Final report filed | Q4 2025 |
| 57 | 419-427 | Recruitment, Hiring, and Retention | Monitoring Team Review and Assessment | The Monitoring Team conducts the review of BPD's progress toward satisfying the recruitment, hiring and retention requirements of the Consent Decree using the finalized methodology. | Monitoring Team | Review conducted | Q3 2025–Q4 2025 |
| | | | | The Monitoring Team submits to BPD and the City and DOJ a draft report of its review. | Monitoring Team | Draft report submitted | Q4 2025 |
| | | | | BPD and DOJ provide feedback on the Monitoring Team's draft report. | BPD, DOJ | Feedback | Q4 2025 |

| | | | | The Monitoring Team files its final report with the Court. | Monitoring Team | Final report filed | Q4 2025 |
|---|---|---|---|---|---|---|---|
| *58* | 429-30 | **Staffing, Performance Evaluations, and Promotions** | **Staffing Plan Meetings** | BPD, the Monitoring Team and DOJ continue to convene at least monthly to discuss the implementation of the updated Staffing Plan. The purpose of these meetings is to allow the Monitoring Team and DOJ to provide oversight and real-time technical assistance as BPD implements the Plan. In the February meeting, BPD will provide the targeted goal based on the previous year's calls for service and every month provide that actual staffing numbers compared to the target goal. | BPD, DOJ, Monitoring Team | Monthly Meetings | Ongoing |
| | | | | BPD will provided current data on recruitment, hiring, attrition, and progress toward staffing goals at least monthly. | BPD | Monthly Updates | Ongoing |
| *59* | 429-30 | **Staffing, Performance Evaluations, and Promotions** | **Updated Staffing Plan** | BPD updates the call-for-service data and other assumptions to set a new staffing goals by unit. | BPD | Revised staffing estimates | Q4 2025 |
| | | | | BPD shares the updates with MT and DOJ for review and comment. | BPD | Draft staffing estimates | Q1 2026 |
| | | | | The MT and DOJ provide feedback and collaborate with BPD on the draft staffing data. | MT, DOJ | Feedback and Collaboration | Q2 2026 |
| | | | | BPD shares the updated staffing data and files with the court. | BPD | Final Updated 2025 staffing data | Q3 2026 |
| *60* | 431–35 | **Staffing, Performance Evaluations, and Promotions** | **Performance Evaluations Policies** | BPD provides a report on the outcomes of the 2024 performance evaluation process to include, but not limited to, by rank the number of completed evaluations, the number missing or not submitted, the time it took to get all (most) of | BPD, DOJ, Monitoring Team | Report submitted | Q2 2025 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | the evaluations submitted, the number of ratings falling into each performance category, any feedback on problems or issues encountered and the steps taken to address before the next series of evaluations are due. | | | |
| 61 | 428-430 | **Staffing** | **Monitoring Team Review and Assessment** | The Monitoring Team prepares and submits to BPD and DOJ a proposed methodology to assess BPD's compliance with the staffing requirements of the Consent Decree. | Monitoring Team | Draft methodology submitted | Q4 2025 |
| | | | | BPD and DOJ provide feedback and collaborate with the Monitoring Team on the proposed methodology | BPD, DOJ | Feedback | Q1 2026 |
| | | | | The Monitoring Team finalizes a methodology, | Monitoring Team | Methodology finalized | Q1 2026 |
| | | | | The Monitoring Team conducts the review using the finalized methodology.  During the review, the Monitoring Team will periodically update the parties on its progress and, when appropriate, discuss any significant performance issues or problems identified. | Monitoring Team | Review conducted | Q1 2026 |
| | | | | The Monitoring Team submits to BPD and the City and DOJ a draft report of its review. | Monitoring Team | Draft report submitted | Q2 2026 |
| | | | | BPD and DOJ provide feedback on the Monitoring Team's draft report. | BDP, DOJ | Feedback | Q2 2026 |
| | | | | The Monitoring Team files its final report with the Court. | Monitoring Team | Final report filed | Q2 2026 |
| 62 | 471–72 | **Required Monitor Reporting** | **Monitoring Team Eleventh Semiannual Report** | The Monitoring Team prepares and submits to BPD, the City and DOJ a draft of its Eleventh Semiannual Report, in accordance with the requirements of paragraph 472. | Monitoring Team | Draft report submitted | Q3 2025 |
| | | | | BPD, the City and DOJ provide feedback on the draft report. | BPD, DOJ | Feedback | Q4 2025 |
| | | | | The Monitoring Team publishes the final report and files it with the Court. | Monitoring Team | Final report filed | Q4 2025 |

| 63 | 471–72 | **Monitor Reports** | **Report Community Meetings** | The Monitor will hold one of its required, quarterly community meetings to brief community members on the Eleventh Semiannual Report. | Monitoring Team | Quarterly Community Meeting on Semiannual Report Held | TBD |
| 64 | 461 | **Monitor Reports** | **Monthly Meetings with Court** | The Monitoring Team, BPD, the City and DOJ meet with the Court to discuss the progress BPD and the City are making toward compliance in specific areas of the Consent Decree. At or before the beginning of the monitoring year, the Court will issue an order establishing the meeting schedule, by date and topic. | Monitoring Team, BPD, City, DOJ | Monthly meetings | TBD by Court |
| 65 | 461 | **Monitor Reports** | **Quarterly Hearings with Court** | The Court holds quarterly public hearings to discuss the progress BPD and the City are making toward compliance with the Consent Decree. At or before the beginning of the monitoring year, the Court will issue an order establishing the hearing schedule. | Monitoring Team, BPD, City, DOJ | Quarterly Public Hearings | TBD by Court |
| 66 | 461 | **Monitoring Plan** | **Ninth-Year Monitoring Plan** | The Monitoring Team prepares and submits to BPD, the City and DOJ a draft of the Ninth-Year Monitoring Plan. The Plan will cover the period March 1, 2026 through March 1, 2027. | Monitoring Team | Draft plan submitted | Q1 2026 |
| | | | | BPD, the City and DOJ provide feedback and collaborate with the Monitoring Team on the draft Plan. | BPD, City, DOJ | Feedback and collaboration | Q1 2026 |
| | | | | The Monitoring Team issues the draft Plan for public comment. | Monitoring Team | Public comment period | Q1 2026 |
| | | | | The Monitoring Team, with input from BPD, the City and DOJ, incorporate public feedback into the Plan, and file the final Plan with the Court. | Monitoring Team | Public feedback addressed; final report filed | Q1 2026 |

| 67 | 451 | Monitoring Plan | Monthly Invoices | The Monitoring Team prepares and submits invoices on a monthly basis to BPD, the City and DOJ as soon as possible following the end of the month for which it is to be compensated for its work. BPD, the City and DOJ promptly review and communicate any and all questions, comments, or feedback to the Monitoring Team. The Monitoring Team addresses the questions, comments or feedback, and then submits the invoice to the Court with an accompanying cover letter. | Monitoring Team, BPD, City, DOJ | Invoices prepared, reviewed by parties, and submitted to Court | Ongoing |