IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   CIVIL NO. JKB-17-0099 |
| POLICE DEPARTMENT OF THE CITY OF BALTIMORE, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court has reviewed the Baltimore Police Department Consent Decree Monitoring Team's Compliance & Outcome Assessment Regarding BPD Technology (ECF No. 859) and Second Compliance Review Regarding Recruitment & Retention (ECF No. 872).

It is ORDERED that the Baltimore Police Department and the Department of Justice SHALL FILE any motions relating to these reviews, including any motions asserting "Full and Effective Compliance" with relevant portions of the Consent Decree, and requesting entry into the sustainment period for these portions of the Consent Decree, on or before January 15, 2026. Any such motion(s) will be heard during the January 29, 2026 Quarterly Public Hearing.

DATED this _16_ day of December, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge