IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | | |
| | *** | |

## AMENDMENT TO SCHEDULING ORDER

The Court previously entered a Scheduling Order setting dates for monthly conferences and quarterly public hearings with the Parties and the Monitoring Team. (ECF No. 849.) Given the Court's schedule and given that the Court finds that there will be adequate oversight of the Consent Decree through the remaining monthly meetings and the quarterly public hearing scheduled for January 29, 2026, the Court vacates the monthly conference currently scheduled for January 15, 2026. The Scheduling Order (ECF No. 849) is AMENDED as follows:

1. The Monthly Meeting scheduled for January 15, 2026 is VACATED;

2. The agenda of the Monthly Progress Report/Conference scheduled for February 19, 2026 is AMENDED to include the topic of Technology; and

3. The agenda of the Monthly Progress Report/Conference scheduled for March 26, 2026 is AMENDED to include the topic of Handling of Reports of Sexual Assault.

The Scheduling Order (ECF No. 849) remains in full force and effect except to the extent amended above.

DATED this __16__ day of December, 2025

BY THE COURT

_/s/ James K. Bredar_
James K. Bredar
United States District Judge