# EXHIBIT 1

**Assessment of Arrests Resulting in a Release Without Charges (RWOC)**
*(Referred to as "BPD Analysis of District Court Commissioner Arrest
Data Report" in the Eighth Year Monitoring Plan)*
*Baltimore Police Department*
*Fourth Quarter, 2024*

### Overview

The Baltimore Police Department (BPD) is dedicated to upholding the U.S. Constitution and enforcing laws in a fair, impartial, and ethical manner. As part of this commitment, BPD conducts a quarterly analysis of arrests that resulted in subjects being released without charges (RWOC) by the State's Attorney's Office (SAO) after being transported to the Central Booking Intake Facility (CBIF). In this analysis, BPD assesses the quality of those arrests, takes necessary corrective actions, and identifies opportunities to improve departmental performance.

If an arrest lacks Probable Cause (PC), it will be included in the list of RWOC dispositions. However, RWOC arrests also include all arrests the SAO has declined to prosecute. The SAO may decline to prosecute for many reasons, including prosecutorial discretion[1] or if the SAO determined it was unable to prove the criminal charge(s) beyond a reasonable doubt, even if PC existed. This review encompasses an array of arrests declined for a variety of reasons.

This report is the 19th of continuous quarterly assessments on this topic. The first report examined RWOCs from Q2 2020. In 2020, BPD delivered training throughout the agency on stops, searches, and arrests (SSA) based on newly developed policies which went live in February 2021. BPD has continued to deliver SSA training on an annual basis to ensure that their officers are carrying out their duties in accordance with both departmental policy and the Consent Decree. BPD has demonstrated its commitment to Constitutional policing through its periodic SSA policy development, annual SSA training, and its self-auditing function, which is reflected in the department's performance concerning total quarterly RWOCs. As an example, since Q2 2020, the number of RWOCs has declined significantly, both overall and as a percentage of arrests.

This report details the following elements of this review:

1. Methodology for this analysis;
2. Statistical analysis of RWOCs and any associated trends;
3. Case review findings regarding RWOCs demonstrating deficiencies;
4. Recommendations to address the findings of this report; and
5. Updates on recommendations from previous RWOC Assessments, if applicable.

---

[1] RWOCs where the reason is due to "Prosecutorial Discretion", may represent policy decisions by the SAO rather than legal issues with the arrest.

## Key Findings

- SAO referred 9 BPD RWOC cases in Q4 2024
- Q4 RWOCs decreased by 3 (25%), and arrests decreased by 158 (4%) when compared to the previous quarter (Q3 2024)
- The Baltimore Police Department Data-Driven Strategies Division reported 3931 adult arrests by BPD in Q4 2024. The SAO released a total of 9 arrestees without charges, which represents 0.23% of the total BPD adult arrests.
- The two reasons identified by the SAO in Q4 2024 were Elements of Crime not Readily Available (44%) and Prosecutorial Discretion (56%)
- Valid PC and Adequate Report Writing with regard to PC existed in all 9 cases. There was one incident with a 4th Amendment issued related to a non-arrestee.

## Methodology

To conduct this assessment, BPD obtains a list of arrests from the SAO that concluded with releasing the subject without charges. Upon receipt of the list of RWOCs, the Inspections Unit reviews all RWOCs that are not labeled as "Prosecutorial Discretion" (n=4), to ensure that there were no legal or BPD policy issues. Each of the 4 cases reviewed include an analysis of reports associated with the arrest, and BWC footage (if applicable) to determine if the arrest was made in accordance with appropriate legal standards. In order to assess patterns in arrest practices, demographics of the subjects and officers will be added to the SAO's RWOC list, as well as shifts, units, districts, and assignments of the arresting officer.[2]

BPD will focus its review on PC determinations and other important legal standards that may lead to developing PC for arrests. Following this review, BPD will take any appropriate action, which may include training and/or other corrective action for the involved officer(s); and/or referring incident(s) to the Public Integrity Division (PID) for administrative or criminal investigation.

## Statistical Analysis

In the fourth quarter of 2024 (Q4), the Baltimore Police Department Data-Driven Strategies Division recorded 3931 adult arrests by the BPD[3]. The SAO forwarded 9 arrests as RWOCs during this period, which is three (25%) fewer than the previous quarter. Still, the total number of RWOCs in Q4 2024 represents less than 1% of total adult arrests during this period.

