**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **CIVIL NO. JKB-17-0099** |
| **BALTIMORE POLICE** | * | |
| **DEPARTMENT, et al.,** | | |
| | * | |
| **Defendants.** | | |
| | *** | |

## SCHEDULING ORDER

On January 24, 2025, the Court found that the Baltimore Police Department ("BPD") and the City of Baltimore ("the City") had achieved "Full and Effective Compliance" with respect to three sections of the Consent Decree: (1) First Amendment Protected Activities; (2) Community Oversight Task Force; and (3) Coordination with Baltimore City School Police Force. (ECF No. 792.) The one-year sustainment period for these provisions ended on January 25, 2026. (*Id.* at 7.) Accordingly, it is ORDERED that the Parties SHALL FILE any motions related to the termination of these provisions on the following schedule:

1. BPD and the City shall file any motions requesting partial termination of the (1) First Amendment Protected Activities, (2) Community Oversight Task Force, and (3) Coordination with Baltimore City School Police Force sections on or before March 12, 2026.

2. In the event that the Parties file a joint motion, the Parties will file the joint motion and separate memoranda in support of the motion by March 12, 2026.

3. The Monitoring Team shall file its recommendation as to whether the Court should terminate the (1) First Amendment Protected Activities, (2) Community Oversight

Task Force, and (3) Coordination with Baltimore City School Police Force sections on or before March 19, 2026.

4. Any such motion will be heard during a public hearing at 1:00 P.M. on March 26, 2026, in Courtroom 5A.

DATED this 29 day of January, 2026.

BY THE COURT:

James K. Bredar
United States District Judge