IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| **OF AMERICA,** | | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | CIVIL NO. JKB-17-0099 |
| | * | |
| **BALTIMORE POLICE** | | |
| **DEPARTMENT, et al.,** | * | |
| | | |
| Defendants. | * | |

**SUBMISSION OF PROPOSED INCREASE IN MONITORING TEAM HOURLY RATES FOR APPROVAL**

The Monitoring Team submits this request to increase the hourly rates of all Monitoring Team members by 20%. This will not require any adjustment to the current budget (for fiscal year 2026, from July 1, 2025 through June 30, 2026, the "Fiscal Year 2026 Budget"). The Monitoring Team's current rates were set upon its appointment in early 2018, and the modest 20% increase reflects an adjustment for inflation and other market changes, described further below, that have occurred in the intervening eight years. The Monitoring Team requests that the Court approve this adjustment, to be effective the first full month following the Court's approval. The City of Baltimore (the "City") and the Baltimore Police Department ("BPD") have informed the Monitoring Team that their position is that a 10% increase of the Monitoring Team's rates is appropriate. The United States Department of Justice ("DOJ") has informed the Monitoring Team that it takes no position on the Monitoring Team's request at this time.

The Consent Decree does not specify the hourly rates that the Monitoring Team members are to charge. Instead, the Consent Decree provides that each year the Monitoring Team is to provide a proposed budget that is not to exceed $1,475,000 unless the Court increases that cap.

ECF No. 2-2 (as modified by ECF Nos. 39, 410, and 851) ¶¶ 448, 450.  As explained below, the Monitoring Team's proposed rate increase will not require an adjustment to the current budget.

The Monitoring Team's current hourly rates, set in 2018 with the agreement of the parties and approval of the Court, are as follows.  All subject matter experts on the Monitoring Team other than those at the Venable law firm (Evan Shea and Kenneth Thompson) are paid $235 per hour. The Venable law firm is paid $475 per hour for the work of Mr. Thompson and Mr. Shea. Lead community engagement liaison Wanda Watts earns $235 per hour, and the Team's nine neighborhood liaisons (one for each police district) earn $20 per hour.

Several factors warrant a 20% increase of these rates:

- If the rates were adjusted for inflation, the Monitoring Team's current hourly rates would increase over **30%**.[1]

- The rates for the Venable Firm were based on the then applicable local rules for the District of Maryland, which recommended that, when awarding attorney's fees, the Court should use rates of $300 to $475 as a "guideline" for attorneys with over 20 years' experience. Those rules were since amended and now direct the court to use as a guideline a 5% to 20% discount off the rates recommended by the District of Columbia's "Fitzpatrick Matrix," which provide rates based on the experience of the lawyer and the year the work was performed. *See* D. Md. Local Rules at Appendix B.3.[2] For Mr. Thompson, a 5% to 20% discount off the applicable Fitzpatrick Matrix hourly rate for an attorney with over 35 years' experience in 2025 would be $746 to $886 **(a 50% to 87% increase from the current rate)**. For Mr. Shea, a 5% to 20% discount off the applicable Fitzpatrick Matrix hourly rate for an attorney with over 18 years' experience in 2025 would be $663 to $788 **(a 40% to 67% increase from the current rate).**

- Similar entities conducting work as consent decree monitors have charged higher rates than the Baltimore Monitoring Team's current rates, or even the rates proposed here. The law firm of Hogan Lovells, another large law firm, recently served as the Monitor for the Consent Decree governing the city of Cleveland and its police department. The lawyers there charged an hourly rate of $750 **(58%

---

[1] *See* inflation calculator provided by the United States Bureau of Labor Statistics. https://www.bls.gov/data/inflation_calculator.htm
[2] The District of Maryland Local Rules are available at https://www.mdd.uscourts.gov/sites/mdd/files/LocalRules.pdf. The Fitzpatrick Matrix is available at https://www.mdd.uscourts.gov/sites/mdd/files/fitzpatrick-matrix.pdf

**more than the current hourly rate here)** discounted to provide pro bono time to $600.[3][4]

Given these factors, a modest increase of 20% is reasonable.

Additionally, adjusting the Monitoring Team's rate to one that is comparable to the market will allow the Monitoring Team to continue to attract and retain the highest quality subject matter experts to the project. Such talent is essential to continuing the Monitoring Team's work of rigorously assessing compliance and providing technical assistance effectively and efficiently.

Moreover, the proposed increase would not require an adjustment of the current budget. On November 4, 2024, the Monitoring Team submitted a proposed budget for fiscal year 2025 (July 1, 2024 through June 30, 2025, the "Fiscal Year 2025 Budget") and the Fiscal Year 2026 Budget. The Fiscal Year 2025 budget included total fees and expenses of $1,466,290.18, and the Fiscal Year 2026 budget included fees and expenses of $1,475,699.72. *See* ECF No. 755-1 at 1-2 (approved at ECF No. 757). These budgets further allowed that if the amount expended in Fiscal Year 2025 fell short of or exceeded the budgeted amount, the overage or underage would be either deducted or added to the Fiscal Year 2026 Budget. ECF No. 755 at 2. The Monitoring Team incurred fees and expenses $123,712.33 below the budgeted amount for Fiscal Year 2025, increasing the Fiscal Year 2026 Budget to $1,599,412.05. As of December 2025, the Monitoring Team is on pace to be approximately $406,000 (25%) under the Fiscal Year 2026 Budget. Accordingly, even with a 20% rate increase, the Monitoring Team expects to be under budget for Fiscal Year 2026.

---

[3] All Monitoring Team members in the present case provide services *pro bono* accounted for separately from its billable work. Were that time to be factored into the Monitoring Team's hourly rate, it would result in a similar discount. *See* Monitoring Team invoice for October 2027, noting that 15% of time that month was provided *pro bono*.
[4] *See* invoice for Cleveland Consent Decree Monitor available at https://static1.squarespace.com/static/5651f9b5e4b08f0af890bd13/t/66c4ab9e46be5a2af2358d5a/1724165023558/January+2024_782711.000002_22200253756+FINAL.pdf

With a 20% increase, the new rates will be as follows:

| Monitoring Team Member | Old Rate | New Rate |
|---|---|---|
| Venable (Evan Shea and Kenneth Thompson) | $475/hour | $570/hour |
| Other Subject Matter Experts and Lead Neighborhood Liaison Wanda Watts | $235/hour | $282/hour |
| Neighborhood Liaisons | $20/hour | $24/hour |

For the foregoing reasons, the Monitoring Team requests that the Court approve the Monitoring Team's increase of hourly rates by 20%.

A proposed Order is attached.

Respectfully submitted,

/s/
Kenneth Thompson, Monitor
VENABLE LLP
750 E. Pratt Street
Baltimore, MD  21202
Ken.thompson@bpdmonitor.com
(410) 244-7400

4