IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *  CIVIL NO. JKB-17-0099 |
| BALTIMORE POLICE DEPARTMENT, et al., | * |
| Defendants, | * |

ORDER

Upon consideration of the Submission of Proposed Increase in Monitoring Team Hourly Rates for Approval, it is hereby **ORDERED** that the proposed increase is approved, and the Monitoring Team's hourly rates will now be as follows:

| Monitoring Team Member | Rate |
|---|---|
| Venable (Evan Shea and Kenneth Thompson) | $570/hour |
| Other Subject Matter Experts and Lead Neighborhood Liaison Wanda Watts | $282/hour |
| Neighborhood Liaisons | $24/hour |

DATED this 4 day of March 2026.

James K. Bredar
United States District Judge