IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| *Plaintiff*, | * | CIVIL NO. 1:17-cv-00099-JKB |
| | * | |
| **v.** | * | |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| | * | |
| *Defendants*. | * | |

*************************************************************************

## PARTIES' JOINT MOTION FOR PARTIAL TERMINATION

The Parties hereby file this Joint Motion seeking partial termination of the Consent Decree in this case (ECF No. 2-2, as amended by ECF Nos. 39, 56, 89, 410, 851) because the Mayor and City Council of Baltimore ("the City") and the Baltimore Police Department ("BPD") have sustained Full and Effective Compliance for the required sustainment periods for the sections of the Decree relating to community oversight, First Amendment protected activities, and coordination with Baltimore City School Police. The Parties seek termination of Paragraphs 10-14 (Section II: Community Oversight Task Force), Paragraphs 239-256 (Section X: First Amendment Protected Activities), and Paragraphs 416-418 (Section XV: Coordination with Baltimore City School Police Force). On January 27, 2025, the Court entered an order finding the City and BPD to be in Full and Effective Compliance with these Paragraphs. ECF No. 792. At that time, these sections entered the one-year period sustainment period required by Paragraphs 504 (as amended by ECF No. 410) and 506. Because the City and BPD have successfully maintained compliance for a one-year period, the Parties move to terminate these paragraphs pursuant to Paragraph 508 of the Decree.

WHEREFORE, for foregoing reasons, the Parties respectfully request that this Court find

1

Defendants have maintained compliance for the applicable one-year sustainment period for the sections of the Consent Decree related to the Community Oversight Task Force, First Amendment Protected Activities, and Coordination with Baltimore City School Police Force, and sever and terminate these sections from the Decree.

Respectfully Submitted,

HARMEET K. DHILLON
Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

PATRICK MCCARTHY
Acting Chief
Special Litigation Section

 /s/ 
SURAJ KUMAR
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 598-1211
Fax: (202) 514-0212
Email: suraj.kumar@usdoj.gov

*Counsel for the United States of America*

EBONY THOMPSON
City Solicitor

 /s/ 
NATALIE R. AMATO
Chief Counsel for Consent Decree

STEPHEN T. SALSBURY
Deputy City Solicitor

JUSTIN S. CONROY
Chief Counsel

Baltimore City Department of Law
100 N. Holliday Street, Suite 101
Baltimore, Maryland 21202
T: 410.396.2496
F: 410.396.2126
stephen.salsbury@baltimorecity.gov
justin.conroy@baltimorepolice.org
natalie.amato@baltimorepolice.org

*Counsel for Baltimore Police Department and the*
*Mayor and City Council of Baltimore*

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing Parties' Joint Motion for Partial Termination was served through the Court's electronic filing service on March 12, 2026, giving notice to all registered parties.

*/s/*
Natalie R. Amato (20749)
Chief Counsel for Consent Decree