**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES**<br>**OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | | **CIVIL NO. JKB-17-0099** |
| | * | |
| **BALTIMORE POLICE** | | |
| **DEPARTMENT, et al.,** | * | |
| | | |
| **Defendants.** | * | |

**MONITORING TEAM'S RECOMMENDATION REGARDING PARTIAL TERMINATION OF THE AREAS OF FIRST AMENDMENT PROTECTED ACTIVITY, COORDINATION WITH SCHOOL POLICE AND THE COMMUNITY OVERSIGHT TASK FORCE**

The Mayor and City Council of Baltimore (the "City"), the Baltimore Police Department ("BPD"), and the Department of Justice ("DOJ") have filed a joint motion seeking partial termination of the Consent Decree filed in this case (the "Consent Decree," ECF No. 2, as amended by ECF Nos. 39, 56, 89, 410 and 851) because the City and BPD have reached sustained compliance in the areas of first amendment protected activities, the Community Oversight Task Force ("COTF"), and coordination with the Baltimore City School Police. *See* ECF No. 899. Pursuant to the Court's scheduling order, the Monitoring Team provides this recommendation as to that joint motion. *See* ECF No. 888. Because the City and BPD have demonstrated that they have sustained compliance for the required one-year period, the Monitoring Team recommends that the Court find the City and BPD in sustained compliance in these areas and grant the parties' motion.

1

The Monitoring Team has conducted assessments to evaluate whether BPD had reached compliance in these areas.  In each assessment, the Monitoring Team found BPD in full and effective compliance.

With respect to the area of first amendment protected activity, the Monitoring Team assessed BPD in a report issued on October 1, 2024.  ECF No. 749.  In that assessment, the Monitoring Team found BPD in initial compliance with all of the Consent Decree's first amendment-related requirements and recommended that BPD be found in full and effective compliance in this area.  *Id*.

The Monitoring Team assessed BPD's compliance with the area of the Consent Decree governing coordination with the Baltimore City School Police in a report issued on October 17, 2024.  ECF No. 752.  In that assessment, the Monitoring Team found BPD in initial compliance with all of the requirements in that area and again recommended that the Court find BPD in full and effective compliance. *Id.*

Finally, on November 8, 2024, the Monitoring Team issued a report on COTF and the City's compliance with the related Consent Decree requirements. ECF No. 758. The Monitoring Team found the City in initial compliance with all of the Consent Decree's requirements as to COTF and recommended that the City be found in full and effective compliance.

After the Court found the City and BPD in full and effective compliance on January 27, 2025, BPD began conducting its own self-assessments during the required one-year period in which BPD was required to maintain compliance as to the areas of first amendment protected

activities and coordination with school police.[1]  These self-assessments were performed pursuant to procedures agreed to by BPD, DOJ, and the Monitoring Team.

The Monitoring Team has reviewed those reports and agrees with DOJ that BPD's performance is sufficient.  The Monitoring Team provides a summary of each here.

In the area of first amendment protected activity, BPD's sustainment involved assessments that paralleled the review that the Monitoring Team conducted in its assessment, as described in the parties' joint motion. *See* ECF No. 899-1 at 10.  The Monitoring Team reviewed BPD's reports on these assessments, including conducting a "spot check" of the body worn camera and reports related to a number of disorderly conduct arrests, and found BPD's work satisfactory.

In particular, the Monitoring Team was encouraged by the fact that in the fourth quarter of 2025, BPD identified two potentially problematic events involving its officers and referred them to the public integrity division.  An agency the size of BPD will always have officers who make errors, but one of the key goals of the Consent Decree is to create systems to identify and rectify those mistakes when they occur.  BPD's identification of these cases gives the Monitoring Team comfort that that is happening.

As to coordination with Baltimore City School Police, the Monitoring Team has likewise reviewed BPD's sustainment reports and has found them to be sufficient.  The Consent Decree required BPD to conduct a biennial evaluation of its coordination with the Baltimore City School Police pursuant to a "memorandum of understanding" ("MOU") that the two entities had executed. BPD has done this, executing an updated MOU, and accordingly the Monitoring Team has found them in full and effective compliance with the Consent Decree requirements in this area.  During

---

[1] While the Consent Decree provides for a sustainment plan for its COTF-related requirements, those obligations all involved a one-time convening of the task force and no ongoing obligations. Accordingly, while there was still a sustainment period, no sustainment plan was required.

the sustainment period, the Monitoring Team continued to track BPD's ongoing work to coordinate with the Baltimore City School Police, which is on the verge of resulting in yet another update of the MOU. This work has established sustainment in the view of the Monitoring Team.

For the reasons stated above, the Monitoring Team recommends that the Court grant the parties' joint motion and partially terminate the Consent Decree with respect to the areas of first amendment protected activities, COTF, and coordination with the Baltimore City School Police.

Respectfully submitted,

_____/s/_____
Kenneth Thompson, Monitor
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
Ken.thompson@bpdmonitor.com
(410) 244-7400