IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | **CIVIL NO. JKB-17-0099** |
| BALTIMORE POLICE DEPARTMENT, et al., | * | |
| | * | |
| Defendants. | | |
| | *** | |

## AMENDED SCHEDULING ORDER

Consistent with the Court's duty to ensure Defendants' compliance with the Consent Decree, the Court entered a Scheduling Order on September 11, 2025, setting dates for monthly conferences and quarterly public hearings with the Parties and the Monitoring Team. (ECF No. 849.) That Scheduling Order was modified on December 16, 2025 (ECF No. 875) and May 20, 2026 (ECF No. 920). The Scheduling Order is further modified as follows. The monthly meeting scheduled for June 25, 2026 is rescheduled to July 29, 2026 at 2:00 p.m.

Calendar of Monthly Progress Reports/Conferences and Quarterly Public Hearings

| | |
|---|---|
| **January 29, 2026, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| February 19, 2026 | Monthly Progress Report/Conference with the Court (Community Policing and Engagement; Technology), Courtroom 3B |
| March 26, 2026 | Monthly Progress Report/Conference with the Court (Stops, Searches, and Arrests; Fair and Impartial Policing; Sexual Assault), Courtroom 3B |
| April 16, 2026 | Monthly Progress Report/Conference with the Court (Use of Force; Responding to and Interacting with People with Behavioral Health Disabilities or in Crisis), Courtroom 3B |

| | |
|---|---|
| **April 23, 2026, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| May 21, 2026 | Monthly Progress Report/Conference with the Court (Interactions with Youth; Supervision), Courtroom 3B |
| **NOTE:** | No Conference with the Court in June 2026. |
| July 29, 2026 | Monthly Progress Report/Conference with the Court (Staffing, Performance Evaluations, and Promotions; Recruitment, Hiring, and Retention), Courtroom 3B |
| **NOTE:** | No Conference with the Court in August 2026; no Quarterly Public Hearing during the Summer of 2026. |
| September 10, 2026 | Monthly Progress Report/Conference with the Court (Misconduct Investigations and Discipline; Handling of Reports of Sexual Assault), Courtroom 3B |
| October 7, 2026 | Monthly Progress Report/Conference with the Court (Stops, Searches, and Arrests; Fair and Impartial Policing), Courtroom 3B |
| **October 22, 2026, 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |
| November 12, 2026 | Monthly Progress Report/Conference with the Court (Use of Force; Staffing, Performance Evaluations, and Promotions), Courtroom 3B |
| December 10, 2026 | Monthly Progress Report/Conference with the Court (Responding to and Interacting with People with Behavioral Health Disabilities or in Crisis; Interactions with Youth), Courtroom 3B |
| January 14, 2027 | Monthly Progress Report/Conference with the Court (Community Policing and Engagement; Misconduct Investigations and Discipline), Courtroom 3B |
| **January 28, 2027 10:00 a.m.** | **Quarterly Public Hearing**, Courtroom 1A |

DATED this 26 day of May, 2026.

BY THE COURT:

James K. Bredar
United States District Judge