IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BALTIMORE POLICE DEPARTMENT, et al.,<br><br>Defendants. | CIVIL NO. JKB-17-0099 |

**[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO AMEND PARAGRAPHS 23, 341, 344, 384, 402, AND 504 OF THE CONSENT DECREE**

Having considered the Parties' Joint Motion to Amend Paragraphs 23, 341, 344, 384, 402, and 504 of the Consent Decree, the Motion is **GRANTED.**

The Consent Decree entered by this Court on April 7, 2017, shall be amended as follows:

**Paragraph 23**

"23. ~~On an annual basis,~~ **Upon joint request of the Parties,** the Monitor ~~will~~ **may** conduct a reliable, comprehensive~~, and representative~~ survey, consistent with the criteria set out directly below, of the Baltimore community's experience with and perceptions of BPD and public safety."

**Paragraph 341**

"341. BPD will ensure that, in response to complaints about officers under their command, supervisors respond to the scene, document the complaint, and report it to OPR . . . b. If the individual desires, the supervisor will respond to the scene, assist the individual, and provide the individual with a copy of the completed complaint form **or ensure the complainant receives a digital receipt of the complaint if submitted electronically.** ~~Otherwise the officer will provide the complainant with information to assist them in filing a complaint, including a copy of the completed complaint form . . .~~"

**Paragraph 344**

"344. In each misconduct investigation, investigators shall ensure they . . .

i. Complete their administrative investigations within ~~90~~ **180** days of the initiation of the investigation, **unless an extension of time is justified based on the complexity of the investigation or factors outside of OPR's control**. Any request for an extension of time must be approved in writing by an OPR Captain or above . . ."

**Paragraph 384**

"384. ~~Disciplinary hearings shall be scheduled within 30 days of informing the involved officer of the recommended discipline.~~ BPD will use its best efforts to ensure that disciplinary hearings will be conducted ~~within 120 days of informing the involved officer of the recommended discipline~~ **in a timely manner and consistent with state law.**"

**Paragraph 402**

"402. The OPR and the CRB will separately produce either a quarterly public report or an annual public report on misconduct investigations complemented by a frequently updated online complaint dashboard, including, at a minimum, the following:

c. Aggregate data on the ~~processing~~ **timeliness** of misconduct ~~cases~~ **investigations;** ~~the average and median time from the initiation of an investigation to its submission by the investigator to his or her chain of command; the average and median time from the submission of the investigation by the investigator to a final decision regarding whether to impose charges; the average and median time from the decision to impose charges to a final disposition; the average and median time from the receipt of the complaint to the initial contact with the complainant; the number of investigations returned to the original investigator due to conclusions not being supported by the evidence; and the number of investigations returned to the original investigator to conduct additional investigation;~~"

**Paragraph 504**

"504. Upon the Court's determination that the City and BPD have achieved Full and Effective Compliance with this Agreement as defined below and have maintained such compliance for at least one year for any material requirements ~~in the Consent Decree sections delineated as Group A below, and for at least two years for the sections delineated as Group B below~~, the Court will terminate the Agreement and dismiss the case.

~~a. Group A includes: Community Oversight Task Force, Interactions with Youth, Transportation, First Amendment, Technology, and Coordination with School Police.~~

~~b. Group B includes: Community Policing and Engagement, Stops, Searches, Arrests, and Voluntary Police-Community Interactions, Impartial Policing, Responding to and Interacting with People with Behavioral Health Disabilities or in crisis, Use of Force, Handling of Reports of Sexual Assault, Supervision, Misconduct Investigations and Discipline, and Recruitment, Hiring and Retention.~~"

**IT IS SO ORDERED.**

DATED this 16 day of July, 2026.

BY THE COURT:

James K. Bredar
United States District Judge