**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **CIVIL NO. JKB-17-0099** |
| **BALTIMORE POLICE DEPARTMENT, et al.,** | * | |
| **Defendants.** | * | |
| | * | |

**NOTICE OF FILING OF SEXUAL ASSAULT DATA REPORT (2025)**

Pursuant to Paragraph 264 of the Consent Decree (ECF No. 2-2) and the Ninth Year Monitoring Plan (ECF No. 913-1, Row 33, approved by ECF No. 914), the Baltimore Police Department ("BPD"), hereby notifies the Court that BPD's 2025 Sexual Assault Investigation Data Report was produced to all parties and is attached hereto as Exhibit 1.

Dated: October 7, 2026

Respectfully submitted,

EBONY THOMPSON
City Solicitor

/s/

Natalie R. Amato (20749)
Baltimore City Department of Law
100 N. Holliday Street, Suite 100
Baltimore, Maryland 21202
T 443.799.5767
F 410.396.2126

*Counsel for Baltimore Police Department*