---

[2] A redacted version of the SAO's RWOC spreadsheet will be released along with this report.

[3] Juvenile arrests in Baltimore are processed by a separate system, and the SAO does not generate a list of juveniles released without charges.

The SAO categorized the 9 RWOCs for Q4 as follows in Table 1:

| SAO Reason for RWOC | Count | % of Total |
|---|---|---|
| Abated by Arrest | 0 | 0% |
| Nexus Issue | 0 | 0% |
| Elements of the crime not readily provable | 4 | 44% |
| Prosecutorial Discretion | 5 | 56% |
| Total | 9 | 100% |

*Table 1. SAO Reasons for RWOCs in Q4 2024*
*All percentages are rounded to the nearest whole number.*

The number of RWOCs compared to total BPD arrests is visualized in Chart 1:



*Chart 1. Percentage of Total Arrests RWOC by SAO*

The primary charge(s) for the 9 RWOCs are listed in Table 2:

| Charge | Count |
|---|---|
| Theft | 2 |
| CDS Violations | 6 |
| Robbery | 1 |
| Total | 9 |

*Table 2. Primary criminal charges for each RWOC in Q4 2024*

*Distribution of RWOCs by Command*

Table 3 below shows the distribution of Q4 RWOCs by command.

| Command | # of RWOCs | % of Total |
|---|---|---|
| Central | 2 | 22% |
| Southeastern | 0 | 0% |
| Eastern | 2 | 22% |
| Northeastern | 0 | 0% |
| Northern | 0 | 0% |
| Northwestern | 2 | 22% |
| Western | 0 | 0% |
| Southwestern | 0 | 0% |
| Southern | 0 | 0% |
| Criminal Investigation Bureau (CID) | 2 | 22% |
| Operational Intelligence Section (OIS) | 1 | 11% |
| Total | 9 | 99%* |

*Table 3. RWOC Distribution by Command in Q4 2024.*
*\*All percentages are rounded to the nearest whole number.*

Table 4 below shows the aggregate totals of RWOC data for the last four quarters by Command (Q1 of 2024 through Q4 of 2024):

| Command | # of RWOCs | % of Total |
|---|---|---|
| Northeast | 4 | 7% |
| Central | 13 | 22% |
| Southern | 2 | 3% |
| Southeast | 4 | 7% |
| Southwest | 8 | 13% |
| Western | 3 | 5% |
| Northern | 7 | 12% |
| Eastern | 12 | 20% |
| Northwest | 4 | 7% |
| MMU | 0 | 0% |
| CID | 2 | 3% |
| ACS | 0 | 0% |
| OIS | 1 | 2% |
| SWAT | 0 | 0% |
| Total | 60 | 101%* |

*Table 4. Q1 2024 through Q4 2024 Distribution by Command*
*\*All percentages are rounded to the nearest whole number.*

The following graphs represent the four quarter trends of total RWOCs (Graph 1), RWOC percentage of total arrests (Graph 2), and Total BPD arrests (Graph 3).

*Trends in BPD RWOCs as a percentage of total arrests over the past four quarters.*



*Graph 1: Total RWOCs over the last 4 quarters*



*Graph 2. RWOC percentage of total arrests over the last 4 quarters*



*Graph 3. Total BPD arrests over the last 4 quarters*

*Distribution of RWOCs by Command and Shift in Q4 2024*

Table 5 depicts a breakdown of RWOCs by command and shift for the quarter. This table includes all 9 RWOCs. The tour of duty for the A shift is from 10:45 p.m. to 7:15 a.m., the B shift is 06:45 a.m. to 3:15 p.m., and the C shift is 2:45 p.m. to 11:15 p.m. Districts also deploy District Action Teams (DAT) for proactive enforcement

| Q4 2024 | | | | | |
|---|---|---|---|---|---|
| **Command** | **A** | **B** | **C** | **DAT** | **District Total** |
| Central | | 1 | 1 | | 2 |
| Southeast | | | | | 0 |
| Eastern | | | 1 | 1 | 2 |
| Northeast | | | | | 0 |
| Northern | | | | | 0 |
| Northwest | | | | 2 | 2 |
| Western | | | | | 0 |
| Southwest | | | | | 0 |
| Southern | | | | | 0 |
| CID | | 2 | | | 2 |
| ACS | | | | | 0 |
| OIS | | 1 | | | 1 |
| SWAT | | | | | 0 |
| MMU | | | | | 0 |
| **Total** | | | | | **9** |

*Table 5. Distribution of RWOCs by Command and Shift in Q4 2024*

There were three fewer RWOCs this quarter when compared to Q3 2024. Six RWOCs occurred under three of the nine district commands (Central, Eastern, and Northwest) and three by two citywide divisions/units (Criminal Investigation Division and OIS).

Figure 1 below represents the cumulative RWOC trends for the last 4 quarters:



*Figure 1. Last 4 Quarters RWOCs by District and Shift*

Q4 RWOCs accounted for 0.23% of total arrests, and BPD's Operations Bureau should continue to use these quarterly reports and supporting data to determine if there is a need to alter enforcement strategies.

## RWOCs Analyzed

In order for an arrest to be legal, there needs to be at least Reasonable Articulable Suspicion (RAS) for the stop and Probable Cause (PC) for the arrest. BPD initiates its review process with a list of RWOCs, including a reason for the RWOC from the SAO. BPD then analyzes the RWOCs that meet the criteria established in the methodology above and provides a conclusion as to whether or not probable cause was established. BPD also reviews the reports from these RWOC arrests to determine whether or not they comply with BPD policy by accurately articulating the facts that support probable cause.

*RWOC Review Results*

BPD determined that valid PC existed in 4 reviewed cases. BPD's analysis included a detailed review of the BWC footage and associated reports for each case. The analysis revealed that the officer(s) in these 4 cases had adequate PC for arrest but were denied charges. The majority of the cases were CDS Violations. Lastly, BPD referred one RWOC case to PID for investigation due to a BWC policy violation. The details of that case can be found in the case review summary below.

Table 6 below represents the findings:

| Review Result | Count | % of Total |
|---|---|---|
| Lacked PC for Arrest | 0 | 0% |
| Valid PC but Inadequate Report Writing | 0 | 0% |
| Valid PC and Adequate Report Writing | 9 | 100% |
| **Total** | **9** | **100%** |

*Table 6. Results of RWOC Review in Q4 2024*
*All percentages are rounded to the nearest whole number.*

Table 7 summarizes the aggregate distribution of problematic RWOCs over the last four quarters:

| Command | Lacked PC for Arrest / Invalid | PC but Poor Reporting | Total |
|---|---|---|---|
| Central | | | |
| Southeastern | | | |
| Eastern | | | |
| Northeastern | | | |
| Northern | | 1 | 1 |
| Northwestern | | 1 | 1 |
| Western | | | |
| Southwestern | 1 | | 1 |
| Southern | | | |
| **Total** | **1** | **2** | **3** |

*Table 7. Q1 2024 through Q4 2024 Distribution of Problematic RWOCs by District.*

*Distribution of RWOCs by Officer*

There were no patterns in the problematic RWOCs for officers during the Q4 2024 assessment period. This continues a trend of few or no officers with multiple RWOCs in the past several quarters and is a significant decrease from Q1 2021 in which 15 officers had multiple RWOCs, and Q4 2020 in which 24 officers had multiple RWOCs.

**Case Review Findings**

*CDS Violation*
*Northwest*
*SOA Declination Reason: Elements of the crime not readily provable*

District Action Team (DAT) detectives first interacted with two individuals engaging in what was described as a CDS transaction occurring. During a canvas of the area, officers found the arrestee, a separate individual, attempting to evade police and positioned in proximity to CDS (cocaine). Although the arrestee was released without charge, the arresting officer established probable cause (PC) prior to initiating the arrest.

As for the other subject involved in this encounter, the detective placed this individual in custody and conducted a person search, to include a more intrusive search of the person's clothing. The actions of the arresting detective prompted PSS reviewers to conduct a more thorough review of the PC for the detainment and search. Upon this review, BPD found that the detective's description of the incident included vague terminology and boilerplate language. Ultimately, PSS reviewers determined that there was insufficient PC for the arrest of this individual, and thus, invalid PC for the search. As a result, PSS referred this case to the Public Integrity Division (PID) under the

allegations of a "False Arrest"[4] and "Improper Search". This case specific to these allegations was still under investigation at the time of the publishing of this report.

Additionally, at the start of this CDS investigation, the detectives failed to activate their BWC before exiting their vehicle or engaging with the individuals, possibly preventing the recording of important information that may be required for an investigation of this nature. The BWC began while the detectives were engaged in what appeared to be a conversation, but the BWC lacked audio because the recording was still in buffering mode[5]. Failure to activate the BWC at the start of an investigative stop is a violation of departmental policy[6]. For these reasons, PSS made a referral to PID so that they may further investigate this case. However, since the opening of this investigation, PID found that there was sufficient BWC recordings of this incident.

Lastly, it is important to note that there was also an external complaint made to PID in February 2025 regarding this same case. The complaint was made by the arrested subject in this incident, who the court ultimately dismissed the charges against. The complaint was not related to their arrest, but rather about their experience in attempting to retrieve their personal belongings from BPD's Evidence Management Unit (EMU). Due to arresting officer not being more expeditious in releasing the complainant's personal belongings to them, PID classified the complaint as a case of "minor misconduct". The investigation is closed with a final disposition of "sustained" as of September 2025.

## Next Steps

In reference to the internal complaint PID is currently reviewing this incident. BPD will provide an update on the status of this PID investigation in the Q1 2025 RWOC report.

Compliance Division:

1. Present findings and supporting data to BPD Commanders to influence the continued downward trend of problematic BPD RWOCs.

2. Highlight exceptional performance

---

[4] Arrest as defined in BPD Policy: "An Arrest generally refers to the detention of a known or suspected offender for the purpose of prosecuting them for a crime. An Arrest can also occur when an Investigative Stop is extended past its legal limits. A lawful Arrest requires Probable Cause that a crime was committed or is being committed."
[5] Buffering Mode: When Powered On, but not Activated, the BWC captures video but not audio. The video is not stored in permanent memory until BWC Activation. Once Activated, the BWC will permanently store video captured prior to BWC Activation and all audio and video captured until Deactivation. Buffering Mode shall automatically record and save at least 60 seconds of video footage immediately prior to the officer activating the record button on the device. (BPD Policy 824, *Body-Worn Camera*).
[6] Policy 824, *Body-Worn Camera* (version published June 2020 was the active version at the time of this encounter).

**Appendix A**

Summary of RWOC Case Reviews

| Date | Arrestee's Gender | Arrestee's Race | Primary Charge | Reason for RWOC | Officer's Gender | Officer's Race | District | Shift | BPD Finding |
|---|---|---|---|---|---|---|---|---|---|
| 12/28/2024 | Female | Black | Possession Cocaine | Elements of the Crime Not Readily Provable. | Male | Black | Northwestern | Charlie | Valid PC |
| 12/9/2024 | Male | Black | PWID Cocaine, Car Theft | Elements of the Crime Not Readily Provable. | Male | White | Central | Charlie | Valid PC |
| 12/5/2024 | Male | Black | Possession Cannabis | Prosecutorial Discretion | Male | Hispanic | Eastern | Charlie | N/A |
| 11/23/2024 | Male | Black | Attempt to Possess Cannabis with an Intent to Distribute | Prosecutorial Discretion | Male | White | Central | Baker | N/A |
| 11/20/2024 | Male | Black | Possession Cannabis | Prosecutorial Discretion | Male | White | Northwestern | Baker | N/A |
| 11/20/2024 | Male | Black | Possession CDS | Prosecutorial Discretion | Male | Black | Western | Adam | N/A |
| 11/12/2024 | Male | Black | Possession Cannabis | Prosecutorial Discretion | Male | White | Eastern | Charlie | N/A |
| 11/12/2024 | Male | Black | Carjacking | Elements of the Crime Not Readily Provable. | Female | Black | Eastern | Baker | Valid PC |
| 10/22/2024 | Female | Black | Car Theft | Elements of the Crime Not Readily Provable. | Female | Black | Northern | Baker | N/A |